IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. K.A. PAUL, GLOBAL PEACE
INITIATIVE, INC.

    Plaintiffs,

      v.

PRESIDENT GEORGE W. BUSH,
CONDOLEEZA RICE, U.S.
SECRETARY OF STATE,
JENDAYI FRAZIER, ASSISTANT
SECRETARY OF STATE, U.S.
DEPARTMENT OF STATE,
ALBERTO GONZALEZ,
ATTORNEY GENERAL OF THE
UNITED STATES, U.S.
DEPARTMENT OF JUSTICE,
MICHAEL CHERTOFF,
SECRETARY OF HOMELAND
SECURITY, U.S. DEPARTMENT
OF HOMELAND SECURITY, KIP
HAWLEY, DIRECTOR OF
TRANSPORTATION SAFETY
ADMINISTRATION, U.S.
TRANSPORATION SAFETY
ADMINISTRATION,
LIEUTENANT GENERAL
MICHAEL HAYDEN, DIRECTOR
OF THE NATIONAL SECURITY
AGENCY, JOAN BAUERLEIN,
DIRECTOR OF THE FEDERAL
AVIATION ADMINISTRATION,
SONIA GANDHI, PRESIDENT OF
INDIAN NATIONAL CONGRESS,
NATWAR SINGH, FORMER
FOREIGN MINISTER OF INDIA,
MANMOHAN SINGH, PRIME
MINISTER OF INDIA, PRANAB
MUKHARJEE, FOREIGN
MINISTER OF INDIA

    Defendants.

Civil Action No.

## VERIFIED COMPLAINT

1.     This is an action to redress violations of the First, Fourth, Fifth and Fourteenth Amendments of the United States Constitution and the fundamental right of privacy and an action for declaratory judgment and injunctive relief brought pursuant to the provisions of 28 U.S.C. 2201 and 2202 for the purpose of obtaining a declaration of rights, status or other legal relations under federal law.

2.     An actual controversy exists between the parties as to whether:

   a.     Defendants unlawfully wire tapped Plaintiffs and hacked their computers in violation of his free speech rights, rights of privacy and to be free of unreasonable searches and seizures;

   b.     Defendants have improperly placed Plaintiffs on a watch list for purposes of conducting unlawful detentions, imprisonments, and other restrictions on his freedom of speech, and to be free from unreasonable searches and seizures and to travel freely;

   c.     Defendants have unlawfully interfered with Plaintiffs' donors and seized their property without due process and equal protection

under the law, and on violation of their rights of free speech and privacy;

d.    Defendants have entrapped Plaintiffs' by trying to accuse and indict him for false allegations concerning his stay at the Beverly Hills Hotel on business, where he was arrested for allegedly assaulting a female in an elevator, in violation of his rights to due process and equal protection under the law, and his rights to be free of unreasonable searches and seizures;

e.    Defendants have discriminated against Plaintiff, Dr. Paul on the basis of race, ethnicity and national origin.

f.    Defendants have committed common law torts of false light and tortious interference with business relations;

## PARTIES, JURISDICTION AND VENUE

3.    Plaintiff, Dr. K.A. Paul is a permanent resident and resides in Houston, Texas. Dr. Paul was born in India and is an evangelical clergyman who founded and is President of Plaintiff, Global Peach Initiative, Inc. (GPI), a public interest non-governmental organization (NGO) based in Houston, Texas and India, to protect and help children, orphans and widows in the United States and around the world. The mission of Plaintiffs is to bring

peace to troubled areas of the world where children, orphans and widows are harmed if not maimed and killed by the effects of turmoil and war. To do this, Plaintiffs are and have become private diplomats of peace and have established a reputation second to none in achieving their goals under the divine word and teachings of God and his son, Jesus Christ. As just one example, Plaintiffs brokered peace in Liberia when they convinced the former ruler Charles Taylor to peacefully step down as President and leave the country, thereby defusing a deadly civil war that harmed and would have continued to harm children and widows. Plaintiffs have also attempted to bring peace to Nigeria, which is run by a deadly and ruthless dictator, President Olusegun Obasanjo, and contribute to peacemaking in other regions of Africa and the Middle East. There are many other examples of this peacemaking, as set forth below and otherwise. Plaintiff, Dr. K.A. Paul, is widely credited with being the most inspirational and widely supported evangelical clergyman in the world by prominent Christian, Jewish, Hindu and Muslim leaders. He has written an autobiography about his work entitled "Al-Queda Winning – America Losing: Three Things We All Must Do To Reverse Course and Win the War On Terror". A copy of this book is attached as Exhibit 1 and its contents are incorporated herein by reference. While initially supporting President George W. Bush and being personally instrumental in his election to President, Dr. K.A. Paul has been critical of the President's war in Iraq and other foreign policy initiatives in Africa and the Middle East.

In particular. Dr. K.A. Paul is a strong supporter of Israel and believes that the President's policies are not only harming innocent children, orphans and widows, but the Jewish state and its aspirations to live in peace.

4.     Defendant George W. Bush is the President of the United States at all material times.  He is being sued in his personal and official capacities, while acting under color of federal authority, but exceeding this authority in violation of constitutional rights. His address is The White House, 1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500.

5.     Defendant, Condoleezza Rice is the U.S. Secretary of State at all material times. She is the titular head of the U.S. Department of State at all material times. She is being sued in her personal and official capacities, while acting under color of federal authority, but exceeding her authority in violation of constitutional rights.

6.     Defendant, Jendayi Frazier, is the Assistant Secretary of State at all material times. She is being sued in her personal and official capacities, while acting under color of federal authority, but exceeding her authority in violation of constitutional rights.

7.    Defendant, the U.S. Department of State, is a department of the executive branch of the U.S. government and its headquarters is located at, 2201 C Street NW, Washington, DC 20520.

8.    Defendant Alberto Gonzalez was at all material times the Attorney General of the United States. He is being sued in his official and personal capacities, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address at all material times was U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

9.    Defendant U.S. Department of Justice is located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, and encompasses the Federal Bureau of Investigation (FBI).

10.    Defendant Michael Chertoff is the Secretary of Homeland Security. He is being sued in his official and personal capacity, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address is U.S. Department of Homeland Security, Washington, D.C. 20528.

11.    Defendant U.S. Department of Homeland Security is located in Washington, D.C. 20528.

12.    Defendant Kip Hawley is at all material times the Director of the Transportation Safety Administration (TSA). He is being sued in his personal and official capacities, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address is U.S. Transportation Safety Administration, 601 South 12th Street, Arlington, Virginia 22202-4220.

13.    Defendant U.S. Transportation Safety Administration is located at 601 12th Street, Arlington, Virginia 22202-4220.

14.    Defendant Lieutenant General Michael Hayden is the Director of the National Security Agency (NSA) at all material times. He is being sued in his personal and official capacities, while acting under color of federal authority, but exceeding his authority in violation of constitutional rights. His address is NSA, 9800 Savage Road, Ft. Meade, MD 20755-6637.

15.    Defendant NSA is located at 9800 Savage Road, Ft. Meade, Maryland 20755-6637.

16.    Defendant Joan Bauerlein is at all material times the Director of the Federal Aviation Administration (FAA) is located at 800 Independence Avenue, SW, Washington, D.C. 20591 and is being sued in his/her

personal and official capacities, while acting under color of federal

authority but exceeding her authority in violation of constitutional rights

and leader of Congress Party.

17.    Defendant FAA is located at 800 Independence Avenue, SW, Washington,

DC, 20591.

18.    Defendant Sonia Gandhi is at all material times the President of Indian

National Congress. India is a country where Plaintiff Dr. K.A. Paul is a

citizen and a spiritual and political leader, in addition to the United States

and other regions of the world.

19.    Defendant Natwar Singh was at all material times the Foreign Minister of

India, until he was fired for improper conduct.

20.    Defendant Manmohan Singh is at all materials times the Prime Minister of

India.

21.    Defendant Pranab Mukharjee is at all materials times the Foreign Minister

of India.

22.    Defendants, each and every one of them, are joint tortfeasors in this case

and are jointly and severally liable for Plaintiffs' causes of action. They

have conspired to harm Plaintiffs and their missions to save and help children, orphans and widows from the detrimental effects of war and other strife. However, if Plaintiffs' mission comes into seeming conflict with Defendants' own goals of the exertion of raw power and economic control of commodities such as oil, by Republican, American and Indian ruling political party interests and their lobbyist corporate "friends", then the Defendants' set out to silence, harm, damage and destroy Plaintiffs as alleged herein.

23.     Jurisdiction and venue are proper because pursuant to 28 U.S.C. 1331 "the district courts shall have jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

24.     Jurisdiction and venue are also proper pursuant to 28 U.S.C. 1343, which states that "the district courts shall have original  jurisdiction of any civil action authorized by law to be commenced by any person…To redress the deprivation, under color of State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens and all persons within the jurisdiction of the United States."

## THE FACTS

9

25.    Plaintiffs incorporate by reference the detailed facts set forth in Exhibit 1.

26.    After risking his life to bring peace to Liberia, where Dr. K.A. Paul persuaded President Charles Taylor, by bringing him to Christ, to step down to bring peace to the country, the United States and Nigeria jointly concocted, and implemented through the acts of Defendants, a plan to silence Dr. Paul and claim credit for the intervention. After presiding over President Taylor's internationally broadcast stepping down ceremony in Nigeria where he had fled, Dr. Paul was suddenly detained by Nigerian President Olusagun Obasajo's security guards Within minutes of his detention, the United States and Nigeria jointly claimed credit for the ending the standoff. The most crucial irony of all: just four weeks prior to Dr. Paul's success, Condoleezza Rice, President Bush, and President Obasanjo had explicitly rejected the very process that Dr. Paul successfully pursued that resulted in peace for Liberia. Tragically, the United States, the most powerful country in the world, had not seen it necessary to intervene while hundreds of thousands of Liberians, including children and women, were being slaughtered.

27.    After Dr. Paul's successful peacemaking efforts in Burundi / Rwanda in 2000, which led to the official end of the war between the Hutus and Tutsis; and in Nigeria in 2001, threatening to plunge Nigeria into a religious civil war; and in India and Pakistan in 2002, where he intervened

to bring Pakistan and India back from the brink of nuclear war, two wealthy donors bought and refurbished a Boeing 747-SP for Dr. Paul and GPI to use in its peacemaking and humanitarian efforts. Part of the Administration's efforts to undermine Dr. Paul included targeting the donors who bought the plane for Dr. Paul and who had donated almost $20 million to his work. They were subjected to a public investigation by the SEC, a time during which his company lost billion of dollars, only to have everything dismissed after they lost the heart and means to continue donating. As a result, Plaintiffs lost these persons as donors. Other donors and donations worth billions of dollars were also scared away, through the intimidation of Defendants, from donating to Plaintiffs. The losses and damages run in the tens of billions of dollars.

28.   After successfully intervening in Haiti in 2004 at the request of the Congressional Black Caucus (CBC), their subsequent invitation to Dr. Paul to tell them how he persuaded rebel leader Guy Philippe to lay down his arms and end the threat of civil war was rescinded at the insistence of the U.S. State Department. The embarrassed CBC leaders apologized profusely and promised Dr. Paul that he would be invited at a later date. Dr. Paul has not yet received an explanation regarding the State Department's unusual intervention into Congressional affairs over his efforts to halt a civil war in Haiti.

29.     After Syrian President al-Allad personally invited Dr. Paul in late June,
        2005 to hold peace rally in Damascus, Syria, the administration initiated
        covert and overt attempts to stop the subsequent peace mission that Dr.
        Paul had organized where he, joined by India's preeminent politicians,
        was to meet the heads of state in Syria, Iran and Libya in an attempt to
        keep from happening precisely what is transpiring in the Middle East
        today. The Gospel of Jesus Christ, the Prince of Peace, is the core subject
        of every peace rally by Plaintiffs and President al-Assad's invitation was
        the first time in centuries that a Christian leader had been invited to a
        predominantly Muslim country to present the gospel of Jesus on such a
        massive scale. The administration's intervention precluded what was very
        likely to have been a second invitation from Iran in July 2005. The U.S.
        intervened by quickly inviting India's then Foreign Minister Natwar
        Singh, Secretary of State Condoleezza Rice's counterpart in India, to
        Washington to inform him of a rushed State Dinner for India Prime
        Minister Mannohan Singh-a thinly veiled effort to counter the State
        Dinner that (Republican) Governor Mike Huckabee of Arkansas was
        hosting for the widows, orphans and peacemakers of India – only he
        would intervene to stop the peace mission. The administration hijacked
        and used the nonaligned status of India to assert control over what was
        transpiring in Syria, Libya, and Iran, nations over which it had no
        influence. Mr. Singh's first order of business upon his return to India was
        to officially request that each country where visits with the heads of state

had been confirmed not meet with Dr. Paul, India's former Prime Minister Deve Gowda and the 25 sitting Senators from India's Parliament, an historic delegation of peace leaders that represented all seventeen political parties in India. The U.S. seduction of India's Foreign Minister Natwar Singh included a private meeting with President Bush -- the first time in history a U.S. President had met in private with an Indian Foreign Minister. The meeting was even more unusual considering that Mr. Singh is 1) a close personal friend of both the late Saddam Hussein and Fidel Castro; 2) India's most vocal opponent to the Iraq war; and 3) a proponent of a reconstituted Soviet Union to counterbalance U.S. power. He was a glaring anomaly of the typical George Bush invitee. After Dr. Paul informed India's political leaders of exactly what had transpired to stop India's peacemakers, Mr. Singh lost his cabinet position. Considering all that has transpired since the administration's intervention to stop the peace mission designed to impact Israel's enemies, it is quite likely that their actions have endangered Israel more than all of the terrorist threats against them combined.

30.    They improperly refused visas to India's former Prime Minister Deve Gowda, other prominent peacemakers, and widows who were receiving GPI support as "Little Teresas", even though they were invited by Arkansas (Republican) Governor Mike Huckabee, then Chair of the National Governor's Association, Cincinnati Reds Owner Carl Linder, and

WBA World Boxing Champion Evander Holyfield. The office that had granted visas to the 9/11 terrorists refused to grant visas to widows who had been invited by Governor Huckabee to be honored at a State Dinner in honor of the widows and orphans of India.

31.    In part of the world where child sex trade is rampant, in the U.S. State Department endangered the lives of ten orphaned girls, ages 9 to 11, by granting them visas while adamantly refusing to grant to any caretakers to accompany them. These children could have easily been sold into child prostitution. The caretakers, who had been granted visas by all the other countries to be visited, had to deplane before the entourage left for the United States. The children were allowed to visit the United States only after some of the Senators from India's Parliament who were also on the trip volunteered to become the children's caretakers. (To understand the nature of the U.S. State Department's deliberate and improper actions, it would be similar to Ted Kennedy and Elizabeth Dole volunteering to become temporary guardians for orphans on an international trip where the children were to be honored in behalf of all of the orphans of the United States after the nation in which they were to be honored refused to allow their caretakers to come.) In an effort to build a preemptive strike against criticism for the arbitrary nature of the U.S. State Department's decision, Laura Bush's top priority during the Administration's India visit in March, 2006 was visiting children who had been rescued from child sex rings.

Her efforts belied the fact that the U.S. State Department had refused to grant a visa to Mangama, one of the orphans' caretakers who for the past ten years has been one of India's premiere leaders in the work to rescue children from sexual slavery after she herself had been from the network.

32.   On July 14, 2005 the FAA wrote a letter with the intent to ground Plaintiff GPI's plane after five business days so it could no longer be used for peace missions. The strategically waited until the day after Dr. Paul's meeting with Bush's close friends and top donors, the Carl Lindner family, before sending the letter, and then grounded it on July 18, 2005 – disregarding the promised "5 business day" response time  - before he had even received the letter.

33.   A health crisis eventually forced the U.S. State Department to at least partially recant its arbitrary and capricious and inhumane decision to grant visas to children but not to accompanying adults after 11 years old Shymala Pettibitla became extremely ill and was hospitalized at National Children's Hospital in Washington, D.C. Diagnosed for the first time with juvenile diabetes, the hospital refused to release her until her parent or guardian could be trained how to give the necessary daily insulin injections and taught how to restructure her diet to avoid dangers of an insulin coma. Continued U.S. State Department intransigence was broken only after World Boxing Champion Evander Holyfield, who has

volunteered his time and efforts for GPI for the past ten years and visited GPI's children's home in India many times, caused an explosion of media coverage around the world by joining India's orphans in front of the U.S. Department of State in Washington, D.C. in a demonstration demanding a visa for Shymala's caretaker. Meanwhile in India, widows and orphans began gathering in front of India Leader Sonia Gandhi's residence in New Delhi demanding help for Shymala. Dr. Paul and his team rushed to India to try to assure passage to the United States for Shymala's caretaker as well as the other orphans' caretakers who had likewise been rejected earlier. The U.S. State Department dug in its heels and continued refusing visas for other caretakers. While in India, Dr. Paul met Madam Gandhi, who called Foreign Minister Natwar Singh back to New Delhi to face their charges that had yielded control of India's foreign policy to Condoleezza Rice. Dr. Paul's coordinators confronted Natwar Singh for his complicity with the U.S. State Department in halting the Middle East Peace Mission. The half-hour confrontation ultimately ended with Natwar Singh refusing to show his phone logs for July 4-5, 2005, the days he made the calls to stop the mission. Shortly after the confrontation with the Foreign Minister, an individual Plaintiffs had never met or ever talked with filed a child custody lawsuit attempting to wrest guardianship for Shymala from Charity City. Plaintiffs were forced to rush back to the United States without the caretakers for the other orphans in order to retain lawyers to defend the attempt to take India's child. When the case came before the

judge, it took him only minutes to angrily dismiss the spurious case "without prejudice" demanding that the party never bring such case before him again. But the obvious manipulation of the American judicial system meant to be nothing more than harassment temporarily halted the story of Condoleezza Rice's hijacking of India's foreign policy from exploding across India, even though many of India's top leaders had by this time learned what she and President Bush had done to use India's nonaligned status to manipulate nations.

34.   Not coincidentally, the first nation to need Global Peace One's 747 airplane, the world's largest tool to help during times of humanitarian disasters, was the very nation that grounded it. Just weeks after the administration grounded the plane in Defendants' successful efforts to stop Dr. Paul's peacemaking efforts, Hurricane Katrina hit with such force that it quickly became the worst natural calamity in U.S. history. More than a million Americans were left homeless, tens of thousand literally died in the streets awaiting help that never came. Even in such a dire situation, the administration rejected the appeal of its own former Secretary of Education Rod Paige, to release Global Peace One to evacuate people from New Orleans. Numerous personal conversations between Secretary of Transportation Norm Mineta and Dr. Paul failed to budge the administration from its stance. More than 1,500 people per day could have been evacuated just with that one tool. As the administration

17

poured money as if it were only water into the faith based initiatives they support - - all with little or no accountability - - it adamantly refused to use our aircraft even though it had returned from an around the world trip just six weeks earlier after passing the FAA's required massive diagnostic "C-check" on June 18, 2005. Defendants concerted efforts to damage Plaintiffs resulted in thousands of Americans dying in the streets of New Orleans.

35.    In October, 2005 the Chief of Staff for Assistant Secretary of State Karen Hughes, who had been hired to "polish the declining image" of the United States around the world, hung up on Doug Dodson of GPI as he appealed with her office to please reconsider what they were doing to Dr. Paul. He patiently explained that by continuing the campaign against Dr. Paul would alienate the few friends the administration had left in that part of the world. Five days later, the U.S. and India jointly suppressed news of an astonishing religious convocation at Charity City, the world's largest children's home founded by Dr. Paul near Hyderabad India, when the leader of the world's one billion Hindus broke 2,500 years of tradition by personally traveling to meet with other major religious leaders in support of Dr. Paul. Defendants had Dr. Paul and India's most prominent Muslim and Buddhist leaders were held inside an airplane for seven hours until there were no more flights to New Delhi, thereby forcing them to miss a

press conference that had been scheduled for them to issue a joint statement in support of Dr. Paul's efforts.

36.    The next day Dr. Paul invited the religious leaders to join him in meeting Pakistan's President Musharraf after an appeal for help from the Pakistani Prime Minister's Office following the catastrophic earthquake. After working through a maze of mysteriously canceled charters and other obvious efforts to keep Dr. Paul from the historic meeting (the first time an Indian had been asked to meet with and hosted by the Pakistani President), Dr. Paul's 80 minute private meeting with the President to assess how he could help the destitute Pakistanis – suffering terribly as the world looked the other way – finally sparked Karen Hughes' office to act. Within twelve hours of Dr. Paul's meeting with the President Musharraf, President Bush announced that he was sending a delegation to Islamabad, led by Karen Hughes, Dr. Paul and the religious delegation were able to enter Pakistan only after he stopped using his wiretapped phones to discuss his plans.

37.    Three times FBI agents have boarded commercial airliners and detained Dr. Paul – usually in an attempt to keep him from appearing in a nationwide news program. He has never been given a reason why they wanted to detain him. They held him for several hours and then released him without explanation.

38.     In August, 2006, Dr. Paul and Doug Dodson were hemmed in on a
        freeway near Austin, Texas. With a sneering wave, the driver of the black
        SUV with dark widows suddenly sped off as the Texas Highway Patrol
        pulled up behind us and stopped us, frisked them, and held them long
        enough to miss their flight. No charges were ever filed or discussed.

39.     Dr. Paul is routinely detained and harassed by INS/Department of
        Homeland Security agents and held until he misses his connecting flight or
        his important appointment, the most recent being at the Tijuana/San Diego
        border crossing July 24, 2006, where he was held for seven hours. Even
        though he has been detained numerous times, and held for hundreds of
        hours, he has never been charged with a single violation of INS rules. The
        world's most popular evangelist is usually locked in a cell where he sits
        with drug dealers and convicted criminals while they confiscate and copy
        everything in his briefcase and then he is released.

40.     After intercepting news of Plaintiffs' plans to deliver his book (Exhibit 1)
        to key members of Congress by August 1, 2006, in Plaintiffs' attempt to
        do everything in their power to expose what is happening and change the
        direction of our country, in late July, 2006, the FAA subpoenaed Dr. Paul
        to appear before its special court in New York with tens of thousands of
        technical aviation records concerning the Boeing 747SP – or potentially

face imprisonment. Since he was out of the country when the subpoena was delivered, he ultimately had only a five-day notice to comply. Subsequent to the grounding of Global Peace One, all of the aviation team was laid off and there was no one with the technical knowledge of what the FAA was even demanding available to deliver it to them. Aviation attorneys, shocked beyond belief, volunteered to help Dr. Paul. After seeing the FAA's unreasonable demands, they appealed to the agency to extend the deadline to four to six months – a reasonable time considering that staff has to be hired and trained to extract the records from four different locations around the country. The FAA granted the extension – but for only 20 days instead of months. Without question, this was very obviously an effort to silence him by whatever means necessary – including incarceration. Theoretically, the FAA is an independent federal agency without political ties so that it can vigorously enforce safety rules. However, under this administration, it came under fire after disgraced Republican Majority Leader Tom DeLay, now under indictment and recently resigned from Congress, used the "independent, nonpolitical" agency to track down his political enemies. Using the agency for political purposes is an ace in the hole for the administration, because it is accountable to no one.

41.    The FAA has gone far beyond its parameters of ensuring aircraft safety by demanding that even Plaintiffs' donor records be turned over to them. The

FAA even refused to document for Plaintiffs whether it ever issued a similar subpoena in the past. All attorneys who have seen the subpoena say they never witnessed such a demand from the FAA and believe that donor records are completely outside FAA jurisdiction.

42.    Dr. Paul was set up and entrapped by Defendants, jointly and severally, with regard to false accusations and a false arrest by the Beverly Hills Police Department in 2007, acting under the direction and coercion of Defendants, with regard to a concocted incident in an elevator of the Beverly Hills Hotel, where he was alleged to have assaulted a woman by kissing her. Dr. Paul was subsequently cleared of these false allegations, but not until they were published in the United States, India, and around the world, which acts were and are part of the continuing course of conduct by Defendants to damage Dr. Paul and GPI and prevent them from engaging in private diplomacy for the benefit of peace to prevent harm and death to children, orphans and widows in war torn regions around the world.

## COUNT I

## CONSTITUTIONAL TORTS – FIRST AMENDMENT VIOLATIONS

43.    Plaintiffs reallege the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

44.    As a permanent resident Plaintiff, Dr. Paul, is entitled to the protections of the United States Constitution, including but not limited to rights of freedom of speech, expression and association, as well as their freedom of religion, under the First Amendment.

45.    As set forth above, Defendants, in both their personal and official capacities, conspired and acted in concert to deprive, outside of the scope of their legitimate government authority, Dr. Paul and GPI of their First Amendment rights, thereby severely damaging their reputations, causing emotional and physical distress and damaging their professional activities and the fundraising necessary to carry on these activities, designed to bring peace to war torn regions where orphans and widows need assistance.

WHEREFORE, Plaintiffs pray for compensatory and actual damages, including punitive damages against Defendants, jointly and severally, and attorneys fees and costs, in an amount exceeding Ten Billion U.S. Dollars, plus injunctive and such other relief as this court may deem just and necessary.

## COUNT II

## CONSTITUTIONAL TORTS – FOURTH AMENDMENT VIOLATIONS

46.    Plaintiffs reallege the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

47.    As a permanent resident Plaintiff, Dr. Paul, is entitled to the protections of the United States Constitution, including his rights to be free of unreasonable searches and seizures and illegal detentions, under the Fourth Amendment.

48.    Defendants, each and every one of them, conspired and acted in concert to deprive Plaintiffs of their rights to be free of unreasonable searches and seizures and illegal detentions of their person, their aircraft and to use the telephone and wires without being surveilled illegally. Defendants, acting jointly and severally, and outside of the scope of their government authority and otherwise, severely damaged Plaintiffs in violation of their Fourth Amendment rights, by harming their reputations, causing emotional and physical distress, disrupting their professional activities and the necessary fundraising to carry on these activities and to travel freely, in order to bring peace to war torn regions and to protect orphans and widows from the ravages of war.

WHEREFORE, Plaintiffs pray for compensatory and actual damages, and punitive damages against Defendants, jointly and severally, in an amount in excess of Ten Billion U.S. Dollars, plus attorneys fees and costs, and injunctive relief, and such other relief as this court may deem just an proper.

## COUNT III

**CONSTITUTIONAL TORT – RIGHT TO PRIVACY VIOLATIONS**

49.    Plaintiffs reallege the allegations of paragraphs 1 through 40 of this
Complaint as if fully set forth herein.

50.    As a permanent resident Plaintiff, Dr. Paul, is entitled to the protections of
the United States Constitution, including his fundamental right of privacy,
which derive from several amendments to the U.S. Constitution.

51.    Defendants, each and every one of them, conspired and acted in concert in
both their personal and private capacities, outside of the scope of their
government authority,  to deprive Plaintiff of privacy, by illegally
wiretapping them, searching and detaining them illegally, setting him up
on false charges of assault, and other tortious acts as alleged herein,
causing severe damage to their reputations, causing emotional and
physical distress, and  damaging their professional activities and the
fundraising necessary to carry on these activities,  in order to bring peace
to worn torn regions and to protect orphans and widows from the ravages
of war.

WHEREFORE, Plaintiffs pray for actual and compensatory and punitive damages
against Defendants, jointly and severally, in an amount in excess of Ten Billion

U.S. Dollars, plus attorney's fees and costs, and injunctive relief, and such other relief as this court may deem just and proper.

## COUNT IV

## CONSTITUTIONAL TORT – RACIAL AND NATIONAL ORIGIN DISCRIMINATION.

52. Plaintiff, Dr. Paul, realleges the allegations of paragraphs 1 through 40 of this Complaint as if fully set forth herein.

53. As a permanent resident of the United States, Dr. Paul is entitled to the protections of the United States Constitution, including to be free from discrimination for race and national origin, as protected by the Fourteenth and Fifth Amendments.

54. Defendants, each and every one of them, conspired and acted in concert, in their personal and government capacities, outside of the scope of their government authority, to discriminate against Dr. Paul based on the color of his skin and his national origin, having been born in India. This unlawful conduct severely damaged Plaintiff, Dr. Paul, by harming his reputation, causing emotional and physical distress, damaging his professional activities, including the fundraising necessary to carry on these activities, and prevented him from carrying on his mission to save innocent orphans and widows from the ravages of war.

WHEREFORE, Plaintiff, Dr. Paul, prays for actual and compensatory and punitive damages in excess of Ten Billion U.S. Dollars plus attorneys fees and costs against the Defendants, jointly and severally, plus injunctive relief, and such other relief as this court may deem just and proper.

## COUNT V

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

55.    Plaintiff, Dr. Paul, realleges the allegations of paragraphs 1 through 40 of the Complaint as if fully alleged herein.

56.    Defendants, each and every one of them, conspired and acted in concert to intentionally inflict severe emotional distress on Plaintiff, in order to prevent him from carrying on his personal and professional activities to save orphans and widows in worn torn regions, which Defendants viewed as a threat to their own self aggrandizement and perceived exclusive authority. As a result, Defendants harassed, wiretapped, illegally detained and searched, disparaged, defamed, tortuously interfered with, falsely set up with false criminal charges, seized his plane, restricted his right to travel and worship freely, discriminated against, and severely damaged Plaintiff, Dr. Paul, causing loss of sleep, back pain, extreme anxiety, heart pains, migraine headaches, and other emotional and physical ailments, as he feared for his physical safety including his life.

WHEREFORE, Plaintiff, Dr. Paul, prays for actual and compensatory and punitive damages, plus attorneys fees and costs, in excess of Ten Billion U.S. Dollars, against Defendants, jointly and severally, plus injunctive relief and such other relief as this court may deem just and proper.

## COUNT VI

## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS.

57.    Plaintiffs, Dr. Paul and GPI, reallege paragraphs 1 through 40 of the Complaint as if fully alleged herein.

58.    Defendants, each and every one of them, conspired and acted in concert to tortuously interfere in the business relations of the Plaintiffs by wiretapping them, intentionally interfering with donors and scaring them away, improperly grounding their plane, conducting illegal searches, seizures and detentions, preventing their rights to travel, privacy, free speech, privacy and equal protection and due process, right to worship freely and spread the word of Jesus Christ, bring peace to worn torn regions and save innocent orphans and widows, fundraise to carry on these activities and other illegal and discriminatory acts as set forth herein as will be discovered, causing severe economic and noneconomic damages and emotional and physical distress.

WHEREFORE, Plaintiffs pray for actual and compensatory damages and punitive damages and attorneys fees and costs in an amount in excess of Ten Billion U.S. Dollars, against the Defendants, jointly and severally, injunctive relief, plus such other relief as this court may deem just and proper.

## COUNT VII

### FALSE LIGHT

59.    Plaintiff, Dr. Paul, realleges and reavers the allegations of paragraphs 1 through 40 of the Complaint as if fully alleged herein.

60.    Defendants, each and every one of them, conspired and acted in concert to hold Plaintiff in a false light, by holding him up to humiliation and ridicule in his community by wiretapping him, disparaging him, having him set up and arrested on false criminal charges, claiming that GPI's airplane was not air worthy and did not meet safety standards, having his donors falsely investigated and intimidated, falsely claiming that they not Dr. Paul were responsible for the peaceful resolution of important world events, such as the brokered peace in Liberia and elsewhere, and other illegal and improper acts.

WHEREFORE, Plaintiff, Dr. Paul, prays for actual and compensatory and punitive damages plus attorneys fees and costs in excess of Ten Billion U.S. Dollars, against Defendants, jointly and severally, injunctive relief, plus such other relief as this court may deem just and proper.

Plaintiffs demand trial by jury.

Respectfully submitted,

Larry Klayman
D.C. Bar No.: 334581
THE KLAYMAN LAW FIRM, P.A.
3415 SW 24th Street
Miami, FL 33145
Tel:  305-447-1091
Fax: 305-447-1548

## VERIFICATION

I, Dr. K.A. Paul, on behalf of myself and GPI, hereby swear that the foregoing facts, as set forth in this Complaint, are true and correct to the best of my knowledge and belief.

Dr. K.A. Paul

Date:

Sworn to Under Penalty of Perjury.

# AL-QAEDA WINNING

# AMERICA LOSING

Three Things We All MUST Do to Reverse
Course and WIN the War on Terror



# Dr. K.A. Paul



WHO'S TO BLAME FOR ABU GHRAIB

THE TROUBLE WITH SOFT POWER

# THE NEW REPUBLIC

WHY CAN'T THE WORLD'S MOST POPULAR EVANGELIST MAKE IT IN AMERICA?

Michelle Cottle

# Al-Qaeda Winning America Losing

*Three Things* We All Must Do To Reverse
Course and Win the War on Terror

## Dr. K.A. Paul

Copyright © 2006—by Dr. K.A. Paul

AL-QAEDA WINNING—AMERICA LOSING

ISBN: 0-9789284-1-5

Printed in the United States of America

Global Peace Initiative
611 Pennsylvania Avenue SE, #4300
Washington, D.C. 20003
Phone: 202.667.8100
info@globalpeacenow.com

Library of Congress Cataloging-in-Publication Data Pending

No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information retrieval system.

1 2 3 4 5 6 7 8 9 10 11 / 09 08 07 06

Front Cover Photo Credit:
President Bush with Condoleezza Rice - Charles Dharapak AP

iv

# BOOK DEDICATION

———

I prayerfully dedicate this book to those orphans and widows who already perished.

Carl & Martha Lindner and family for their support to the widows and orphans especially during this most challenging time of our lives.

Evander Holyfield my loyal Global Peace Ambassador.

My family and all my remaining staff.

And to you my "UNSPOKEN FRIEND"…

# TABLE OF CONTENTS

———

Preface ............................................................................................. xi

Overview: Liberty Under Attack ................................................... xv

Section One: How Al-Qaeda is Winning—and Why ............................... 1

September 11, 2001: America's Day of Victory ........................... 3

September 11, 2006: Life, Liberty, and the Pursuit of
Happiness and Al-Qaeda's Unsuspecting Agents ........................ 7

The Mutation of the War ........................................................... 13

Who is the Enemy Now? ........................................................... 23

Three Things We All MUST Do to Reverse Course and
WIN the War on Terror ............................................................. 29

Section Two: How a Nation's War Devolved into Its
Leaders' Personal and Private Wars ...................................................... 37

Introduction .............................................................................. 39

Making Peace in Liberia by Ignoring the Liberians and
Rebuffing Their Advocates ........................................................ 43

Threatened by the Peace; Threatened by the Peacemaker ........ 63

God's Intervention: Death Swallowed Up in Victory ................ 73

In Burundi: The Children Speak Truth to Power ...................... 91

Wayne Johnson Story: State Department Lies and
Complicity with Saudi Arabia .................................................... 99

This Plane Will Never Fly Again! ............................................. 117

The Sudden Rush to Eliminate Charles Taylor ........................ 141

The Dream Plan of Condi Rice ................................................ 155

Dr. K.A. Paul in Pictures .................................................................161
    World Historic Events .........................................................161
    World Religious Leaders .....................................................166
    World Leaders .....................................................................170
    Peace Rallies.......................................................................177
    Humanitarian Works ..........................................................180
    Cuban Elian Story ..............................................................182
    747 in Various Countries ...................................................184
    More Photos........................................................................186

Section Three: The Passion of K.A Paul .........................................187
(For more information visit www.kapaul.org for Long-term Goals)
    Dr. Paul vs American Christianity .....................................189
    The Most Unique Evangelist ..............................................209
    My Heart Breaking Letter to a Good Friend,
    Gov. Mike Huckabee ...........................................................213
    List of Exhibits ...................................................................228

List of Figures
    Figure 1: President Taylor to Whom it May Concern ...............16
    Figure 2: President Taylor to President Bush............................17
    Figure 3: Letter of Invitation to Sullivan Conference ...............44
    Figure 4: Dr. K.A. Paul "The Punch" Front Page
    11/05/2001 ..............................................................................47
    Figure 5: President Bush and President Obasanjo Page 2 of
    "The Punch"11/05/2001 ...........................................................48
    Figure 6: The Burundi Peace Accord ........................................50
    Figure 7: The May 17, 2004 Issue of the New Republic
    Declares that I am the World's Most Popular Evangelist..........58

*Table of Contents*

Figure 8: Dr. Frazer Letter to Former Congressman Clement ...83

Figure 9: Mr. McQuade letter to Dr. J. Frazer ...........................84

Figure 10: U.S.AID Letter to Global Peace Iniatiative ...............88

Figure 11: Five-Day Warning Letter from the FAA ..................137

Figure 12: The FAA Envelope Indicating Date of Delivery ......137

Figure 13: FAA Letter Grounding the 747 SP
"Global Peace One".................................................................138

Figure 14: FAA Letter Clearing 747 SP....................................139

## List of Exhibits

Exhibit A: Office of the Governors of Arkansas & Missouri
Official Proclamation for a Global Peace Day ..........................229

Exhibit B: What the World Leaders Are Saying
About K.A. Paul .....................................................................231

Exhibit C: President G. Bush Letters to K.A. Paul ...................245

Exhibit D: K.A. Paul Letters to President G. Bush ...................251

Exhibit E: Former President B. Clinton Letter to K.A. Paul ......261

Exhibit F: Gov. Ann Richards Letter to K.A. Paul .....................262

Exhibit G: Gov. Mike Huckabee Letters to K.A. Paul ...............263

Exhibit H: Mr. Douglas Dodson letter to
Senator Russ Feingold ...........................................................267

Exhibit I: Endorsement Letters from Foreign Presidents.........269

Exhibit J: Senator Mary Landrieu Letter to K.A. Paul..............274

Exhibit K: Indian Senator Letter in support of K.A. Paul's Initiative
for a Permanent UN Security Council Membership ................276

Exhibit L: Endorsement Letters from Business Leaders...........277

Exhibit M: Endorsement Letters from Religious Leaders ........284

Exhibit N: Global Peace One "747 Sp" pictures ......................296

ix

Appendix .................................................................................297

    Documentation for "Liberty Under Attack" .............................297

x

# PREFACE

This book is very likely the most scathing attack ever delivered against the administration of President George W. Bush and the mastermind of the administration's most glaring failures and their cover-ups, Secretary of State Condoleezza Rice.

The book presents compelling evidence of an administration that is increasingly out of control after becoming drunk on its own political power. It gets right to the heart of the matter of why a once-adoring world now spurns America and why even two-thirds of Americans themselves feel deep in their spirit that something is desperately wrong.

From the administration's intentional, international deceptions in foreign policy; to its abuse of the power it has so rapidly consolidated; to the unprecedented assault on our civil liberties; to the Karl "Rovesque" decision to deliberately shield *voting* Americans from making any sacrifices in the war on terror—instead, pushing all the sacrifices onto our armed forces, now heavily weighted with the poor and minorities, while bankrolling the astronomical cost of their deployment by confiscating the wealth of America's children and grandchildren, none of whom can vote to hold the Commander

AL-QAEDA WINNING—AMERICA LOSING

in Chief accountable; to the administrations deliberate *political* decision to leave people dying in the streets of Louisiana, Mississippi and Alabama in the wake of Hurricane Katrina...this book unleashes an unparalleled, scathing attack on this administration.

What makes this book so compelling, however, is that it is not just another attack from liberal ideologues. Instead it is the work of the man who is perhaps most responsible for the election of George W. Bush in the historically close election in November, 2000. Learning what has been uncovered by K.A. Paul considered by many to be the world's most popular evangelist who has the endorsements of virtually all of the America's most prominent evangelical leaders, and his staff following his successful peacemaking efforts in Liberia, will shock, challenge, and infuriate everyone—especially the evangelical Republicans who up to now have been the President's most ardent supporters. K.A. Paul was one of those ardent Bush supporters, who after rallying tens of thousands of Cubans in support of the George W. Bush during the campaign season in 1999 and 2000, is likely more responsible for tilting the historic 2000 elections to the President than any other single individual. But his efforts have influenced far more than just the Cubans. More than a hundred million people have heard Dr. Paul speak in person. He was a keynote speaker at what is widely regarded as the largest spiritual gathering in the United State's entire history—the Promise Keepers National Rally in Washington, D.C. in 1997. Coach Bill McCartney, Founder of Promise Keepers, says "I don't know anyone in the world today more used by God than Dr. K.A. Paul." Dr. Paul was also keynote speaker at the Southern Baptist Convention's National Pastors Conference, which is attended by tens of thousands of pastors. The late Rev. Dr. Adrian Rogers, considered the "Pope" of Southern Baptists and the only person in the history of the Southern Baptist Convention to have been elected its President three times said, "It is likely that Dr. K.A. Paul has preached the gospel to more

AL-QAEDA WINNING—AMERICA LOSING

this would be the most appropriate course of action and the least costly way to win the battle for America's soul and Global Peace, if the past is any guide, this is highly unlikely to happen. If there is no repentance and there is no turning from pride, then we have no choice but to seize the opportunity for victory by doing some tremendous "house-cleaning" on November 7, 2006 and November 4, 2008. These are the most important elections in the entire history of the United States. With just over two months until the U.S Congressional election and over two years for U.S Presidential election, let us lay aside our pettiness and partisanship and rise up as one to meet the challenge before us!

This administration must unequivocally understand on November 8, 2006 and November 5, 2008 that this nation is reversing course—with or without them. It is our job between now and then to do everything within our power to ensure that they understand this message without any ambiguity.

# LIBERTY UNDER ATTACK

———

*An Overview of How the War on Terror is*
*Threatening America More Than It's Enemies*

As followers of Jesus, the leaders of Global Peace Initiative espouse a very simple religion based on James 1:27: "True religion that is undefiled before God is to take care of the widows and orphans in their distress…"

That's it! It is pure. It is simple. It doesn't defile anyone. It doesn't claim geography or buildings. It never kills or has destructive fanaticism at its fringes like most other religions. It only helps, rescues and builds up. It is not based on principles….it is based on people. Jesus didn't live and die for principles. He lived and died for people. We fight cultural, political, national and world wars for principles. But not in our religion! Not us. We refuse to be distracted from the far greater focus of God: people.

It makes our lives so simple. When we see a person in need, we don't ask them what religion they are or what they believe. We don't ask their politics. We don't interrogate them to make sure they agree with our principles. If we see someone in need, their need is not diminished by the fact that they are Muslim, or Christian, or

## AL-QAEDA WINNING—AMERICA LOSING

Hindu, or Jewish, or Buddhist, or rich or poor or black or white or yellow or brown or gay or straight or Republican or Democrat or Communist. A need is a need and a human is a human.

And if we find someone willing to help us take care of widows and orphans, we don't first ask them about their religious or political leanings. We just accept their help. For us, it's all about people. Every human being—no matter how despicable, dirty, or unlearned—is a creation of God and deserves to live in dignity. Anyone who will help us make sure all can experience that inalienable right is welcomed with open arms.

A miracle happens in the practice of this simple religion. Suddenly all of the religious and political beliefs that divide us become secondary to helping the next child. When we start looking at a helpless child or a desperate elderly woman, the differences between us become irrelevant in the face of such stark human need. We have come to believe that our religion—taking care of those who are desperately in need—is the true way of peace. It unites, while most other religions divide.

Does it seem logical that focusing on a little, homeless nine-year-old boy could bring an end to one of the most gruesome wars of the 20th Century? Yet that is exactly how the Burundi Peace Accord that stopped the intertribal warfare between the Hutus and Tutsis in Rwanda came into existence. The machetes and guns didn't stop the hatred; the world's greatest political leaders and powers couldn't stop the war; but the heartrending story of a little nine-year-old boy living in the streets as a result of their war so gripped the heart of a nation and the ruthless leaders who had murdered so many that they immediately made peace.

From that inauspicious beginning, our simple religion seems to have spawned one of the most profound peace movements in the

xvi

*Liberty Under Attack*

world's history. Since war is the greatest creator of widows and orphans, we believe we have a responsibility to preempt their creation by doing our best to stop wars and resolve conflicts before they inflict such overwhelming and irreversible damage. A bridge destroyed in a war can be replaced—a child's parent killed in that war can never be replaced. The greatest damage by far is the human carnage left in the wake of our wars.

We have learned that most wars are based on only a few very strong personalities. Our efforts to stop war have led us to approach these strong-willed individuals and confront them with the *human carnage* they are creating. In almost every instance, it has brought dramatic change. For five years in a row, from 2000 to 2004 we were able to stop or prevent a major war based on our newfound principles.

However, as the miracles surrounding our religion have become more and more pronounced, we have come under relentless attack from the Bush Administration. Even though we were originally among the strongest supporters of Bush—indeed possibly even the ones most responsible for his election—we have now become what they must consider one of their greatest threats.

It may indeed be true that the greatest threat to the power that comes from military might is peace. With the U.S. quest for power driven by the trillions of dollars being spent for military might—more than the rest of the world combined—we may indeed be presenting the greatest threat to the power that comes from that investment.

For whatever reason, the Bush Administration's actions against us have grown so dramatic and draconian in nature that we are not only in imminent danger of losing our right to freely exercise our religion, but also our right to free association, our right to free speech, our right to a free and unimpeded press, and our right to privacy. Tragically, we have been forced by this administration into a position

xvii

AL-QAEDA WINNING—AMERICA LOSING

of defending ourselves in order to continue defending the widows and orphans of the world. This overview also includes actions that have endangered and indeed destroyed lives of widows and orphans around the world who were dependent upon our efforts.

We respectfully submit for your consideration the following examples of how far the Bush administration has gone to impede our efforts. If you agree that we—and by extension, all of America—face unprecedented actions that are eroding our freedom at an astonishing rate, we ask you to join us in electing a Congress November 7, 2006 that will take seriously their constitutional responsibility to provide appropriate checks and balances to an administration that appears inclined to otherwise abuse and destroy the freedoms that we Americans have spent two centuries building.

1.  After risking his life to bring peace to Liberia, where Dr. K.A. Paul persuaded President Charles Taylor to step down to bring peace to the country, the U.S. and Nigeria jointly concocted a plan to silence Dr. Paul and claim credit for the intervention. After presiding over President Taylor's internationally broadcast stepping down ceremony, Dr. Paul was suddenly detained by Nigerian President Olusagun Obasanjo's security guards. Within minutes of his detention, the U.S. and Nigeria jointly claimed credit for the ending the standoff. The most crucial irony of all: just four weeks prior to Dr. Paul's success, Condoleezza Rice, President Bush, and President Obasanjo had explicitly rejected the very process that Dr. Paul successfully pursued that resulted in peace for Liberia. Tragically, the most powerful country in Africa and the most powerful country in the world had not seen it necessary to intervene while hundreds of thousands of Liberians were being slaughtered.

*Liberty Under Attack*

2. After Dr. Paul's successful peacemaking efforts in Burundi / Rwanda in 2000, which led to the official end of the war between the Hutus and Tutsis; and in Nigeria in 2001, where the unrest between Christians and Muslims was threatening to plunge Nigeria into a religious civil war; and in India and Pakistan in 2002, where he intervened to bring Pakistan and India back from the brink of nuclear war, two wealthy donors bought and refurbished a Boeing 747-SP for Dr. Paul and Global Peace Initiative (GPI) to use in its peacemaking and humanitarian efforts. Part of the administration's efforts to undermine Dr. Paul included targeting the donors who bought the plane for Dr. Paul and who had donated almost $20 million to his work. They were subjected to a public investigation by the SEC, a time during which his company lost billions of dollars, only to have everything dismissed after they lost the heart and means to continue donating.

3. After successfully intervening in Haiti in 2004 at the request of the Congressional Black Caucus (CBC), their subsequent invitation to Dr. Paul to tell them how he persuaded rebel leader Guy Philippe to lay down his arms and end the threat of civil war was rescinded at the insistence of the U.S. State Department. The embarrassed caucus leader apologized profusely and promised Dr. Paul that he would be invited at a later date. Dr. Paul has not yet received an explanation regarding the State Department's unusual intervention into Congressional affairs over his efforts to halt a civil war in Haiti.

4. After Syria President al-Assad personally invited Dr. Paul in late June, 2005 to hold a peace rally in Damascus, Syria, the administration initiated covert and overt

xix

AL-QAEDA WINNING—AMERICA LOSING

attempts to stop the subsequent peace mission that Dr. Paul had organized where he, joined by India's preeminent politicians, was to meet the heads of state in Syria, Iran, and Libya in an attempt to keep from happening precisely what is transpiring in the Middle East today. The Gospel of Jesus Christ, the Prince of Peace, is the core subject of every peace rally and President al-Assad's invitation was the first time in centuries that a Christian leader had been invited to a predominantly Muslim country to present the gospel of Jesus on such a massive scale. The administration's intervention precluded what was very likely to have been a second invitation from Iran in July, 2005. The U.S. intervened by quickly inviting India's Foreign Minister Natwar Singh, Secretary of State Condoleezza Rice's counterpart in India, to Washington to inform him of a rushed State Dinner for India Prime Minister Manmohan Singh—a thinly veiled effort to counter the State Dinner that (Republican) Governor Mike Huckabee of Arkansas was hosting for the widows, orphans and peacemakers of India—if only he would intervene to stop the peace mission. The administration hijacked and used the nonaligned status of India to assert control over what as transpiring in Syria, Libya, and Iran, nations over which it had no influence. Mr. Singh's first order of business upon his return to India was to officially request that each country where visits with the heads of state had been confirmed not meet with Dr. Paul, India's former Prime Minister Deve Gowda and the 25 sitting Senators from India's Parliament, an historic delegation of peace leaders that represented all seventeen political parties in India. The U.S. seduction of India's Foreign Minister Natwar Singh included a private

*Liberty Under Attack*

meeting with President Bush—the first time in history a U.S. President had met in private with an Indian Foreign Minister. The meeting was even more unusual considering that Mr. Singh is 1) a close personal friend of both Saddam Hussein and Fidel Castro; 2) India's most vocal opponent to the Iraq war; and 3) a proponent of a reconstituted Soviet Union to counterbalance U.S. power. He was a glaring anomaly of the typical George Bush invitee. After we informed India's political leaders of exactly what had transpired to stop India's peacemakers, Mr. Singh lost his cabinet position. Considering all that has transpired since the administration's intervention to stop the peace mission designed to impact Israel's enemies, it is quite likely that their actions have endangered Israel more than all of the terrorist threats against them combined.

5.  They refused visas to India's former Prime Minister Deve Gowda, other prominent peacemakers, and widows who were receiving GPI support as "Little Teresas", even though they were invited by Arkansas (Republican) Governor Mike Huckabee, current Chair of the National Governor's Association, Cincinnati Reds Owner Carl Linder, and WBA World Boxing Champion Evander Holyfield. The office that had granted visas to the 9/11 terrorists refused to grant visas to widows who had been invited by Governor Huckabee to be honored at a State Dinner in honor of the widows and orphans of India.

6.  In a part of the world where child sex trade is rampant, the U.S. State Department endangered the lives of ten orphaned girls, ages 9 to 11, by granting them visas while adamantly refusing to grant visas to any caretakers

AL-QAEDA WINNING—AMERICA LOSING

to accompany them. These children could have easily been sold into child prostitution. The caretakers, who had been granted visas by all of the other countries to be visited had to deplane before the entourage left for the United States. The children were allowed to visit the United States only after some of the Senators from India's Parliament who were also on the trip volunteered to become the children's caretakers. (To understand the nature of the State Department's deliberate slap, it would be similar to Ted Kennedy and Elizabeth Dole volunteering to become temporary guardians for orphans on an international trip where the children were to be honored in behalf of all of the orphans of the United States after the nation in which they were to be honored refused to allow their caretakers to come.) In an effort to build a preemptive strike against criticism for the absurdity of the State Department's decision, Laura Bush's top priority during the Administration's India visit in March, 2006 was visiting children who had been rescued from child sex rings. Her efforts belied the fact that the State Department had refused to grant a visa to Mangama, one of the orphans' caretakers who for the past ten years has been one of India's premiere leaders in the work to rescue children from sexual slavery after she herself had been rescued from the network.

7. On July 14, 2005 the FAA wrote a letter with the intent to ground his plane after five business days so it could no longer be used for peace missions. They strategically waited until the day after Dr. Paul's meeting with Bush's close friends and top donors, the Carl Lindner family, before sending the letter, and then grounded it on July

18, 2005—disregarding the promised "5 business day" response time—before he had even received the letter.

8. A health crisis eventually forced the State Department to at least partially recant its asinine decision to grant visas to children but not to accompanying adults after 11 year old Shymala Pettibotla became extremely ill and was hospitalized at National Children's Hospital in Washington, D.C. Diagnosed for the first time with juvenile diabetes, the hospital refused to release her until her parent or guardian could be trained how to give the necessary daily insulin injections and taught how to restructure her diet to avoid dangers of an insulin coma. Continued State Department intransigence was broken only after World Boxing Champion Evander Holyfield, who has volunteered his time and efforts for GPI for the past ten years and visited GPI's children's homes in India many times, caused an explosion of media coverage around the world by joining India's orphans in front of the U.S. State Department in Washington, D.C. in a demonstration demanding a visa for Shymala's caretaker. Meanwhile in India, widows and orphans began gathering in front of India leader Sonia Gandhi's residence in New Delhi demanding help for Shymala. Dr. Paul and his team rushed to India to try to assure passage to the U.S. for Shymala's caretaker as well as the other orphans' caretakers who had likewise been rejected earlier. The State Department dug in its heels and continued refusing visas for other caretakers. While in India, Dr. Paul met Madam Gandhi, who called Foreign Minister Natwar Singh back to New Delhi to face their charges that he had yielded control of India's foreign policy to Condoleezza Rice. Dr. Paul's coordinators confronted Natwar Singh for his complicity with the U.S. State

Department in halting the Middle East Peace Mission. The half-hour confrontation ultimately ended with Natwar Singh refusing to show his phone logs for July 4-5, 2005, the days he made the calls to stop the mission. Shortly after the confrontation with the Foreign Minister, an individual we had never met or ever talked with filed a child custody lawsuit attempting to wrest guardianship for Shymala from Charity City. Dr. Paul and Mr. Dodson were forced to rush back to the U.S. without the caretakers for the other orphans in order to retain lawyers to defend the attempt to take India's child. When the case came before the judge, it took him only minutes to angrily dismissed the spurious case "without prejudice," demanding that the party never bring such a case before him again. But the obvious manipulation of our judicial system meant to be nothing more than harassment temporarily halted the story of Condoleezza Rice's hijacking of India's foreign policy from exploding across India, even though many of India's top leaders had by this time learned what she and the President had done to use India's nonaligned status to manipulate nations.

9. Not coincidentally, the first nation to need Global Peace One, the world's largest tool to help during times of humanitarian disasters was the very nation that grounded it. Just weeks after the administration grounded the plane in their attempt to stop Dr. Paul's peacemaking efforts, Hurricane Katrina hit with such force that it quickly became the worst natural calamity in U.S. history. More than a million Americans were left homeless, tens of thousands were stranded for days without end, and hundreds literally died in the streets awaiting help that never came. Even in such a dire situation, the admin-

*Liberty Under Attack*

istration rejected the appeal of its own former Secretary of Education Rod Paige, to release Global Peace One to evacuate people from New Orleans. Numerous personal conversations between Secretary of Transportation Norm Mineta and Dr. Paul failed to budge the administration from its stance. More than 1,500 people per day could have been evacuated just with that one tool. As the administration poured money as if it were only water into the faith based initiatives they support—all with little or no accountability—it adamantly refused to use our aircraft even though it had returned from an around the world trip just six weeks earlier after passing the FAA's required massive diagnostic "C-check" on June 18, 2005—as it turned its back on desperate Americans dying in the streets.

10. In October, 2005, the Chief of Staff for Assistant Secretary of State Karen Hughes, who had been hired to "polish the image" of the United States around the world, hung up on Doug Dodson as he appealed with the office to please reconsider what they were doing to Dr. Paul, the world's most popular evangelist, even though he remains relatively unknown in the United States. He patiently explained that by continuing the campaign against Dr. Paul, we would alienate the few friends we have left in that part of the world. Five days later, the U.S. and India jointly suppressed news of an astonishing religious convocation at Charity City, the world's largest children's home founded by Dr. Paul near Hyderabad India, when the leader of the world's one billion Hindus broke 2,500 years of tradition by personally traveling to meet with other major religious leaders in support of Dr. Paul. He and Dr. Paul and India's most prominent Muslim and

xxv

AL-QAEDA WINNING—AMERICA LOSING

Buddhist leaders were held inside an airplane for seven hours until there were no more flights to New Delhi, thereby forcing them to miss a press conference that had been scheduled for them to issue a joint statement in support of Dr. Paul's efforts.

11. The next day, Dr. Paul invited the religious leaders to join him in meeting Pakistan President Musharraf after an appeal for help from the Pakistani Prime Minister's office following the catastrophic earthquake. After working through a maze of mysteriously canceled charters and other obvious efforts to keep Dr. Paul from the historic meeting (the first time an Indian had been asked to meet with and hosted by the Pakistani President), Dr. Paul's 80-minute private meeting with the President to assess how he could help the destitute Pakistanis—suffering terribly as the world looked the other way—finally sparked Karen Hughes' office to act. Within twelve hours of Dr. Paul's meeting with President Musharraf, President Bush announced that he was sending a delegation to Islamabad, led by Karen Hughes. Dr. Paul and the religious delegation were able to enter Pakistan only after he stopped using his wiretapped phones to discuss his plans.

12. Three times FBI agents have boarded commercial airliners and detained Dr. Paul—usually in an attempt to keep him from appearing on a nationwide news program. He has never been given a reason why they wanted to detain him. They always hold him for several hours and then release him without explanation.

13. In August, 2006, Dr. Paul and Doug Dodson were hemmed in on a freeway near Austin, Texas. With a sneering wave, the driver of the black SUV with dark win-

*Liberty Under Attack*

dows suddenly sped off as the Texas Highway Patrol pulled up behind us and stopped us, frisked us, and held us long enough to miss our flight. No charges were ever filed or discussed.

14. Dr. Paul is routinely detained and harassed by INS agents and held until he misses his connecting flight or his important appointments, the most recent being at the Tijuana/San Diego border crossing July 24, 2006, where he was held for seven hours. Even though he has been detained numerous times, and held for hundreds of hours, he has never been charged with a single violation of INS rules. The world's most popular evangelist is usually locked in a cell where he sits with drug dealers and convicted criminals while they confiscate and copy everything in his briefcase and then he is released.

15. After intercepting news of our plans to deliver the book to key members of Congress by August 1, 2006 in our attempt to do everything in our power to expose what is happening and change the direction of our country, in late July, 2006 the Federal Aviation Administration subpoenaed Dr. Paul to appear before their special court in New York with tens of thousands of technical aviation records concerning the Boeing 747SP—or potentially face imprisonment. Since he was out of the country when the subpoena was delivered, he ultimately had only a five-day notice to comply. Subsequent to the grounding of Global Peace One, all of the aviation team was laid off and there was no one with the technical knowledge of what the FAA was even demanding available to deliver it to them. Aviation attorneys, shocked beyond belief, volunteered to help Dr. Paul. After seeing the FAA's unrea-

AL-QAEDA WINNING—AMERICA LOSING

sonable demands, they appealed to the agency to extend the deadline to four to six months—a reasonable time considering that staff has to be hired and trained to extract the records from four different locations around the country. The FAA granted the extension—but for only 20 days instead of months. Without question, this is very obviously an effort to silence him by whatever means necessary—including incarceration. Theoretically, the FAA is an independent federal agency without political ties so that it can vigorously enforce safety rules. However, under this administration, it came under fire after disgraced Republican Majority Leader Tom DeLay, now under indictment and recently resigned from Congress, used the "independent, nonpolitical" agency to track down his political enemies. Using the agency for political purposes is an ace in the hole for the administration, because it is accountable to no one.

16. The FAA has gone far beyond its parameters of ensuring aircraft safety by demanding that even our donor records be turned over to them. They have refused to document for us whether they have ever issued a similar subpoena in the past. All attorneys who have seen the subpoena say they never witnessed such a demand from the FAA and believe that donor records are completely outside FAA jurisdiction.

Please refer to page 297 for documentation supporting this chapter, videos, pictures and live testimonies will be available soon on GPI website - www.global-peacenow.com.

Section One

# HOW AL-QAEDA IS WINNING—AND WHY

# SEPTEMBER 11, 2001: AMERICA'S DAY OF VICTORY

———

When Al-Qaeda skillfully executed the surprise attacks on the United States of America that killed thousands of people on September 11, 2001, the entire world grieved for the country that has clearly led the way toward freedom, democracy, and economic prosperity for all. Without question, it is America that has been the "shining city set on a hill," the beacon of freedom for the world. Billions of people around the world felt a sense of grief and loss when America, the country that is the embodiment of freedom for which all humanity yearns, was attacked.

Within minutes of the horrific losses, however, we quickly recognized once again the America we had known and respected our entire lives when we saw the first Americans mobilize and willingly give their lives in defense of their country. The Americans who chose to initiate the first battle against Al-Qaeda on United Flight 93 over Pennsylvania made their choice in order to preserve liberty, justice and opportunity for the rest of us. It is almost certain that they fought their captors knowing that it would likely cost them their lives. But it was a sacrifice they apparently were willing to make. Furthermore,

3

AL-QAEDA WINNING—AMERICA LOSING

most of the world believed that their response was just the beginning of what the vast majority of Americans would do in order to thwart those who were determined to destroy their freedom.

America is a country that is bound together by ideals—not ethnicity, or color, or language, or wealth. Even though nationalism in most other countries is filled with danger and the possibility of violent division, the nationalism in America binds people of virtually every imaginable background, ethnicity and economic strata together in defense of the principles of individual liberty and the ideal of a justice that is the same for everyone. It is the strongest—and likely the purest—type of nationalism on earth today.

The unity America exhibited on September 11, 2001—a unity that bound all Americans together and had 90% of the world standing with the United States—is exactly what Al-Qaeda had hoped to destroy. Even in the face of such horrendous attacks, the entire world came to realize very quickly that Al-Qaeda would never be able to strip from America that which makes it the strongest nation on earth.

Al-Qaeda desperately desired to superimpose a cycle of events and emotions on America that would cause it to weaken rapidly. But it all began crashing down around them within minutes of their first three attacks when their best weapons—suicide bombers—were neutralized by average Americans who quickly responded to the attack on their freedom. Even without the benefit of having months of military training that is provided for those in our armed services these Americans responded because they had *lived* a life of freedom—a freedom that none of us are willing to give up easily. From the very foundations of our country, the battle cry has been, "Give me liberty or give me death!"

Al-Qaeda's elite—the best they could find anywhere in the world—died in a battle with unprepared, weaponless Americans

4

who were determined to fight to their deaths in defense of liberty. Al-Qaeda had virtually no hope of victory after seeing the response of the American people and how the rest of the world stood in almost universal solidarity with them.

6

# SEPTEMBER 11, 2006: LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS AND AL-QAEDA'S UNSUSPECTING AGENTS

But five years out, by virtually every gauge that can be used to objectively measure the outcome of the attacks, without question, Al-Qaeda has won hands down. Virtually all of its objectives have been advanced—many far beyond what they could have ever even imagined—and, even though this is not yet widely understood by the average American, from an international perspective the U.S. is no longer the same country. The support of 90% of the world that stood with America in its real war on terror in the days and months following the devastating attack has vanished. These one-time supporters are now among 90% of the world that sees America as the biggest threat to peace. Most of the world now feels that America has discarded its ideals, making the country immeasurably weaker, and that its hemorrhaging not only continues unabated, but is even accelerating at an alarming rate.

## AL-QAEDA WINNING—AMERICA LOSING

That explains why the vast majority of the people living outside the United States of America—the country that up until recently has set the example of what it means to have freedom, justice, and opportunity for all; and the country that for two centuries has been "the shining city set on a hill" that has brightened the path for nations to follow—now see America as the greatest threat to peace around the world. My spirit longs for the America I have known and loved; but my heart breaks as I see how the lament of the Old Testament is quickly becoming appropriate for the greatest nation on earth, "How the mighty have fallen!"

Even in America, there is a sense that something is radically wrong. With the economy seemingly doing well and things going in a way that would historically favor those in power, almost 70% of the American people believe that we are on the wrong path. Even Republican leaders sense it. At a recent event in Cincinnati, Ohio, eighteen of twenty key Republicans from the region agreed that something has gone desperately awry. A feeling of confusion, isolation, loneliness, and fear of the future is evident at almost every juncture of its social and political life. And yet, no one has been able to put a finger on exactly what it is that is so desperately wrong.

Those delving into the facts looking for answers, however, are the ones who are coming to the most frightening of all possible conclusions. They are shocked beyond measure to see the stunning ramifications to the answer of who *really* propelled America down the path that Al-Qaeda intended for her, how it was done, and the stunning depths of America's loss. The answers to the torrents of questions that are flooding their minds present a far more chilling scenario than the Al-Qaeda attacks could have ever presented. The overwhelmingly important and urgent question remaining for them is, "Can America ever recover?" That question remains unanswered

*September 11, 2006...*

as the future of 300 million Americans—and the world they have so dramatically influenced—hang in the balance.

Without question, if recovery is even possible, the time necessary to recognize our error and immediately reverse course is extremely limited, quite possibly limited to as little as a matter of weeks—namely, by November 7, 2006, our next national election. And even though most Americans are totally unaware of it, there are powerful forces at work to keep them in the dark about what is *really* transpiring. If the United States of America does not take dramatic corrective action on November 7, 2006, it may be impossible for her to ever recover.

Al-Qaeda, determined to destabilize America and break the back of her power, had at least seven major objectives when they launched the September 11 attacks:

1. To destroy America's freedom

2. To overthrow America's economic prowess

3. To unite the Arab world

4. To alienate America from her allies

5. To expose the impotency and hypocrisy of America—in both her predominant religion and in its leadership

6. To manipulate America through fear

7. To create an atmosphere in which they could easily recruit tens of thousands of new suicide bombers throughout the world and, most especially, in the United States.

The first two priorities of Al-Qaeda are inextricably intertwined. The only way to genuinely undermine America's economic prowess

9

around the world is to destabilize and diminish the personal freedom of the American people.

The 9/11 attacks *did* affect us economically in a very dramatic way. The stock market fell more than 500 points when it reopened after the attacks. In other words, almost *one trillion dollars* in wealth evaporated during the four days the market was closed for the cleaning of hazardous waste that was spread throughout Lower Manhattan from the attacks. Many businesses across America shut down entirely—including the airline industry—or ran very limited operations. Sales plunged as Americans stayed in the safe harbor of their homes out of grief and fear of what might happen next. Millions of Americans skipped work to keep up with events, to assist in volunteer efforts, to offer up prayers for safety, or to comfort their loved ones—especially the children.

But to the shock of everyone—particularly to Al-Qaeda—one trillion dollars in lost wealth didn't even budge the resolve of America! In fact, millions of Americans *bought into the stock market* the day it re-opened for one reason: they wanted to unequivocally tell Al-Qaeda that they would never succeed in their attempt to destroy, intimidate, or control America. The end result was that the economic fallout from Al-Qaeda's attacks was dramatic—but short-lived. In fact, most of the wealth that evaporated in the days following Al-Qaeda's attacks has been recouped and in many cases, an unexpectedly buoyant economy has actually propelled us far beyond what was lost.

Over the past four years, however, an administration that has shown no economic constraints and a Republican-led Congress which has exercised virtually no oversight have saddled Americans with a debt from which we can never recover in our lifetimes. Each baby born in the United States today begins his or her life owing $28,000, the greatest impediment that has ever existed to an

*September 11, 2006...*

American's *pursuit of happiness*, which according to the *Declaration of Independence* is one of the three inalienable rights God Himself gave to individuals, the other two being the rights to life and liberty. The U.S. Constitution changes the phrase *pursuit of happiness* to *property.* Without question, tens of millions of Americans who have not yet reached voting age have been deprived of property, and therefore, the pursuit of happiness, without due process.

To the surprise of almost everyone, there was no call for the Americans who were attacked on September 11 to make the sacrifices necessary to defeat the enemy who had vowed to destroy us.

Tragically, a Karl "Rovesque" decision was made by this administration to exclude the vast majority of American *voters* from any call to sacrifice. By design, the call for sacrifice was strategically limited to two specific groups: 1) those serving in our armed forces, the vast majority of whom now come from among the poor and minorities—a group whose support for this administration has been only tepid, at best—and thousands of them have paid the ultimate price for the politically expedient decision of Condoleezza Rice and George Bush; and 2) to our born and unborn children and grandchildren—none of whom can vote—forcing them to pay for uncontrolled and in far too many cases absolutely unnecessary "defense" spending. By the administration's design, we are not a *nation* at war—we only have an army at war, and it is being financed by children who cannot hold the commander in chief responsible. In the entire history of this great nation, we have never been in a more despicable position.

That decision has left Americans anesthetized to what is happening as hundreds of billions of borrowed dollars were being spent to create a secrecy-shrouded infrastructure to monitor *their* moves, *their* calls, *their* spending, *their* travel, or anything else the administration feels should be scrutinized. Over the past four years, Al-Qaeda got off scott-free while it becomes increasingly clear that it is

11

*Americans* who are now being targeted in this administration's "war on terror." It is apparent that money Congress appropriated to defeat Al-Qaeda is instead being spent to monitor Americans— eroding our privacy and endangering our personal liberty far beyond what is even imaginable—while Osama bin Laden and his ilk remain at large.

How can we not notice that the big guns that were first trained on the leaders of Al-Qaeda in Afghanistan in the days following the attacks, and then following the failure to detain them, were slowly swung toward Iraq, are now, to the astonishment of millions, being focused on *Americans* who opposed that war? As the administration's targets have shifted, the costs are rapidly mounting—and there is no end in sight to the amount of money this administration is ready to force our children and grandchildren to pay for their misdirected "war on terror."

# THE MUTATION OF
# THE WAR

———

The first red flags about America's "war on terror" went up around the world when America announced that Iraq had become the administration's new priority in their "war on terror"—even though 17 of the 19 terrorists lived in Saudi Arabia and not even one hailed from Iraq. But even more compelling for me personally, I was dumbfounded to personally witness and observe in detail how the U.S. State Department served as an accomplice to Saudi Arabia as they helped them cover up what really happened when Al-Qaeda's leaders in Saudi Arabia beheaded American Paul Johnson on live television for the world to see. [Global Peace Initiative spent $70,000 rescuing Paul Johnson's devastated brother. After helping him recover from an extreme overdose of alcohol, we took him to the Middle East to appeal for Saudi Arabia's cooperation. While there, he met with leading Jordanian officials. After returning, we were joined by four time heavyweight world boxing champion Evander Holyfield in New York and Washington, D.C. in our effort to break the Saudi intransigence. While in New York, Bill O'Reilly took up the cause on Fox News' *O'Reilly Factor*. Other national and international media reported the Saudi silence extensively. We ultimately traveled to Atlanta for a private meeting

13

AL-QAEDA WINNING—AMERICA LOSING

with former President Bill Clinton, who also extended his support. We did all that only to have the U.S. State Department try to undermine our efforts along the entire way.] Why would the Rice/Bush administration protect Saudi Arabia, home to 17 of 19 homicide bombers that killed thousands of Americans, while destroying Iraq, a country which had no apparent connection to what happened September 11, 2001?

Our children and grandchildren will be shocked to see that up to $2 *trillion* of what they owe for their grandparents' defense was for the ill-fated Iraq war. Prior to the invasion and occupation of Iraq, former White House Budget Director Mitch Daniels predicted that the Iraq war would be "an affordable endeavor" when he publicly rejected White House Economic Advisor Lawrence Lindsay's estimate of $100 to $200 billion that would be needed for the Iraq war. Even Secretary of Defense Donald Rumsfeld estimated the cost of the war "at something under $50 billion" back in January, 2003. But as of today, specific appropriations from Congress to cover the direct costs of the Iraq war have surged to more than $300 billion and Congress is adding at least $200 million more to that number every single day.

Yet, in all reality, $300 billion hardly scratches the surface of the true costs of this unnecessary war. If we take into account the instability that was introduced into the oil markets as a result of the war (the cost of a barrel of oil is $50 per barrel higher—or three times higher—now than before the invasion), and add to that the long-term cost of life-time health care for the 20,000 wounded soldiers—about 20% of whom suffer very severe brain or spinal injuries—and then tack on the interest we will be paying for decades into the future for the hundreds of billions of dollars being borrowed to wage this war, the costs are estimated to easily surpass $2 *trillion*! And even that may be underestimated because as of right now more than 30% of our soldiers coming home from Iraq develop mental-health problems within three to four months of returning. All of

14

these costs will be paid by taxpayers for decades to come. The final *direct costs* of the war are expected to end in 60 to 80 years, but America may still be paying interest on the money we borrowed to wage the war far beyond that.

All of this money was ostensibly being extracted from our grand-children and spent in order to remove the threat of Saddam Hussein's vast arsenal of weapons of mass destruction—until of course, several months into the war, we found out there were none. And once the world saw that America had misled the international community about the weapons—at best through spectacularly inept (and expensive) intelligence; at worst through deliberate deception and lies—the mission of the war had an abrupt and convenient change. The administration, without flinching or suffering even a moment of embarrassment over spending so much of our hard-earned tax money on a "mistake," suddenly declared that "regime change"—not removal of the weapons of mass destruction—was our real reason for invading Iraq. Of course anyone who rejected the changed mission faced the wrath of Karl Rove and was quickly paint-ed as unpatriotic and obviously a supporter of Saddam Hussein.

The only problem with dismissing the "search for the weapons of mass destruction" mission in favor of a "regime change" mission is that the administration had specifically rejected regime change on December 23, 2002 when with the advice and support of several key politicians from India, including the late Speaker of the House Baliyogi, former Prime Minister Deve Gowda, and several prominent Senators, I personally persuaded Saddam Hussein through his son Uday to take his wealth, leave Iraq, and go into exile in the United Arab Emirates. (Incidentally, that is precisely what I did less than a year later when I persuaded President Charles Taylor of Liberia, known as the "Butcher of Africa," to step down and go into exile in Nigeria in order to stop the fourteen year civil war that was raging in Liberia and neighboring countries).

AL-QAEDA WINNING—AMERICA LOSING

Exhibit A

**From the Desk of Charles G. Taylor**
**Former President of Liberia**

August 16, 2003

### TO WHOM IT MAY CONCERN

I'm writing this letter to let the whole world know that Dr. K. A. Paul, founder and president of Global Peace Initiative, came to Liberia with his team of ambassadors and spent numerous hours with me personally, giving me valuable counsel over the past 30 days. We've had nearly 50 phone conversations together and numerous meetings face to face, since we first met on July 15th, 2003.

My decision to step down as president and leave the country of Liberia was a difficult one personally. If there is going to be any credit given for my final decision to step down and leave the country, I will say 99% of it goes to Dr. K. A. Paul alone. I can not watch all those people who had little or nothing to do with my decision of departure take credit for what Dr. Paul has done. I am forever grateful to him for his contribution in this difficult situation.

Let the record show the facts, let the people of Liberia understand this, let president Bush recognize what Dr. Paul has done. As a result of all this, let there be true peace and prosperity in Liberia.

Cordially,

Dahkpannah Dr. Charles Chankay Taylor

Figure 1: President Taylor to Whom it May Concern.

16

Exhibit A2



# REPUBLIC OF LIBERIA

OFFICE OF THE PRESIDENT

July 16, 2003

His Excellency George W. Bush
**PRESIDENT**
United States of America
Washington, D.C.

Mr. President:

I am pleased hereby to present my compliments and best wishes to you for your interest and concern for the peace search and will bring of the people of Liberia as demonstrated by your recent pronouncements and action in relation to the search for lasting peace stability and security in Liberia. I seize this opportunity to reassure you of our own commitment to do everything possible to ensure that durable peace and stability return to our country.

Mr. President, after much prayer, receiving spiritual counseling, the last session occurring up to 4:00 a.m., July 16, and having spent time with bishops and church leader of Liberia along with Dr. K. A. Paul of Global Peace Initiative (GPI), I am recommitted, as I have already stated, my willingness to step down from office and leave Liberia, with one condition which I have personally expressed to Dr. Paul. I am confident that he will convey same to you. My decision to take this course of action is based on a desire to avert any further suffering, starvation and bloodshed in the country.

But as you have mentioned, Mr. President that I should depart immediately. I am concern that any hasty action of this nature could result in the wanton loss of lives or culminate in a genocide of nationwide proportions. We should also bear in mind that Liberia is a nation founded on Christian principles and lead by a Christian, which I am. This country is one of the last bastions of Christianity in West Africa. The prospect of it being overtaken and controlled by Islamic fundamentalists must be taken seriously in relation to the search for lasting peace and security in this country.

As you are aware, Mr. President, Liberia is surrounded by Islamic states in the subregion. I believe that a major spiritual battle has been unfolding and there is a need for all concerned to fully understand the situation. It is my ardent desire that all peace proposals must take into consideration the protection and preservation of the sacred Christian heritage of this Country.

I have spent several hours listening and sharing with the Global Peace Initiative team and I believe, Mr. President, that you will have the opportunity to have the facts on the ground from a man of God, a peace ambassador and members of his team.

It is my hope that you and your government will remain seized of the situation in Lend your fullest participation in the search for lasting peace and security for the people of Liberia.

Please accept, Mr. President, the assurances of our highest consideration and esteem.

Cordially,

Dahkpannah Dr. Charles Ghankay Taylor

Figure 2: President Taylor letter to President Bush.

17

Case 1:08-cv-01317-ESH   Document 1-2   Filed 07/31/2008   Page 43 of 84

Adding insult to our already injured reputation, once it became difficult to justify making a "preemptive attack" solely for regime change—especially when the regime had been in power for twenty years!—the mission of the war shifted again. As it stands now, the primary purpose for the Iraq war is to advance democracy around the world—and especially in the Middle East. But that mission too is now facing an overwhelming backlash as the Palestinian people jumped at the chance to speak for themselves and democratically elected Hamas as their leader. Now that war is erupting throughout the Middle East at the hands of Hezbollah—Hamas twin sister in Lebanon—and hundreds of people have died in Israel, Palestine and Lebanon as a direct result of the new Palestinian democracy the U.S. now says it went to war to ensure, only the Lord knows what our new mission for the Iraq war will be.

The most refreshing to me would be ending duplicity about the mission of this war and telling the truth once and for all about why we have allowed as many Americans to die in Iraq now as died on September 11—all while killing tens of thousands of innocent Iraqis along the way. It is far better to be honest about the original reasons for wanting Iraq under U.S. control, and to publicly own up to any failures or mistakes we might have made than to constantly be changing our story about why we are doing what we are doing. We have already lost every shred of credibility before the world by changing our mission for the war three times up to this point. Now that the Middle East is erupting in war as a result of what we now claim was our mission, it seems very likely that the mission for the Iraq war must be changed again.

One other extremely dangerous result of our misdirected war on terror is that as we have focused on subjugating Iraq, North Korea has raced unimpeded toward creating nuclear warheads that can create unmitigated disaster within 10 minutes by targeting only six

18

*The Mutation of the War*

neighboring cities that together are home to more than 120 million people. As ignoring Al-Qaeda's leaders, attempting to subjugate Iraq, refusing to talk to North Korea, and insisting that everyone on the planet agree with them as Rice and Bush superimposed their plan for the world made us safer? A quick glance at the news will provide the unsettling answer. We stand in abject failure not only in the war on terror, but in security as a whole.

As a result of the shifting enemies—first Al-Qaeda, then Iraq, now *us*—and the shifting missions—first weapons of mass destruction, then regime change, now spread of democracy, especially in the Middle East—the Rice / Bush war on terror and the runaway spending it has unleashed has achieved Al-Qaeda's goal of breaking the back of America's economic prowess. Even the rosiest economic forecasts don't remove the overwhelming debt that is being hoisted on our children and grandchildren—to the tune of $1 trillion more debt every 2 ½ years.

Al-Qaeda cannot, however, take credit for the downward economic spiral that is being superimposed on our children. It has been unilaterally imposed by the Condi Rice / George Bush administration, an administration that boldly—and blindly—led the world down the wrong path and then firmly resisted admitting its error, even though the whole world has watched us being disrobed of any pretense of honesty. Ignoring the obvious, this administration has presided over our being dethroned from being a credible source of international leadership.

Obviously, the administration thinks America's economic might is what makes us credible—and that explains why there are now so many secret agencies using U.S. taxpayers' money to try to influence the outcome of elections around the world, (such as the recent elections in Haiti and Liberia, where the U.S. didn't even attempt to veil the financial and political help the chosen candidate received—so

AL-QAEDA WINNING—AMERICA LOSING

much for the democracy thing!), to encourage coups, and to undermine countries. How many countries that otherwise might be interested in democracy want to open up their election process to be manipulated by the wealth and power of the United States? I submit that very few are excited about the prospect of "democracy" as it is advocated and practiced by this administration.

Congress just gave Condoleezza Rice $60 million more borrowed dollars to try to undermine Iran. Since the world sees the United States as a greater threat to world peace than Iran, perhaps the $60 million would have been better spent trying to stop wars in the Congo, Sudan and other African countries where millions have already died; or perhaps spent for the God-ordained mission of taking care of widows and orphans in their distress—especially the ones our administration has created. But that is not in the vision or ever-changing mission of this administration. Instead, she will use the $60 million to bribe, spy on, and con a few more people so that hopefully, she can convince the world that, contrary to their belief, Iran is indeed a bigger threat to world peace than we are.

Today we are faltering under a massive debt that was incurred to finance a grand denial of failure to win the war on terror, a failure that was covered by plunging us headlong into a misguided war after stoking a misdirected anger. It was not incurred because of Al-Qaeda. This indebtedness has been incurred by an administration that, according to BBC, already had plans in place to invade Iraq and sell off their oil to overwhelm OPEC long before September 11, 2001. We allowed our commander in chief to avoid facing his failure to bring Al-Qaeda to account by re-directing our focus and placing blame for 9/11 on someone who had nothing to do with it. Today, Al-Qaeda is still alive and active, none of the top leaders have been found, and we instead have brought the already-hobbled nation of Iraq to shambles as we first looked for weapons of mass destruc-

20

*The Mutation of the War*

tion, and then changed their regime, and now insist on democracy for them. The debt for the borrowed money to finance this admin-istration's Grand Denial is already so large that it can never be paid off during our lifetimes. We have saddled our children and grand-children with our debt and compromised their future prosperity. Whether or not they can ever recover from what we have done to them is very much in question.

21

22

# WHO IS THE ENEMY NOW?

The depths of the tragedy occurring in the United States cannot be measured, however, by just an analysis of what is happening to its economy. It is what is being done by those who control the levers of power and the purse strings that is of even greater concern. Even though the defense budget is reportedly $453 billion—more than all of the defense budgets of the remaining 190 nations of the world *combined*—in reality the figure that can be made public is substantially more than that. The Department of Defense oversees $453 billion; but when you bring in the nuclear weapons which are overseen by the Department of Energy; and add all of the security spending by the Department of Homeland Security; and tack on the State Department's defense spending programs, such as reconstruction programs; and then include the long-term health costs for the injured veterans, which is under the auspices of the Department of Veteran's Affairs, the total soars to more than $670 billion per year. These are items that are explicitly for defense. There are yet thousands more secret and undocumented programs that are ongoing. Many budget analysts say a good rule of thumb is to take the budget of the Department of Defense and double it. That is a fairly close ballpark figure for all defense spending—both public expenditures and the secret programs.

23

## AL-QAEDA WINNING—AMERICA LOSING

With key individuals controlling billions of dollars of this defense money that can be accessed and used largely at their discretion with little or no accountability or oversight, extremely dangerous threats to *America*—not to Al-Qaeda—have emerged over the past four years. The Rice / Bush administration has created a burgeoning apparatus targeting *Americans*. They have developed such a vast listening and tracking network that it far surpasses the intrusiveness of the old Soviet KGB and the thousands of "monitors" that served as the eyes and ears of Saddam Hussein. In fact, *ABC's World News Tonight* Chief Investigative Reporter Brian Ross recently found that even reporters' phones are being tapped so the sources of leaks can be identified and dealt with—many times even before the story is produced.

What a tragedy! How could it be that the world's most powerful nation could be weakened so dramatically so quickly—not by the enemy that was determined to destroy her, but by the ones elected to defend her and protect her liberty? And all of this was done in the name of the War on Terror.

The most defining characteristic of Americans—a love of freedom that is so deep Americans will die for it—is under relentless attack in the most insidious ways from the most unlikely source. I have nothing personally against President Bush or Condoleezza Rice. In fact, because of the massive rallies I led among the Cuban Americans in Florida in 1999 and 2000, resulting in numerous news articles and interviews in local, state, national and international media, including *Fox News'* Bill O'Reilly and CNN's current White House Correspondent Susan Malveaux, where I encouraged support for the Governor George W. Bush, I may be more responsible for his election to the presidency than anyone else. But when they disdain the truth, undermine justice and impose limits on our liberty, I must speak out!

The direction we are being led is undermining us both at home and abroad. Following the heartbreaking attacks of September 11,

24

, *Who is the Enemy Now?*

ninety percent of the nations of the world supported the United States as it began waging the *real* war on terror. But when the U.S. began its determined drive to divert the war toward Iraq, a war I worked very hard to avoid, they backed off. As a result of the ill-fated war, the same nations that supported us unequivocally now no longer support us and have instead an infinitely diminished respect for the U.S.

From my conversations with religious, political and business leaders in many of the 108 countries in which I have worked, they believe the Iraq war was waged for one of three reasons—none of which have anything whatsoever to do with the war on terror:

1. Many believe Iraq is Bush's personal war against Saddam for trying to assassinate his father in 1991;

2. Others believe the war is primarily about oil;

3. Still others are convinced that an administration insider, the former CEO of Haliburton, who now serves as the Vice President of the United States, has benefited immeasurably as the stock of the defense company has surged from an anemic $7 per share to more than $70 per share. They believe he and the administration he serves shaped this war for their personal benefit.

Through my personal relationships with more than 60 sitting or former heads of state, and my extensive travels during which I meet many of the political, spiritual, and business leaders of the world, I am aware of the questions that are burning in the hearts of people everywhere and what is likely to be the depths of the consequences for the United States if we don't change. During my recent Global Peace Summit in India, attended by India's former Prime Minister, two former speakers of the Parliament, more than 100 sitting Senators hailing from all seventeen major political parties represented in India's

## AL-QAEDA WINNING—AMERICA LOSING

Parliament, more than 90% of these political leaders expressed dismay and outrage at the direction the "war on terror" has taken. Whether the misdeeds of this administration are intentional or horrendous mistakes that they are simply unable to publicly admit and correct, I stand today to say, "Enough is enough!" The price is too high for America to pay.

Americans are the kindest, most generous, most God-fearing people on earth. For almost two decades I have promoted the wonderful example that America has set. But for the past four years I have been praying and crying out to God for His intervention as I have observed America's credibility being destroyed…and now I cannot answer the questions about America that are pouring out around the world, including questions from the world's most respected bishops, pastors, evangelists and religious leaders.

Losing the America the world has known and respected for the past two hundred years will be an unmitigated disaster from which the world will never recover—and now the possibility of losing that America has become very real.

This is the time to act—before it is too late! The good people of this great country must rise up in unity to seize leadership from those who have led us toward destruction. I beseech you from the bottom of my heart to be courageous enough to make the sacrifices that the current administration has shoved off onto future generations.

There are three overwhelmingly important things we can do to stop the hemorrhaging of America's credibility, seize the leadership, and win an absolute victory in the war on terror—but it will require discipline, sacrifice and determination on the part of every individual who wants to join this worldwide partnership for peace.

Jesus Christ, whom I follow, explicitly says, "Blessed are the peacemakers." As I have traveled to more than one hundred coun-

26

*Who is the Enemy Now?*

tries around the world, I have found that all of us want peace. But Jesus did not say, "Blessed are the peace*wanters*." He said, "Blessed are the peace*makers*." By that He means those who are willing to make the sacrifices to do what is needed to create an environment that is conducive for peace and once the environment is in place, to ultimately take the creative actions that will result in *making* peace in a world that otherwise will be filled with increasing chaos.

It is a huge challenge—but one that without question we can accomplish. We can win the war on terror! But it will require a drastic change in direction and a renewal in our way of thinking. The existing priorities must be challenged and changed as millions of us move in concert to halt that which is making the world a more dangerous place and instead institute a dramatically different way of ensuring that our future is safer and more secure.

28

# THREE THINGS WE ALL MUST DO TO REVERSE COURSE AND WIN THE WAR ON TERROR

The route to winning the war on terror is amazingly simple, overwhelmingly effective, and astoundingly expansive—reaching far beyond just the war on terror—in its results. The following three things—if carried out consistently and with passion—will propel us to a decisive victory in the war on terror faster than anything else we can possibly do.

### 1) Build a Vision for the Future through Fasting, Prayer and Meditation

Throughout the ages, when nations have been threatened by enemies from outside or when they have faced severe crises from within, fasting and prayer has been a response that has unified the people, created a common vision of victory, and started unleashing peace—first in the spirit of the practitioner, ultimately spreading to their home, their community and ultimately to their nation as a

29

AL-QAEDA WINNING—AMERICA LOSING

whole. We can think of each individual who joins a common time of prayer and fasting as another of the millions of seeds of peace that are being planted throughout the nation and the world.

Even though prayer and fasting is thought to be primarily an act practiced exclusively by people of faith, even those who are not acting based on their faith can join as they fast and meditate on how the world should be—not how it is.

Everything around you—the chair in which you sit, the building you are in, the means of transportation that you used today—all of these things at one point were nothing more than a vision in someone's mind. But people who diligently cultivated their vision and reached into the inner sanctums of their being to create *reality* from their vision are the ones who change the world. That is what we need today. We need people—anyone and everyone—who will see the vision of peace for our day and then reach into their inner being and create *reality* from their vision. These are the ones that Jesus described as peace*makers*.

There is unbelievable power in the vision of an individual; but the power of a vision increases exponentially when it is held in common with others. Scripture says, "Where there is no vision the people perish." One of the greatest standards we can raise to halt the continuing loss of life—whether it is through terrorism or an inappropriate response to it—is a vision of peace. Through our vision, we can keep people from perishing!

Already, more than 21 million people around the world join together from sundown Friday until sundown Saturday in fasting and prayer for the world. I am challenging hundreds of millions more to join us as we sow seeds of peace in every village in every country around the world by creating a common vision through fasting and prayer.

30

*Three things We All MUST Do...*

2) *Rescue a Street Child—and Keep Working Until All 10 Million Street Children Are Placed in Homes.*

There are not ten million potential terrorists in Iraq. But the Rice/Bush administration has misled us into forcing our children and grandchildren to pay as much as *$2 trillion* to make sure Iraq is not and does not become a hotbed of terrorism. And even with the massive infusion of borrowed money and military personnel, their efforts have absolutely failed.

But the ten million children living on the streets *are* ten million potential terrorists! They are among the most likely people on earth to join the ranks of terrorism. Many of the terrorists we now defend ourselves against have come from their ranks. They moved first into child armies in Africa and right on up the ranks to become trained terrorists.

If we are truly to protect ourselves from terrorism, we must begin an unrelenting effort to remove every single street child around the world from the streets to be placed in a loving home. There are several private organizations like ours that are already working to do this. Our organization alone has removed 310,000. But we must permeate the efforts to defend ourselves against terrorism with this absolutely essential, tremendously effective defense. The $200 million per day that the U.S. Congress is appropriating for the war in Iraq—not the war on terror as a whole but *just for the war in Iraq*—is enough to rescue all ten million street children in the world and provide their food, clothing, shelter, medical care, and education for one month. Just twelve days appropriations would take care of them for a year. At the current level of appropriates, just four months of the current Congressional appropriations for *just the Iraq war* could care for every street child in the world for the next ten years. We could far more effectively defend ourselves against terrorism; stop the terribly high cost of the profusion of war

31

widows and war orphans, many of whom end up on the streets; make the world a far more secure and safer place, not just for the ten million street children but for everyone; destroy a major seedbed of criminal activity; and once again participate in a world that respected us, trusted us, and allowed us to exercise immeasurable influence—and all of this is for just a tiny fraction of the cost that we are currently spending to defend ourselves—if only we defended ourselves against terrorism by engaging in the most appropriate arena.

Even though this administration has attempted to inoculate us from the terribly high cost of this war by rallying just our armed forces—not the nation as a whole—and passing on the astronomical costs of involving them on to our children and grandchildren, we must reject the designed deception and accept the fact that we are a *nation*—not just an army—at war and *we must pay the price for our own defense.*

We can start taking our defense into our own hands by personally rescuing one or more of the ten million street children. In most private organizations, that can be accomplished for anywhere from $20 to $25 per month per child. You can go to our website at www.globalpeacenow.com for a list of the organizations which are involved in this noble work, a work which is imperative if we are to effectively defend ourselves against terrorism.

But we cannot stop there. It is imperative that we agitate and demand from our governments that we will no longer tolerate their ignoring this particular war arena in which we are currently so vulnerable. We must rise up against the lies of an industrial-military complex that always insists the only means of defense is missiles, bullets, fighter bombers, bombs and tanks and make them understand that the most devastating weapons that have been used against us in our lifetimes are *people—suicide bombers*—who come disproportionately

32

from among those living on the streets with no one to love or care for them. All of our military capabilities have proven absolutely ineffectual to defend ourselves against them. In fact, the weapons have only served to kill far more innocent people while being devastatingly useless in helping us catch the real terrorists. We must demand that the U.S., Western Europe, and other military powers adjust their thinking and their means of defending us. Otherwise, it will be absolutely impossible for us to ever win this war.

If we make the powers driving the war on terror understand just this simple fact alone, we will quickly turn the tide and win the war on terror for just a tiny fraction of the terribly high cost we are currently paying.

3) *Respond to our Spiritual and Patriotic Duty by Becoming Political Activists Who Refuse to be Ignored or Marginalized.*

The final step that each of us must take is to organize in such a powerful and meaningful way that the politicians ignore us at their own peril. Our political party of preference is now irrelevant. There is an issue of such overriding importance that millions of us are walking away from our life-time allegiances to political parties to say in a way that will never be forgotten that we will no longer tolerate the trillions of wasted dollars, the dead-end future for our children, and the loss of our personal liberties—all for the most ineffectual war and defense in our history.

We must move with such power that the politicians tremble when we speak. We are not speaking as Democrats or Republicans, conservatives or liberals—we are speaking as humans who have inalienable rights, among them the right to life, the right to *liberty* and the right to pursue happiness—and we demand that our governments respect those rights not only for us but also for our children and grandchildren.

33

AL-QAEDA WINNING—AMERICA LOSING

We will not tolerate leaders who are willing to sacrifice the rights of our children and grandchildren for their own immediate political fortunes.

Furthermore, we must say with one voice that we elected our legislative bodies to exercise oversight over our administration—and if they refuse to do their duty out of deference to an intimidating leader, they are not worthy of us! They will be turned out en masse and replaced with those who will defend *us*—not the powerful leaders.

Once new leadership is in place, the demands must continue until every wrong is righted—either through a public acknowledgement of what has transpired and a complete repentance from it, including a commensurate and powerful change of direction; or through impeaching intransigent leaders who choose to defend lies instead of their subjects.

To do that, we must create a massive army. I encourage you to register to vote—especially if you have never voted before—join our movement by registering your intentions to become a peace partner and giving us the means to communicate with you so we can move in concert, and then to multiply our effectiveness, do your best to get at least one additional person per week to join our movement from September 7 through November 4, 2008.

These three steps that we all must take in order to win the war on terror will require sacrifice on our part.

It is not easy to go without food for twenty-four hours. We all have things that we would prefer to spend our $20 or $25 per month on rather than taking care of someone else's child—a child that we have never even seen. And it is much easier to stay home, watch TV, play video games or go to the football game than it is to challenge self-centered and devastatingly ambitious politicians. But if that is what you have been doing—it hasn't worked. We are not satisfied with where we are and it is incumbent upon us to change course.

34

*Three things We All MUST Do...*

There are a few times in the history of a nation when its citizens are so disturbed by the direction they are being led that they rise up en masse to put an end to the miscreant leadership. It is not full revolution, but just short of it. Such a democratic uprising is usually enough to jar the leadership back to their senses.

This is one of those times. If we don't do it now, we may never have another opportunity. I ask you to join me in an effort to change directions and move as one toward a genuine victory in the war on terror.

35

Section Two

# HOW A *NATION'S* WAR DEVOLVED INTO ITS LEADERS' PERSONAL AND PRIVATE WARS

37

# INTRODUCTION

———

One of the greatest tragedies of the human condition is how unbridled ambition can blind us to all sense of right and wrong. When an unwavering commitment to realizing personal ambition becomes our supreme motivation, it becomes very easy to justify using every means at one's disposal—as long as it propels us toward the desired end. But when the available means become limitless and are unchecked, the collateral damage inflicted in pursuing that end can be catastrophic.

This is the chronicle of events as they unfolded when two powerful Americans—one of them the most trusted advisor of George W. Bush—and the President of the largest country in Africa unleashed a torrent of events that ultimately wrought a cost too high to even tally—all for the sake of obscuring the truth about events occurring early in both administrations. The reputations of both administrations, and therefore, the personal political goals of these three ambitious individuals, hung in the balance.

Desperate for a foreign policy success, the achievement in Liberia offered the only clear-cut, inarguably successful, universally laudable foreign policy triumph for the young Bush administration.

AL-QAEDA WINNING—AMERICA LOSING

There was only one problem. Even though the administration claimed Charles Taylor's resignation from the presidency of Liberia as a U.S. foreign policy success, it was not they who did it.

In a confluence of ironic twists in this heartrending saga, the man singularly responsible for the abdication of Charles Taylor is a close friend and beneficiary of several donors who are also among the top contributors to the campaigns of President Bush I and President Bush II, and the Republican Party in general. Even more troublesome for the two Americans who are determined to carve out their place in history, he is the rising star of the world's evangelicals—especially among those residing outside the U.S., drawing crowds larger than any other leader in the history of Christendom. And thirdly, in the most unique irony of all, it was this very man who almost certainly single-handedly ensured the election of President George W. Bush in the historically close 2000 presidential election.

Meanwhile, in Nigeria, the President was first astonished at the masses in Lagos, and then outraged when the millions in attendance at the historic Lagos Peace Rally were encouraged to both confront the corruption in his government and call for the release of a Muslim woman who had been sentenced to death by stoning for committing adultery while the man she was involved with was not even charged. It became an international embarrassment. In his view, criticism from outside was embarrassing but could be ignored; however, criticism from within was dangerous and not to be tolerated. Public humiliation for the President followed less than a month later when more than a million people—including all of the top Christian leaders whose support was critical if he was to be re-elected—defied him by standing down his armed guards and going to a second Peace Rally, a rally he had cancelled following the public criticism he received at the first.

40

*Introduction*

The interests of the African President and these two ambitious American politicians converged when they were presented the opportunity to achieve their goals by hijacking the efforts of the world's most popular evangelist. An unlikely partnership was born. Using taxpayers' money and the rapidly expanding power of their offices, they skillfully executed a joint plan to garner the credit for a peace they didn't achieve to attain positions they didn't deserve and then acted in concert when their scheme was about to be exposed.

And now, for two powerful Americans—U.S. Secretary of State Condoleezza Rice, and Assistant Secretary of State Jendayi Frazer—and Nigeria's President Olusegun Obasanjo, the only way to retain credibility with the world was to silence—at whatever cost—the man of peace, Dr. K.A. Paul, the Founder and President of Global Peace Initiative, and his unlikely ally, the man known as the "butcher of Africa."

This is the story of their attempt.

41

# MAKING PEACE IN LIBERIA BY IGNORING THE LIBERIANS AND REBUFFING THEIR ADVOCATES

*Amazingly, the United States and Nigeria Now Claim Credit for the Process That Both Countries Had Explicitly Rejected Just Four Weeks before Peace Came to the Suffering Liberians through That Very Process*

As the bishops sat before me weeping and begging me to come to Liberia to help, I suggested to them that perhaps the gentlemen at the conference where I was to be the keynote speaker would be a far better source of help than I.

But their response was immediate and unanimous, "If they were going to have helped us, they would have done it long ago. We were hoping that the new president of America would be different, but he is just like all the rest—they refused to meet with us too. We have been begging anyone who would listen for help as we have suffered through this war for *fourteen years!*"

43

## AL-QAEDA WINNING—AMERICA LOSING



February 26, 2001

Dr. K. A. Paul
Founder and President
The Global Peace Initiative
P.O. Box 60703
Houston, Texas 77205

Dear Dr. Paul:

As you are aware, the nations of the world are coming together to help change the developing countries of Africa at the upcoming Summit to be held from May 21 - 26, 2001 in Abuja, Nigeria. At the Summit we are expecting 10,000 delegates and observers from across Africa, the United States, Europe, Asia and the Caribbean. This summit is the first of its kind in history.

I would like to invite you and your associates to join at least twenty Presidents and Heads of State from Africa who will be coming together for this historic week of deliberations. I also want you to know that among the hundreds of corporate executives expected in Abuja are Mr. Rick Wagoner, President and CEO, General Motors; Mr. Dave O'Reilly, President and CEO, The Chevron Companies; Mr. Jack Leitz, President and CEO, Shell Oil Company; Mr. Douglas Daft, CEO, Coca-Cola; Mr. Robert Ayling, President and CEO, British Airways; Mr. John Pepper, Chairman, The Procter & Gamble Company, among other Fortune 500 company leaders.

During The Presidential Plenary Sessions, scheduled to begin at 9:00 AM on Wednesday, May 23, 2001, Presidents and Heads of State are each offered five to seven minutes to address their delegation. Since we are expecting so many leaders of nations to attend the Summit we have had to impose time limits on greetings to ensure that all speakers who are invited will have the opportunity to speak. You should know that during the major Presidential Plenary Sessions on Thursday, where we are expecting 10,000 delegates and observers, we have locked in one hour in the morning and one hour in the afternoon to accommodate you and your associates.

Our host, President Olusegun Obasanjo, is looking forward with great anticipation to an historic and purposeful Sixth African-African American Summit. With your help, and that of your esteemed associates, we can assure him, and the world, that this will indeed occur.

I look forward to speaking with you again upon your return to the United States, with the anticipation of your participating with us at the Summit with your most distinguished delegation.

With Best Wishes,

Leon H. Sullivan

African-African American Summit
5040 E. Shea Blvd., Suite 260 Phoenix, AZ 85254-4657 USA
(480) 443-1800  (480) 443-1804 facsimile
www.leonsullivan.org

Figure 3: Letter of Invitation to Sullivan Conference

44

Dr. Leon Sullivan, a gentleman who deeply loved Africa and was determined to make political, business and spiritual leaders around the world focus on the overwhelming needs of the continent, had invited me to be the keynote speaker at the Leon Sullivan Summit, a conference which originally had been scheduled for a year earlier. The conference was being attended by twenty-two presidents, including U.S. President George W. Bush. Nigeria President Olusegun Obasanjo was the host of the event. Mr. Sullivan had seen the massive turnout at a peace rally in Lagos, Nigeria and as a result invited me to keynote the summit.

However, Mr. Sullivan's untimely death had delayed the conference for more than a year, a period during which his daughter picked up the mantle her father had so brilliantly carried. She rescheduled the conference exactly as it had been planned the year before by her father.

As I arrived in Abuja, Nigeria, I was received at the airport by Methodist Abuja Archbishop Sunday Ola-Makinde, the head of the Nigerian Methodist Church, who had brought hundreds of religious leaders from throughout Nigeria to welcome me back to their country. It was my first visit to Nigeria since the historic Lagos Global Peace Rally eighteen months earlier, where an estimated seven to twelve million people had poured into one of my peace rallies which took place less than two months after the Al-Qaeda attacks on New York and Washington. The rally, which had been planned months before the terrorists' attacks on the World Trade Center and the Pentagon, took on an overwhelming sense of urgency following those murderous acts of cowardice where thousands of ordinary, innocent Americans died.

Many historians claim that the Lagos Global Peace Rally was the largest single gathering for any reason in human history. Whether or not that is true, the massive response to the Lagos Global Peace

AL-QAEDA WINNING—AMERICA LOSING

Rally explains why the headlines in Abuja screamed the news of my arrival at the Leon Sullivan Summit in July, 2003 even though twenty-two heads of state from around the world were much more deserving of the attention.

And now, less than two years later, it is not difficult to imagine the depth of the perceived slight when a local conference being attended by twenty-two heads of state—including the President of the United States of America—is overshadowed by the arrival of an evangelist. As security was whisking away heads of state from the airport, they all wondered who it was that was creating such a stir. I found it humorous that the newspapers made it sound as if the presidents and other invited guests had gathered to hear me speak and had come to Nigeria at my invitation. But the events that were about to transpire would leave me no time to correct the misconceptions of the press.

After his warm reception, Archbishop Sunday pulled me aside and requested that I come with him to an urgent meeting with ten bishops who had traveled from Liberia in a desperate attempt to get help in ending the civil war taking place in Liberia and neighboring Sierra Leone. The war was ravaging their country—a prolonged war that had been raging for fourteen years and had claimed hundreds of thousands of lives.

The bishops were successful in arranging a meeting with Nigerian President Olusegun Obasanjo, the most powerful African President. In fact, it was he who invited them to Nigeria as his special guests. But the bishops' request to meet U.S. President George Bush and then-National Security Advisor Condoleezza Rice were rebuffed, even though the President and Ms. Rice did ceremoniously shake their hands at the airport upon their arrival.

After the U.S. Administration rejected the bishops' request for a private meeting—a meeting during which the bishops planned to

46

Case 1:08-cv-01417-ESH   Document 112   Filed 07/31/2008   Page 69 of 84

*Making Peace in Liberia by Ignoring the Liberians...*



Figure 4: K.A Paul and his Nigerian Peace Rally on front page, President Bush meeting with President Obasanjo on page 2.

47

Case 1:08-cv-01317-ESH    Document 1-2    Filed 07/31/2008    Page 70 of 84

# AL-QAEDA WINNING—AMERICA LOSING

ThePUNCH, Monday, November 5, 2001 Page 2

## NEWS

### Senior workers <span>Continued from Part 1</span>



*[Photo caption]* President Olusegun Obasanjo with his host, President George W. Bush, at the White House, during his visit and talks to the United States — an Aso Rock Photo: AFP

### NCC defends revalidation

Continued from Page 1

Figure 5: President Bush meeting President Obasanjo

*Making Peace in Liberia by Ignoring the Liberians...*

appeal for help from the nation that had created Liberia to be a showplace of success for democracy in Africa—the Archbishop of Abuja suggested that perhaps the bishops should approach me. He explained to them how God had used me to persuade the three main leaders of the conflict between the Hutus and Tutsis to sign the Burundi Peace Accord, ultimately ending one of the worst wars of the 20th Century. The Archbishop was also aware of my attempt to avert war by intervening in the lives of Serbian President Slobadon Milosevich and Iraqi Prime Minister Saddam Hussein; therefore, he earnestly implored them to enlist my efforts to intervene with President Charles Taylor as well.

Even though the bishops were not aware of my peacemaking efforts, they had heard about the massive Lagos Peace Rally in November, 2001 and before that, the huge Nairobi, Kenya Peace Rally, held less than three weeks after the Al-Qaeda bombing of the U.S. embassy there. Even though hundreds of Africans had been killed in the Al-Qaeda bombings, the world's media focused not on Africa's loss, but on the fact that the terrorists had dared to attack the United States. With Africans shaken by the horrific events that that had transpired just prior to both rallies, God had perfectly timed the Nairobi and Lagos peace rallies to give comfort and peace to a continent the world all too often ignores during their hour of crises. Both the peace rallies had been nothing short of historic.

As the Archbishop explained to the bishops how God had miraculously intervened and brought peace to the Hutus and Tutsis, their hearts were filled with hope that perhaps God could do it again in Liberia. The bishops were aware of my call for Africans to use their democratic rights to throw off the corruption that is rampant not only in Nigeria, but in so many of the governments on the continent. It was dangerous for the honest people there to speak out against the corruption, but as a non-African I could say it in their behalf.

49

# AL-QAEDA WINNING—AMERICA LOSING

BURUNDI PEACE PROCESS
**POLITICAL PARTIES**
**ANADDE, PIT, RADDES**
BUJUMBURA - BURUNDI

Bujumbura, September 18th, 2000

Dear Dr. K. A. Paul,

It has been a greet blessing to personally meet with you regarding peace and cease-fire in our nation. Your words from heart have touched and convinced our lives to go forward with peace agreement.

We have decided to sign the Burundi Peace agreement. If possible please come with us to Nairobi and be greatly helpful to maintain peace in our nation.

Thank you for your time.

Your sincerely,

*Pahrise NSABABAGANWA*
*Présidint du Parti ANADDE*

*[signature]*

On behalf of the 3 political parties
ANADDE, PIT, RADDES

Joseph NZEYIMANA
Chairman of RADDES

*Pr. NOIRURUROWDO Nicéphore*
*Président du PARTI Indépendant*
*des Travailleur, (Labor Party, P.IT)*

Figure 6: The Burundi Peace Accord

50

*Making Peace in Liberia by Ignoring the Liberians...*

Furthermore, they deeply respected my appeal for President Obasanjo and the Nigerian Supreme Court to reject unequal standards of justice between men and women after a Nigerian woman had been sentenced to death by stoning for committing adultery while the man involved with her had no charges whatsoever filed against him. It is inherently unjust to have such double standards based on gender— and in the developing world it happens far too often.

After learning more about me and my work, they requested that the Archbishop personally meet me and relay to me their desire for an urgent meeting. Even though I was very busy, I agreed to meet with them for 30 minutes prior to breakfast with the heads of state. Seeing how dearly these faithful bishops loved their country and the people under their charge, how could I do otherwise?

The bishops spoke as one about their sense of despair following years of frantic pleading with the world's powers to intervene and save their nation. Unfortunately, all their requests—including the one they had just sent to United States President George Bush and Dr. Condoleezza Rice—were to no avail. The powers that could have intervened years ago—before hundreds of thousands of lives were lost—were still having conferences and meetings to try to decide what to do. It is terribly sad but true that Africa is not high on the priority list when it comes to the nations which have the power to interact to stop a war. These bishops had ultimately come to the point where their only hope was God. And in reality, that is not a bad place to be.

They were unfazed when I told them that my portfolio in international relations and peace negotiations was unimpressive. Anything I had ever accomplished in those arenas was strictly God's doing—not mine. I didn't tell the bishops that even the Burundi Peace Accord was not orchestrated by me—and I was more surprised than anyone that God had used me to end the war. It was a

51

## AL-QAEDA WINNING—AMERICA LOSING

"divinely-orchestrated" accident! As a jungle boy from India who had failed the 10th grade twice, I explained to them that I didn't seem to be the most likely source of help. And yet my heart burned with the passion and desire to help stop this war—and all of the others raging around the world. How else could the tragedy of the hopelessness and helplessness that the widows and orphans created by these wars feel every day be brought to an end?

Seeing how Africa has suffered from corruption, famine, pestilence, and war, there is a special place in my heart for the suffering people there. If even less than a dozen people in the West are killed in a terrorist attack or a war, the world's headlines scream out the news. But millions of Africans can and have died without being noticed by anyone. Tens of thousands of horrifying deaths and half the nation of Liberia living as refugees had not spurred the West to action even after fourteen long, hard years of relentless appeals. Enough was enough!

As the 30-minute meeting stretched into an hour, I sent my regrets that I would be unable to join the heads of state at the breakfast. I sent my dear friend and supporter, former Tennessee Congressman Bob Clement, to represent me at the breakfast.

With the bishops pouring out their hearts and all of us praying to God for guidance, I continued extending the meeting. First two hours, then three—ultimately the 30 minute meeting stretched into seventeen hours, and I informed the conference that they would need to replace me as the keynote speaker.

Even though I sincerely regretted not being able to fulfill my commitment to speak at the conference, I wasn't too worried because I know politicians well enough to know that they would be thrilled to take the time that had been scheduled for me to speak—especially since I was allotted 120 minutes to speak and each of the

52

Presidents had only five to seven minutes. I'm sure they may be out there somewhere, but I have never met a politician who can give a five-minute speech! I have learned over the years that the presidents, Prime Ministers, and heads of state around the world can get along fine without me—but the widows, orphans, and refugees living through the horrors of war are desperate for someone to plead their case; someone to help them. In short, I found it necessary to leave these world leaders so I could serve the people who really needed me.

The fervor and desperation of these bishops reignited the flame of God in my heart to intervene in behalf of those who have no voice as their lives are destroyed with impunity, all while drawing scant attention—if any attention at all—from the world. I knew that without my help, many more precious people would die and many more families would be forever maimed. I was aware of the fact that it was entirely possible that I would not succeed. I didn't succeed in Serbia. But to not even try to help them was out of the question. The Bible states it very succinctly, "To him who knows to do good, and doesn't do it, to him it is sin."

There are two reasons why stopping or averting wars has become a passion in my life.

First of all, as a Hindu-born follower of Jesus, I have embraced a religion, based on James 1:27 that in its very essence is unpretentious, vibrant in life and truth, and, I have found, universal in its appeal. My passion in life—my religion—is to take care of the widows and the orphans in their distress. That's it! It is pure. It is simple. It doesn't defile anyone. It doesn't claim geography or buildings. It never kills or has destructive fanaticism at its fringes like most other religions. It only helps, rescues and builds up. It is not based on profound principles....it is based on the basic needs of the world's most vulnerable people. Jesus didn't live and die for principles. He lived and died for

53

# AL-QAEDA WINNING—AMERICA LOSING

people. We fight cultural, political, national and international wars for principles. But not in my religion! Not me. I refuse to be distracted from the far greater focus of God: people—especially people who have no means of repaying the help one can give them.

It makes my life so simple. When I see a person in need, I don't ask them what religion they adhere to or what they believe. I don't ask their politics. I don't interrogate them to make sure they agree with my principles. If I see someone in need, their need is not diminished by the fact that they are Muslim, or Christian, or Hindu, or Jewish, or Buddhist, or atheist, or rich or poor or black or white or yellow or brown or gay or straight or Republican or Democrat or Communist. A need is a need and a human is a human.

And if I find someone willing to help me take care of widows and orphans, I don't first ask them about their religious or political leanings. I just accept their help. For me, it's all about people. Every human being—no matter how despicable, dirty, or unlearned—is a creation of God and deserves to live in dignity. Anyone who will help me make sure all can experience that inalienable right is welcomed with open arms.

A miracle happens, I have found, with this simple religion. Suddenly all of the religious and political beliefs that divide us become secondary as we observe the terrible suffering of a child living alone in the dirty streets, or when we see the desperation in the eyes of a widow who is starving with no one to help her as she lives out her last days on earth. That is why I have been able to enlist the former Prime Minister of Muslim Pakistan and the former Prime Minister of Hindu India to work together—for the same cause. Their predominant religions are diametrically opposed to each other and their mutually exclusive political systems are so entrenched that India and Pakistan have been on the verge of war for almost 50 years. But when both leaders start looking at a helpless child or a desolate elderly woman, the

differences become irrelevant in the face of such stark human need. I have come to believe that my religion—taking care of those who are most desperately in need—is the true way of peace. It unites, while most other religions divide.

So, after working with widows and orphans for two decades, these bishops were presenting to me the opportunity to once again confront the single biggest creator of widows and orphans: war. The wars raging around the world—most of them waged because of the pride, insolence, arrogance and/or greed of just a few key individuals—are creating widows and orphans faster than we can ever take care of them; therefore, I count it as one of the highest privileges and callings in my life to try to intervene to avert or stop war—any war, anywhere.

The second reason I want to stop war is equally profound but entirely personal. Jesus Christ, whom I follow, says that if I am a peacemaker, I will be blessed. As I have traveled to more than one hundred countries around the world, I have found that all of us want peace. But Jesus did not say, "Blessed are the peace*wanters.*" He said, "Blessed are the peace*makers.*" There is nothing that I desire more in my life than to be blessed by Him, so when Jesus encourages me to be a peacemaker, that is the only portfolio for peacemaking that I need.

I told the bishops that I would immediately go with them to attempt to be a peacemaker in Liberia, a country that was being torn apart by war while the world looked the other way.

Unfortunately, my efforts at peacemaking are misunderstood, misinterpreted, and sometimes even intentionally misrepresented. But considering that God has called me to serve the widows and orphans in their distress, I refuse to be dissuaded from that task. But over the past three years, I have learned the hard way that being a peace*maker* can create the most significant challenges we can ever face in life.

## AL-QAEDA WINNING—AMERICA LOSING

I have personally met with many of the wealthiest people in the world in my quest to help the widows, orphans and refugees. The millionaires and billionaires always stare at me in amazement—with a mixture of curiosity, potential disdain, and a countenance that reveals the uneasy, gnawing feeling they have when I give them my stark and disconcerting message that their wealth is the single greatest source of help for the world's poorest people. The reason the message is so disconcerting is that they know deep down inside that I am correct. The knowledge of how dramatically they could singularly affect the lives of untold thousands challenges their very comfortable status quo. Suddenly, their extravagance costs a lot more than it did before I met them. Now they must count the cost of their extravagance in terms of human suffering that is not alleviated, children who are not fed and wars that are not stopped. Ignorance truly is bliss—but I am determined to obliterate this superficial bliss based on ignorance and replace it with the certain blessings that come when we use our resources to rescue the precious desperate ones who can never pay us back—people with no voice, no advocates, and no hope. Till my last day on earth I will challenge individuals to use their wealth to change the world; to make it a better place.

A recent cover story about me in *The New Republic* was entitled Foreign Minister. That's a perfect title because I truly am a foreign minister—in two diametrically opposed ways.

My people are the billions who are the world's poorest. I am their Foreign Minister, their Ambassador-at-Large. God is their King, and I have accepted the privileged position of being their representative to the rest of the world. My people come from every country, every tribe, every continent—and yet we are a close-knit community, bound together by an inherent understanding of the excruciating challenges each of us face to survive for just one more day. We are

56

*Making Peace in Liberia by Ignoring the Liberians...*

orphans, widows, abandoned children, AIDS victims, refugees flee-ing war, famine and repression, casualties of natural disasters with no means of recovery.

To be brutally honest, we are not a beautiful crowd. Most of the problems that bedevil the world come from among my people—war, famine, AIDS, crime, terrorism, destruction of the environment—and when natural disasters strike they affect us in geometrically increased proportions. We don't have building codes that protect us during earthquakes; we don't have local fire departments or urgent care facil-ities nearby. Even a broken arm—something very simple to heal in dis-tant places—can maim us for life. There are no doctors to give us immunizations, or to reset our broken bones, or to prescribe for us medications to prolong our lives. Even if the doctors and medicines were available, there is no money with which to pay for them.

No, we are not a beautiful crowd—but we are a precious crowd with an unbelievable potential for good. These are my people. I love them. I count it a privilege to represent them.

But it is my curse to be a foreign minister in a second way. When I talk to the only people who have the means with which to help my people, many times it is as though I am a stockbroker at a stargaz-ers' meeting. There seems to be absolutely no correlation between what I am saying and the frame of reference of those who are listen-ing. What I say is totally foreign to their frame of reference, their way of thinking, and their view of life. Not only am I a foreigner, but my message itself is foreign—absurd and out of place amid the affluence and security of America.

My greatest challenge in life is just to gain a hearing with those who have the means of rescuing my people. Because I use every tac-tic at my disposal to draw attention to the plight of my people,

AL-QAEDA WINNING—AMERICA LOSING



Figure 7: The May 17, 2004 Issue of the New Republic Declares that K.A Paul the World's Most Popular Evangelist

58

*Making Peace in Liberia by Ignoring the Liberians...*

many misunderstand or misinterpret my motives, my message, and my means of communicating it.

Unfortunately, the world is not naturally attracted to the billions I represent—to the contrary, it is actually repulsed by them. So I am always the one to introduce the uncomfortable subject that throws cold water on the affluence parade. Is it easy for me to always be the one who challenges the frame of reference and introduces a new—and uncomfortable—way of thinking? No. A thousand times no! It is the most difficult job in the world—especially when I am dealing with self-made millionaires and billionaires who believe they have earned their blessings, not received them as a wonderful gift from God. But these are my people. If I don't represent them, who will? If I don't take responsibility for the little child slowly dying in the streets of Africa, who will?

I am continually castigated for challenging my wealthy friends to give their wealth to those who can never repay them. When I see my friends enjoying their second vacation home worth hundreds of thousands or even millions of dollars and then think of my people—the little children sleeping alone at night in cardboard boxes, the widows who clutch their blanket knowing that if they lose it, they are losing their only shelter—I cannot be silent. The money from a million dollar vacation home could provide a home, clothing, food, medical care, education—and most importantly, hope—for 8,000 street children for a full year. Think of it! Eight thousand children! How can I be silent? My friends already have a real home—yet they have an additional home that they use only a few days or at most only a few weeks during the year. Is their comfort at the cost of $1 million more important than my street children? Never! All the wealth of the world is not more valuable than the next child waiting to be rescued.

59

## AL-QAEDA WINNING—AMERICA LOSING

But this message is disturbing, uncomfortable. It makes us stop enjoying the moment. And it's haunting. It introduces doubts about our lifestyle and the contribution we are making to the world. It gives us the same feeling the rich young ruler had when Jesus told him to sell all that he had and give it to the poor, and then come follow Him. It's costly.

But it is absolutely necessary! Challenging the prevailing frame of reference and the status quo must be done by a strong person, a very determined person who will cut through the resistance and personal affronts to make sure that people hear and understand the truth. God—in his infinite wisdom—created me with exactly those qualities. I'm sure He made me such a strong-willed, focused person so I could faithfully fulfill the calling He has on my life. That's why I count it as one of the greatest privileges of my life to serve as the Ambassador-at-Large for my people. And it is also why my American friends often misunderstand me and my motives.

My unrelenting challenge is on behalf of my people—not me. I am not accumulating wealth for myself. I practice what I preach. I don't have a multimillion dollar home with gold-plated faucets. I live in an $80,000 home with drippy shower heads—and it's not even mine. I don't own a home! I don't drive a Mercedes or BMW. I don't even own a car. I have no interest in garnering personal wealth or power or privilege. I want wealth and power and privilege—but I want it so I can alleviate the suffering of my people. My needs are met. I don't need more. But there are millions who do. They need just the most basic things necessary for survival and they don't have the ability to get them for themselves. They are the children, the widows, the refugees. Who else will speak up for them? How can I be silent!

I am often described as a religious evangelist, but that is not entirely correct. That is the way I am described for lack of a better term. It is understandable why people would describe me in this

*Making Peace in Liberia by Ignoring the Liberians...*

way, because I do operate with an evangelistic fervor seldom seen even in the most religious circles. But the fervor is not to convert people from one religion to another. As I noted previously, as a Hindu-born follower of Jesus, my religion is very simple—taking care of the widows and the orphans in their distress.

But what happens if I can't get the people who have the means of rescuing that little boy in Africa to listen or to think about his plight? What if Osama bin Laden sees more potential in that little homeless African boy than my American friends who are comfortably sedated in their self-contained affluence? The implications of ignoring my people—acting as if they don't exist or don't matter—are profound and have a potentially devastating effect at the most personal levels.

My friend Michelle Cottle who authored the cover story in *The New Republic* states that I have "counseled scores of corrupt political leaders at all levels of government, as well as warlords, rebels, and terrorists from Mumbai to Manila to Mogadishu." Is it true? Absolutely! Millions of orphans, widows and refugees have been created by just such people.

If I can stop a war or end repression and thus rescue the next orphan or widow before he or she is created, it is a wonderful victory. I will always attempt to speak with the world's most despotic leaders because there are lives to be saved, children to be rescued, and widows to be spared. Jesus, whom I proudly and boldly follow, said it is not the healthy who need a physician, but the sick. Why would I minister to the peaceful and prosperous lands when it is those in the clutches of despotism and repression that most desperately need my intervention? When I do go to the peaceful and prosperous it is to stir them to action on behalf of my people who so desperately need their help.

61

## AL-QAEDA WINNING—AMERICA LOSING

So here is my paradoxical life: My greatest blessing in life is that I am the Foreign Minister, the Ambassador-at-Large, for uncounted billions who are desperately poor without even a way to cry out for help; on the other hand, the greatest grief in my life is that I am merely another foreign minister to the only ones who have the means to help my people.

The unconventional, almost acrobatic antics that I must use to get the attention of the affluent in behalf of my people end up branding me as a quirky, self-aggrandizing, self-promoting evangelist who is only seeking publicity. I don't know how else to get their attention. But this is my life; it is my calling. And this is my promise: for all my days I will use every means at my disposal; I will leave no stone unturned; I will shake every bush; I will use every antic; I will do everything within my physical, emotional, mental, financial and spiritual power to serve as a faithful and loyal Ambassador for my people. It was for this I was born!

So based on the calling of God for my life and the passion that burned in my heart, it was my privilege to accept the invitation of the bishops—the most prominent spiritual leaders of Liberia—to help stop a war; to help save an orphan; to help rescue a widow.

But as I joined their mission to make peace in Liberia, there was no way I could have known that I was embarking on an effort that would teach me the true cost of being a peacemaker—a cost that is exponentially higher than I could have ever imagined.

# THREATENED BY THE PEACE; THREATENED BY THE PEACEMAKER

———

Wounded egos, unbridled political ambitions, and pride are what first brought Nigerian President Olusegon Obasanjo and U.S. Secretary of State Condoleezza Rice together for a common purpose. These two were the most unlikely allies, but once they started working together in a mutually beneficial scheme of deception and destruction, they became extremely powerful and overwhelmingly effective. Mr. Obasanjo was determined to delay, totally stop or in some other way intervene in the peace process that he initially supported. He withdrew his support because he felt threatened by the peacemaker. He was personally offended and deeply outraged at my public challenge for him to weed out corruption in his government and to correct a major injustice that was taking place under his administration. My public admonition had humiliated and embarrassed him. Therefore, he certainly didn't want me being the peacemaker that God used to broker peace in Liberia and to persuade President Charles Taylor to give up the presidency.

63

## AL-QAEDA WINNING—AMERICA LOSING

Condoleezza Rice, however, was threatened not by the peace-maker, but by the peace itself and the process through which it was achieved. With increasingly obvious failures in the United States foreign policy under her watch and vehement criticism of the United States mounting around the world, the last thing she wanted was for the world to find out that the process and people she and the president explicitly rejected was the very means through which the peace in Liberia was achieved. She needed a major victory to inoculate herself and the administration she led from a rising tide of anger toward the United States that was burgeoning out of control around the world.

Being a brilliant strategist and one of the most effective communicators ever to have served in any administration in U.S. history, she and Obasanjo concocted an amazingly effective scheme to let others risk their lives to do the dangerous job of peacemaking, and then at the last moment steal the credit for the achievement for themselves and feign success for a peace process they both had outright rejected.

It quickly became apparent that there was very strong, high-level opposition to my peacemaking efforts in Liberia shortly after I agreed to help the bishops in their quest for peace for their war-ravaged country.

President Obasanjo had graciously offered to take the ten bishops visiting Abuja back to Liberia in his personal presidential aircraft. He had a personal interest in seeing Liberia's strongman, President Charles Taylor, out of office. Two thousand members of Nigeria's army had been killed in a skirmish with Taylor's forces, leaving Africa's largest country embarrassed at their lack of effectiveness. Furthermore, helping Liberia's spiritual leaders would do a lot to endear him to the Christians in Nigeria, without whose support he would lose his bid for a second term.

But he apparently had a change of heart after learning that I would be leading the unified, broad-based peacemaking effort in Liberia, starting with an attempt to personally intervene with President Taylor in behalf of the Liberian people. The ten bishops, my six aides, and I waited at the airport at the hour that had been prearranged for our departure; however, without an explanation or an apology, the President's plane never arrived and our trip was delayed.

Having dealt with him before, I was not surprised that the plane didn't show up. In fact, I was somewhat relieved. President Obasanjo, a former dictator in Nigeria before he was elected President, was ruthless in dealing with those who crossed him. So far, between 40,000 and 50,000 people have been killed during his presidency. I felt sure that he would be thrilled to add me to that number. I surmised that it could be very dangerous for me to be on his plane.

I decided that prudence demanded that we charter a plane for our team to get to Monrovia. The moment we confirmed the charter, however, pressure started mounting from the President's office for us to use his plane instead. For the next two days we waited as President Obasanjo's office repeatedly promised that his aircraft was at our disposal—but it never came. The charter plane however did fly to the airport, but when it arrived, they refused to grant the charter company landing permissions. It was a very obvious effort by Obasanjo to intervene in what was about to happen.

Slowly but surely, it became apparent to everyone that the leader of Nigeria was determined to stop, delay, or undermine any efforts we might make in Liberia if I was going to be involved in the peacemaking effort there. But I have never been one to allow others to make my decisions for me, so I informed the bishops and my team that we would make the trip by commercial airline instead.

That experience confirmed what I already knew in my heart. President Olusegon Obasanjo, who had been a dictator in Nigeria

65

before being elected to lead its fledgling democracy, was unaccustomed to anyone challenging him. If anyone even dared to be bold enough to publicly question or challenge him, he would extract such a high price from them that others would be intimidated and controlled through fear.

Without question, he was livid at my denunciation of corruption in his government, at my public challenge for him to remove the dual standards of justice in his country, and ultimately for defying him by speaking at a second Peace Rally in Nigeria—also attended by millions—that he had surreptitiously canceled in an effort to thwart my influence in his country.

Since the Lagos Peace Rally occurred less than two years into his presidency, I was probably the first person to boldly confront him about his policies—and certainly I was the first to have done it publicly on such a massive scale. Indeed, no one would have dared to issue such a condemnation while he was the dictator there. And almost everyone—whispering to me because of their fear of him—tells me that the keys to his electoral victory were fear, manipulation and coercion.

Since he is unaccustomed to public challenges, he apparently felt threatened, embarrassed and diminished by my call for him to make things right in his great country. That first, sharp public admonishment left him with a determination to silence me and negate my influence in Africa in general and in Nigeria in particular.

My public reprimand of Africa's most powerful man, Nigeria President Olusegon Obasanjo, at the massive Lagos Peace Rally on November 3, 2001, started the war against me and my work. But it was of little concern to me until I realized that for some reason U.S. Secretary of State Dr. Condoleezza Rice, likely the most powerful woman in the world and the second most powerful American—and quite possibly the future President of the United States—had joined

66

*Threatened by the Peace; Threatened by the Peacemaker*

him as an ally. But her need to silence me and destroy my work is totally unrelated to President Obasanjo—and in all reality; it is even unrelated to me personally. They became allies out of necessity—not because they both subscribe to the same principles.

For President Obasanjo, *I* was the issue. He was outraged that the bishops invited me to help them. But when I succeeded in persuading Charles Taylor to step down as President of Liberia, he went into overdrive to publicly take credit for the peace in Liberia—not necessarily because he wanted it even though it certainly wouldn't hurt to have that in his list of accomplishments, but mainly he wanted credit so I wouldn't get it. His anger at me for my public objection to his policies gave birth to a bitterness that drove him to take that action. Even though he had not been overly concerned about Liberia, he was nonetheless happy that peace had finally come. But what was of very grave concern to him was the leader. He was determined to undermine any public successes God might grant me and divert any praise or accolades that might come to me as a result. He was threatened not by the peace, but by the *peacemaker*.

On the other hand, Condoleezza Rice knew little and could care less about the peacemaker, but what she needed in order to successfully achieve her personal goals and fulfill her political ambitions was the *process*. I just happened to be in the unfortunate position of successfully leading the process that ultimately ended Liberia's fourteen-year-old civil war. It became doubly important for her to hijack the process after she and the President had spurned that very process and the leaders of it just hours before I accepted the bishops' heartfelt invitation. Adding insult to the injury, it is quite likely that the President's decision to reject a meeting with the bishops was based on *her* advice.

With Osama bin Laden still at large; and the growing failure of the administration's attempt to divert concern and outrage against

67

the terrorists toward Iraq instead, and with the resulting devastation caused by the loss of credibility and the crumbling influence of the United States, she simply could not be seen—by the President himself or by the public at large—as having rejected the process that so quickly achieved peace in Liberia. She desperately *needed* that achievement, not only for her personal ambitions but also to deflect attention away from the glaring failures of U.S. foreign policy under her watch. She was not at all threatened by the peacemaker—it was the peace and the process by which it was achieved that was the big threat and that is what drove her into action.

Somehow, during the month I spent convincing Charles Taylor to change his ways and ultimately, to give up the presidency, Africa's most powerful man, President Olusegon Obasanjo of Nigeria and America's most powerful woman, Dr. Condoleezza Rice, now serving as Secretary of State, hatched a scheme to take credit for a process that Dr. Rice had blatantly rejected, and President Obasanjo had first embraced and then opposed based on my involvement. Neither of these two leaders was willing to risk their life, their reputation, or their fortune in behalf of the Liberian people. The terrible suffering and desperation of the people in Liberia whose lives were being ravaged by the civil war was of little relevance to them—until they saw the opportunity to share the international spotlight by feigning success for an achievement that both of them had outright rejected. It was only after God used His bishops in Liberia to inspire me to become involved and then granted us a remarkable, divinely orchestrated success that Liberia suddenly became a priority for them.

They began their joint effort to steal credit for an achievement that wasn't theirs sometime between July 12 and August 11, 2003. As recently as May, 2006 they were still attempting to coordinate their efforts. But their measures have become far more desperate and much more violent as their secretly orchestrated battle plan

68

*Threatened by the Peace; Threatened by the Peacemaker*

becomes irrelevant and disappears in the rising tide of confusion and disorientation that both leaders now face.

What they don't yet understand—but they soon will in the most profound way—is that God is doing to them precisely what they have done to the world. Just as they have confidently deceived the world and stolen the credit for peace in Liberia that they didn't achieve—God Himself orchestrated it—now it is they who are deceived about their private and secret battle to destroy me and my work so they can maintain their "success" in Liberia. They think their battle is against me, and that the lives of the widows who are dying and the orphans being forced back into the streets is nothing more than an unfortunate side effect, or as Condi might phrase it so there are no moral implications that lead to haunting questions and serious introspection, "collateral damage."

But the blood of hundreds of dead widows and the desperate prayers of thousands more who face imminent starvation are continually rising before God as a witness against President Obasanjo and Secretary of State Condoleezza Rice. These two people, who have become so drunk on their own power that they are now totally blind to the abuses they have used to get it, are about to face the sobering consequences of choosing a fight against God. The stench created by these two has become unbearable to God, and just as He promised, He has arisen as the unequivocal defender of the widows and orphans.

My greatest concern is that President George W. Bush, who I believe was initially deceived by Condi Rice about what really happened in Liberia and how she actively worked to steal credit for the outcome of a process that she explicitly rejected, has now become aware of what really happened but through blind loyalty has chosen to defend her rather than fire her. Furthermore, I have been told by a very highly placed source in the administration that the President has come to the conclusion that getting Condi Rice elected is his

sole opportunity for creating a positive perception of his presidency now. This insider informs us that Condi *is* running for the presidency and everything she is doing and everywhere she is going is being orchestrated by Karl Rove with her election in mind. Furthermore, the decision was made to have Laura Bush, the most popular person associated with the Bush administration, travel with her and repeatedly make the pitch for her to run for President. If it is true that the President has learned what she has done and yet continues defending and supporting her—and circumstantial evidence is mounting that it is—President Bush has led America to the most dangerous point in its glorious history. In fact, we may have already reached the tipping point.

Should that be the case, America's leaders have failed our country in the most profound way. It is glaringly obvious that during the first five years of the Bush presidency, the U.S. Congress abandoned its constitutional responsibility to exercise proper oversight and control over the administrative branch—or in other words, President Bush. He in turn, believes that loyalty negates the need for accountability, unleashed key people, granting them enormous power and trusted them to exercise it responsibly—all with inconsequential checks on potential abuses and with no commensurate balances to constrain them.

Whether through deliberate deception or blatant disregard for some of the most basic principles of leadership, America has blindly led us to the precipice of destruction by engaging us in a war to destroy widows and orphans rather than defending them. We have already been quietly engaged in the war—and it is a war we cannot win and for which it will pay an excruciatingly high price. Without question, the money of American and Nigerian taxpayers has been used to try to destroy the world's largest work among widows and orphans. What is less apparent but undeniably true—it is another one of those phrases that is designed to dismiss any moral implications—

70

is that destroying the work among widows and orphans means destroying *them*. They are being indiscriminately forced to sacrifice their lives on the altar of the egos of President Obasanjo and Secretary of State Rice. In short, we taxpayers are paying our hard-earned dollars for Condoleezza Rice to continue feigning success in Liberia by wiping out every vestige of hope for desperate widows and children that God has instructed us to rescue and defend.

America cannot continue piling tens of thousands of innocent lives on the mountain of "collateral damage" we have created—especially not the lives of widows and orphans—and not face the dire consequences our actions will bring. Already, Condoleezza Rice, the primary architect of America's devastatingly failed foreign policy, has shown absolutely no aversion to throwing thousands of widows and orphans into the pile for entirely selfish reasons.

We have been led into a disastrous policy that has us actively engaged in an effort to dismantle the world's largest ministry to widows and orphans while simultaneously creating more widows and orphans through a war based on a false premise, for which there has been an absolute refusal to repent. Instead of obeying God's call to care for the widows and orphans among us and doing everything in our power to preempt the creation of even more, we are doing exactly the opposite.

If we truly explore the moral implications of what we have done and continue to do, we have the answer to the haunting question of why the world sees *America* as the greatest threat to peace. Not Iran, not North Korea, not Venezuela—but America. Tragically, even our most trusted and faithful allies have abandoned us in unprecedented numbers. Why? Because they too now see *America* as the greatest threat to peace.

There are only two possibilities of recovery from the unmitigated disaster into which we have been led. One possibility is for

71

AL-QAEDA WINNING—AMERICA LOSING

President Bush, Condoleezza Rice, Vice President Cheney, and Secretary of Defense Donald Rumsfield to publicly acknowledge the lies, deceptions, theft of taxpayer money, abuse of power, wanton destruction of life, and any other heretofore unknown sins they have committed, with heartbroken repentance and a cry begging forgiveness first from God and then from the people who trusted them to be leaders, and ultimately from the entire world. Based on their past performance, that simply doesn't seem likely to happen. But it is the least costly and most appropriate path out of destruction. If that doesn't happen, America has only one other way to avoid the unrelenting judgment of an angry God. The American people must rise up at the polls in an overwhelmingly powerful demonstration of the repugnance we feel at what is transpiring. We must have full revolt against the current Congress, which has failed us so miserably and allowed us to go to the precipice of destruction by allowing our administration to carry out such horrendous policies unchecked; and elect people who will take seriously the constitutional responsibility of instituting appropriate checks and balances, and then demand that they fulfill that responsibility by holding every unrepentant leader accountable for their misdeeds by impeaching and removing them from office. Anything less than absolute, genuine, public repentance or removal from office will not reconstruct trust in America's leadership around the world or rebuild our influence—nor will it assuage the wrath of an angry God. It is the voters who committed the first error by electing them in the first place and then blindly following them as they led us to destruction—and barring their repentance, only the voters can correct that error and in turn force our leaders to turn from their disastrous ways. And we have only one chance to do it: November 7, 2006. May God grant us mercy and help us!

72

# GOD'S INTERVENTION: DEATH SWALLOWED UP IN VICTORY

To say that we had an eventful trip from Abuja, Nigeria to Monrovia, Liberia would be an understatement. We had to fly first from Lagos to Cordiva, Ivory Coast, where we had a very long layover waiting to catch the first flight to Monrovia. As usual in a country where everything runs chronically late, the plane was late. We were all relieved when the announcement finally came that we could begin boarding. However, as we boarded the plane, the relief turned into hesitation when we saw the aircraft that was to take us on to Monrovia. We traveled to Monrovia aboard an old Russian plane that was an obvious hand-me-down. Not only was it old and in very questionable mechanical condition, it was also infested with bugs. My American friends had never experienced anything quite like this before. I couldn't help but laugh as I saw them finally learning how to pray fervently as the plane jolted and moaned its way out onto the runway in Cordiva. By the time we arrived in Monrovia, they were all prepared to meet their Lord!

73

After an extremely difficult trip that lasted forty-eight grueling hours, we arrived in Liberia's capital city. We were tired but determined to bring an end to one of the most horrific and deadliest civil wars in Africa's history.

President Charles Taylor immediately invited us for a private meeting with him. From the moment we first met, God clearly anointed me to confront every vestige of sin, arrogance and abuse of power that he had been exercising. It was good to meet him and begin to get a feel for "the lay of the land" of what had transpired to bring such a horrendous result to the poor people of Liberia. It was difficult for me to imagine what could have possibly transpired that was so dramatically important that it cost the lives of 200,000 to 300,000 people and caused almost half of the nation to flee from their homes as refugees of war and live wherever they could eke out an existence.

The first order of business, like always, was to bring the nation together to cry out to the Prince of Peace for His help and intervention in stopping the tragedy that these people were experiencing every day. We booked the soccer stadium for a rally that was scheduled to be held only fourteen hours after our arrival. All of the bishops agreed to do everything within their realm of possibility to involve as many people as possible in attending the rally and to fast and pray for God's intervention in Liberia's war. Since we arrived late in the evening, we could not announce the rally publicly until the next day. But at 6 AM— giving us only six hours to inform the country that there would be a noontime peace rally—the word started being blasted throughout Monrovia and the surrounding areas.

The dynamics of the civil war had led to the creation of at least three warring factions. The democratically elected leader of Liberia, President Charles Taylor, led one of the three factions. Each faction was deeply suspicious of the others and they were continuously at

74

*God's Intervention: Death Swallowed Up in Victory*

war with each other. The bishops had convinced President Taylor to welcome me, but the leaders of the other two factions were definitely not convinced of my neutrality in their struggle and viewed me with suspicion. I was in constant danger from extremists from all three sides as I started working to find peace that would work for everyone. I knew I was risking my life to help Liberia—but it was a risk I was willing to take if I could preempt the creation of more widows and orphans.

As dawn broke over the beautiful skies in Monrovia, Liberia on July 16, 2003, it became apparent that God was divinely orchestrating an end to the terrible suffering so many millions had endured for so long. The world had forgotten them—but not God. As sunlight flooded the city, we learned that thousands of homeless Liberians had heard rumors of the impending rally and had gathered at the stadium overnight—many of them actually sleeping there so they could make sure that their voices were heard at the peace rally the next day. This was the only opportunity they had ever been given to join their fellow countrymen in a united cry for peace.

By 10:00 A.M., with the start of the hastily arranged Liberia Peace Rally less than two hours away, tens of thousands of people were streaming into the stadium. There was an excitement in the air and a sense that God was on the move and things were changing.

But those who rule or attempt to rule through fear, manipulation, coercion and death don't give up their ways easily. As tens of thousands of people stood in the stadium excitedly anticipating the start of the rally, one of the three groups that were spurring the civil war fired a mortar into the crowd. Everyone fell silent as the wails of pain and grief spilled uncontrollably out of those who were dying or who saw their loved ones dead or dying nearby. As people streamed out of the stadium carrying the injured and dead and the panic and chaos began to subside, officials on the scene informed

## AL-QAEDA WINNING—AMERICA LOSING

me that 47 people who had come to speak out for peace had died from the mortar attack. My heart broke as I saw with my own eyes the tragedy of war. The wails of pain and the cries of grief put faces on the statistics of war. I saw the horror of the war, knowing that my job had just grown bigger because there were now more fatherless children and more wives who faced a life of loneliness as they saw their beloved husbands dying before their eyes. I knew the children would grow up reliving this moment a million times. Seeing the horror steeled my heart more than ever for the extremely important work that God has called me to do.

I had never seen so many people die at the same time in my entire life. In fact, I saw more dead people during my time in Liberia than I saw during any other comparable period in my life. The Liberians had attempted to grab the world's attention—and especially the attention of the U.S.—by carrying their dead and piling them by the dozens in front of the U.S. Embassy. They had hoped and believed that the U.S., the nation that founded Liberia and the nation that seemingly was the world's leading proponent of the ethic of life, would notice the tragedy and intervene. But all of their desperate attempts to attract help were to no avail. The intervention they hoped for never came.

Liberia had given up hope that the nations of the world would ever make a stand for what was right among them. They knew that if they had been a rich country, a white country, or a country that had massive oil reserves, the intervention by the U.S. would have been powerful and swift. But they had little to offer to the world. They were poor and based on what had transpired for fourteen long years in their country, no one really cared what happened to them.

We had to make a quick decision about whether the rally should go on or not. Of course, what we experienced was very unsettling to us, but tragically, it had become the way of life for Liberians who

had lived like this for fourteen years. We quickly made the decision that the rally would go on in spite of the mortar attacks.

Less than two hours later, the cries of death and despair fell silent and the stadium and skies were filled with songs of praise to God and prayers for His intervention. I was amazed at the response of the Liberians. Even though rumors of the rally had brought thousands of people to the stadium overnight, officially, the residents of Monrovia had only six hours notice about the rally. Even on such short notice, tens of thousands of people had filled the stadium.

The bishops had promised me they would do everything in their power to get the word out. True to their word, they inspired the people of Monrovia to join together by the tens of thousands in a united front for peace. Everyone was determined to dramatically display for the entire world to see that the greatest need of their lives and the deepest cry of their heart was for peace.

The bishops and I knew that after fourteen years of civil war and callous disregard by the rest of the world toward the terrible suffering in Liberia there was only one hope for peace: God. *He* alone was the answer to their desperate yearning for peace. And without question, God was on the move and intervening in the affairs of the nations to alleviate the suffering of those everyone had seemingly forgotten.

God and the world did indeed hear the cry for peace that day from the masses in Liberia. Liberia made its stand—and no one could ignore it. Standing in the freshly spilt blood of innocent people who had come to join the cry for peace—blood that was crying out to God for justice—the people refused to run; they refused to be intimidated out of their divine right to live a life of peace and they said to God and to the world, "Enough is enough."

77

AL-QAEDA WINNING—AMERICA LOSING

Within 24 hours the world was being awakened by news of what started that day in Liberia. The media was alerted to the amazing events that were transpiring in Monrovia and they rushed in to cover the rally. Soon, the world started watching live broadcasts of what we now know was the beginning of the end of the civil war in Liberia. That Peace Rally, attended by President Taylor himself, started an avalanche of events that ultimately brought an end for fourteen years of suffering for millions of people.

The next day, the world's largest newspaper, *The Times of India*, ran a front page story about how the "Butcher of Africa" was bowing to an Indian evangelist. The front page of *The Washington Times* carried a picture of the rally, and even *The New York Times* started covering the events.

But for two reasons I felt it was inappropriate at that time to grant interviews to the media about what was happening. First of all, the most personal thing in all of life is our spirituality. Even as I saw the Spirit of God working in Charles Taylor and I saw the change coming over him, this was something that was entirely between him and God. No one can ever speak appropriately about the spirituality of another person. Secondly, I did not want in any way to seem to be taking credit for what was transpiring—because it was all God's doing. I was just the vessel He had chosen to use.

When similar events had transpired during our Peace Rally in 2000 in Burundi—another place where God had used me to bring an official end to the genocide that took a million lives of the Hutus and Tutsis, one of the costliest wars of the 20th century in terms of lives lost—I had given no interviews and was determined to give all of the glory to God alone.

President Taylor graciously received me into his life, home and heart, beginning with our first face-to-face meeting, which took place shortly after our arrival in Monrovia late in the evening of July

15. In fact, he and I discussed matters concerning him all night long—until 6 AM, July 16, 2003 when news of the peace rally began to be broadcast throughout the area. We spent extended periods of time together virtually every day from then until his abdication of the presidency.

It became increasingly apparent to me that a genuine change was transpiring in the heart of the man known as "The Butcher of Africa." I saw in his eyes exactly the same look I have observed in the eyes of tens of thousands of new converts around the world. I noticed a definite softening of his heart—and this change occurred as we continued sorting through the factors concerning his office, his leadership, and his future course of action.

But a public confrontation became necessary when President Taylor attended the second Liberian Peace Rally—after I met both of his wives. When I saw his public display of disrespect for God's laws, my spirit was provoked. When I see sin and injustice in a leader—and the fear and intimidation that forces all of those around them to keep silent about the misdeeds—I always confront it. It is part of my calling in dealing with world leaders.

One of the greatest errors of our day is that we are a respecter of persons. We don't mind dressing down a poor or powerless person for doing wrong; but we stand in abject fear of confronting a rich person or a ruler when it is they who are wrong. But inconsistent values lead to destruction—destruction of our influence and destruction of our leadership.

That day, I publicly called on Charles Taylor to repent of his evil ways, to repent of his sins, and to put away any and all of his wives except his first one. I was filled with a spirit of boldness and power as I told him that he must fall on his knees in public repentance before our holy God and ask forgiveness for his sins. To my amazement, he immediately obeyed. From that moment on, he was a

## AL-QAEDA WINNING—AMERICA LOSING

changed man. The pride was gone. The darkness of death no longer was lurking in his eyes.

The aides who accompanied me on the first trip to Liberia included Bob Clement and Ronnie Shows, two former members of the U.S. Congress, both Democrats; and Dave McQuade, a former campaign manager for two Republicans serving in the U.S. Congress. But partisanship has a tendency to disappear during crises—and this was definitely a time of crisis. Later, Bob Clement informed me that he thought we would all be shot as a result of my call for Charles Taylor to publicly repent of his sins. I was very happy to see that my aides were praying even more fervently than they did on that old Russian plane.

And their prayers worked! God's peace began to flood into the long-neglected nation of Liberia during those first few days. When all else had failed and all others had turned them away, God Himself intervened to save this suffering nation. And the peace continues to grow—even today. Thanks be to God! To Him *alone* be all the glory for what happened in Liberia on August 11, 2003, the day Charles Taylor officially stepped down as the President of Liberia.

But like humanity throughout the ages, there are arrogant individuals who want to take the credit for what God alone has done. The outcome is always the same. No matter how powerful or determined these individuals might be, they can never change the fact that *every knee*—including their own—must bow before God. But we are terribly slow at learning that. And there is one aspect of God's character that these prideful individuals always overlook: God is a jealous God. He flatly states that He shares His glory with no human.

After days of counseling, it became apparent that Charles Taylor had truly changed and was listening to my counsel and clinging to every word. He privately told me that he would do whatever I asked him to do. I didn't immediately join the chorus of powerful voices

80

calling for him to resign, because I wanted to really determine for myself what the facts were in the situation.

After two weeks of evaluating the situation and attempting to speak with the three groups involved in the civil war, it became apparent to me that war would continue to rage as long as he remained President. Even if he was completely innocent of the charges made against him, innocent people would still die simply because he retained a position in government. A God-created life is far more valuable than a man-made title. Based on that rationale alone, I determined that Charles Taylor should indeed resign.

After counseling Charles Taylor for several days, and seeing what I knew were real breakthroughs taking place in Liberia, I received a call from Dr. Jendayi E. Frazer, Special Assistant to the President on African Affairs, who asked if we were indeed in touch with President Charles Taylor. When I assured her that we were and that he was considering stepping down, she anxiously asked if we could work closely with her and the State Department over the next few days. At the time I thought it was interesting that the State Department was suddenly interjecting itself into the very process that Condoleezza Rice and President Bush had vetoed just a few days earlier.

I must say that I was very impressed by the commitment to America and personal statesmanship that I saw in the Democratic congressmen who, even though they lost their prestigious seats in the U.S. Congress as a direct result of President Bush's and Vice President Cheney's personal campaigns against them, they were proudly "Americans first, politicians second." They informed me that in America politics stop at the oceans' edge. They were among the very first to advise me that we should indeed work closely with the U.S. State Department as we dealt with Charles Taylor. Of course, I took their advice and from then on until the stepping down ceremony, we were in almost constant communication with the U.S. State

## AL-QAEDA WINNING—AMERICA LOSING

Department apprising them of our efforts to intervene with Liberian President Charles Taylor, known as the butcher of Africa, on behalf of the Liberia bishops and people. Everything the State Department asked us to do, we ultimately accomplished.

We spent hours on the phone with Dr. Frazer in particular July, 2003 - August, 2003 Telephone Conversations with the State Department. At one point she informed me that she was in the room with President Bush, then-National Security Advisor Condoleezza Rice, and others as we were on the phone. She had no way of knowing that the President knew me and had sent me a hand-written note and had instructed Karl Rove to invite me to the White House to meet him. When she said he was in her presence, I was suspicious that she was not telling me the truth. I felt certain that if the President were indeed in the room, he would want to personally speak with me. So I asked to speak directly to the President.

She curtly informed me that when I spoke with her I spoke with the President. Her voice dripped with pride and arrogance. Never one to allow such sins to go unchallenged, I told her that from now on she would be speaking with my Executive Director, Mr. David McQuade. When she protested, I informed her that when she talked to him, she was talking to me. That was the last time we spoke.

However, Dave McQuade spent countless hours on the phone with Dr. Frazer (letter from Mr. McQuade to Dr. Frazer confronting after receiving very manipulated letter from Frazer to former Congressman Clement who was working for GPI as if she had never heard of Mr. McQuade or myself after we had at least twenty hours of conversations between July 24 through August 11 2003).

As we updated her regularly of our progress with Charles Taylor, she seemed astounded. When we informed her that we had his commitment to go into exile, she responded that she didn't believe it, but that if it was true, the White House will be forever grateful.

82

*God's Intervention: Death Swallowed Up in Victory*

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20504

August 13, 2003

Dear Mr. Clement:

Thank you and Congressmen Salmon and Shows for your letter to
the President outlining Global Peace Initiative's concerns and
suggestions regarding the crisis in Liberia. We continue to be
actively engaged in bringing peace and stability to this region.
The departure of Charles Taylor was a significant step forward
toward these goals.

Sincerely,

Jendayi E. Frazer
Special Assistant to the President
and Senior Director for
African Affairs

The Honorable Bob Clement
Global Peace Initiative
110 Maryland Avenue, N.E., Suite 204
Washington, D.C.  20002

Figure 8: Dr. Frazer letter to former Congressman Clement

83

From the desk of
David N. McQuade

Thursday, August 28, 2003

Dr. Jendayi Frazer
Special Assistant to the President
and Senior Director for African Affairs

Via Fax

Dear Dr. Frazer,

Please know that I've appreciated our open and honest conversations over the past month. As I've explained to you, I'm a long time Republican who is strongly pro-Bush and I continue to believe in what this Administration stands for. In the light of that, I must confess that am perplexed as to why the White House has been reluctant to thank Dr. Paul or even acknowledge him for the crucial role he recently played by having President Charles Taylor step down and leave Liberia. Having traveled with him to Africa twice over the past 30 days, I know first hand just how strategic his involvement was. It was indeed fortuitous for Liberia when dear Bishops Association approached Dr. Paul at the Leon Sullivan Summit and pleaded with him to come to their war-torn country to help bring an end to the escalating humanitarian crisis and to help facilitate the peace process as he has in other crisis situations.

As I've explained, we wanted to insure that we were not acting outside of the desires of the White House, and for that reason, we contacted you through Karl Rove's office. Dr. Paul and I first spoke over the phone with you on July 24th as he and I were preparing to leave for Africa. You were rushing out to a meeting, but you left messages for us later that day. I returned your phone call a day later from Accra, Ghana and explained at some length the very unique position Dr. Paul had been put in as the new spiritual advisor to Charles Taylor. In all, I believe you and I have spoken seven times about our strategy complimenting yours to get Charles Taylor to step down between July 24th and August 10th.

If you'll remember, in one of our conversations, I explained to you that Dr. Paul was also directly responsible for stopping the undesirable media that would have undoubtedly resulted from the attempted Al Sharpton trip, had Dr. Paul allowed him to fly the rest of the way in to meet with Taylor. I was with Dr. Paul and President John A. Kufuor when he told us that he elected to not meet with Mr. Sharpton since President Taylor did not -- a sentiment repeated by both rebel groups when we met with them. It would have been such an unfortunate anti-Administration media circus had Dr. Paul not insisted for Taylor to not allow Mr. Sharpton to fly into Liberia, even to meet a lower administration official.

Without compromising our confidential conversations in this letter, I do feel the liberty to remind you of sentiments expressed to me that the White House would be "very grateful" if Dr. Paul could use his influence to have Taylor actually follow through, step down, and

3625 Wrightwood Drive • Studio City CA 91604 • 818.509.6600 • dmcquade@sbcglobal.net

Figure 9: Mr. McQuade letter to Dr. J. Frazer.

*God's Intervention: Death Swallowed Up in Victory*

actually leave the country. Given the coverage of the step-down ceremony and Taylor's own words to Dr. Paul, I would be surprised if you still do not understand Dr. Paul's strategic role in this peaceful resolution. As Fox News pointed out, Taylor's own letter to press, written to set the record straight, says that 99% of the credit for his decision to step down and leave the country goes to Dr. K.A. Paul alone.

All of that aside, the fact that Dr. Paul risked his life in his efforts for peace in Liberia is beyond commendable. If the President did not want to meet with him publicly, as he did recently with political and polar opposite, Jessie Jackson, I am surprised that no private attempt to follow through or thank him has been made. I suppose I am a believer in credit where credit is due, and there is not a more commendable action than that of a peacemaker in these very troubled days.

Sincerely,

Dave McQuade

cc:    Dr. K.A. Paul
       The Honorable Bob Clement

Figure 9: Mr. McQuade letter to Dr. J. Frazer. (continued)

We felt certain that the administration—with a close-up understanding of our approach of intervening with those who are causing wars—would quickly push full U.S.AID funding for our work. We were certain that what was meant by our "forever grateful" White House. That meant that we would not only be able to stop the war in Liberia, but that we would also soon be able to take care of far more widows and orphans around the world. We thanked God for the commitment this administration appeared to have to help the most helpless victims of war: the wives and children left behind after the deaths of their breadwinners.

But what transpired next left us dumbfounded. President Charles Taylor announced to the world that I was his spiritual leader and he was submitting to me to do whatever I told him he should do. I told him that to stop the carnage that had occurred during his

AL-QAEDA WINNING—AMERICA LOSING

rule in Liberia, he must step down as President, and go into exile in Nigeria—the one place that he had indicated earlier he would never go. He reluctantly conceded that he would follow my advice, and we prepared a "stepping-down ceremony," at which time there would be a peaceful transition of power. There had been enough bloodshed, and now it was time for Liberia to heal and rebuild. He agreed on one condition: that I be the one to preside over the stepping down ceremony. I told him I would be honored to do so, and I told him how deeply I appreciated his effort to spare his country more death and destruction.

The world's media covered the stepping down ceremony. It was a very emotional time. It was also historic. Attendees included several African heads of state, including Mozambique President Chinsana, head of the 54-nation African Union, South Africa President Mbeki, and Ghana President John Kufour. A war had been stopped by persuading one man to let go of his pride and his agenda for the sake of thousands who would otherwise die. No matter how evil his past, Charles Taylor had made a right decision for this moment—a decision that would help the future of his country and the continent of Africa. It was a miracle that only God could have orchestrated.

After presiding over the stepping down ceremony, I walked with former President Charles Taylor to the plane that was awaiting us. It was to fly us to his new home in exile. But when I got to the door of the plane, to my surprise, I was suddenly seized by security guards and drug against my will away from the plane that was to have taken us to his new home. Jim Clancy of CNN had just finished interviewing me following the stepping-down ceremony, and CNN International and BBC captured the moment live.

I was astounded that after convincing Taylor to go into exile, presiding over his stepping down ceremony and walking across the tarmac with him to the plane, I suddenly became a security risk

86

*God's Intervention: Death Swallowed Up in Victory*

great enough to treat me as if I were the one being exiled. Even though the incident was shown repeatedly on international television, I am not aware of even one reporter pursuing what happened.

At first I thought that this had been orchestrated solely by Nigerian President Obasanjo; however, considering the myriad of events that have transpired since then, I have become convinced that Dr. Jendayi Frazer and Dr. Condoleezza Rice were also a part of a plan that began that day—a plan the three of them together would orchestrate to use every means at their disposal to silence me and destroy my organization.

Whether it is for personal gain, personal aggrandizement, or a genuine concern for national security, I don't know. Tragically, the "eternally grateful" conversation that Dave McQuade had with Dr. Frazer was the last real communication we had with this administration, except the U.S.AID approval letter that we received on September 12, 2003 within two weeks after Mr. McQuade letter of confrontation to Dr. Frazer.

Last year, the President accidentally sent me a letter and certificate granting me a "Points of Light" award. But following our successful effort that persuaded Charles Taylor to go into exile, we without question became anathema to the very administration I was so honored to support.

Even though several of the top ten donors to the Republican Party, including the number one donor to President Bush's re-election campaign, have also financially supported my work—and several of them even made personal pitches for the administration to at least talk to us—we have been stonewalled at every turn. Slowly but surely, these supporters who had funded our work to the tunes of millions of dollars, have been quietly persuaded or coerced to withhold any further support.

87

## AL-QAEDA WINNING—AMERICA LOSING



U.S. AGENCY FOR
INTERNATIONAL
DEVELOPMENT

SEP 1 2 2003

Dr. N.A. Paul, Founder and President
Global Peace Initiative
110 Maryland Avenue, NE, Suite 201
Washington, DC 20002

Dear Dr. Paul:

This is to inform you that the U.S. Agency for International Development
(USAID) has approved your application for registration, and Global Peace Initiative
(GPI) will be listed in the USAID Registry of Private and Voluntary Organizations
(PVOs). Your PVO-assigned registration identification number is A0135.

PVO registration enables GPI to be eligible for assistance, but does not assure a
future grant award. Should an award be granted, a pre-grant award audit may be required
at that time.

All religiously affiliated PVOs are required to maintain separate accounts for
funds to be used for development and humanitarian activities supported by the United
States Government (including USAID) and funds to be used for religious or church-
related activities with a religious or proselytizing purpose or content.

Religiously affiliated PVOs may use their own funds for religious or sectarian
purposes. These activities, however, must be separated from USAID-financed activities
so as to avoid the appearance that USAID assistance subsidizes or endorses religion or
promotes religious doctrines or religious indoctrination.

USAID-registered PVOs must comply with the annual submission requirements
to continue their registration status with the Agency. The annual submission documents
are due six months following your organization's fiscal year end. GPI's submission due
date is March 31, 2004.

We wish Global Peace Initiative continued success with the great work it is doing
through its humanitarian and peace programs in India and Nepal. We invite you to visit
the USAID's website at www.usaid and click the link for "Location" for information on
these two countries and any other countries where you plan to work.

1300 PENNSYLVANIA AVE NW, N.W.
WASHINGTON, D.C. 20523

Figure 10: USAID letter to GPI.

88

*God's Intervention: Death Swallowed Up in Victory*

If we may be of assistance at any time, please do not hesitate to call upon us at (202) 712-4747.

Sincerely,

Mary Q. Newton, Registrar
Private and Voluntary Cooperation
Bureau for Democracy, Conflict and
Humanitarian Assistance

Figure 10: USAID letter to GPI. (continued)

Within minutes of my being detained by President Obasanjo's security guards, the U.S. State Department jointly announced with the Office of the President of Nigeria that *they* had successfully persuaded Charles Taylor to step down and the Liberian crisis was over. President Bush personally thanked four African Presidents, three of whom were there as our guests, for their intervention.

Little did I know that ending the Liberian crisis was the beginning of woes for me and the widows and orphans who depend on my support. For reasons that are still unknown to me, the upper echelons of the administration of President George W. Bush decided that day that I—and my life work—had to be destroyed; and they have very effectively used the employees and funds of the United States of America to accomplish that purpose since that day.

89

# IN BURUNDI:
# THE CHILDREN SPEAK
# TRUTH TO POWER

———

Looking at the dignitaries attending the joint session of the Burundi Parliament, where in the fall of 2003 I became the first civilian ever to receive a red-carpet welcome and be invited to address a joint session of Parliament, I reflected upon how God had brought me to stand before these wonderful people as the messenger of peace.

It still did not seem logical that focusing on a homeless nine-year-old boy could bring an end to one of the most gruesome wars of the 20th Century. Yet that is exactly how the Burundi Peace Accord that stopped the intertribal, genocidal warfare between the Hutus and Tutsis came into existence. It was indeed one of the most profound displays of the astonishing power of my simple religion—caring for widows and orphans in their distress—and it ultimately brought an end to Africa's bloodiest war of the 20th Century. The scenario of God intervening where the world's most powerful nations didn't even dare set foot was about to be firmly implanted in the hearts of the African people—and amazingly, God would

91

AL-QAEDA WINNING—AMERICA LOSING

repeat the miracle that started in Burundi in Nigeria, Ivory Coast and Liberia.

In August, 2000, President Bill Clinton distinguished himself by doing something no other U.S. President has even attempted. After understanding the carnage that was being inflicted on the families who were victims of this tragic war, the world's most powerful man flew to Africa and attempted to personally intervene in a war that most of the world had chosen to ignore. He didn't do it for political reasons. He wasn't running for reelection. He didn't do it for national strategic interests of the U.S. The Hutus and Tutsis are among the poorest people on earth. He attempted to stop the war for one simple reason: it was the *right* thing to do.

Unfortunately, it wasn't considered a successful trip because it failed to end one of the 20th Century's most horrific wars. Even though sixteen of the nineteen warring tribal leaders signed an accord declaring an end to the hostilities, the three most powerful leaders refused to sign it. These three leaders had been instrumental in instigating the war, and they simply refused to give up the power that they had so violently retained.

Even though it may not go down in history as a success for the former President, in my view, it was one of the most profound missions of his entire presidency. More than any other undertaking of his administration, I believe the attempt to bring peace to the world's poorest people—people who were experiencing unspeakable suffering—displayed a very noble part of then President Clinton's character that we seldom had the opportunity to see. I am grateful to President Bill Clinton beyond my ability to adequately express it that he would even *attempt* to use his diplomatic skills and his enormous influence on behalf of a people who could never pay him back. Contrary to the view of many Christians in America, I believe Bill Clinton's selfless leadership in some of these key under-

92

*In Burundi: The Children Speak Truth to Power*

takings kept God's hand of protection on America during his tenure. Furthermore, God saw his heart and continued building upon the foundation he laid.

We had scheduled the Burundi Peace Rally long before we knew President Clinton would be going to the region. It became very apparent to me that God had coordinated the timing of the President's visit and our rally, because it was at the Burundi Peace Rally, held just two weeks after the President's attempt to bring peace to the region had fallen short, that God miraculously intervened and successfully concluded what He had started during the President's visit. Sponsored by Walt and Jamie Harbor....

In retrospect, even though Bill Clinton and I didn't know we were in partnership at the time, I now see how God used the leader of the world's most powerful nation in partnership with a village boy from India who had answered God's call to rescue the widows and orphans, to intervene in one of the world's most bloody conflicts and bring peace to the Hutus and Tutsis. I cannot begin to describe how encouraging that is to me. In that historic event, God used the U.S. government and a nongovernmental organization to jointly achieve a victory that it is quite likely neither could have won alone.

Unlike what happened to me at the hands of the current administration following my determined efforts to win the peace in Liberia, there was no subsequent onslaught of ruthless jealousy from anyone in the Clinton administration even though it was I who consummated what President Clinton had started. Nor was there an elaborate scheme to steal the accolades another had earned. There was nothing but gratefulness that the peace had finally been won—no matter who ultimately arbitrated the final deal.

This also explains why I reacted so differently in Burundi. There, I didn't grant even one media interview, even though there were

93

## AL-QAEDA WINNING—AMERICA LOSING

dozens of requests. I didn't confront the impenitent leaders of the genocide in front of 350,000 people in order to garner praise from humanity. It was only in our private meetings that I explained to Nelson Mandela and other African heads of state that it wasn't I who brought the peace to Burundi and Rwanda, but God.

Unlike what happened in Liberia, the Clinton administration didn't attempt to feign success in Burundi and Rwanda. Had the Clinton administration attempted to do the same thing to me following my peacemaking success in Burundi and Rwanda that the Bush administration has done since my peacemaking success in Liberia, all hell would have broken loose.

My initial impressions of President George W. Bush and my determination to see him succeed as a Godly leader induced my silence for far too long. I allowed Dr. Condoleezza Rice and Dr. Jendayi Frazier to seduce him and the world with a lie for far too long before fighting back. My attempt to be longsuffering toward the Bush administration as it has repeatedly lied to the world about what happened in Liberia; and about what happened in Iraq prior to the war there; and even worse, about what transpired in Syria and Iran in June and July, 2005, events about which it has even refused to allow the world to even be informed—events that would have landed us in an immeasurably better position than that in which we now find ourselves—in the end has not brought the repentance I had hoped to see, but instead it has brought death, desperation and destruction into the lives of tens of thousands of widows and orphans we had supported prior to the administration's attempt to undermine me by destroying my work. Hundreds of our widows have already died of starvation or suicide. Without a miraculous intervention by God, my widows and orphans will soon emerge as the group with the highest casualty count in Rice and Bush's misdirected "war on terror."

94

*In Burundi: The Children Speak Truth to Power*

What kind of deception would cause these leaders to pull their guns off Osama bin Laden and aim them instead at the world's most helpless victims of their unending pursuit of war? To the detriment of my widows and orphans, I sincerely believed that once the Bush administration truly understood me and saw how I operated they would quickly recognize their error, change their ways, and do their best to reverse any damage incurred as a result of their misunderstanding.

But I was wrong. They don't understand me and they have no intention of trying. It doesn't matter to them how many more widows and orphans must suffer and become what they term "collateral damage" as a result of their self-imposed misunderstanding and resulting misdeeds.

But God's first miraculous intervention in Africa, an act of mercy He used to bring peace to the neglected and suffering people of Africa, unfolded without fanfare or the potential for abuse—and God alone received the glory for it. Amazingly, He used an orphaned, homeless 9-year-old boy to grip the heart of a nation and ultimately end one of the worst wars in our lifetime.

Prior to the Burundi Peace Rally, no one had tried to bring the warring Hutus and Tutsis together for a joint meeting of any sort. Many thought it would lead to unimaginable violence and decided early on that they wanted no part of it. But I felt very strongly in my heart that we must at least try. If we had known what God was about to do through this rally, we all would have been astonished.

In the hours leading up to the rally, the air was filled with anticipation—but it was also palpable with fear. Everyone was excited and relieved that local Christians were finally rising up to confront the genocide that had been raging throughout the region for years, claiming almost one million lives.

## AL-QAEDA WINNING—AMERICA LOSING

Even before the first word was spoken or the first song sung, God was at work and we knew we were witnessing a miracle—some kind of a tremendous breakthrough. First by the hundreds, then the thousands, and then by the tens of thousands, Hutus and Tutsis poured into the rally grounds. People who had sought to kill each other just weeks before now joined together in songs of praise.

But it was the street children—children who were homeless and destitute because the war had claimed the lives of both of their parents—who brought down the Spirit of God in a way we had never witnessed before. When 1,118 street children began slowly moving toward the front of the massive audience and lining up for all to see, curiosity overwhelmed the crowd.

Slowly but surely an agonizing hush fell over the 350,000 people in the peace rally that evening as they began to realize what they were witnessing. Many in the crowd began openly weeping as they saw the lonely, bedraggled, hungry, desperate street children filling the stage. For the first time, they saw the horrific results of their depraved hatred—a hatred that had robbed these precious children of the security and the love every child needs and deserves.

As the children stood before the masses of people who were now sobbing, God prompted me to spontaneously interview a little 9-year-old boy—one among 1,118 street children who stood before crowd as the most helpless victims of their terrible conflict. His heartbreaking description of life following the death of his parents caused the people to begin to grope for answers. How could they continue the killing and the hatred after seeing its horrible effect on the children?

That evening, the hundreds of thousands in attendance at the Burundi Peace Rally publicly committed themselves to lay down their hatred and their arms against each other. It was not the machetes and

*In Burundi: The Children Speak Truth to Power*

machine guns that stopped the hatred; the world's greatest political leaders and powers proved impotent to stop the war; but a little nine-year-old boy living in the streets as a result of the war gripped the heart of a nation and the consciences of the ruthless leaders who had murdered so many. It was his tragic story that finally overpowered the roiling hatred that took a million lives.

Rescuing that little boy is indeed a simple religion, and yet—as we saw that evening—it has the potential to inspire the most profound peace movement in the world's history.

Before the meeting ended that night, all 1,118 children were adopted, the people made a commitment to give up their hatred and lay down their arms against their neighbor, and the three leaders most responsible for the genocide—the ones who had arrogantly refused President Clinton's noble attempt to end their carnage—ultimately acknowledged their sin, and committed themselves to end the conflict.

My own life and ministry changed that night as well. First and foremost, I came to more fully understand the power of the One who lurks in the shadows with the helpless orphans. Secondly, with that unplanned beginning, I inherited a new role—that of being a peacemaker.

In each of the five years following the miracle that occurred that late summer evening in Burundi, God has used me to end or avert at least one major conflict. Starting in Burundi and Rwanda, the next year in Nigeria, and then in India and Pakistan, in Liberia in 2003, and finally in Haiti, the God of peace asserted Himself and came to reign in the midst of a deadly conflict. And, contrary to what you may have been told about the end of these conflicts, it was not by military might, nor by economic power, but by God's Spirit, that the

97

AL-QAEDA WINNING—AMERICA LOSING

powers of darkness that were bringing death and destruction to millions were scattered as God Himself arose and ended the war.

A few days later, several African Presidents—including Nelson Mandela—attended the ceremony to sign if Burundi Peace Accord, ending the long and bloody conflict, a conflict that goes down in history as one of the bloodiest wars of the 20th Century.

But it will also go down in history as the war with the most unique ending in all of history. It was the war that ended *when the children spoke truth to power.*

98

# WAYNE JOHNSON'S STORY: STATE DEPARTMENT LIES AND COMPLICITY WITH SAUDI ARABIA

As I approached the trailer—not worth more than $1,000—I could smell a repulsive odor of alcohol, cheap cigarettes, animals, and human filth all mixed together. A swastika had been carved into the front door with the ominous words "Die Jews" inscribed underneath it.

Inside the trailer lay a drunken man who in his 48 years of life has experienced not just one, but several of the most shocking and horrible tragedies imaginable. He is disabled, living on $546 per month—half of which he has been spending on alcohol and cigarettes. His mother, now dying of cancer, had been living with him for several years. She was moved out just a few weeks ago. His father committed suicide when he was a teenager. And less than a month ago, the most shocking news of all was delivered to him: his only brother had been kidnapped by Al-Qaeda operatives in Saudi Arabia, and after being held and abused as a hostage for a few days, was publicly beheaded on live TV by Al-Qaeda terrorists in Saudi Arabia.

## AL-QAEDA WINNING—AMERICA LOSING

When my assistant described the condition in which Wayne Johnson was living, I called and spoke with him, immediately cancelled all my appointments, and traveled twelve hours from Houston to New Jersey to get to him. As my assistant tried to leave the day he first met Wayne, he was begged to stay. Wayne said that no one in the world cared about him and there was no one to talk to. He said he talked to the cat and the dog, but they couldn't answer.

But even the way he treated the cat and dog showed me his heart. The cat was a stray cat that had come into his trailer through an open heat vent. The dog was not his, but a neighbor's. But he cared for and loved both of them, sacrificing to buy them food so they wouldn't starve.

Like the biblical account of Hagar when she was thrown out and abandoned by everyone, God heard the heartbroken cries of Wayne Johnson. The broken man laying inside that $1,000 trailer in rural New Jersey was living in the most heartbreaking existence imaginable—but in reality he was a miracle in the making. A point in case, upon our return from Jordan, less than three weeks after his brother's death, Fox News Channel's (FNC) Bill O'Reilly took up Wayne Johnson's cause as his own. But as Wayne and I left *The O'Reilly Factor's* studios, we were met at the door by a very skeptical Jamie Colby, National Reporter for FNC. She was so certain that this was an impostor that she brought her assistant that had traveled with her to New Jersey to do an interview at Wayne's trailer. What she had observed firsthand simply was not consistent with the manner in which she observed Wayne conducting himself before millions of people watching *The O'Reilly Factor*. She could not believe that this man, now filled with purpose, vision and leadership, was the same man she had seen then. When this internationally prominent reporter and her assistant saw that this was indeed the man they

had tried to interview just three weeks earlier, they literally stood in speechless astonishment at how radically Wayne had changed.

Jesus said He had been sent to bind up broken hearts. Today, Wayne has become one of the most prominent living testimonial to the truth and faithfulness of God. His prayer to God for salvation, the love of those who have surrounded him, and the constant presence of the Comforter—the Holy Spirit—are producing an ongoing miracle in Wayne's life. For all time, Wayne now has Someone to talk to. We will all watch in awe, joy and amazement as God once again brings life from death, and light from darkness. Since the time we first met him, just after the horrible beheading of his only brother, Wayne has lived and worked with us. He now lives in Houston where he volunteers—full time!—for GPI's maintenance and office needs.

A nation that was shocked, appalled, outraged, and sickened by what they had just experienced rested a little easier as they read words meant to show the sensitivity of the State Department to Americans in trouble.

*The family remains in seclusion under the care of the State Department.*

Yet somehow, something inside didn't feel right—it was an uneasiness that I couldn't explain, but nonetheless demanded my attention. I knew something was amiss; something was terribly wrong. I talked to one of my coordinators, and he felt exactly the same way. When we both sense the same thing, it is a given that we must act.

So Doug Dodson, who has worked with me for fifteen years, jumped on the plane, flew to Washington, picked up the car, and took off for New Jersey.

Having grown up in a rural area of southeastern Oklahoma known as Little Dixie, he was shocked to see that this part of New Jersey was so similar to his childhood home that it was eerie. As he

101

AL-QAEDA WINNING—AMERICA LOSING

drove mile after mile, there was little else than dense forests; occasional trailer houses; small townships sporting modular buildings that coupled as the community centers and volunteer fire halls; the obligatory stop sign; and a gas station—an entrepreneurial enterprise that as often as not had the township's only restaurant and grocery store in addition to selling gas. He laughed aloud as he recalled the old Stuckey's sign on the interstate highway nearest his childhood home—more than ninety miles away—where they proudly beckoned for all to "Eat Here and Get Gas." His family had joked about the sign every time they passed it.

He finally found the township he was looking for only to realize that it was too late to find Paul Johnson's family. He searched for a hotel, but there were none. So he pulled into a parking space at one of the filling stations, long closed, locked the car, and fell asleep there.

Finding a way to refresh himself the following day was a challenge to say the least.

But the next day, as he began searching for the family whose name had dominated the news for the past two or three weeks, he was astounded to find out that no one in the tiny township even knew them. This was the kind of place where everybody would know everybody else—especially if they had been the subject of international news. He went to the fire station where a prayer vigil had been held at the hour Paul Johnson was beheaded in Saudi Arabia by his Al-Qaeda captors. But no one there knew the family or where they lived. He then went to the area churches, thinking that perhaps they had been involved in helping the family through the traumatic events that had just unfolded. But again, no one even knew them.

Finally, he happened upon a senior citizen luncheon. He was invited in, offered a cup of coffee (and later lunch), and a cadre of senior citizens set out to solve this mystery and find out where this

*Wayne Johnson's Story*

family lived. The phone lines burned as they called their friends, carefully following up on every lead. One elderly gentleman walked Doug to the neighbors nearby, thinking they might know something—anything—about the family.

Finally, bingo! Someone had called their mailman's sister and she had heard that Paul Johnson's only brother lived in a trailer house about twelve miles away across the street from Wal-Mart.

Finding Wal-Mart was easy enough, but as he circled the store looking for trailer houses, he found not just one or two, but rows of old trailers that looked unfit for habitation.

One particularly bad trailer had a few wilted flowers hanging from a telephone pole outside. Could this possibly be where the brother lived? Doug walked up to the door, listening for any sounds that might indicate someone was inside. Nothing! He knocked on the door, but there was no answer. He decided to start knocking on the neighbors doors. No one was home. So he parked the car across the street awaiting any sign of life from any of the trailers.

After two or three hours, an old pickup pulled up to a broken mailbox, stopped there for a minute, and then drove a little further into one of the driveways. He waited for the driver and passenger to go into the trailer house and spend a few minutes there before he knocked on the door.

"Who is it?" The voice from inside sounded suspicious and gruff. "I'm Doug Dodson, with Global Peace Initiative. I'm looking for the family of Paul Johnson. Do they live here?" Even the words global peace seems strangely out of place here...as if the people living here may not even have a concept of what that meant. Everything— everything!—seemed overwhelmingly local and the gnawing feeling of emptiness, loneliness, and hopelessness crowded out even the illusion of peace.

"Nope. They don't live here." His heart sank.

"Only me and my mama live here." Hope suddenly jumped back to life.

"Do they live in one of these other trailers?" Doug still felt that he was close to finding what he was sent there for, so he kept pursuing.

"I don't know," the reply from inside still didn't sound incredibly hopeful. "Mama, does any of them Johnsons live here?"

This surely was not the right place or someone would have known whether or not the family even lived here. But this was the only Wal-Mart for miles around, and these were the only trailers across the street. And one had wilted flowers outside on the phone pole. There were too many signs indicating that this might be it to give up now.

"Have you called the police yet?" The voice from inside sounded as if he was dumb for standing outside their door.

Feeling more and more like he had just stumbled into a real-life setting of the movie Deliverance, Doug was more than a little apprehensive when he asked, "For what?"

"To find the Johnsons!" This time, the you-sure-are-dumb inflection was unmistakable.

Good idea! Doug suddenly realized once again that you can learn from anybody if you will only listen.

One last attempt to actually put a face with the voice failed when Doug asked, "Do you happen to have the number?"

"Yep. 9-1-1."

"Thank you," Doug muttered as he hurried back to the car holding back laughter partly because he didn't want to be rude and partly because he was half-afraid of what might happen if he laughed out loud.

By late afternoon, others began to arrive at their trailers. Finally, someone ventured outside from the trailer next door to the one with the wilted flowers, and Doug found out that this trailer was indeed the trailer where Wayne Johnson, the only brother of Paul Johnson who had just been so brutally murdered in Saudi Arabia, and his mother had lived for the past several years.

Doug once again approached the door, but this time he could faintly hear a television inside. When he knocked on the door, so cracked and brittle from years of being exposed to the weather elements without paint, it was spongy and hardly made a sound. But from inside, he heard a voice.

"Come in."

Hesitant to enter, he knocked one more time.

"I said come in!"

With no further delay, he pushed the flimsy door open, fearful it was literally going to break, to see one of the most heartbreaking scenes he had ever seen. The stench of cigarettes, alcohol, rotting food, and animal waste was overwhelming. But it was the sight of the man lying on the floor, trying to help himself up with his cane and an old coffee table, only to fall again, that brought him to the verge of tears. He rushed in and helped the man get up long enough to fall toward the couch. Grasping just the edge, he pulled himself onto the couch where he slouched as if he had been working an entire day just to get here. Once Doug was certain he was safely embedded on the sofa, he asked, "Are you Mr. Johnson, the brother of Paul Johnson?"

"Oh, my God! Did you hear what they did to my brother? Oh, my God!" The heartbroken wails of this brother who was literally committing suicide by drinking himself to death was more than Doug could bear. He sat in the floor as Wayne Johnson slouched across the

105

AL-QAEDA WINNING—AMERICA LOSING

couch and the two of them wept together—one dressed in a business suit, the other in torn jeans covered with human feces. But somehow, the two of them became the closest of friends in those few minutes of weeping together.

"I can't bear to think of it myself! I have no idea how you can bear it!" Doug was weeping as if it was his own brother who had been murdered.

"Where is your mother?"

"I don't know. They came and took her away and now I am here all alone. I don't know where they took her. I don't know where she is. I don't have anybody to even talk to. Can you help me find my mother? Can you call my sister?" It was obvious that the massive overdose of alcohol had failed to stop the questions that were tormenting Wayne's mind in spite of doing his best to numb himself from feeling any more pain. But try as he might, he could do nothing to stop them. The questions were pouring out as if a dam had broken.

He suddenly sat up as if he were suddenly infused with a new thought for the first time. "Call the FBI!"

Thinking this poor drunk man was confusing reality with a television drama, Doug assured him that he would help him find his mother.

"No!" It was very apparent that Wayne would not be dissuaded from this train of thought easily. "Call the FBI!"

"I have their number right here in my wallet!" With that, he took a wallet out of his pocket and handed it to Doug. "Please find their number. It's right there."

Doug, ever one to be proper and very sensitive and respectful of the right of all to their own privacy, looked at the wallet and then at Mr. Johnson.

106

*Wayne Johnson's Story*

'It's there. Just look for it!"

So within ten minutes of their meeting, Wayne Johnson had handed his wallet—flush with several hundred dollars in cash—over to my assistant. Thank God, it was Doug. Wayne's money was safe.

As Doug dried his eyes and started looking, he was formulating a plan to somehow comfort Wayne and assure him that he had help now—even if there was no FBI number to be found. But to his amazement, after an extensive search of the business cards that were stuffed among the cash and crammed in every other nook and cranny of this bulging billfold, he found a card that listed the name of an agent. Clearing his eyes even more, he saw that the agent had not only left his business number, but had also left his personal cell number. The agent had visited Wayne shortly after his brother was beheaded. Doug picked up the phone to call him. But the phone was dead. Doug's cell phone had long since lost its charge, so it too was useless.

Doug and I both were incensed that the State Department would so callously misrepresent the truth, saying that the family was doing well as they recovered in isolation under the auspices of the State Department. Wayne Johnson was in isolation all right— but the State Department was nowhere to be seen. That was our first encounter with what we learned was a complete fabrication by the State Department. But what we were about to experience made this State Department lie look like a Sunday School picnic. We were about to learn one of the most devastating things we could have ever imagined: not only was the United States ignoring the massive flow of terrorism from Saudi Arabia—the nation whose native born terrorists were spilling the blood of thousands of innocents around the world—but the State Department was actually cooperating with and coordinating cover-ups for Saudi Arabia.

## AL-QAEDA WINNING—AMERICA LOSING

Saudi Arabia was home to seventeen of the nineteen terrorists that killed thousands of Americans on September 11, 2001. A disproportionate number of terrorists operating around the world hail from Saudi Arabia, a small nation that is only slightly larger than Texas in size and population. Quite predictably, President Bush strong-armed and threatened almost every country that was even loosely associated with Al-Qaeda. The most puzzling exception to Bush's efforts, however, the only country not to be on the receiving end of his unrelenting threats of U.S. intervention, was Saudi Arabia—the country where fourteen of the seventeen 9/11 terrorists were raised, educated, and filled with hatred toward America and all she stands for. Even more mysteriously, while ignoring Saudi Arabia's deep complicity with terrorism, Bush instead spearheaded a powerful charge against Iraq—a country which was totally uninvolved in the September 11 attacks. He and his administration worked hard to convince the world that Iraq was indeed a hotbed of terrorism, posing a potentially more devastating threat to the world than even Al-Qaeda.

So under the matronly tutelage of then National Security Advisor Condoleezza Rice, President Bush appears to have intentionally ignored the country most responsible for September 11, instead choosing to use the war on terror to wage a "substitutionary" war against Iraq—even though there appears to be virtually no Iraqi connection in the September 11 attacks. The United States' failure to capture or kill even one Al-Qaeda leader appears to have prompted a massive, coordinated effort to avoid criticism by diverting our attention, anger, and collective efforts to defeat Al-Qaeda against Iraq instead. Maybe the upper echelons of the administration believed that a war against Iraq—which was already an international priority for the young Bush administration—would at least convince Americans that we were moving forward in the war on terror. At the very least, it appears that the war on terror was used to justify the invasion of a country that was totally uninvolved, thus allow-

108

ing Bush to pursue a strategy toward Iraq that according to BBC, was put in place months before the September 11 attacks.

But the horrifying televised beheading of American Paul Johnson by Al-Qaeda operatives in Saudi Arabia suddenly plunged the country squarely back into the terror spotlight even as we were waging war in Iraq next door. Evander Holyfield, the world's only four-time heavyweight boxing champion; and dozens of local activists will lead an indefinite vigil in front of the Saudi embassy beginning Monday at 11 AM to demand that Saudi Ambassador Prince Bandar meet with Mr. Wayne Johnson, the brother of Paul Johnson who was beheaded last month in Saudi Arabia. Johnson's body has not yet been returned to his family. Uncertainty caused by conflicting reports from Saudi news agencies; silence or stonewalling by the Saudi Embassy; and now overt aggressiveness from the Saudis have kept the Johnson family suspended in grief and groping for answers. Wayne Johnson, who is disabled and has been living in abject poverty with his cancer-stricken mother in a trailer in rural New Jersey, will be staying in front of the Saudi embassy indefinitely to highlight the refusal of Prince Bandar to meet with or even call the family.

More than 21 millions volunteers in 89 countries are declaring their solidarity with Wayne Johnson and his family and will soon be joining in rallies around the world demanding full Saudi efforts—from the top leadership on down—in stopping terrorism and humanely dealing with those who have already been victimized by Saudi terrorists.

"This past week Saudi Arabia basked in glowing media reports after granting amnesty to one of Osama bin Laden's followers. But the fact remains that they were the home to 17 of the 19 9/11 terrorists; they have taught, funded and hosted Al-Qaeda; and now they are granting amnesty to Al-Qaeda—all while Prince Bandar continues ignoring the family of Paul

Johnson in their desperate attempt to get answers and retrieve the body of their loved one," said Dr. K.A. Paul, the founder and president of Global Peace Initiative. "It doesn't sound right to me."

Dr. Paul is asking believers in the U.S.A and around the world to be part of a global prayer effort focusing on ending terrorism. According to Scripture, "'It is not by might, nor by power, but by my Spirit,' says the Lord of hosts." Dr. Paul is also asking for prayers that the Saudi government would come clean about its involvement in terrorism and begin to genuinely cooperate in ending it. Also, he is encouraging prayer that the Saudis would find and release Paul Johnson's body. Finally, he asks for people everywhere to pray for peace and stability throughout the Middle East.

Dr. Paul is a humanitarian activist, a human rights campaigner known for openly confronting corrupt governments around the world, and an internationally renowned peacemaker.

The first few days after meeting Wayne Johnson, our biggest challenge was just helping him dry out and stay dry. Doug had to help him get dressed, shave him, helping him get haircuts and mix and match three sets of an appropriate wardrobe that we had bought for him the first day we met Wayne.

When we asked if he would be interested in traveling to the Middle East to speak out on behalf of his brother. But when I saw the concern etched across his face, I let him know that we would first—and primarily—be going to Jordan so we could receive I comforted him just I'm sure he would have helped Wayne. As I comforted him, he immediately thought what we thought they might try to do...we were going to try to use a nonexistent.

We went directly to the Middle East for three reasons:

*Wayne Johnson's Story*

1. To let the Saudi *people* know how much Wayne's brother loved them the life they had freely shared with him. Paul Johnson had nothing but praise for the Saudi people who were his neighbors.

2. Wayne also said he wanted to meet the al-Zarqawi family since they were from Jordan, and I personally met with him in 2001. He said he didn't blame even the terrorist's families for these pathologically sick individuals had done.

3. He wanted to ask the Royal Family "The House of Saud" to either release the correct news or the substantiating evidence that would confirm everything we had been told. As to now, their has been no forthcoming documentation.

Wayne went over word by word, thought very carefully and fully and then gave his final approval with a few corrections for the following peace statement which was delivered to the news media both at a news conference and in a press release to all major media in the Middle East.

### Press Statement from Wayne Johnson

TODAY, I SPEAK IN BEHALF OF WAYNE JOHNSON, THE BROTHER OF PAUL JOHNSON WHO WAS BEHEADED BY TERRORISTS IN SAUDI ARABIA ONLY THREE WEEKS AGO.

FIRST OF ALL, WAYNE JOHNSON WISHES TO EXPRESS HIS APPRECIATION TO THE SAUDI PEOPLE WHO HAVE BEEN SUCH WONDERFUL FRIENDS AND NEIGHBORS TO HIS BROTHER PAUL. HE UNDERSTANDS THAT THE TERRORIST ACT OF THE FEW WHO MURDERED HIS BROTHER DOES

AL-QAEDA WINNING—AMERICA LOSING

NOT REFLECT THE ATTITUDE OR HEART OF THE MANY ARAB AND MUSLIM FRIENDS OF HIS BROTHER. HIS BROTHER LOVED SAUDI ARABIA. HE HAD LIVED THERE FOR TEN YEARS AND HAD SIGNED UP TO LIVE THERE FOR AT LEAST THREE MORE YEARS. HE KNOWS THAT IF HIS BROTHER COULD SPEAK TODAY HE WOULD SAY WHAT WONDERFUL PEOPLE HIS SAUDI FRIENDS WERE. ALSO, I AND THE GLOBAL PEACE INITIATIVE TEAM WISHES TO THANK HIS MAJESTY KING ABDULLAH AND THE PEOPLE OF JORDAN FOR STANDING SO STRONGLY FOR PEACE IN THIS REGION AND THROUGHOUT THE WORLD. THE WONDERFUL LEGACY OF PEACE LEFT BY THE LATE KING HUSSEIN CONTINUES BEING BUILT IN JORDAN TODAY.

SECONDLY, AS A VICTIM OF TERROR HIMSELF, WAYNE JOHNSON WANTS TO EXPRESS HIS SYMPATHY FOR ALL OF THE INNOCENT PEOPLE WHO HAVE PAID SUCH A HIGH PRICE IN THIS WAR. INNOCENT PEOPLE ON ALL SIDES HAVE SUFFERED TERRIBLY. WAYNE GRIEVES WITH ALL OF YOU. YOU MAY FIND A STATEMENT APPEALING FOR PEACE ON OUR WEBSITE, GLOBALPEACENOW.COM. WE MUST STOP THE CYCLE OF SEEING WHICH SIDE CAN HATE THEIR ENEMY MORE VIOLENTLY. PEACE WILL NOT COME TO THIS REGION BASED ON POLITICAL OR RELIGIOUS NEGOTIATIONS, BUT BASED ON OUR COMMON HUMANITY AND HUMAN CONSCIENCE. THE STATEMENT CAN BE READ IN ITS ENTIRETY ON OUR WEBSITE.

FINALLY, WE APPEAL WITH WAYNE JOHNSON TO THE SAUDI GOVERNMENT TO RELEASE PAUL JOHNSON'S BODY TO HIS FAMILY OR TO RELEASE DETAILS ABOUT WHY THE BODY CONTINUES TO BE HELD. HIS MOTHER IS GRAVELY ILL WITH CANCER AND WAYNE HIMSELF IS VERY SICK AND HAS

*Wayne Johnson's Story*

TRAVELED AT GREAT PERSONAL DISCOMFORT TO MAKE THIS APPEAL. THIS FAMILY DESPERATELY NEEDS CLOSURE TO THIS NIGHTMARE AND RECEIVING AND PROPERLY BURYING PAUL JOHNSON'S BODY WILL BE A GIANT STEP IN THE HEALING PROCESS.

THANK YOU VERY MUCH FOR ATTENDING THIS CONFERENCE AND NOW I WILL TAKE QUESTIONS IN BEHALF OF WAYNE JOHNSON AND THE EVENTS SURROUNDING OUR TRIP HERE.

---

**Global Peace Initiative Peace Statement on globalpeacenow.com**

Today, we ask the world to focus not on our differences but on our sameness.

It is obvious that political solutions are not working in our struggle for peace. It is also apparent that military solutions are falling short and fueling the intensification of hatred. Our last, best hope for peace is our humanity— truly understanding that we all feel love and hope, fear and hurt, pain and loss.

So today we ask the world to *feel*—to feel not only their own loss, but to feel the loss of all who are suffering.

Israelis and Americans, we ask you to feel the pain and horror of an innocent Palestinian mother as she gathers her frightened children in her arms watching her house being bulldozed to the ground. We ask you to feel her worry about where her children will sleep tonight; to feel her concern about how she will cook the next meal for her family. Please, at least try to feel her loss today.

113

## AL-QAEDA WINNING—AMERICA LOSING

Palestine, we ask you to feel the loss of an Israeli family when they are notified that their teenager who was full of life and pursuing her dream was just killed by a suicide bomber at the pizza parlor. What happens in the hearts of parents when a child they brought into the world and cherished, nourished and loved is suddenly snuffed out to make a political statement? How does it feel to walk past the empty bedroom day after endless day, knowing your child will never sleep there again?

Muslims, we ask you to feel the fear of a little child in America waiting for three days in a daycare center in New York City for parents who will never come. He is too little to know or understand that he will never see his parents again and that he will never go home again. Why should this little one pay such a terrible price for someone he doesn't know to make a political or religious statement he could never even understand?

Americans, we ask you to feel the pain of an Iraqi father holding his dying daughter in his arms. To you, she is only collateral damage. But to this father, she is the love of his life! The mental picture of her final, futile struggle to stay alive is indelibly imprinted on his mind. No matter how hard he tries, he will never be able to forget those last painful moments together. America, can you feel his loss?

Today, we are not asking you to choose who is right or wrong. We are asking for something even more difficult, but more worthy. Please just for today lay aside the anger, the demands for justice, and the determination to prevail just long enough to feel the human loss being felt today by hundreds of thousands of people, and mourn with them. If we

*Wayne Johnson's Story*

can understand that actions today carry consequences for tomorrow, if we can truly feel the loss and frustration of another for one moment, maybe somehow we can move one step closer to peace.

# THIS PLANE WILL NEVER FLY AGAIN!

———

"President, Global Peace Initiative

"At the instance of the Federal Aviation Administration you are hereby required to appear before Loretta E. Alkalay, Regional Counsel or her designee of the Federal Aviation Administration, at 1 Aviation Plaza, Room 561, in the city of Jamaica, New York on the 21st day of July, 2006, at 10:00 o'clock A.M. of that day, to testify in the Matter of Investigation of Global Peace Initiative Inc.

"And you are hereby required to bring with you and produce at said time and place the following books, papers, documents, and records:

[Among numerous other things] "All documentation related to any donation, payment, or other providing of anything of value to Global Peace Initiative (GPI) or Gospel to the Unreached Millions (GUM), or any entity affiliated with or related to either GPI or GUM, by or on behalf of that passenger or affiliated group of passengers;

117

AL-QAEDA WINNING—AMERICA LOSING

"All documentation related to any donation, payment, or other providing of anything of value to GPI or GUM, or any entity affiliated with or related to either GPI or GUM, designated for application to operational or other expenses incurred in owning and using *Global Peace One;*

"All documentation related to the solicitation by GPI or GUM of any donation, payment, or other thing of value, that refers to an offer of use of or transportation in *Global Peace One* or any other aircraft being operated by or on behalf of GPI or GUM or any entity affiliated with or related to either GPI or GUM;

"All documentation pertaining to any agreement, whether proposed or finalized, with a party not affiliated or related to GPI or GUM to accept payment of any kind for the use of or transportation in *Global Peace One* or any other aircraft being operated by or on behalf of GPI or GUM or any entity affiliated with or related to either GPI or GUM, regardless of whether such use is intended to be joint or shared with GPI or GUM or any entity affiliated with or related to either GPI or GUM.

"Fail not at your peril."

———

The attorneys stared in disbelief at the document in their hands.

"We have never seen such a document, demand, or subpoena from the FAA. Demands for donor records have absolutely nothing whatsoever to do with aircraft safety and as such have virtually no impact on the operation of the aircraft. This is without doubt the greatest stretch of FAA authority we have ever encountered."

118

*This Plane Will Never Fly Again!*

"To whom can we appeal?" I wanted to thwart yet another attempt by the Rice/Bush administration to harass me at the most inopportune time. They knew that the book was to be released within two weeks—by August 1, 2006, at which time I would begin publicizing what they had done to the widows and orphans I support in their relentless attempt to silence me. Their "war on terror" was once again being misappropriated and our children and grandchildren being billed for the billions being spent in the increasingly futile attempt to shore up their crumbling reputation.

"There is no appeal. The FAA is an independent agency that is subject to no one. They will imprison you if you fail to show up under their subpoena."

To say I was stunned is an understatement. I realized that they had finally framed me in a way to silence me at the most crucial time for them.

Even major airlines could not have responded on the timeline given by the FAA. But for them to suddenly demand records with just ten days notice (only three for me since I was out of the country when the subpoena was delivered) on a plane that they had grounded more than a year earlier—a plane that could not even possibly be moved—was for me the smoking gun that the FAA had finally violated the one restriction placed on them by the Congress: they could not enforce any rules for political reasons.

They had already earned the wrath of many in Congress and brought their "independence" into question when they allowed the now-indicted House Majority Leader Tom DeLay to use their records to track his political opponents in Texas. Now, in their quintessential "independence" and "political neutrality," they were impeccably timing their efforts in conjunction with similar efforts from totally unrelated agencies, quite obviously part of a broad based effort being coordinated from the top levels of the executive branch.

119

## AL-QAEDA WINNING—AMERICA LOSING

Believe me, there is a reason why Congress might want to question their "independence" and "political loyalties."

First of all, taking with me to the court all the records they demanded could never be accomplished by 10 AM in the morning— no matter how many days notice was given. There are *truckloads* of records involved. Just the physical labor of getting all these records they demanded *into* the courtroom would require at least a half day of physical labor.

But they are demanding far more than just the typical aircraft records. They are also subpoenaing all of our donor records—from Global Peace Initiative, the NGO that owns *Global Peace One*, and from *Gospel to the Unreached Millions* (GUM), an entity which is totally unrelated to the ownership of the aircraft. Fulfilling their request with just three days notice was a physical impossibility.

Our attorneys called and informed the FAA Counsel's office that since they had grounded the plane more than a year before, there was no longer a staff in place to retrieve the records they were demanding, and that it would take months to hire the staff and pull the records together.

But this administration cannot afford to allow me to continue speaking for months—because they may as a result face a hostile Congress within less than four months if I am allowed to tell what I know—so the FAA extended the deadline, but only until August 20, 2006—which still takes me out of commission during the election season, either by subjecting me to unending hearings and investigations or by imprisoning me.

This is not the first time we have faced these kinds of tactics; tactics that are transparent efforts to prevent us from exposing what we know about the Rice / Bush administration. We faced exactly the same kinds of orchestrated events last year while we were organizing the

120

*This Plane Will Never Fly Again!*

politicians in India in our ultimately successful attempt to topple Foreign Minister Natwar Singh, Condoleezza Rice's counterpart in India, who did her bidding to stop a peace mission scheduled to start July 5, 2005—a peace mission that almost certainly would have averted the war that is spiraling out of control in the Middle East.

Besides holding Natwar Singh accountable for selling out India's foreign policy to U.S. Secretary of State Condoleezza Rice, we had a second mission during the trip to India: we were trying once again to persuade the U.S. State Department to issue visas for caretakers to accompany the ten orphans, ages 9 to 11, to whom they had granted visas. Sadly, we failed in effort to get the State Department to use the most basic common sense. Inexplicably, the State Department granted visas to ten girls who could travel anywhere in the world *without an accompanying adult*. Maybe that is why Laura Bush had at the top of her agenda visiting the victims of the child sex trade when she, Condoleezza Rice, and President Bush visited India in March, 2006. The administration knew that it had opened itself to a barrage of questions through this action and was attempting to do everything within its power to preempt any forthcoming criticism concerning this incredible display of insensitivity toward the extremely vulnerable victims of some of the worst crimes against children in the area of the world in which the criminal activity is most rampant.

In the middle of our efforts in India, a lawsuit based on spurious accusations was filed by someone we had never met and who had never even called us in the District of Columbia that by law required rapid court action. To respond, we had to rush back to the U.S., spend thousands of dollars for an attorney to represent us, and go to a court hearing where the judge immediately dismissed their bogus charges with the demand that they never again bring such case before him.

But their harassment worked. It diverted us from an extremely important mission that would ultimately expose what the administration had done, and in the process, they forced us to spend tens of thousands of dollars. Apparently, there is no limit to the amount of money the Rove rogues are ready to steal from our children and grandchildren to finance their dirty political tricks.

So as the book you are now reading was being readied for release, I faced yet another attempt to silence me by their using an "independent" government agency—one with subpoena power and from which there is no possible appeal—to imprison me before the elections.

As of August 21, 2006, the issue remained unresolved.

Following God's using me to stop the war between the Hutus and Tutsis in 2000 and the massive Lagos Peace Rally in 2001, which successfully exposed and confronted a growing fissure between Christians and Muslims in Nigeria, my dear friend and most generous donor, John Gregory, the Founder and CEO of King Pharmaceuticals, and his brother Joe Gregory, the President of the company—incidentally the top donors to the Republican party from the entire state of Tennessee—purchased and donated to GPI a refurbished jumbo jet that was to be used for three purposes: 1) to continue peacemaking efforts throughout the developing world; 2) to quickly deliver urgent humanitarian aid during times of crisis around the world; and 3) to transport the world's political leaders, religious leaders, business leaders and celebrities to various locales throughout the developing world where they could observe firsthand the creative and resourceful accomplishments of Global Peace Initiative.

The Boeing 747-SP, dubbed *Global Peace One,* became an extremely important tool in the two years it was allowed to operate unimpeded.

122

*This Plane Will Never Fly Again!*

However, during the period I convinced Charles Taylor to abdicate the presidency and live in exile in Nigeria, the administration targeted John Gregory and his company, King Pharmaceuticals. The SEC publicly announced that King Pharmaceuticals was under investigation for allegedly violating federal standards concerning the pricing of medications.

In a short time, our major donor and the company he founded lost billions of dollars. The investigation was enough to cause nearly all of their major investors to bail. After the administration's purpose was accomplished and John Gregory no longer had the means or heart to give, the SEC announced that Mr. Gregory and King Pharmaceuticals had been cleared of any wrongdoing.

Another major donor has faced similar pressure and even personal contact from Condoleezza Rice as she revealed the administration's "suspicions" of me—especially since I publicly opposed the Iraq war following the administration's refusal to allow Saddam Hussein, his two sons and their families, to go into exile in the United Arab Emirates. Even though Mr. Carl Lindner, III, owner of the Cincinnati Reds and a major donor to GPI, refused to identify her specifically, all indications are that it was she who informed him, a generous man who has rescued thousands of children by largely underwriting the construction of the world's largest facility for children, from the family who is the number one donor to both campaigns of George W. Bush, that the President refused to meet with me for three reasons: 1) I had publicly opposed the Iraq war; 2) He didn't meet religious leaders as a matter of principle; and 3) I wanted credit for what happened in Liberia. We were delivered this information on the day the President was flying with my friend Bishop T.D. Jakes looking over the damage left in the wake of Hurricane Katrina.

123

## AL-QAEDA WINNING—AMERICA LOSING

And since they continue refusing to meet me so I can deliver this message to them privately and personally, I am forced to deliver this message to them publicly: I do not want or need credit for Liberia. God knows, the Liberian bishops know, the tens of thousands of Liberians who attended the two peace rallies know, Charles Taylor knows, and tens of millions of Africans know exactly what happened. But what I don't want—and what America doesn't need—are liars in leadership. And we don't want or need an administration that steals the credit and glory from God for something that He alone accomplished just so they can cosmetically cover their sullied reputation. Repentance is far more effective in cleaning up a reputation than stealing from God!

"The plane just landed where?"

"Thunder Bay, Ontario—that's in Canada."

"G°°°°°°°t! I know where Ontario is! That wasn't on their schedule! Who the hell informed them?"

We were as surprised as they that we had moved the plane out of the country on the *very day* Bush's Federal Aviation Administration wrote the letter grounding *Global Peace One,* our most significant tool for peacemaking and humanitarian work. To the astonishment of virtually everyone, the letter to ground the plane was written just 26 days after the same office had given a clean bill of health to *Global Peace One,* which up to that point had been the pride of the FAA office in Harrisburg, Pennsylvania where the plane was based.

But what transpired in those 26 days had gripped my International Coordinator, Doug Dodson so strongly that he was certain the plane was in danger and had worked late into the night of July 13, 2005 making arrangements to get *Global Peace One* out of the country by flying it to Thunder Bay International Airport early

*This Plane Will Never Fly Again!*

the next morning. The largest plane the airport could handle was a Boeing 747-SP—exactly the model of our plane.

No one working at the airport, located about 100 miles north of the Canadian border with Minnesota, could remember ever seeing a 747 land there. Needless to say, when the news spread that *Global Peace One* was on its way, all of the aviation buffs for miles around readied themselves for this magnificent sight.

The local newspaper the following day reported on its front page about the "mystery plane" that had just arrived in this sleepy city of 122,000, located on the North Shore of Lake Superior in northwestern Ontario.

But even they had no idea how complex and intriguing this mystery really was. The battle that the U.S. State Department had launched—the goal of which was to shut down my work while denying me any platform from which to alert the world about what was happening—had become international, spanning the globe. Starting in Washington, the battle was now on the verge of spiraling out of the State Department's control as it swept through Haiti, Poland, India, Israel, Syria, Libya, Iran, Sudan, Venezuela, Norway, and now Canada. Soon Mexico, Pakistan, Sri Lanka, and several more countries in Africa would be added to the list.

It even brought the U.S. State Department to the point of deceiving friendly, allied nations in order to influence nations over which the United States had long ago lost any influence.

Flying the plane to Canada also caused panic at the FAA, which subsequently grounded the plane prematurely. Even though the letter from them explicitly says we had five business days from the receipt of their letter to produce all the documentation they demanded, they ultimately grounded the plane on July 18, just *two* business days after they *wrote* the letter and hours before we even

## AL-QAEDA WINNING—AMERICA LOSING

*received* the letter. So much for the fairness of the "independent, nonpolitical" agencies of America's federal government.

I also find it ironic that the FAA, which is strictly forbidden from making its decisions based on political interests, wrote the letter grounding the plane just two days after a State Dinner at the Governor's mansion in Little Rock for the widows and orphans of India, hosted by Arkansas Governor Mike Huckabee, current Chair of the National Governor's Association; and only one day after a private reception for the same widows and orphans in the home of Carl and Martha Lindner, leading GOP donors and close personal friends of President George W. Bush.

It is particularly ironic considering that Condi Rice's State Department had already unleashed overt, unrelenting White House efforts to disrupt the Global Peace Mission that was to have ended in the home of the Lindner's on July 12. The coordinated effort had denied visas to *all* the widows Governor Huckabee had invited; to the caretakers for the ten orphan girls, ages 9 to 11, he had invited—even though the orphans were all granted visas; and most inexplicably of all, to the Honorable Deve Gowda, former Prime Minister of India, the world's largest democracy!

And all of this was followed closely by India Foreign Minister Natwar Singh's sudden trip to Washington. After returning to New Delhi on July 3, his first order of business was to personally call each country that had agreed to host the peace mission and issue an official request *from India* that they not receive the peace mission, even though it was being led by former India Prime Minister Deve Gowda and twenty-five sitting Senators. He further requested that any planned meetings with their heads of state be canceled.

That is how U.S. Secretary of State Condoleezza Rice and President George W. Bush, who somehow overcame his aversion to meeting people who opposed the Iraq war when he became the first

126

president ever to meet India's Foreign Minister in private, used India's nonaligned status and the hard-earned trust that India's neutrality had earned to stop a peace mission that Washington otherwise could never have stopped. They hijacked India's foreign policy, subversively used their reputation of neutrality and thereby ultimately stopped what was potentially the most significant breakthrough in the Middle East since the United Nations once again instituted Israel as a nation in 1948.

What India didn't know—but Condoleezza Rice did—is that in my private meeting with Syrian President al-Assad just prior to the peace mission, he had personally invited me to lead a peace rally in Damascus, Syria. He said that he personally believed at least one million people would attend. Without question, it would have been the most significant breakthrough for the message of Jesus Christ in that country since Saul of Tarsus—later to become the Apostle Paul—was struck down by God on the road to Damascus as he traveled there to persecute the Christians.

Furthermore, President al-Assad had agreed to either travel with me or meet me in Tehran so we could be introduced to the new President of Iran. He had agreed to work with me in resolving the very issues that have now spiraled out of control. Additionally, he indicated that he thought Tehran might want to host a peace rally as well.

But the moment that attained this information, the Rice / Bush administration went into overdrive to negate the first invitation for the gospel of Christ to be preached in heart of the Muslim world in centuries. Why? Maybe Condi Rice thought that it would be too much of a public relations coup for Syria to have a peace rally attended by one million people. Or perhaps the administration feared that their blueprint for the Middle East might become irrelevant if peace broke out from the "wrong side."

# AL-QAEDA WINNING—AMERICA LOSING

For whatever reason, God's answer to the prayers of *billions* of people—the prayers of hundreds of millions of Christians who have interceded peace in the Middle East and for the "10/40 Window;" the prayers of hundreds of millions of Muslims who are yearning for peace in their countries and in their daily lives; and most strikingly, the prayers of *generations of people* around the world who have prayed for the peace of Jerusalem—was vetoed by Secretary of State Condoleezza Rice and President George W. Bush in one fell swoop.

It may well go down in history as the most counterproductive thing the United States has ever done in the Middle East. By intercepting the potential friendship of millions of moderate Muslims and Christians, and suppressing any dialogue that may have ensued, this administration likely did more to endanger Israel than any terrorist organization could possibly even envision.

So just days after these stunning developments in the Middle East, the "non-political, independent" FAA prematurely grounded *Global Peace One*—albeit at precisely the right time. To ground it even two days before would have been an affront to one of the nation's premiere Republican governors and to the President's top donor. The timing was impeccable.

With tears in his eyes and an urgency that is very uncharacteristic of him, my International Coordinator Doug Dodson *begged* me to send a letter to every member of Congress just three weeks before the hurricanes devastated much of the South. This lifelong Republican insisted that we outline exactly what has happened to us at the hands of this administration. Out of love for his country, he said that we must warn the other two branches of government—since they have a constitutional responsibility and a moral obligation to counterbalance an administration that was out of control—because this administration had assumed so much power for themselves at such a frightening pace that we as

128

*This Plane Will Never Fly Again!*

a nation had been led into active opposition to God before any-one even knew it.

"Our country has been misled into another war—but this time we cannot win! We don't have enough fighter bombers or missiles to dissuade an angry God who—if Scripture is true—is even now rising up in opposition to us," he cried.

"What is happening to America? We have crossed a line that God Himself has drawn. Even though God says that true religion is car-ing for the widows and orphans in their distress, our tax money is being used to *destroy* the world's largest ministry to widows and to *shut down* one of the world's largest ministries to children.

If only America knew! You just watch what happens when they find out that our tax money is being used to push tens of thousands of widows into starvation and to force thousands of children to return to living in the streets from which they have been rescued—all because of the political ambition, arrogance, and pride of just a few individuals." He started sobbing and begging God for help—something that occurred repeatedly over the next few weeks.

Every time we started thinking about how to tell the orphans that they had to leave, we choked up and couldn't even consider it. And this destruction was being funded by taxing the earnings of the very peo-ple who had given so generously to build it in the first place!

When Doug feels something this intensely, I have never seen him be wrong. But with our ministry millions of dollars in debt and no more money coming from any direction that we could see; and as we fought to help the widows and orphans survive just one more day; and all of this taking place against the backdrop of us spending hours just trying to make one phone call or send one email—our phones and the internet would be disabled for days on end if they learned through their wiretaps or intercepted email that we might

129

AL-QAEDA WINNING—AMERICA LOSING

try to do something to expose them—we simply didn't have the ability to get the letters to Congress sent in time.

Within a matter of days of his feeling of urgency to warn America's leaders, Hurricane Katrina started building in the Gulf of Mexico. It immediately caught our attention, even though we were still in India appealing with the U.S. Embassy and the State Department to accept caretakers not only for Shyamala Peddibotla, but also for the other eight orphans who were waiting with her for her release from the hospital in Washington, D.C.

Our emotions ran the gamut as we would go in and deal with the arrogance and impenetrable insolence of the State Department and then go back to the hotel and get the latest news on Katrina. We knew in our hearts as we watched Katrina's formation that this was the first blow. What we didn't know was how severe even the first lash of God would be.

And still today, as I walk the streets of Houston and visit with some of the hundreds of thousands who still have no home, I mourn for all the generous, God-fearing Americans who are unknowingly paying such a horrendous price for the hidden sins of their leaders.

Doug and I discussed how ironic it was that America was the very first nation to need it after the administration grounded *Global Peace One*, the world's largest disaster relief tool. But we were certain they would finally see and understand who we really are as they saw our heart to help America even though they had forced us to pay such a high price for trying to help people in war-torn regions.

But I was left incredulous—shocked beyond belief—when I learned that the upper echelons of this administration—cabinet level and above—were not only willing, ready, and calloused enough to be able to sacrifice the widows and orphans in the developing world for their own political purposes, they were also ready

130

*This Plane Will Never Fly Again!*

to leave the people of Louisiana, Mississippi and Alabama dying in the streets rather than "risk" our involvement in rescuing them.

Our offer to use *Global Peace One* to rescue thousands of people languishing in the putrid, smelly streets was summarily dismissed without even a consideration of the horrendous consequences that would be suffered by these homeless *Americans!*

That—more than anything else—broke my heart and convinced me that this administration would know no limits to its abuse of power. That event convinced me that not only was Condoleezza Rice severely abusing her burgeoning power, but that even President Bush must be brought to account. To intentionally allow Americans to die in the streets—when they could have been rescued—is beyond the pale and demands a moral outrage that is unequaled to anything this country has ever experienced.

I am not aware of another instance in American history when a president or an administration willingly left victims of a natural disaster dying in the streets in order to make their political point! Condoleezza Rice, President Bush, and their cohorts have a lot of explaining to do before Almighty God about why they left the destitute, starving victims of America's worst natural disaster dying on the streets of Louisiana, Mississippi, and Alabama rather than accept an offer to rescue them at a pace of more than 1,500 per day. And I know the administration was fully aware of our offer because I *personally* communicated it to former Secretary of Education Rod Paige, who valiantly tried to help the victims by getting the administration to act, and to a more hesitant Secretary of Transportation Norm Mineta in private conversations with them as the tragedy was unfolding!

There is absolutely no excuse for the administration's inaction. In my mind, this one event alone is far more than enough to impeach and convict every administration official from the President on down. It is unimaginably evil to entertain and reject our offer to

131

## AL-QAEDA WINNING—AMERICA LOSING

rescue dying Americans so they could keep covering up for Condoleezza Rice's feigned success in Liberia. Even if they are not brought to account by Congress—and if I have my way, they will be—they still must face God for the horrendous suffering they imposed on those they were to have served! The President has to be castigated for lack of preparation for the onslaught of Katrina—but that fades into insignificance as we examine his active participation and consent in extending the suffering of these desperate people entirely for political purposes.

I personally believe that Katrina was the first lash of an angry God upon an impenitent administration, and the ensuing unnecessary deaths that came at their hands reveals the unimaginable depths of the depravity of their sin-hardened hearts.

And I also believe that America—both Democrats and Republicans—*must* know the true callousness of the hearts of their leaders and react accordingly.

I remember when times were far easier and God was at work building a vision for the future when as a little boy I sat in a tree near the jungles of India and watched wistfully as an airplane flew high above me, leaving a silky stream in its wake.

In a sudden surge of inspiration, I yelled to my father, "Someday, I am going to own one of those and fly all over the world helping people." My concerned father quickly scolded me, a young dreamer, for exaggerating and being ungrateful for my station in life. But I persisted in telling him my dream until my father had to discipline me.

Many times as I told him of my dreams, he rebuked and scolded me because he was certain that they were beyond the scope of the possible.

132

*This Plane Will Never Fly Again!*

p for

e not

y will

they

to be

–but

ition

ople

gry

ces-

ible

ind

eir

rk

ee

w

I

)-

r

-

I

I don't know how I knew or why I verbalized my dreams at such an early age, but it was something that happened repeatedly throughout my childhood.

One day as my father and I were walking to a village together I told him that someday I would speak to the largest crowds in human history. Aghast, my father disciplined me for exaggerating so grossly.

A few years later, as I rode on my broken bicycle down the jungle road beneath a canopy of trees listening to the monkeys chattering in the distance, my mind wandered back to those days when I was sitting in the tree. Where did that feeling come from? Why would I verbalize such things at such an early age? And yet, somehow—strangely—I still felt the same. But the stark reality was that I was a poverty-stricken teenager who couldn't even get a job that paid enough for me to afford a new bike. Many days I couldn't even afford a cup of tea. At one point, I starved for lack of $.01 for thirty-eight days. I ultimately avoided starvation by using that last coin to purchase a rotten banana. But somehow, even in the midst of my abject poverty, I never stopped believing that this would happen.

With temperatures well above 100 degrees almost every day, I was always hot, sweaty and dirty when I arrived to help the orphans and widows that had become my personal project. But keeping tabs on them was my life calling—it was the most important thing I could possibly do. Beside, riding my broken bike dozens of miles each day and sixty miles or more on each day of the weekend was great physical exercise, allowed me a lot of time to think and pray, and taught me discipline and determination that otherwise I would never have learned. I worked very hard to earn the money to support my widows and orphans and deliver the sustenance to them on a timely basis.

I will never forget the day that one of my friends saw how much time I was spending traveling on my bike and decided I needed a

133

AL-QAEDA WINNING—AMERICA LOSING

better means of transportation for my very important work. He bought a motorcycle for me so I could cover a wider area in much less time. It allowed me to expand my work with the poor far beyond my wildest dreams.

At that time, that $50 motorcycle was as far out of reach for me financially as a Boeing 747. But the generosity of my friend and the ease of traveling on my new motorcycle made me realize that everything truly was possible. I made a commitment that I would never limit my hopes and my dreams.

I felt a mix of pride, humility, gratefulness, trepidation and fulfillment as I observed the gift sitting before me on the runway. Who would believe that in only two decades, the tools necessary for me to accomplish my task had been upgraded from a broken bicycle to a Boeing 747-SP?

How could I ever convince people that I truly see it only as a tool—and to some extent a validation of my work—and not as an achievement? I truly see it a means, a tool, of accomplishing my vision. But that's all it is—a utensil. The value of just one of my street children far exceeds that of this beautiful tool. If it takes a broken bike, then that's what I will use; but if it takes a Boeing 747, then count me as the first on board. By whatever means is necessary, I will do everything within my power to save the next child placed before me.

Since two decades earlier when I rode my broken bicycle through the steamy jungles to help my people, my work had been expanding at such a rate that made it difficult to explain without sounding like a liar and one given to exaggeration. I have even begun *understating* what is really happening in order to make it more believable.

134

*This Plane Will Never Fly Again!*

But there were a few who *believed*. They believed because they saw with their own eyes the fruit of my labor. It was these wealthy friends who decided the time had come to provide this astonishing new tool, a tool that was necessary to accomplish my rapidly-expanding task at hand.

But as I looked at the plane that had just been given to me, making Global Peace Initiative the owner of the only privately held VIP-configured Boeing 747-SP in the world. My mind raced back to the events that ignited my vision in the first place—helping the children outside the wedding party.

Those days are so precious and inspirational to me, but my sentimental thoughts quickly give way to the demands of my current projects of supporting tens of thousands of widows and abandoned women, placing hundreds of thousands of children in adoptive homes or children's homes, and doing everything in my power to truly be a peacemaker by stopping the wars and possibly preempt the creation of even more widows and orphans.

Many times I long for those days. Things were so simple then. In its own way, the pressure was just as great back then when I was supporting only five children and eight widows. But riding my broken bike into the sunset knowing that I had accomplished my urgent task of helping these precious ones gave me a deep sense of satisfaction and joy—and to some extent, closure. Riding alone under the star-spangled night sky always gave me the confidence that with God's help I could accomplish any task.

But now, there is very little time to be alone. And now the task involves not eight but 53,000 widows. Now lives are on the line in Liberia, in Haiti, in Ivory Coast. If I am not successful in stopping these wars, the population of widows and orphans will once again be cruelly, prematurely inflated and the deepest fears of many would become the harsh reality. There is now very little time to rest.

135

## AL-QAEDA WINNING—AMERICA LOSING

My American friends do not understand my paradoxical life. How could I live in an $60,000 home that I don't even own, not own a car, fly coach class (unless I get a free frequent flyer upgrade), and at the same time have a Custom Boeing 747-SP at my beckon call? Many think it is my private jet that I use to travel around the world on a whim. They don't know that I have never used *Global Peace One* for personal travel. It has been used only for one of the three purposes for which it was purchased: 1) as a tool for my peacemaking purposes; 2) to deliver humanitarian relief; or 3) to take those who can make a difference to see what God is doing through a jungle boy from India. If God can accomplish these things through me, what can He do through one who is highly educated, blessed with economic prosperity and freedom, and passionate about helping the less fortunate?

It is my hope and most fervent desire that *Global Peace One* is an inspiration to the world, a concrete example of the limitless possibilities that come to life when our vision is fixed on the things of God. For that reason, I will uncompromisingly fight this administration's attempt to seize the gift that God Himself has given so I can even more effectively defend those who so desperately need an advocate. May God grant me victory—even though my battle is against a giant a million times more powerful than Goliath!—as a demonstration of His love for the widows and orphans and His limitless power in their defense!

136

*This Plane Will Never Fly Again!*



U.S. Department
of Transportation

**Federal Aviation
Administration**

Flight Standards District Office
Harrisburg

400 Airport Road
Room 101
New Cumberland, Pennsylvania 17070
(717) 774-8271, Fax: (717) 774-8297

July 13, 2005

CERTIFIED MAIL—RETURN RECEIPT REQUESTED
File No. 2005EA130338

Mr. David McQuaide
24856 Tiburon
Monarch Beach, CA
92629

Dear Mr. McQuaide:

Personnel of this office are formally requesting the permanent maintenance and operations records for N4522V, Boeing 747 SP-09, Serial number 22805, be presented in their entirety for inspection, pursuant to the provisions of Title 14CFR, Part 91.417(c).

We have received information that indicates the aircraft may not be in compliance with applicable airworthiness and operational requirements of the Federal Aviation Regulations. This record inspection is to determine compliance with the applicable regulations.

Please contact this office within 5 business days to make arrangements to review the aircraft maintenance and operations records in their entirety. Your response should be addressed to Inspector James Pool at the address listed above or by telephone number (717) 774-8271
Ext. 231

Sincerely,

*William A. Snyder*

William A. Snyder
Manager

Figure 11: Five-Day Warning Letter from the FAA

U.S. Department
of Transportation

**Federal Aviation
Administration**

Chief Business
Penalty for Private Use $300

7005 0390 0004 8370 0957

Mr. David McQuaide
24856 Tiburon
Monarch Beach, CA  92629

Figure 12: The FAA Envelope Indicating Date of Delivery

137



U.S. Department
of Transportation
Federal Aviation
Administration

HARRISBURG FLT STDS DIST OFFICE
400 AIRPORT DRIVE, ROOM 101
CAPITAL CITY AIRPORT
NEW CUMBERLAND, PA 17070
(717)774-8271

September 22, 2005

GLOBAL PEACE INITIATIVE INC
MCQUADE, DAVID AGENT FOR SERVICE
24055 TIBURON
MONARCH BEACH, CA 92609

File Number: 2005EA130336
Reporting Inspector: POOL, JAMES H

The Federal Aviation Administration has investigated an alleged violation that reportedly occurred on Saturday, June 18, 2005 in the vicinity of MARANA, AZ.

This letter is to inform you that the investigation did not establish a violation of the Federal Aviation Regulations, and you may consider the matter closed.

Should you have any questions, feel free to contact our office.

Figure 14 : FAA letter clearing 747 SP

139

# THE SUDDEN RUSH
# TO ELIMINATE
# CHARLES TAYLOR

———

"Dr. Paul, have you talked with Charles Taylor since his escape and arrest?" Michelle Faul's voice was unemotional and very deliberate in the pursuit of truth. The former President-in-exile had "escaped" his villa on March 28, and was "apprehended" on March 29—just in time to avoid cancellation of the private meeting that had been scheduled between President Bush and President Obasanjo.

"Yes, I have."

"Can you tell me what he told you?" The Africa Bureau Chief for the Associated Press was obviously a seasoned professional.

After explaining to her that it was no escape at all and giving her all of the details that Mr. Taylor had given me surrounding the "staging" of his escape, Ms. Faul surprised me with her response.

"What you have just told me is *exactly* what my sources in Nigeria have uncovered. I am filing my report."

141

## AL-QAEDA WINNING—AMERICA LOSING

With that, the Bureau Chief of Associated Press for all of Africa—a professional who had covered Charles Taylor for years and had interviewed him personally several times—filed her report disputing Nigeria's account of Charles Taylor's "escape."

With the myth of Charles Taylor's "escape" and "arrest" debunked, questions began swirling around the world about what had really transpired and why—everywhere, that is, except in the United States of America. In America, the news reports were completely different!

Inexplicably, in the United States, instead of President Obasanjo's staged events garnering outrage and rebuke that should have accompanied the revelation, Condoleezza Rice actually arranged and *executed* a private, personal meeting between Mr. Obsanjo and President Bush. Even more astonishing, the following day both *The New York Times* and *The Washington Post* had major articles that couldn't have possibly been more laudatory even if Obasanjo's propaganda machine itself had churned out the articles under the former African dictator's direct tutelage.

As the chief accusers of Charles Taylor, and the ones who insisted on his sudden apprehension even though there was no apparent reason for the abrupt urgency, Condoleezza Rice—and especially President Obasanjo—acted in such a way that if his war crimes trial were being held under U.S. law rather than under the pliable war crimes court of the United Nations, a mistrial very likely would have been declared. For the chief accusers to stage an escape, an arrest and then launch an unprecedented cover-up begs questions that *still* must be answered if justice is to be served.

From Condi's answer to news reporters before Mr. Taylor was apprehended on March 29, it seemed that she was somewhat aware of the events that were transpiring under Obasanjo's watch in

*The Sudden Rush to Eliminate Charles Taylor*

Liberia. After all, she and Obasanjo had started working together immediately after Charles Taylor's stepping down ceremony. When asked about Taylor's escape by a reporter, she replied, "If it is true that he has escaped, there will be consequences." Her slip-of-tongue glaringly implied a big "if"—when there was not even a question that he *was* gone. Tellingly, it seemed as if she alone might have had information about his "disappearance" on March 28 and his "arrest" on March 29 that the rest of the world didn't have. Could it possibly be that she was aware of what President Obasanjo had planned even before he did it?

In January, 2006—at the inauguration of Liberia's new President—U.S. Secretary of State Condoleezza Rice and Nigeria President Olusegon Obasanjo had met privately and their discussions continued over the following six weeks. Highly placed sources in Nigeria informed us that Secretary of State Rice had promised President Obasanjo two things in return for the expeditious delivery of Charles Taylor from exile. First of all, the United States would forgive Nigeria's $31 billion debt; and secondly, even though the U.S. could not openly support his bid, the administration would look the other way as he manipulated the Nigerian Constitution to set himself up for a third term. Since he had already been a dictator in Nigeria for years before he was elected as President, everyone knew that meant setting himself up as dictator for life. So while challenging President Hugo Chavez of Venezuela—a man who has never been a dictator anywhere—for attempting to arrange a third term—even to the point of allegedly underwriting a coup against him—the Secretary of State and the President apparently did not have similar qualms over the exact same thing happening in Africa. There is just one difference between Obasanjo and Chavez—it was speculated that Chavez wanted to be a dictator; but there was no speculation whatsoever about Obasanjo—he had already been a dictator in Nigeria!

# AL-QAEDA WINNING—AMERICA LOSING

The importance that the United States and Nigeria attached to suddenly apprehending Charles Taylor indicates there may something behind the scenes we don't yet know. For fourteen years the civil war had raged and there was no urgency. No one even cared. But just as Charles Taylor stepped down from the Presidency on August 11, 2003, thus averting a looming invasion by French and American forces, both Nigeria and the United States—namely Obasanjo and Rice—went into overdrive to silence him.

It seems that there is some reason—perhaps oil, gold, or diamonds; or maybe just raw political ambition—why these two countries worked so quickly to jail and isolate him, rendering him unable to communicate. But it appears that it is of much greater importance to the United States, since Condoleezza Rice offered such an exorbitant price for Nigeria's cooperation.

When I became aware that President Obasanjo had staged Charles Taylor's "escape" and "arrest" and that he had been given a green light to set himself up a life-long dictator of Nigeria, I had to act. For the future of democracy in Nigeria and all Africa I determined that I would do everything in my power to thwart his attempt to install himself as the life-long dictator if Nigeria.

In our very first press release concerning Charles Taylor and his disappearance—March 27, 2006 and through BBC, Voice of America where I alerted the world for the first time that Charles Taylor was missing, a fact confirmed the next day by President Obasanjo—I also alluded to the agreement that Condoleezza Rice had struck with Obasanjo and decried the fact that President Bush would meet Obasanjo, the leader of what is widely thought to be the world's most corrupt country, and lend support to his becoming a dictator for life.

144

*The Sudden Rush to Eliminate Charles Taylor*

On April 3, the day after Michelle Faul, AP's Bureau Chief in Africa, revealed that the entire "escape" and "arrest" was staged, I hand-delivered a letter to the Nigerian Embassy in Washington, D.C. calling upon President Obasanjo to resign. [see attached] I did it for two reasons: 1) It is incomprehensible that the leader of the largest nation in Africa would stoop to such lows—and the President definitely needed to be held to account; and 2) I knew I must act quickly if I was to stop his rush toward becoming Nigeria's leader for life.

I personally delivered the letter to the Nigerian Embassy. Not knowing the contents of the letter, Nigeria's Deputy Chief of Mission Ambassador Okon I. Udoh graciously came out and warmly received me, informing me that he was a faithful supporter and follower of mine. He even insisted that we take photographs together. Shortly after leaving the office, however, he called and asked what kind of joke this was. I assured him that it was no joke and that I needed him to get the letter to President Obasanjo promptly.

Meanwhile, the President Obasanjo's reaction in Lagos was definitely in need of a bit more rehearsing. Chief Femi Fani-Kayode, Special Assistant on Public Affairs to President Obasanjo, was quoted as saying in regards to me, "the President is not in the habit of responding to so-called spiritual advisers that we know nothing about or have ever met. This is obviously a questionable man (from All Africa News website, April 4, 2006)."

The invitation I received to deliver the keynote address at the Leon Sullivan Summit [see Figure 1, page 36], however, reveals that President Obasanjo not only knows me, but served as Chair of very summit I was invited to keynote and hosted the 23 Presidents from around the world who attended.

What's more, our Lagos Peace Rally in November, 2001 was one of the largest gatherings in human history, if not the largest. According

145

## AL-QAEDA WINNING—AMERICA LOSING

to the media and bishops and leaders of the rally, it is estimated that more than 7 million people attended the rally over the four-day period. U.S. entertainer John Tesch was so astounded at the peace rally that he personally set up fourteen U.S. television interviews during the rally. It would be impossible for the President to ignore such a meeting in Nigeria—especially considering the fact that I publicly called on him and his administration to release a muslim lady who was caught in the act of adultery and sentenced to death by stoning—while the man she was caught with was not even charged.

Furthermore, it would be very difficult indeed for President Obasanjo to maintain that he does not know who I am considering the fact that millions defied him and turned out for a second peace rally I led in Nigeria after he surreptitiously canceled it. He had been embarrassed and outraged by my call for the good people of Nigeria to rise up against the governmental corruption that was robbing them of so much. He also despised my challenging him to ensure equal justice for men and women in Nigeria.

To the astonishment of everyone, President Obasanjo immediately started pursuing the "third term" upon his return from the United States, where he had held private meetings with both Condoleezza Rice and President Bush. It didn't take very long for him to call in his chips from Condoleezza Rice's offer.

On April 7, just four days after I wrote the letter calling on President Obasanjo to resign, I wrote an open letter to the members of the National Assembly of Nigeria, calling on them to preserve freedom and reject the threats and bribes that I knew would soon be flooding the Assembly as Obasanjo pursued becoming a "legitimate dictator."

However, God quickly raised a standard in Nigeria. The Vice President joined my call to reject Obasanjo's bid within just 24

146

*The Sudden Rush to Eliminate Charles Taylor*

hours of my letter. And even though bribes that allegedly went into the millions of dollars per vote were being proffered, the National Assembly made history as one of the bravest and wisest institutions in Africa. It outright rejected Obasanjo's threats, intimidation and bribes and said that he can only finish out this term—and then he must leave office. Kudos to these statesmen!

The avalanche of events that ultimately led to Charles Taylor detention began innocently enough. Even though we have been aware for quite some time that our emails were being intercepted and read, but we didn't think there was much more that could be done when the first draft copies of this book was emailed to several people, each of whom were asked to copy it from their hard drive and store it in two or three safe places in case there were another attempt to confiscate what I was writing. We didn't really mind those who are the subject of this book knowing what was being written because it would become public soon enough anyway—and we didn't see what they could do to stop it. But we quickly found out that was a big mistake.

Unknown to us at the time, but later revealed on ABC's *World News Tonight* by Brian Ross, their Chief Investigative Reporter, and the NSA had set up offices at AT&T facilities in San Diego and San Jose—among other places—to do nothing but monitor phone calls and intercept emails. They use keywords that alert them so they can monitor our communications. But we have learned, contrary to President Bush's repeated assertions that no Americans have suffered under the Patriot Act, that "harmless" monitoring quickly becomes strident intervention if we plan any major event or anything that might in any way allow us to bring into question what the administration is doing. Our computers have been attacked relentlessly—six have been destroyed within the past year during our Herculean efforts to write this book. The attempts to determine

147

where the incessant attacks on our computers were coming from—there were more than 12,000 attacks in less than 15 days on just one computer, with more than 400 of them high risk attacks—had led to findings that almost all of them were coming through a circuit that included Washington, D.C., San Jose, and San Diego. After Brian Ross's report, we know why this was the circuit. We had also isolated the origin of many of the attacks: a computer labeled VIP at TennPac, a Tennessee political action committee dealing with pharmaceuticals. It is now apparent to us that when the NSA intercepted the book and passed it on to the authorities at the State Department, alarm bells started going off at Foggy Bottom. That quickly unleashed a flurry of events that caught not only us, but also Liberia's new President, and the entire world, off guard.

Even to this day, no one has explained why there was a sudden rush—orchestrated by Condoleezza Rice—to apprehend Charles Taylor from the exile he had agreed to when he stepped down as the President of Liberia. He had been living in exile for almost three years, and during that time not a single soul had died at his hands.

Everyone knew that newly-elected President Ellen Sirleaf-Johnson was Condoleezza Rice's hand-picked choice to serve as the new President of Liberia. The Harvard-educated Sirleaf-Johnson, whose family lives mainly in the United States, was elected following a thinly veiled effort by the State Department to hoist her into the leadership position, including being the major underwriter of her campaign. Twelve of the twenty-one other presidential candidates recently sent us a letter indicating their strong belief that the election was rigged.

In all fairness, President Sirleaf-Johnson has taken an untenable situation and made the best of it. She has had a long and distinguished career as a public servant to her people. But it is also well-established that she became the heir-apparent to the Presidency of

*The Sudden Rush to Eliminate Charles Taylor*

Liberia not because of a massive groundswell of support within Liberia, but after Condi Rice anointed her to be Africa's first woman president—and her own personal handmaiden.

But she quickly found out that being Condi's puppet might cost much more than she had bargained for. Within six weeks of her election, she was brought to Washington to start paying up for America's support, and when she got here she was informed that she was to request the extradition of Charles Taylor—although she had said repeatedly during her campaign that prosecuting Mr. Taylor was not one of her priorities. *And it wasn't one of hers—but it was a top priority for Condi Rice.*

Even more shocking, she was forced to ask for Charles Taylor's extradition—not to her own Liberia, but to Sierra Leone—a country in which she had absolutely zero authority. No thought was given to her safety or to the fragility of her government. Any protests would have only fallen on deaf ears. After installing her as President, her only role with the U.S. State Department to which she was beholden was to say "Yes, ma'am!" when its leader makes a demand.

But before she went to Washington to address the joint session of Congress where she formally made her request, she protested as best she could about how she and Liberia were being railroaded without even considering the risks that were accruing for her personally and for the country as a whole.

In a somewhat testy and yet firm encounter with the international media March 18, 2006 at the United Nations Headquarters in New York, the new Liberian President unloaded her near perplexity over the Charles Taylor issue.

According to her, the mounting international 'pressure' on Liberia so far in the Taylor case has been "in a way unfair, so I would

149

## AL-QAEDA WINNING—AMERICA LOSING

have hoped that the UN and the international community would have sought long before the new government (of Liberia) took over to make the decision of the Security Council implemented. So we inherited a problem."

Sirleaf Johnson, herself a former UN assistant administrator before she joined active party politics in Liberia in 1997 added that Liberia is faced with serious pressures, "We are a small country, we have no powers that others have, we have no security forces to protect our people and the safety of our nation."

Continuing she said: "And so we are caught in a situation where we have to take a major decision that should have been taken long before …"

Sirleaf Johnson, a Harvard-trained economist did not say where the pressure was coming from, but it was apparent she was referring to the United States.

The new Liberian president at the opening of the press encounter moved away from the perception that Liberia's government asked Nigeria to extradite Taylor. Said her "Not being a lawyer I don't know how to judge this word extradition since that is not the word that I use."

She was forced to reverse course again, however, after meeting with Condoleezza Rice later that week, and to once again request extradition—not to her own country but to a totally different country—before a joint session of Congress.

Just as the safety of the Liberians had been a non issue for fourteen years, now Ms. Sirleaf-Johnson's safety was irrelevant in the Condi Rice State Department's scheme of things. She had something more important to be thinking about than President Johnson's safety.

150

*The Sudden Rush to Eliminate Charles Taylor*

In her attempt to clarify the fact that she really did not want the role of prosecuting Charles Taylor to be hoisted upon her she explained, "What I said is that I have consulted with Nigeria's President Obasanjo and asked him that we and leaders of African countries particularly those that were involved in the arrangements that took Mr. Taylor to exile should now bring this matter to closure. And by closure I mean a decision should be taken that would allow Mr. Taylor to have his day in court."

In what I view to be her most strenuous protest, she made a significant statement by rehearsing the fact that Mr. Taylor was not indicted by a Liberian government. Said she "Let me be clear Mr. Taylor was not indicted in a Liberian court... he was indicted in the Special Court of Sierra Leone supported by the United Nations. This is why we say the resolution of this must be in accordance with the United Nations and the international community."

The timing of the effort by Condoleezza Rice to force President Sirleaf-Johnson to act couldn't have been worse. Liberia's peace was fragile. She had been in office only six weeks.  There were many loyalists to Mr. Taylor in Liberia, and he had many business interests there.

In terms of the role played by Mr. Taylor, his potential influence and interference in the affairs of Liberia, President Sirleaf-Johnson said she could not quantitatively assess his role, but Mr. Taylor had been in power for many years and he had many loyalists in Liberia. He had run a warring faction with more than forty thousand young combatants who still felt solidarity with him, and they were still there.  Until the new Government was able to respond to their needs and give them an alternative, they still had those ties.  She could not judge the extent of the impact of those ties on the country's stability.  She could only hope to manage and contain it.

## AL-QAEDA WINNING—AMERICA LOSING

But as she so rudely found out, she would have to "manage and contain it" entirely on her own. Her only role now was to subversively allow Condoleezza Rice to ramrod through her agenda no matter how "inconvenient" or costly it might be for her, her country or anyone else who might stand in her way.

It has become more and more apparent to me that Condoleezza Rice does indeed have an agenda concerning Liberia, Charles Taylor, and the events leading up to President Taylor's resignation—and she has been relentlessly pursuing that unspoken agenda since July, 2003. Her actions may be carried out solely to advance her political ambitions; or they may believe the fact that there is something even bigger and more threatening lurking in the shadows of all that has transpired in Liberia and Nigeria over the past four years.

152

*The Sudden Rush to Eliminate Charles Taylor*

Dear President Obasanjo:

After considering the implications of your duplicitous scheme over the past week in the events leading up to and including your visit with Condoleezza Rice and President George W. Bush in Washington, I regret to inform you that I have lost all confidence in your leadership and I call for your immediate resignation.

To use such a horrible situation that has left so many of your neighbors physically, psychologically and mentally maimed is inexcusable for any world leader—and especially one who is seen as the leader on the African continent.

The people of Africa and the people of the great nation of Nigeria deserve a leader who will be committed to the truth, and to the healing and recovery of their neighbors rather than one who uses planned deception to reignite their worst fears for personal, political, or monetary gain.

Considering what has just transpired under your leadership, your immediate resignation as President of the Republic of Nigeria, the largest nation in Africa, is not only appropriate but highly desirable.

I call for your immediate resignation.

Sincerely,

K.A. Paul, Founder and President

Global Peace Initiative

153

# THE DREAM PLAN OF
# CONDI RICE

---

### Using "Not-War" Singh to Stop a Peace Mission

The idea was brilliant; the scheme absolutely perfect—impeccable in every way.

India's Minister of External Affairs, Mr. Natwar Singh, had been a burr under the saddle of the President Bush and had regularly and openly challenged the cornerstone of Bush's still-evolving post-9/11 foreign policy of implementing democracy—even if it required war. The outspoken Minister had more than once agitated the administration with his ranting about U.S. warmongering.

Not only had Mr. Singh vociferously opposed the war in Iraq, in the past he had been an outspoken supporter of several iconic Third World leaders, including dictators such as Cuba's Fidel Castro. He even recently expressed his regret over the breakup of the former Soviet Union. To say that he was not Washington's favorite Indian leader would be an understatement.

Condi Rice's State Department doesn't take kindly to opposition—even if it is heartfelt and genuine. Just ask our long-term, natural

155

## AL-QAEDA WINNING—AMERICA LOSING

democratic allies Canada, Mexico, Germany and France. Europe still seethes at her policy of "Forgive Russia, Ignore Germany, and Punish France." Mexico, where more than 90% of the people opposed the Iraq war and demanded their country not be involved—democracy at work, if you will—is reeling under the weight of her slaps. Just months after becoming Secretary of State, she traveled to Mexico City, met with the first reformist President in Mexico for the past 75 years, extolled the virtues of our friendship, and left the Mexican President feeling as if relations were returning to some sort of normalcy. But without mentioning even a word about it to President Fox, the next day her State Department slapped a travel advisory on Mexico's border cities, encouraging American's not to travel there because of the drug trade. That intentional slight is added to a foreign policy that under her leadership has shifted so dramatically that America is now doing in North America the very thing we spent hundreds of billions of dollars and fifty years of foreign policy to oppose in Europe—building a wall right through the middle of the continent. Is this really the best way to protect our borders? Is there enough money to build a wall that would cover the entire border? Or, will this create more fanatics out of our neighboring friends and allies? Is it not better to invest all our funds, manpower and resources to fight the real war on terror by focusing on Al Qaeda and other terrorist groups instead of spending hundreds of billions of dollars on a stupid Iraq war that had nothing to do with 9/11 attacks? What a tragedy that this unnecessary Iraq war has created and inspired tens of thousands more suicide bombers throughout the world, many of whom are waiting to strike where we are most vulnerable - our schools, churches, malls, airports and refineries to name a few. Condi Rice's state department policies have pushed Mexicans so far away that they have almost elected a radical leftist in self-defense. Someday soon, tens of thousands of Latinos and Americans are going to join a hero standing on the Mexican U.S.

156

still
lish
the
acy
ust
.ico
:75
can
tor-
ent
on
ere
for-
ally
ent
to
the
ere
er?
and
and
and
s of
/11
ted
out
tost
s to
hed
tist
and
J.S.

border and will echo the words and the courage of President Ronald Reagan when he delivered his breath-taking challenge: "Mr. Gorbachev, tear down this wall." It seems that she has perfected the art of turning friends to enemies.

So Natwar Singh must have felt that the gods were smiling on him and the planets had finally aligned when he received the historic invitation to personally meet President Bush at the White House—a first for an Indian Foreign Minister.

This was the perfect payback—the perfect deception.

With an administration that has resorted to a Soviet-era state spying on its own citizens, one would be hard-pressed to make the case that Condi Rice's State Department did not have advance notice that India's colorful Minister of External Affairs would be named by Paul Volcker's U.N. report as one of the many officials receiving bribes from Saddam Hussein's oil-for-food bribery scheme. That news set him up for the perfect deception.

Why not use him to accomplish through India's foreign policy what America could never do on its own? And all of this would take place just prior to his demise—hastened by the United States once his deeds became public—so that he would lose all credibility before he could tell the world what *really* happened when he was called to Washington the week before the Global Peace Mission was to fly to Iran. That way, he is punished for opposing the U.S. war machine, he is punished for aiding Saddam, his influence is used to subversively stop K A Paul's peace mission in July, 2005, along with twenty-five Indian senators from all major political parties headed by former Prime Minister Deve Gowda and then he is discarded before any credible story about the State Department's scheme that ultimately hijacked India's foreign policy could possibly become known.

# AL-QAEDA WINNING—AMERICA LOSING

I must admit that I was extremely puzzled, once the news of Mr. Singh's complicity with Saddam Hussein became known, why Madame Sonia Gandhi was meeting with the President, the Prime Minister, top three cabinet officers and the Ambassador to the United States in an effort to determine the course of action concerning the embattled Foreign Minister. All of the attendees but one made perfect sense. But why would the *Ambassador to the United States* be called upon to be a part of a meeting determining such a high-level matter in India's federal government? What message could the United States possibly have sent that would be so important as to have an Ambassador 8,000 miles away be a part of the meeting? That question remains open even as I write; but what is without question is that there was U.S. involvement in determining the outcome for Mr. Singh.

Natwar Singh, the face of India around the world, had a long and distinguished career prior to his double-dupe by Condi Rice. So eloquent had been his opposition to the Iraq war that many in India had taken to calling him "Not-War Singh." He was manipulated to redeem his reputation with the U.S. to become India's next Prime Minister.

Following Natwar Singh's removal as Minister of External Affairs, BBC's South Asia correspondent Nick Bryant summarized the situation accurately when he said, "One of his biggest problems was that he has long been treated with suspicion by Condoleezza Rice and the administration she represents."

He may have been somewhat less accurate, however, when he stated, "Nobody is suggesting that Washington lobbied for Mr. Singh's removal, or even hinted at it. But they did not have to. Diplomacy works on a much subtler and, at times, unspoken level."

Finally, Mr. Bryant may have unknowingly hit the nail right on the head when he said, "Natwar Singh may have made the U.S. Secretary of State laugh. But he never won her true affection."

of Mr.
adame
er, top
s in an
battled
se. But
o be a
's fed-
y have
t miles
en as I
ement

ig and
o elo-
ia had
deem
rer.

ffairs,
situa-
s that
e and

en he
r Mr.
re to.
evel."

ht on
U.S.

I think it is quite likely that there were indeed self-congratulato-ry toasts, high-fives, and laughter in the corner offices at Foggy Bottom as "Not-War" Singh was driven from power—all orchestrat-ed by an impeccably executed plan that once again duped the world's largest democracy as the micromanagers of the post-9/11 world brazenly substituted the democratic will of India's voters with what Washington wanted. Unfortunately, as Condi Rice's State Department condescendingly moralized to the rest of the world about the inherent right of democratic self-rule for all nations, it showed absolutely no compunction at hijacking the independent foreign policy of the world's largest sovereign democratic nation and clandestinely executing its own policies through them.

All the while, the cries of an irredeemably tarnished Natwar Singh that he was innocent and had been framed fell on deaf ears. He had been indicted, tried, found guilty, and sentenced by people on the other side of the world—with even President Bush himself unknowingly drafted as a key player in the scheme—and all without even so much as the courtesy of a trial. Mr. Natwar Singh is consid-ered by all congress party leaders of India as one of the most loyal and influential political figures. Besides holding the second most powerful position in India in the past and until recently, he was seri-ously considered as a Prime Minister candidate. It is likely that Condi Rice has offered him her support for the future Prime Minister post in India as I was told that she did with Nigerian dictator and President Obasanjo to accomplish her dirty political games. Condi Rice also contacted the president of Pakistan and his office to can-cel his trip with me and my team to Europe and the U.S. to raise at least $100 million dollars to help the victims of Pakistan's earth-quake. After I met with President Musharaf for almost one and half hours along with my team (this kind of meeting between a private citizen of India and the sitting President of Pakistan is most likely the first of its kind in the past 58 years) he immediately decided and

159

## AL-QAEDA WINNING—AMERICA LOSING

confirmed to travel with us to do whatever it takes to help his people. Mr. Natwar Singh, I am sure that he did not know that Condi Rice / Jendayi Frazer were doing so many evil things to stop my peace mission and humanitarian work around the world since August, 2003. He has been used like many others and then was exposed or framed by Condi Rice's State Department. I pray for Mr. Singh to stand strong during his time of crisis while I am facing the worst kind of attacks, personally and emotionally. It is very hard for me to survive and try to help tens of thousands of widows and orphans, whom I consider as my family, due to these severe attacks by the Rice/Bush administration. It's heartbreaking how my peace and gospel rallies have been canceled in Syria and Iran after Mr. Natwar Singh personally called former Prime Minister Gowda of India and he or his staff contacted Iran, Syria, Libya, Sudan, and Venezuela to cancel our historic trip with the most respected peace makers of India who follow the teachings of Jesus and Gandhi. "Blessed are the peace makers, not war mongers!"

As you read this book with open heart, I pray that you will be inspired to help these dying widows and orphans who are unnecessary victims of Bush/Rice war on terror. Many have already died and tens of thousands are starving. Would you please visit our web site at www.globalpeacenow.com and consider supporting one or several of these starving widows and orphans? One hundred percent of your designated donations will be used as you specify.

I prayerfully dedicate this book to those orphans and widows who have already perished.

160

# WORLD HISTORIC EVENTS

peo-
ndi
my
ince
was
Mr.
the
for
and
acks
ace
Mr.
of
and
ace
dhi.

be
ces-
and
site
ver-
t of

ws



*President of Pakistan, Pervez Musharraf, meeting with Dr.K.A. Paul, and his team on Oct 28.2005 in Islamabad. It is a historic meeting between a private Indian citizen and a Pakistani leader in almost 58 years.*



*Dr. K.A. Paul, praying for Charles Taylor, before his departure*

161

AL-QAEDA WINNING—AMERICA LOSING



*Historic event: Dr. Paul, praying for the pope of one billion Hindus at Paul's Charity City on Oct 23, 2005, which has never happened in the 2,500 of Hindu religious tradition. For past five decades, Prime Ministers and Presidents have come to receive blessings from this pope, known as his holiness Jagat Guru Swami Sankaracharya Swarupa Nanda. Even at age 84, he is still performing his duties in two of the four most prominent Petas (holy temples) which were established thousands of years ago...one in each of the four directions. He serves at the North and West Petas.*

162

*World Historic Events*



*All religious leaders attended Paul's peace summit at Charity City*



*Burundi Parliament, including the President and Speaker of the Parliament*

163

AL-QAEDA WINNING—AMERICA LOSING



*Dr. K.A. Paul, Speaking at Burundi, Africa, Parliament, which is a historic event for a private citizen to address a national assembly*



*Dr. K.A. Paul praying and blessing all seven African Presidents, which is a historic event*

164

*World Historic Events*



*History in making with Ethiopian President, waited three hours at the airport to receive Dr. K.A. Paul and his team.*

165

# WORLD RELIGIOUS LEADERS



*Dr. K. A. Paul with Dr. Billy Graham*



*Only 3 term Southern Baptist President Dr. Adrian Rogers attending Dr. Paul's Peace Rally in 1997 at Hyderabad India.*



*Coach Bill and Lyndi McCartney with Dr. K.A. Paul, in India during their visit in 1996*



*Dr. K.A. Paul, with Dr. James Kennedy, who is known as the most respected Presbyterian in the U.S.A.*

166

*World Religious Leaders*





*Dr. K.A. Paul, is Praying for Rev. E.V. Hill and Pastor Benny Hinn*

*African Catholic Bishop attending one of Dr. K. A. Paul's Peace Rallies*



*Dr. K. A Paul with Mother Teresa*



*Dr. K. A. Paul delivering a key note address at Southern Baptist National Convention Pastors Conference in Dallas 1997*

167

AL-QAEDA WINNING—AMERICA LOSING



*New Delhi Bishop attending Dr. K. A. Paul's
Peace Summit*



*Dr. K.A. Paul, Speaking
at Cincinnati, OH,
Promise Keepers meeting*



*Cincinnati, OH, Promise
Keepers Rally in 1997*



*Cincinnati, OH,
Promise Keepers*

168

*World Religious Leaders*



*Dr. K.A. Paul speaking at Washington DC, Promise Keepers stand in the Gap rally believed to be the largest gathering in U.S. history*



*Washington DC, Promise Keepers Stand in the Gap Rally, during the Million Man March in 1997*



*Catholic Arch Bishop hosting Dr. K. A. Paul in Burundi*

169

AL-QAEDA WINNING—AMERICA LOSING

# WORLD LEADERS





*Vice President Al Gore and his wife Tipper on a trip together*

*May 10, 2005 Historic Global Peace India Summit, attended by 63 senators from all 17 major political parties, including Former Prime Minister Gowda, Former Speaker P.A. Sangama*





*Former Prime Minister of Pakistan Benazir Bhutto with K. A. Paul*

*President Chiluba of Zambia, Africa attending Paul's Peace Rally in Lusaka*

170

*World Leaders*



*One of the several meetings with Chairman Arafat during Peace talks*



*Dr. K.A. Paul, in extensive meetings with Iraqi Deputy Prime Minister Taraq Aziz to avoid war*

*Dr. K.A. Paul, with Indian President S.D. Sharma, Madame Gandhi and opposition leader L.K. Advani*




171

# AL-QAEDA WINNING—AMERICA LOSING



*Prime Minister of Haiti hosting Dr. Paul and his team at his home to thank him for stopping chief rebel leader Guy Philippe from attacking his mansion*



*Dr. K.A. Paul with Prime Minister of Haiti*



*Congressman Bob Clement, Guy Philippe and Dr. Paul during a meeting in Haiti*



*Dr. K.A. Paul, in the Presidential Palace with President Girma of Ethiopia*



*Dr. K.A. Paul, with Prime Minister of Sri Lanka*



*Two Prominent Indian Governors and Red Cross President awarding Dr. K.A. Paul, with Red Cross award in 2005*

172

*World Leaders*



*Dr. K.A. Paul, Praying for Major Indian Political Leaders*



*Dr. K.A. Paul, with several Major Indian Political Leaders, in New Delhi, for Global Peace Summit*



*Dr. K.A. Paul, with vice President of Iraq Ramadan, discussing to stop the Iraq War*



*Dr. K.A. Paul, in New Delhi Peace Summit, with former Prime Minister Gowda and Mr. Naidu*



*Dr. K.A. Paul, with the leader of Libya Colonel Gadaffi*

173

## AL-QAEDA WINNING—AMERICA LOSING



Dr. K.A. Paul, with the Chief Minister Jaya Lalitha, of Tamil Nadu, India, during the Tsunami trip



Dr. K.A. Paul, with Nepalese Political Leader



Dr. K.A. Paul, with former Prime Minister Gowda of India



Dr. K.A. Paul, with Prime Minister of Nepal



Dr. K.A. Paul, with Indian Political Leaders in New Delhi, for Global Peace Rally

174

*World Leaders*



*Dr. K.A. Paul, with U.S. Congress majority leader Dick Armey and Prime Minister Deva Gowda in D.C.*





*Dr. K.A. Paul, praying for Governor Mike Huckabee in an Indian Peace Rally in 2002 Behind him, the most powerful political leader of India, Mr. Chandrababu Naidu*

*Dr. K.A. Paul, with Kenyan President Daniel Moi, in Nairobi, Kenya, during U.S. Embassy bomb blast*





*Dr. K.A. Paul, with President of Syria during a Peace Mission in 2005*

*Former President Jimmy Carter and wife Rosalynn after Dr. K.A. Paul spoke at their church*

175

## AL-QAEDA WINNING—AMERICA LOSING



*Senator Bob Dole and wife Elizabeth with Rev. E.V. Hill and Dr. K.A. Paul*



*Dr. K.A. Paul, with Venezuela President Hugo Chavez*



*Dr. K.A. Paul, with U.S. Speaker Newt Gingrich in 1997*

176

# PEACE RALLIES



*Bangalore, India, Peace Rally 1999*



*Argentina, Peace Rally 2000*

AL-QAEDA WINNING—AMERICA LOSING



*Bujumbura, Burundi Peace Rally 2000*



*Dr. K.A. Paul, in Lusaka, Zambia, during Global Peace Rally*



*John Tesh with Dr. K.A. Paul, during 2001 Nigerian Peace Rally in Lagos*



*Little Teresas meeting Hyderabad, India*



*Dr. Paul with Little Teresas in India*

178

*Peace Rallies*



*K.A. Paul, Global Peace Rally in Mumbai, India*



*Manila, Philippines, Peace Rally*



*Nairobi Kenya Peace Rally*



*Chennai, India Peace Rally, 2002*



*Chennai, India Peace Rally, 2002*

179

AL-QAEDA WINNING—AMERICA LOSING

# HUMANITARIAN WORKS



*Orphan Children Dancing at Paul's Charity City in India*



*Carl Lindner III and Dr. K.A. Paul, serving children at Paul's Charity City*



*Only four time Boxing Champion, Evander Holyfield serving food to children at Paul's Charity City*



*Dr. K.A. Paul and other Political Leaders at Paul's Charity City in Hyderabad, India*



*Dr. K.A. Paul, Praying before distributing food in Haiti*



*Dr. K.A. Paul, Serving Meals to Charity City Children*

180

*Humanitarian Works*





*Paul's Charity City, Children in*
*Hyderabad, India*

*Dr. K.A. Paul, Speaking with Children at*
*Paul's Charity City*



*Worlds Largest Children Home facilities in Hyderabad, India*



*Worlds Largest Children Home in Hyderabad, India*

181

AL-QAEDA WINNING—AMERICA LOSING

# CUBAN ELIAN STORY





*Dr. K.A. Paul, invited by South Florida Republican Congresswoman Rose Leighten*

*Cuban Bishop hosting Dr. K.A. Paul, during his visit to meet with Fidel Castro to help Miami boy Elian Gonzalez*



*Dr. K.A. Paul, Interviews with media during Elian Gonzalez, in South Florida*





*Dr. K.A. Paul, with religious and political leaders of Florida, during Elian Gonzalez's press Conference*

*Dr. K.A. Paul and Miami Cuban Rally in support of Elian and Bush in 2000*

182

*Cuban Elian Story*



*Dr. K.A. Paul, mobilizing 1000 churches in South Florida, to Elect George W. Bush, speaking at a special rally in Coral Ridge Presbyterian Church*



*Dr. K.A. Paul, with Mr. Marino, Chief of Staff Central Committee of Cuba*



*Dr. K.A. Paul, speaking before congress for Elian Gonzalez in 2000 at the invitation of senators Warren Hatch and Connie Mack*



*Dr. K.A. Paul, with local leaders during Elian Gonzalez conflict*



*Local Radio Station staff during Elian Gonzalez conflict*

183

AL-QAEDA WINNING—AMERICA LOSING

# 747 IN VARIOUS COUNTRIES



*GPI 747SP ready to take Tsunami Aid to Sri Lanka*



*GPI 747SP in Ethiopia*



*Dr. Paul, with President Girma of Ethiopia in Hyderabad, India*



*GPI 747SP in Hyderabad, India, for Tsunami Aid*



*GPI 747SP Tehran Airport, in Iran*



*GPI 747SP in Amman, Jordan*

*747 in Various Countries*



*GPI 747SP delivering Aid supply in Jordan*



*Dr. K.A. Paul, with Jordanian Leaders inside GPI 747SP Conference room*



*Evander Holyfield , the only four time Heavyweight Boxing Champion, Dr. K.A. Paul and Chief pilot at Harrisburg Airport before departing for Ethiopia and India with Humanitarian Aid in 2004*



*Aboard GPI 747SP in Jordan*



*GPI 747SP in Sri Lanka for Tsunami Aid*

185

AL-QAEDA WINNING—AMERICA LOSING

# MORE PHOTOS



*Burundi Political Party leaders with Dr. Paul,
before Peace agreement in 2000*



*Guy Philippe with Dr. Paul*



*Chief Leader President Joseph in Paul's
Peace Rally, later he was convinced to sign
Peace agreement. He had previously refused
to sign Peace agreement with Clinton and
Mandela*



*Dr. Paul and his team at Arkansas Governor
Mike Huckabee's State Dinner*

186

Section Three

# THE PASSION OF K.A. PAUL

*(For more information visit www.kapaul.org for Long-term Goals)*

187

# DR. PAUL VS. AMERICAN CHRISTIANITY

———

As a young college student in India, we heard President Reagan speaking about America being the "City Set on a Hill,"—and we believed him. We knew that America was the richest, strongest, freest country in the world. And everybody—*everybody*—wanted to go there! In my mind, I could see its "...alabaster cities gleam, undimmed by human tears." The buildings, the creativity, the innovations—automobiles, computers, electricity, telephones, airplanes, *Coke*—almost everything of consequence was coming from America. This one nation was having an impact on the world that was unparalleled in its scope. No other country in the history of humanity could compare to this one nation which was just barely 200 years old. India was 5,000 years old, but we still lived in desperate straits. But this bold new country was going to change the world—we all knew it and welcomed the day!

America truly *is* unlike any other country. When the world was threatened with the tyranny of Nazism, it was the Americans who swept into Europe and Asia to defend liberty and freedom for hundreds of millions. When the Jews were being exterminated, it was

189

AL-QAEDA WINNING—AMERICA LOSING

the Americans who opened their hearts and their borders to welcome them. When famine struck or natural disasters occured, America was always the first nation to arrive with aid. Americans even loved their enemies! After defeating Germany and Japan, the Americans didn't plunder them. Instead, they rebuilt their factories and their cities. They really *loved* their enemies—just like Jesus had told us. I was certain that America was a nation that was destined to greatness and prosperity because of her values.

In 1989—just as President Reagan was leaving office—some of my friends came to me and told me they wanted to buy me a ticket to go to America if I could get a visa. They were confident that if only I could make it to America to tell my story, my work would be funded in full for the rest of my life.

I was so happy. I knew that America was the font of all things good for the world. I also knew that Americans were the most generous people in the world and that the moment they heard about my work in India they would respond. With the need so great, America was the only nation on earth with the resources and the compassion that were necessary to meet all the needs of the developing world.

I couldn't believe my good fortune. Among my countrymen, a trip to America was one of the most coveted experiences in my life, and now I was on my way to the "land of the free and the home of the brave." I was certain that God was smiling upon me and my work.

I knew the United States of America was a Christian nation. I expected the country to be filled with believers and followers of Christ who were determined to bring spiritual awakening and benevolence to the entire world. I felt that the salvation of the entire world hinged almost singularly on the efforts of the American Christians.

190

Imagine my surprise when I arrived in New York! Things were so overwhelming as I stepped off the plane. From that moment I realized I was in a totally different world from the one in which I grew up.

Americans, to my surprise, were not a race of people at all—they were a conglomeration of people from all over the world. America truly is a melting pot. Asians, Europeans, Latinos, Africans, Arabs, Jews, white people, black people, red people, yellow people—everyone was going about their business working side by side irregardless of their differences. It was amazing! People who were fighting each other back in their own countries lived and worked together here as friends! How could this be? Some of the Americans even looked exactly like me and spoke Hindi!

But I also found out all too quickly that America was not the spiritual nation I had imagined her to be. Some of the things I saw absolutely shocked me! I had beggars on the streets asking *me* for money. How could that be in this country? I saw sex shops and pornographic magazines that are unheard of in India.

One thing that amazed me was how many Americans were overweight. At least one-third of the people were overweight—something that I had never seen before. But I could understand why—the food was so plentiful! The restaurants, the coffee shops, the supermarkets—food was everywhere. And it was all so affordable. Now I understood why America was sending food all over the world. There was no way they could eat it all! It was all so wonderful because I was certain that I was going to get some of this food for my widows and orphans.

But the shock of what happened next still reverberates in my heart. It is seared forever upon my spirit and my mind. When I think of it, I get a knot in my stomach, a lump in my throat and tears in my eyes. The churches, and cathedrals and temples looked absolutely magnificent outwardly, but inside something different—something very dark

## AL-QAEDA WINNING—AMERICA LOSING

and terribly sinister—was afoot. In church after church, as I requested their help in saving my little children who were living on the streets, I met the same refrain time and again. The response became so sickeningly familiar that I could recite it verbatim in my mind even before the words left their mouths.

Night after night I went to bed crying as I thought of all the little ones digging through the trash for their food—and I prayed that they could survive just one more night while I kept working to save their lives. And all the while, here in the most blessed nation on earth, the people couldn't sleep because they had eaten too much. But even worse, their pride in their wealth and their success had puffed them up so much that they were willing to sacrifice the lives of these precious little ones without a second thought as they hastily built bigger buildings and bureaucracies in their race to out-impress each other.

As I walked up to the Second Baptist Church of Houston, TX, I was certain that this one church alone would save my country! It was the largest of the 45,000 churches in the Southern Baptist Convention, the largest non-Catholic denomination in the United States. With 31,000 members in just this one church alone, they had clout—and resources. Their pastor, Dr. Ed Young, was a two-term president of the Southern Baptist Convention. It is without doubt the most prominent position among the 100 million evangelicals in America.

The buildings were unlike anything I had ever seen before. The magnificence, the splendor, the beauty! There were special windows, and all kinds of unusual metals. The doors alone were a marvel to behold.

There was a soccer field, a football field, a baseball field, a softball field, a gymnasium with a special room for massages, an air-conditioned indoor walking track, a bookstore, a grill—and that does-

*Dr. Paul vs. American Christianity*

n't even include the sanctuary, the music room, the communications room, (fountains and waterfalls.)etc., etc., etc.....it was the most massive church building I had ever seen—and it was filled with glitz and glitter from top to bottom. I am told that today the campuses are appraised at $160,000,000. The buildings were filled with beautiful windows and there were pianos everywhere. I couldn't understand why just one church would need so many pianos. Anyone walking through this church could see that they had the money to change the world! And at first, *I really believed they would.*

Dr. Ed Young was a gracious man with a big heart. He received me into his church and invited me to speak and share my story. In India, promptness is not extremely important, so I was not worried about being a little late—after all, I thought that America was just like India, only richer. In my country, we were accustomed to our trains arriving a half-day late, so we were never in a rush to get to where we needed to go on time. We knew everything would be running behind schedule anyway. As Americans say, India is a lesson in "working chaos."

Even though I have changed now and I believe that promptness is important, I think in some ways that *not* being so time-conscious has allowed us Indians to enjoy our lives a little more. To Americans the end is everything, and the process of getting there is adjustable, constantly subject to modification or can even be discarded as long as the objective is reached.

Things don't operate the same in my country. There, the process is almost as important as the end itself. It is certainly not something to be discarded, but it is something to be enjoyed and savored. I find that we live a fuller life there because we don't skip over large chunks of our lives rushing toward some ultimately elusive end. In our rush to the train, we will stop and have tea with a friend if we

193

## AL-QAEDA WINNING—AMERICA LOSING

want. But I was now being re-educated to the American way, and this was one of my first lessons.

When I finally arrived to speak at the extraordinary convention at Second Baptist Church at the special invitation of Dr. Young, for quite some time I wandered around like a lost child, pondering which door I should go through next to get where I needed to go. There were several auditoriums. Where was I supposed to go? I finally heard singing and was certain that I had found my way. But when I investigated, I found that the church was only children! I had never seen such a thing! How could a church consist only of children? I quickly ascertained that this was most assuredly *not* the place I was looking for.

I'm sure that one of the reasons I was late was that I couldn't help but stop and marvel at the wonders around me in just this one church! I had never seen anything like it.

When the church security team heard I was wandering around bedazzled at my surroundings and unsure of where to go, they quickly found me and escorted me to Dr. Young.

The moment he saw me, his face fell. I didn't have new clothes, and my tie didn't match my shirt—but I didn't even know that.

I had arrived from India just a few months earlier, and what I was wearing had been fine there, and it looked good to me, so I wasn't even remotely aware that I looked bedraggled and different from the crowd I was addressing. My clothes were good enough for me, but not for the Americans. Dr. Young quickly instructed security to try to make me as presentable as possible before I spoke. We didn't wear ties in India—they really don't work well with Nehru suits—so I didn't know how to tie one correctly. Dr. Young quickly jerked my tie off and, after searching frantically, determined they could not find a tie that matched my shirt; therefore, he re-tied my mismatched tie

194

around my neck—but this time the knot was just perfect!

Over the course of my stay as a guest of Second Baptist Church, Dr. Young's son and several other members of the church bought me new clothes and shoes. They were such warm, generous, caring people. Treating me with such respect and compassion, I could just imagine what they would do when they started helping my special children! They were a perfect example of hospitality. When they had finished purchasing my new wardrobe, I felt sure that the angels themselves had ushered me into heaven and clothed me with robes of glory delivered directly from God. I had never worn such fine clothes. I smiled inwardly as I thought of the delight and excitement of my street children when the kind folks of Second Baptist started clothing them too.

*No New Clothes*

As I finally entered the *real* auditorium, I heard incredibly glorious music. The choir sounded like angels. I had never heard anything like it in India. We sang some of the same songs there, but we didn't have an orchestra, a pipe organ, or a grand piano to accompany us. Actually, we didn't even have a sound system. This was definitely very different, but in a beautiful way.

The people were without doubt as curious of me as I was of them. I was awed by them—by their wealth, by their beauty, by their marvelous music.

I also was astonished at the fact that everyone seemed to know exactly what to do and exactly when to do it. How could they do this? Things that happened spontaneously and randomly in my country were meticulously planned and even *timed* here. As a matter of fact, as I began to investigate, I found that everything was printed exactly as it was supposed to happen. It was really amazing

AL-QAEDA WINNING—AMERICA LOSING

to me that they could know so certainly in advance everything that was going to happen, even to the point that they could print it. What a curious thing.

I read with interest the names of others who spoke during the convention. There was a Dr. Pat Robertson—they seemed to make a big deal about this gentleman—and a bevy of top Southern Baptist preachers from around the country. Of course, I had never heard of any of them in India, but I was somehow sure they must be really nice people.

It didn't even occur to me that even their speeches were timed at church. This was the biggest crowd I had ever addressed in America, and I wanted to make the most of it.

The people were enraptured by my words as they strained to understand my British English delivered with a heavy Indian accent. As my address/interview continued on and on, the people didn't seem to lose interest.

This church was unlike the others I had visited in the United States. In other churches, they just told me when it was time for me to speak, and I would get up and begin my address. But I noticed that in almost every church the people did something really strange. About one-third of the way through my address, many people started looking at their watches in a most unique way. It was obvious to me that some of them were trying to be very conspicuous as they held their arms high up in the air just to see their watches. That was such a strange way to do it. In India, the few who had watches simply looked down at them. I was getting the message.

But that didn't happen at Second Baptist, because they sent someone to the podium with me. In retrospect, I realize it was probably because my reputation for long addresses had preceded me to Second Baptist.

*Pinched......!!!!*

196

*Dr. Paul vs. American Christianity*

When I finished, hundreds of sincere, caring and generous people made their way to me speaking words of encouragement, letting me know they would be praying for me. Many of them invited me to lunch, dinner or breakfast with them. They were all so gracious. Nearly all of them wanted to know how they could get in touch with me and how they could help the children and widows who were the focus of my life. I was really puzzled by why Dr. Young told me I couldn't tell the people how to get in touch with me—that the church would take care of everything. I brought some cards with me that told people how they could support a child for only $15 per month, but the cards were quickly confiscated from me by the church leaders and I never saw them again.

But what happened next reinforced my certainty that America was surely the nation that was destined to save the world. Dr. Young gave me a check for $12,000! That was more than most of my countrymen could ever earn—even if they worked for 50 years!—and it had been given to me after just *45 minutes* of speaking!

I knew for certain I had found the answer to the suffering of my street children and the anguish of my poor widows.

It never occurred to me that I could keep the money for myself. Even if it had occurred to me, what would I do with so much money? There wasn't anything I could even imagine that I might need that could ever cost such a hefty sum!

After my experience with my friend Dr. Ed Young at Second Baptist Church in Houston, Texas, I was certain that I could spend a year or less here in America, obtain the funds that were necessary to accomplish the task, and then go home to take care of all the street children and widows in India and other poor countries around the world.

197

AL-QAEDA WINNING—AMERICA LOSING

What I didn't realize that night was that I was just a cute novelty to these Southern Baptist religious leaders. They were really proud that through their evangelistic efforts, they were able to convert such backward, poor people as me. Their self-deception encouraged them to be impressed with themselves, impressed that that their labors and gifts had allowed me to accept their religion, change the direction of my life, and make a decision to try to help others—and they were going to give *me* a gift to show how much they appreciated it.

But I had not come to Second Baptist Church to speak for *me*— I had come to America in behalf of the billions of my people who face disease, destruction, degradation, and desperation every day of their tortured lives. Even though I had faced many harsh circumstances, my life was not tortured—I was happy, I had what I needed, and I was determined to give what I had to help others.

In retrospect, I now realize that I made an incredible connection that day with the people of Second Baptist Church. They obviously believed in what I was doing and wanted to be a part of it. The people sitting in the pews were inspired and they were ready, willing and able to change the world. Hundreds—even thousands—of them wanted to give directly to me for the work I was doing. But that possibility was squashed when the church leadership made sure there could be no future association which would allow them to communicate with me after I left. Any inspiration to action was severed by the leaders in the church. They didn't want anyone outside their denomination and/or their control getting money from their people.

The denominational leaders, too, obviously thought I was sincere. But what they didn't understand—and still don't—is that I was not only very sincere, but also *very serious*! Sadly, fifteen years later, I am still trying to make that connection with religious leaders—and

e novel.
e really
to con-
:eption
:d that
ligion,
ɔ help
much

me—
who
ay of
:um-
eed-

ion
ısly
ɔo-
ng
of
ut
le
n
s
ˈ
ı

I am no closer today than I was that night when I first addressed the good folks at Second Baptist Church.

Subsequent to my address that night at Second Baptist Church, hundreds of Southern Baptist leaders invited me to address their churches—many of them with more than 10,000 members. In time, I was even invited to speak to their state conventions, and ultimately, I was given the highest honor by being invited as a keynote speaker at their National Pastors Conference at the Convention Center in Dallas, Texas. The Pastor's Conference is held in conjunction with the Southern Baptist Convention itself each year.

More than once, I had to correct my introduction by numerous religious leaders. Often the denominational leaders led the listeners to believe that I converted from Hinduism to become a Southern Baptist. I would gently tell them that I had never even heard of Southern Baptists until I came to the United States.

But today I realize that none of this was done to help *me*. I was to them as a lovely song, delivering moving messages, inspiring their good people—people who were filled with compassion and generosity, people who really wanted to change the world—I was inspiring their people to give more and more to their churches. But the church leaders never passed it along to my street children who were left to sleep on the train platforms, eating whatever they could find among the leftovers thrown away by others...

They used me—they used me as an example of what *they* could do if only they had more money. So the good people gave more and more in the expectation that surely a group of sixteen million Christians with such a commitment to providing resources for the world could do at least as much as this village boy from India. But after fifteen years, and more than a half *trillion* dollars passing through Southern Baptist churches alone, they still have not rescued

199

AL-QAEDA WINNING—AMERICA LOSING

the children. In fact, they are accomplishing less around the world today than they were then. But they are being assured and reassured that if only they will give more money, things will change.

Sadly, they won't change—not until the leadership changes their hearts. With only nine percent of the money that has gone through *just the Southern Baptist churches*, every street child in the world for the past fifteen years could have been saved—they could have been fed, housed, clothed, given medical care and educated! But their leaders won't allow it to happen because it is not through their denomination!

Today, at Second Baptist Church, there are new, bigger buildings. There are even *more* pianos. Second Baptist Church has several new campuses that are strategically located near the most affluent areas of Houston so they can be more readily accessible to the rich people—and more rich people than ever are attending. Sometimes, even Presidents or presidential candidates worship there—mainly Republicans and usually only during election season. They are now even more prominent in their leadership in the culture wars raging across America. But all the while, my precious street children are still dying. Unbelievably, not a single gift for the children has been forthcoming from Second Baptist Church since that night fifteen years ago.

My heart breaks and I weep and beg God to help me break through to the individuals who are really serious about helping my people. The people of Second Baptist Church were sincere and serious, but their leadership very effectively censored their ability to give. In third world countries, many leaders steal money directly. But in America it is done differently, the leaders don't steal the money directly—they just steal the *opportunity* to give money to causes other than their own.

America stands alone in the world in the goodness of her people. If the people were truly unleashed by their religious leaders, the world

*Dr. Paul vs. American Christianity*

could be changed very quickly. Americans are the most free, generous and honorable people on earth. That is why I have chosen to live in America. But hardly any of the leaders in America's churches—at least not in the 1,100 churches I have addressed since my time at Second Baptist Church—are serious about saving the precious children dying around the world. Where is the compassion? Where is the humanity? Where is the soul? It all seems to have gone missing—especially in the hearts of the leaders of American churches. There is an absence of Christian leaders who really care about the world's desperate children and are serious about changing their plight.

The denominational leaders and local church leaders overseeing the nice people sitting in Second Baptist Church of Houston, Texas, week after week have absolutely no idea that their action—or rather, their inaction—is directly related to what happened on September 11, 2001. They have absolutely no idea that some of the very children they could have fed, clothed, housed and educated since that night I first talked to them fifteen years ago are *at this very moment* being trained in warfare and are aspiring to come to America—not to share in her dream or live in her liberty—but to kill them.

My most fervent prayer is that individuals—and most important-ly, the leadership—in churches all across America can see the con-sequences of the tunnel vision being imposed upon them by their denominations and religious leaders before it is too late. These leaders won't allow their people to see the tragic predicament of the innocents all around the world—having chosen instead to glut-tonously spend on themselves the money given to God.

### Please Don't Pray for Me

Back when I first came to America—when I was still naïve and truly believed it when people told me they would pray about supporting

## AL-QAEDA WINNING—AMERICA LOSING

despairing children—I was constantly excited and encouraged about the prospect of another church, another business leader, another individual rallying to action at the sound of the heart-broken cries of the world's children. But all too soon, the excitement abated and the encouragement was replaced first by incredulity and then *discourage-ment* when the awful truth behind that pious-sounding deception began to emerge.

I was always a little confused about why so many of America's religious leaders told me they would pray about whether God wanted them to do something to help the children living in the streets. God had already *said* He wanted them to do something about it—it really didn't make sense to me why they would need to pray about it. Why would one ask for the instructions again when the written instructions were right there in front of us, available for all to read? But I thought this was probably just another indication of how truly spiritual Americans were. So I was also excited and encouraged when people told me they would pray about supporting a child or children—because I already knew how God would answer that prayer. I had an inside track! For me, it was only a matter of *how many* children they would care for. They wouldn't even have to pray for two minutes to know that Jesus had *already* said, "If you do it for one of the least of these, my children, you do it for me." This was a slam-dunk! I would always thank them and wait for them to get right back to me.

You can imagine my astonishment when I waited for these pious ones to get back to me with their support. I waited and waited—and I continue to wait for most of them even today!

The most brutal use of this pious-sounding deception—"I will pray about supporting children"—comes from the religious leaders of America's churches.

202

*Dr. Paul vs. American Christianity*

G

ed about
her indi-
es of the
and the
courage-
ception

nerica's
d want-
streets.
t it—it
about
written
read?
v truly
raged
ild or
that
f how
pray
it for
was a
get

ious
d—

will
lers

In the early 1990's, I visited Southeast Christian Church in Louisville, Kentucky. The pastor, Dr. Bob Russell, was so gracious, hospitable, and kind. He was the epitome of piousness and his people loved and respected him. After my plea for the street children, he assured me that he would pray about supporting 10 children.

*Ten* children! I was so excited about the prospect of how dramatically different the lives of these little ones would soon be that I cried. When I got back to the hotel, I fell to the floor and cried with joy over these little ones. Thank God for America!

After a week had passed, I called the Pastor excitedly anticipating his affirmative answer. Strangely, he told me he was still praying. "How can this be?" I thought. "Why would Americans pray about whether to obey God or not—especially they're religious leaders?"

Weeks turned into months, and finally the months turned into years. Time after time, in my conversations with this dear brother, he assured me he was still praying.

Sadly, I can inform him that he can stop praying for them now. Of the children he prayed about supporting more than ten years ago, some are dead, some have joined armed rebel forces training for jihad, some are criminals, and the rest are in tragic relationships, abusing their own spouses and children. It's too late for them.

But since he started praying, millions more children have flooded the streets of the world's poorest cities and are desperately trying to abate their hunger pains by scavenging for food on the streets and in the trash dumps. And their heartbroken cries are just as poignant and gripping.

We can still help them!

Now I realize the cruel truth. When America's religious leaders tell you they will pray about supporting the world's children, they

AL-QAEDA WINNING—AMERICA LOSING

are really saying no. They are using a condescending deception to let you know that there are buildings to be remodeled, pianos to be bought, parking lots to be paved, new denominational headquarters to be built, social causes to support, culture wars to be fought—there is really no time or money for the world's hungry children.

Oh, please God, help us!

Today, when I am told by religious leaders that they will pray about whether or not they should support children—children who are competing with stray dogs and rats for the crumbs of food they can find—I ask them to please do me a favor and not pray.

After speaking to more than 100,000 pastors and religious leaders in this country.... Every major denomination, most major conventions....

Why should I give them the satisfaction of feeling spiritual about disobeying God? Why should I allow religious-sounding language to shroud an evil intention? Why should I allow a lie that looks like godliness? To say they will pray about supporting children when the real intention is to keep spending the money on themselves is the betrayal kiss of Judas all over again—except this time its being planted on the most desperate children instead of Jesus. How can I let them do that to my children? I have had enough of the impious assurances of prayer. When it comes to my street children and widows, now the only thing I accept is action. No more prayers for me, please!

*Ferment at the Top*

At least two of America's greatest institutions for good in the past—religious institutions and political institutions/government—are rife with ferment at the top. Tragically, the third institution, busi-

204

'n to
o be
ters
it—
i.

ray
ho
ey

d-
n-

it
ɔ
-
|

ness, is teetering on the edge. Only radical change will succeed in making these institutions once again viable as agents for good.

Recently, during an in interview with *The Independent,* one of the United Kingdom's leading newspapers, Mr. Andrew Buncombe, asked me a question that left me breathless.

"Dr. Paul, you are the world's most popular evangelist according to the *New Republic*. Do you join America's most prominent religious leaders, Rev. Pat Robertson and Rev. Jerry Falwell in blaming gays and people who support abortion for 9/11? And do you agree with Rev. Franklin Graham that Mohammed was a polygamist and pedophile?"

He was sincerely grasping to understand the current state of religion in America. His questions are widely shared across Europe and the rest of the world.

Because of the passion of his question, I knew he would not settle for pious platitudes so I thought for quite some time before I answered.

"Sir, when Dr. Robertson and Dr. Falwell made their ludicrous accusations, I immediately wrote a letter rebuking such a stand. It is unconscionable to blame anyone but the terrorists for what happened. One may or may not agree with abortion or gay rights, but that issue is not even remotely related to what Al-Qaeda did, and to try to connect them is demagoguery of the worst kind.

"The same is true on the left, where many—Michael Moore and others—are blaming President Bush for 9/11. It should be apparent to all that only the terrorists who perpetrated this inhuman atrocity should be blamed. Only scheming people with a personal agenda so ambitious that they are willing to sacrifice truth and integrity for their own selfish purposes would so dishonestly project the blame on someone else.

205

# AL-QAEDA WINNING—AMERICA LOSING

"As to Franklin Graham's assertion, some of my most honorable coworkers in saving children around the world are Muslims. What I believe or don't believe about Mohammed is not an issue in my relationship with them. I love them and I respect them. They all know that I am a follower of Jesus. They love me for who I am and I love them for who they are. Why would I ever disparage the religion of my friends? Does it make me a better person? No. Does it make me a peacemaker? No. Does it endear me to them and build bridges of communication and understanding? No.

"All my Muslim friends know what Mr. Graham said, and they are hurt and angry over it. How soon will they sit with him for tea? How persuasive can he be in bringing peace in that part of the world? Even if his premise were right, he is totally wrong to say it. The Apostle Paul said, 'Speak the truth in love.' I fear that in the case of Mr. Graham's statement, both are missing."

The reporter from *The Independent* has happened upon something that is becoming systemic—especially among America's religious leaders. There is ferment, selfishness, deception and dishonesty at the very highest levels of leadership in most mega-churches and denominations in America.

I have personally experienced it to the point that I feel I must confront it.

Through my extensive travels throughout America, I have found the people sitting in the pews of America's churches to be the last and best hope for the world. There are no people with a similar level of commitment and compassion anywhere else in the world. Americans are wonderful, inspiring, creative, industrious, loving, generous, caring people. They understand and genuinely care for the less fortunate—both in their communities and around the world.

*Dr. Paul vs. American Christianity*

But most leadership in their churches—and in their government to only a slightly lesser extent—is another matter altogether. Time after time, I have been the victim of lying, deception, theft, and malicious falsehoods—all at the hands of the religious *leaders*, and many of those who want to do what is right before God. These leaders have selfish agendas and purposefully use religion to manipulate people to accomplish their own personal plans.

# THE MOST UNIQUE
## EVANGELIST

In an intriguing cover story in *The New Republic (TNR)* outlining the life and work of Dr. K.A. Paul, Michelle Cottle described him as the world's most popular evangelist. In an article filled with journalistic excellence and integrity, she also asked searching questions about why he was "not making it" in America.

To be described as an Evangelist is an honor and is warmly embraced by K.A. Paul in most parts of the world; however, in America, the term has come to mean something entirely different. When one thinks of an evangelist here, it often means a religious leader who appears on television in flashy clothing. They are usually living lives of elegance and excess while inflaming the masses to join their culture war—and all while they are constructing more mansions, building bigger business empires, and buying the best of everything.

For that reason, K.A. Paul is uncomfortable with the title, at least in the terms Americans think of an "Evangelist." Most Americans' connotations of the title do not even remotely define who K.A. Paul is and what he does—as a matter of fact, in many cases he is exact-

209

AL-QAEDA WINNING—AMERICA LOSING

ly the opposite. And even if it is perfectly understood, the title Evangelist still only partially describes him. It was once noted that K.A. Paul has a combination of the defining characteristics of four people who changed the world: Mahatma Gandhi (peace leader), Mother Teresa (servant of the poor), Dr. Martin Luther King (human rights leader determined to end injustice), and Billy Graham (evangelist). While this truly describes K.A. Paul and his work, it leaves him searching for an appropriate title.

There are at least seven major differentiators between K.A. Paul and America's concept of evangelists.

1. Although he would never condemn or criticize others for doing so, K.A. Paul has never collected an offering at any of his rallies—whether a small crowd of 300 or a massive rally of millions. We are not aware of any other evangelist who has ever done this.

2. Since 1989, K.A. Paul has spoken in approximately 1,100 houses of worship. One hundred percent of any offerings given to him went to support widows and orphans, without saving even $100 anywhere in the world for personal use.

3. Being born Hindu, and now a follower of Christ, K.A. Paul has made uniting people part of his mission. Examples include Manila where after years of firm opposition to evangelical leaders like Billy Graham having rallies there, the late Cardinal Sin and Mike Velarde, pastor of the world's largest Catholic parish warmly welcomed K.A. Paul and joined him in leading a massive rally there. In Gudivaba, India, more than 300 Hindu priests attended K.A. Paul's Peace Rally. K.A. Paul has been the keynote speaker at the right-leaning Southern Baptist Convention National Pastor's Conference, and to the left-leaning

210

humanist organization, Alliance for the New Humanity, organized by Deepak Chopra. Being accepted by such widely disparate groups and being able to comfortably minister to them is not a trait of most American evangelists. On October 23, 2005 the leader of the world's one billion Hindus traveled to personally meet K.A. Paul, publicly demonstrated his support for K.A. Paul's work, and asked for his prayers. Upon his departure, the 82-year-old Guru declared, "Dr. Paul, you have me for life!"

4. The world's most popular evangelist has never sold a book or a tape.

5. While most of America's evangelists, televangelists, and pulpits thunder God's judgment on evil/enemy rulers, K.A. Paul reaches out to them with an appeal for God's mercy on them, and an appeal for their mercy on their subjects. Besides the predictable meetings with Presidents, Prime Ministers, and Sovereigns, K.A. Paul has also met with most of the world's most hardened despots and tyrants. Astonishingly, K.A. Paul has been instrumental in stopping or averting five wars in seven countries using this approach—and it has all been done by following one of Christ's simplest precepts: it is not the healthy who need a physician, but the sick.

6. In sharp contrast to America's evangelists, K.A. Paul doesn't own a piece of property anywhere in the world—not even the $60,000 house where he resides.

7. Again, in stark contrast to other leading evangelists, K.A. Paul's salary (not counting $582 / mo. housing allowance for the $60,000 house where he and his family reside) has averaged less than $2,000.00 per month for the 12

211

years he has been a green card holder. (His tax returns are available to the public.)

It is very important that K.A. Paul not be perceived wrongly or outright marginalized because of a title he never sought. His life work is to help the poor, the hurting, and the dispossessed. He tries to assist those who can never pay him back, and reaches out to those no one else wants.

That is the defining purpose of his life, no matter what title is used to describe it.

212

# MY HEART BROKEN LETTER TO A GOOD FRIEND, GOV. MIKE HUCKABEE

213

Governor Mike Huckabee,
Chairman of National Governor's Association
U.S.A

Dear Mike,

After much prayer, I am writing this serious letter. As I begin, I want to personally thank you for your friendship over the past several years and particularly for hosting the state dinner for our orphaned children, Indian senators, and myself on July 11, 2005 in your Arkansas mansion. My life has been dramatically changed since that state dinner and hour-long meeting we had in my office on Global Peace One along with my executive director Dave McQuade who is a life-long republican and has worked with former Vice President Dan Quayle during the time he ran for Senate. During our visit, Mr. McQuade and I tried desperately to explain to you how Condoleezza Rice has targeted my life mission since my success in Liberia in August 2003. Dr. Rice's assistant Secretary of State, Dr. Jendayi Frazer, personally called me to help broker peace after they saw the front pages of internationally renowned periodicals such as *The Times of India, The Washington Times,* and *The New York Times.*

After Charles Taylor invited me to Liberia, he attended our peace rally and publicly got on his knees and confessed his sins while asking me to become his spiritual advisor just as the world media had reported on CNN and BBC among other media outlets. Dr. Jendayi Frazer called and introduced herself to me on July 24, 2003, and told me President Bush himself asked her to call and talk to me about Liberia. I told her that I had prayed with President Bush when he was a governor as well as after his election and asked her why he is not calling me personally. Dr. Frazer quickly told me that she was in the presence of President Bush, Secretary Rice, and Karl Grove.

214

*Letter to Governor Mike Huckabee*

When I asked to speak with the president, she paused and replied, "If you speak with me, you are speaking with the President." I then told her to contact my ex-director, Dave McQuade, and he would be able to handle the situation. During the two weeks prior to President Taylor departing from Liberia, Dr. Frazer and McQuade spoke for at least twenty documented hours on the phone.

On the morning of July 12, 2005, my executive director and I clearly explained to you what Rice and Frazer were doing to our organization between 2003 – 2005. When Bush visited Arkansas in 2004, I was very persistent due to the fact that I received a videotape and letter from Taylor to Bush giving me 99% of the credit for his departure from Liberia. Your assistant Dawn Kook was very reluctant until I personally convinced you to give the information to President Bush. From August 2003 to 2004, we had already experienced the wrath of Condoleezza Rice in many ways. Since my meeting with you in 2005, the situation worsened and we were targeted as if we were Al-Qaeda in every way possible. We are experiencing much persecution and grief. In a conference call that included McQuade, Congressman Bob Clement, Congressman Ronnie Shows, Joe Truman, Rick Carne and myself, Frazer told us, "If I could convince President Taylor to step down and leave Liberia, the White House would be forever grateful." One month later I received a letter saying that Global Peace Initiative had been approved by U.S. Aid. We were very excited that we could help more widows and orphans.

Governor, you know me personally. You have traveled with me to my Charity City in India that has more than 1000 children being cared for. You know my family. You witnessed the largest crowd of your life flocking to hear my message of peace, God's love, and his forgiveness. You, as a Southern Baptist pastor, heard the way I presented the Gospel. You also addressed more than 10,000 widows known as "Little Teresas," that are trained to follow the life of Mother Teresa.

215

AL-QAEDA WINNING—AMERICA LOSING

You saw me refusing breakfast and lunch with Mr. Chandra Babu Naidu, the most powerful political leader in India during 1995 to 2004, in order to spend more time personally with widows. Later he came humbly via helicopter and attended the Little Teresas meeting for more than two hours and we only gave him a few minutes of our time. Later on that night I had a peace rally in a small town attended by members of congress, senate, and even the speaker of the house. During our dinner you asked me who the humble man was standing without being seated but was surrounded with guards. I introduced him, Mr. Bala Yogi, to you as a very good friend of mine as well as a follower. He started attending my rallies when he was a congressman. Mr. Bala Yogi later became senator and I then helped him to become the Speaker of the House because he was such a humble man. He introduced me to Saddam Hussein, Slobodan Milosevic, and Fidel Castro among many world leaders who also needed to hear the message of peace. He extensively traveled the world for many years including Iraq, Iran, and Cuba in order to prepare my meetings with these leaders. God used Mr. Bala Yogi wonderfully to promote my vision, which is to promote peace and end wars. He was a key player for our success around the world including Pakistan where India relations improved and a major war was stopped in 2002. An estimated two million people attended while tens of millions joined us via live television. Mr. Bala Yogi has worked hard to make sure I was safe in many dangerous parts of the world. Once, an eighty-year-old sitting President of Ethiopia, the 2nd largest African country, waited 3 hours for me at the airport, for a village boy from India. Because of my God-given success around the world, even presidents and Prime Ministers such as the one from Ethiopia have given me a red carpet welcome whereas my adopted country has treated me as a foreign terrorist.

You have personally experienced what God did in your state in October 2002. Just seven days before your election I was told you were falsely accused of releasing an inmate who later raped and killed

a young girl. You were behind in the polls and needed prayer. After prayer and long conversation I asked you if you wanted additional help. You were reluctant to tell me that you only had two thousand dollars to spend. I said, "Only God could see you through." I asked if you wanted me to talk to some of my personal friends, some are among the top ten donors for President Bush's campaign. You told me you would be very grateful. I immediately asked you to block all the radio and television spots for the next seven days, even on Election Day. You mentioned that without having money, a move like that was not a good idea. I explained to you in detail how God has used me to bring political parties and groups together all over the world for a common purpose, which is to elect better candidates that would lead the world in time of crisis. I explained how I have been involved in electing several presidents and dozens of senators in developing countries through my influence and massive peace rallies. I have never collected an offering anywhere in the world in 108 countries. It is my goal to only focus on the simple religion of James 1:27, caring for widows and orphans.

I called my good friend John Gregory, the most generous man I have ever met, who donated more than 20 million dollars for my humanitarian and peace work with widows and orphans and several hundred million dollars worth of pharmaceuticals throughout the world. In five minutes this same man donated $100,000 to your campaign. Brother Joe Gregory who loves politics, donated several million dollars to my charity and also agreed to give $100,000. Other friends and supporters of mine such as J.B. Hunt, Jim Lindsey and Walt Harber have also generously donated to your campaign. Since your time was short, you could not use all of Joe Gregory's money. You mentioned that I raised more money for you in just a few hours than you yourself have in several months.

During the last seven days of your election you called me numerous times so we could strategize in order to secure your victory in the

election. In case you were not elected, you would consider it as God's plan and you would join me as a full-time Global Peace Ambassador, at least for the next two years. I also agreed to pay you as much as you were currently making or more. By that time I had already been in touch with fifty-three U.S. politicians including former governors, senators and members of congress, republicans and democrats among whom I hired twelve. If you were elected as governor of Arkansas, I asked you to donate five days a month and take several other governors to help promote peace and humanitarian work around the world. Just as others are doing, I wanted you to do as well. You mentioned considering several days a month.

I told you that I would do the following three things for your campaign: 1) raise money, which I did. 2) I agreed to bring Reverend E.V. Hill, the most respected African-American evangelical leader in the world, who spoke at the Republican National Convention as a keynote speaker. He has counseled several U.S. presidents including former Presidents Bush and Reagan. You quickly responded to me by saying you tried very hard to bring E.V. Hill, but to no avail. He and his wife traveled all night as a board member of my organization, came to your state while in a wheelchair and campaigned while both of them were ill. He spoke on every point that I prepared for him, giving several reasons why Governor Mike Huckabee should be re-elected. 3) Lastly, we got in touch with numerous pastors and churches to promote your values throughout the state. Within those seven days we experienced great miracles and you were elected as Governor. Right after President Bush called you to congratulate you on your victory, you had personally called and thanked me for almost eighteen minutes. You said if it was not for Rev. E.V. Hill and myself you would not have been elected. Now it breaks my heart when I, along with my widows and orphans, need you the most to defend and help us, you have completely forsaken us, not only by not calling us to see how we are doing, but also not returning any

218

it as God's

ıbassador,

s much as

:ady been

overnors,

lemocrats

vernor of

:e several

an work

o as well.

for your

'.everend

eader in

ion as a

ıcluding

o me by

He and

ization,

d while

ıred for

ɔuld be

ɔrs and

ı those

:ted as

ıte you

ne for

ill and

· heart

ost to

nly by

ıg any

of my phone calls for the past year. I thought you were my friend and a friend of the widows and orphans, but now I wonder what kind of heart you have that has allowed you to become friendlier with Condi Rice and George Bush. God is going to defend us.

You are quite aware of how God has used Rev. E.V. Hill and me to mobilize hundreds of churches through pastors in South Florida and tens of thousands of Cubans through rallies to help elect President Bush in a historically close election in 2000. Many believe it was Florida and Cubans that gave the presidency to George W. Bush. It is beyond my imagination why this administration would destroy my work while helping Bishop T.D. Jakes who promoted Vice President Al Gore during the 2000 election.

Instead of being upset or mad at me, Vice President Al and Tipper Gore have become my close friends since 2003. In the meantime, I have contacted you numerous times in order to explain my situation. I cannot imagine why this administration is deliberately destroying my humanitarian work, especially that of aiding widows and orphans. Some of the widows you spoke to have already died of starvation. Basically, you are watching your friends Bush and Rice try to destroy me. We may struggle, but by the grace of God we press on.

These are the following things, among many, that the Bush-Rice administration has done to cripple our organization:

- They cancelled peace rallies, where the Gospel would have been presented in Iraq, Syria and Iran.

- They have refused visas to India's former Prime Minister Deve Gowda, other prominent peace makers, and Little Teresas who emulate Mother Teresa even though they were invited by you and Cincinnati Reds owner Carl Linder, and WBA World Boxing Champion Evander Holyfield.

219

AL-QAEDA WINNING—AMERICA LOSING

- The donor who bought the plane for me and who donated almost $20 million for my work was subjected to a public investigation by the SEC, causing billions of dollars in losses, only to have everything dismissed.

- On July 4 – 5, 2005, the administration covertly stopped a peace mission I had organized between India's prominent politicians and the heads of state in Syria, Iran and Libya in an attempt to keep from happening exactly what is transpiring today. India's Foreign Minister Natwar Singh carried out the bidding of the administration. He subsequently lost his cabinet position in India.

- On July 14, 2005 the FAA wrote a letter with the intent to ground our plane after five business days so it could no longer be used for peace missions. They waited until the day after the meeting with Bush's close friends and supporters, the Carl Linder family, before sending the letter, and then grounded it on July 18, 2005 – disregarding the promised "5 business day" response time – before we even *received* the letter.

- Three times FBI agents have boarded commercial airliners and detained me – usually in an attempt to keep me from appearing on a nationwide news program. I have never been given a reason why they wanted to detain me. They always hold me for several hours and then release me without explanation.

- I am routinely detained and harassed by INS agents and held until I miss my connecting flight or my important appointments, the most recent being at the Tijuana/San Diego border crossing July 24, 2006, where I was held for seven hours. Even though I have been detained numerous times, and held for hundreds of hours, I have never been charged with a single violation of INS rules. They simply put me in a cell where I sit

220

*Letter to Governor Mike Huckabee*

nated
public
osses,

ped a
inent
. in an
piring
it the
: cabi-

int to
onger
er the
e Carl
ded it
s day"

rs and
ppear-
iven a
ild me
ion.

d held
point-
border
. Even
ild for
single
re I sit

with drug dealers and convicted criminals while they confis-
cate and copy everything in my briefcase.

• After intercepting news of our plans to deliver this book to
Congress and do everything in our power to expose what is
happening to change the direction of our country, just last
week I was presented with a five day notice to turn over every
record of the Boeing 747SP – even though it has been ground-
ed for more than a year – or potentially face imprisonment.
Aviation attorneys, shocked beyond belief, are volunteering to
help me as a result of what is very obviously an effort to incar-
cerate and silence me.

• The FAA is even demanding that donor records be turned over.
All attorneys who have seen this say they never witnessed
such a demand from the FAA and believe that it is totally out-
side FAA jurisdiction.

Mike as you know, I have worked very hard to get you and
President Bush elected in a very strategic location and time, but I
have committed my life promoting the principles of freedom and
democracy throughout the world. As soon as I started objecting the
war in Iraq, I lost all of my friends who I thought understood my
heart. I am talking about Republican leaders including all those with
whom I had hundreds of personal phone calls, several meetings and
had meals with. (My staff worked very hard to find all their home
and cell phone numbers on our bills for documentation.) Included
were Bob & Elizabeth Dole, Jack Kemp (who personally told me in
Doug's presence that Iraq is a stupid war). Majority leader Dick
Armey, Majority leader Tom DeLay, former speaker Newt Gingrich,
former conference chairman JC Watts, Senator Brownback, cabinet
members Rod Paige and Norman Mineta, among others.

My staff organized an incredible dinner on September 11, 2001
in Washington D.C. with nearly 800 leaders including senators,

221

AL-QAEDA WINNING—AMERICA LOSING

ambassadors, and cabinet members accepting the invitation. I was flying from Jordan to D.C. but we were redirected to Gander, Canada due to Al Qaeda attacks. During those three days I was fasting and praying that God would guide, sustain and strengthen all of us. There were thousands of us hosted by wonderful Canadian friends in schools and churches everywhere. God has reminded me of all my sermons and warnings that I gave since 1989 to U.S. congregations on how to prayerfully protect ourselves from enemy attacks and reach them with the gospel of love and peace before it is too late. Unfortunately, no one has paid any attention.

Like all Americans—and even the whole world at that time—I was heartbroken at what had happened. I wanted to do what I could to help the families who were waiting word about the fate of their loved ones. So I called Doug and Judy and asked them to go to New York.

On September 12, all the airports were shut down and there was only one lane of one bridge open for cars going into Manhattan. Incredibly, there were even people still walking to get away from "Ground Zero." Since virtually all traffic had been halted into the city, Global Peace Initiative was one of the first NGO's to set up shop near the attack site.

They could not begin to describe the depths of emotion they felt as they encountered people desperately looking for their families and friends. The overwhelming smell of aviation fuel and electrical fires was an eerie and haunting reminder that this was indeed not a nightmare—it was our new reality. The city issued a call for office supplies and 20,000 manila envelopes in which to store DNA evidence that could be used to identify the victims. They went to Office Depot in Midtown, bought everything the city had just asked for, loaded it in a limo—the only transportation we could find to deliver the supplies—and delivered it the Armory, the temporary operations center. A gracious elderly woman from one of the wards

I was
anada
g and
of us.
iends
all my
ations
s and
late.

-I was
ild to
loved
'ork.

e was
ittan.
from
city,
near

y felt
iilies
rical
not a
ffice
evi-
it to
sked
d to
rary
ards

personally sought Doug out to thank him for our help. They then worked more or less as a concierge service for the NYPD, trying to find the unique items they needed that could not be supplied by the public. For instance, they found the carbide masks for the officers so they could be protected from any asbestos they might encounter. Once they found and procured them, they were brought in under police escort from Ohio. An appreciative NYPD took Doug down to the site of the destruction on the evening of September 13 so they could help distribute the masks to the rescue workers.

Walking back from the destruction to their hotel in Midtown, they encountered so many heartbreaking scenes that they could not even begin to recount them all.

But amid the shock, death, destruction, chaos, and emotions of that day, one sight stood out to Doug. As he walked past Washington Square Park, where hundreds of young people had gathered, trying to choke back the tears long enough to sing the words, "All we are saying is give peace a chance," Doug noticed one young man sitting all alone over to one side. Everyone else—everyone—was being held, comforted, or consoled as these young people had poured into the streets, some to try to find answers; others to try to find their families; and still others to help their friends during this horrible hour of crisis. But this young man sat all alone, obviously in shock at what had happened, with his head in his hands, an occasional tear splashing at his feet. Tragically, there was no one coming to comfort him. Doug walked over and put his hand on his shoulder. The young Arab glanced up, his eyes filled with tears, and then his head just fell into Doug's hands.

It was at that moment—sometime late in the evening of September 13, 2001—that Doug realized what this young man was about to face. He would be a victim twice over—once as he lost his family members or friends in the attack on the World Trade Center,

223

and again as he would be blamed and pay a horrific price for it, even though it was something he had absolutely nothing to do with. He quietly cried for this forlorn young Arab as he walked back to his hotel, where in emotional and physical exhaustion, he fell on his bed and sobbed for him. Try as he might, sleep would not come to him as he heard the incessant cries of the suffering outside his door.

There are many innocent people like that young man for whom we need to pray and protect—some of whom have given up and moved out of our country after having lived here as outstanding citizens for more than 20 years. And we weep especially for Khaled Al-Masri the German citizen of Lebanese descent who first revealed our own gulag of secret torture prisons in Afghanistan and Eastern Europe. Even though he was innocent, he paid an unimaginable price for the way he looked.

Governor, does it make us a great nation not to admit our wrongs? On Condoleezza Rice's first visit to Europe as the new U.S. Secretary of State, she was confronted about the situation with Mr. Al-Masri at every stop. Even so, she steadfastly refused to even acknowledge the reality of what had happened to him, let alone apologize for it. ABC News later revealed what happened the week before her visit: the administration had quickly closed the two prisons so she could reassure Europeans that there were no such prisons there.

Did we gain stature and trust by that action? Did we move forward in Europe, in the Arab world, or even in our own minds? What did we gain by our steadfast refusal to humble ourselves and repent of our wrong?

Could these things be the root cause of why the world sees *America* as the greatest threat to peace; and why two-thirds of us—and that definitely includes me—feel things are not going in the right direction for our country? And incredibly, we feel this despite the fact that we have a good economy and we have not been victims

*Letter to Governor Mike Huckabee*

of a second attack. Something has gone terribly awry, and the vast majority of us feel it in our gut even though we cannot put a finger on exactly why we feel that way.

Governor, I say all of these things to say one thing. After living a life devoted to the principles of individual liberty and accountability—principles once embodied in the Republican Party—I fear that it is your own party that is leading the attack that is successfully undermining and on the verge of destroying those very liberties for which many have labored. To my overwhelming dismay, I fear my adopted country is becoming a police state in the tradition of the old Soviet system. The things I encountered in the old Soviet Union and in Saddam's Iraq, I am now experiencing here. No one could have ever convinced me of this had I not personally experienced it. And I must state the obvious—it is not Osama bin Laden and Al-Qaeda who has intercepted our emails, our phone calls, and our free association. He is not the one who controls the internet and the news media. It is our own government! It is they who have betrayed us—making it exponentially worse because they financed the destruction of our liberties with our money! At least Osama used his own money!

We have suffered enough at the hands of this administration that I need no more convincing that I must raise my voice against it. My greatest fear now is that it may be too late. The concentration of power in the executive branch has occurred at such warp speed that very few Americans even realize the depths of the dangers now lurking here. What has happened to our federalist roots, which inspired the Bill of Rights? I am desperately looking for a political leader—I don't care whether it is a Democrat, a Republican, or some new party—who will stand up and confront the concentration of power that is now endangering us all. I will work tirelessly for the election of that person. And with all my heart and all my passion, as

225

AL-QAEDA WINNING—AMERICA LOSING

an act of patriotism, I will get as many people as I possibly can to join me in that effort.

We will also do our best to elect a Congress that will fulfill their constitutional responsibilities to provide checks, balances, and oversight to the other two branches of government—especially considering the fact that the other two branches offer the greatest opportunity for abuse of power and overstep. The only thing more dangerous than a supreme judicial branch where most of the power is vested in nine individuals is the administrative branch, where power is invested primarily in a single individual. The potential to accrue inordinate power—even though limited to only eight years for any single individual—can affect us for generations as the other branches slowly gear up to start eroding the inordinate power and thwarting its abuses. It is an extremely long, tedious, and self-defeating process. Energies that could otherwise be spent on new, creative, resourceful means of governance must be spent instead on undoing the overreach and abuse by a single president's administration.

It is for that reason that we must have a Congress that watches out for us, represents our interests, and protects us from the abuse of power. We have come to know from personal experience the kind of abuses that can come from unchecked government. Without checks and balances, our system of government simply does not work. Ronald Reagan said it perfectly: we are supposed to be a nation that has a government—not the other way around. Over the past five years—under Republican leadership!—the government has exploded to become preeminent and is now without question a government that has a nation.

I refuse to accept it!

In the name of defending me, this administration has abused us in a way that is unimaginable for me. The war on terror has been misappropriated to justify everything from monitoring phone calls

226

of tens of millions of ordinary Americans—with particular emphasis on reporters who might be ascertaining the "state secrets" of this administration—to starting a war with a nation that had no terrorists involved on 9/11 (while ignoring and even worse, defending the nation from which they came) to undermining the work of my organization by starving the 53,000 widows we supported among whom several hundred have already died and returning to the streets thousands of children who had been rescued.

Unless there is unequivocal, public repentance on the part of George W. Bush, Condoleezza Rice, Dick Cheney, Donald Rumsfield, and the Republican Congress which has allowed this to happen to our country—and the repentance must be first to God, then to the nation, and ultimately to the world—we shall do everything in our power to protect our widows and orphans and expose the lies of this administration for the sake of humanity, peace, and prosperity of all.

So, Governor Huckabee, this administration and the majority of the leaders serving with them in the Republican Party are not a group upon which a great nation can be built; to the contrary, they have very nearly destroyed our country in less than five years.

Thank you for letting me share our experiences and tragedies. It is my prayer that God will raise up honest leaders to lead this great nation in the right direction, to win the war on terror, restore the lost credibility and protect this great nation before it is too late.

Sincerely,

K A Paul
Global Peace Initiative

227

# LIST OF EXHIBITS

Exhibit A:

# STATE OF ARKANSAS
### EXECUTIVE DEPARTMENT

## PROCLAMATION

Whereas, On Tuesday morning, September 11, 2001, terrorists attacked America in a series of despicable acts of war; and

Whereas, terrorists continue to wage their war of fear through tainted mail and threats of future attacks; and

Whereas, our sons and daughters have answered the call of duty and are now engaged in operations in and around Afghanistan; and

Whereas, President Bush must make daily decisions regarding the safety of our nation and our troops; and

Whereas, our nation's leaders are in need of prayer for safety, guidance, wisdom and discernment; and

Whereas, America is the world's sanctuary for people of any faith - a place where religious differences are recognized and tolerated, resulting in national unity; and

Whereas, civilized citizens of every faith condemn this evil violence and mourn with those who have suffered loss; and

Whereas, our nation has been called to a focused time of prayer;

Now, therefore, I, Mike Huckabee, acting under the authority vested in me as Governor of the State of Arkansas, do hereby proclaim Saturday, November 3, 2001, as

A DAY OF PRAYER AND FASTING FOR OUR NATION

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Arkansas to be affixed this 30th day of October, in the year of our Lord 2001.



_____
MIKE HUCKABEE, GOVERNOR

_____
SHARON PRIEST, SECRETARY OF STATE

229

*Exhibit B*

E x h i b i t   B :

# WHAT THE WORLD MEDIA IS SAYING ABOUT K.A. PAUL

———

"We are honored to have Dr. K.A. Paul. Renowned and internationally respected peace maker."

Rita Cosby
Fox News

"Charles Taylor, having laid waste to Liberia, has been trying to set the record straight about who persuaded him to surrender his Presidency and go into exile in Nigeria. I will say that 99% of the credit goes to Dr. K.A. Paul alone."

William Finnegan
*The New Yorker*

"Among the individuals and agencies working to broker the peace in the West African hotspot is an unlikely Indian K.A. Paul, an evangelist from rural Andhra Pradesh who today runs a flourishing religious empire in the U.S., might well succeed where the likes of U.S. President George W. Bush have failed."

Shabnam Minwalla
*Sunday Times of India* (Worlds Largest News Paper)

"India now says nearly ten thousand people are known dead from the cyclone that hit a coastal state last month. It began suddenly with hurricane wind and flash flood.

"It is one of the poorest parts of India, an area that could weather the devastation the least, but nature showed no mercy. Even now,

231

more than three weeks later, bodies are still being found. Funeral fires are still being lit and there are still four hundred villages rescuers can't reach. In hundreds of other villages, there are ripped apart homes, ripped apart lives.

"Dr. K.A. Paul is an American based evangelist, who's Global Peace Initiative among private agencies trying to help."

Dan Rather, CBS Evening News

"On our back page let the healing began. The unlikely evangelist saving souls, one dictator at a time. Given that twenty lawyers have already been hired for his defense, Saddam Hussein is likely to have a longer fairer trial than most imprisoned mass murderers. We'll see, but put aside judgment of man for a moment. What about God's judgment? I posed that question to a Christian minister who has attended to the souls of some of the most notorious human rights violators of our day, his name is K.A. Paul. You probably haven't heard of him. He is working very hard to change that, but Paul claims millions of followers across the third world. And while his promotional prow list sometimes drifts towards the hard sell, this unlikely man of God has brought his unique religious message directly to a rose gallery of some of the world's least savory characters, including Slobodan Milsevic and Saddam Hussein."

Tucker Carlson
PBS

"Globetrotting evangelist Dr. K.A. Paul fights evil around the world from his personal Boeing 747. He's helped bring peace to Liberia, and he's still working on Iraq. There must be a suitable superlative with which to describe Dr. K.A. Paul. Is he the most successful evangelist in the world? Is he the one who draws the biggest crowds? Is he the only preacher who can name dictators and tyrants with whom he has had contact? Is he simply the one with the most

self-confidence? It may be that he is all of these...Which is a remark-able thought."

Andrew Buncombe, UK, *The Independent Review*

"An Indian evangelist, K.A. Paul, has travelled from Liberia to Iran offering everything from peace mediation to humanitarian aid. In his latest tour, to Haiti, he is also giving spiritual guidance to the country's rebel leader, Guy Philippe. Mr. Paul and Mr. Philippe yesterday handed out bags of crackers, potatoes, canned corn and chocolate bars to hundreds who lined up for aid."

*The Hindu*
India's National Newspaper

"K.A. Paul heads GPI and has placed hundreds of thousands of orphans around the world."

Sharon Behn *The Washington Times*

New Wave of Evangelists Vying for National Pulpit

"About who may replace Billy Graham? Other Evangelists Rise to Prominence K.A. Paul, India born Evangelist based in Houston."

January 1999 Front page of *New York Times*
Gustav Niebuhr, *New York Times*

Evangelist plays hardball to move spirits worldwide.

"Christian evangelist K.A. Paul has moved a ruthless dictator to his knees. 'Whatever (Paul) has promised me over the years, he has come through 100 percent and a lot of times 120 percent,' Lindner said."

Tara Dooley, *Houston Chronicle*

233

AL-QAEDA WINNING—AMERICA LOSING

# WHAT THE WORLD POLITICAL LEADERS ARE SAYING

———

"I admire your dedication to the vision of a partnership between prosperous countries and the underdeveloped nation of the world. Please know that you have my highest regard for your service to mankind."

Roy E. Barnes; Governor States of Georgia

"As Prime Minister, I have witnessed large crowds, but the largest I have ever seen have been at Dr. Paul's Peace Rallies, over two million people."

Shri H.D. Deva Gowda, Former Prime Minister of India

"You should be the person to receive the Nobel Peace Prize. Your work towards bringing peace to the world amazes me."

Her Honor, Benazir Bhutto; Former Prime Minister of Pakistan

"What has happened through your service has never happened in our city. Our people have received great hope, great comfort and a change of heart."

His Excellency, Daniel Arap Moi;
President of the Republic of Kenya

"Dear Dr. K.A. Paul,

"Your words from the heart have touched and convinced our lives to go forward with the peace agreement. We have decided to sign the Burundi Peace agreement."

Burundi Peace Process

234

*Exhibit B*

"I would like to thank you for your support of the Community Solutions Act. Knowing that you were out there on our side made our efforts here in Washington worthwhile. Thank you for your continued enthusiasm and cooperation as we work towards improving the lives of others."

J.C. Watts; U.S. Member of Congress, OK

"Dr. Paul, it was pleasure meeting you last weekend in Hershey. Your passion to help children and women is quite evident. I can see why GPI is one of the largest humanitarian efforts in the developing world. We hope to be part of this effort."

Henry Cuellar; U.S. Member of Congress

235

AL-QAEDA WINNING—AMERICA LOSING

# WHAT THE WORLD RELIGIOUS LEADERS ARE SAYING

———

"What I've seen this last week and the thousands, tens of thousands standing to receive Christ as Savior renouncing all other Gods, has been a thrill for me. What I see here is a miracle of God."

Bill Gothard, International Conference Speaker.

"I continue to be amazed at the effective work that God is doing through this Ministry, the Gospel to the Unreached Millions."

Dr. Max Lucado, Best Selling Author.

"This is one of the most propitious times in history. God is on the move, reaching people who do not know Him and loving them through His son Jesus Christ. One of the most exiting ministries of our time is Gospel to the Unreached Millions with Dr. K.A. Paul. He is my friend and I ask you to support him and encourage him in his vital ministry."

Dr. Lloyd Ogilvie
Chaplain, United States Senate

"Dr. Paul is a man of God used by God to reach the lost world. He has a vision and strategy to reach the unreached people. My wife, Norma and I had the privilege to traveling and ministering at a pastors conference in India with Dr. Paul. We saw thousands of people come to Jesus during the nightly crusade meeting. We believe in and support the ministry of Gospel to the Unreached Millions and Dr. Paul."

Dr. Gary Smalley, Author and Best Seller
President Today Family

236

*Exhibit B*

"Few ministries on earth today can match the apostolic impact of Gospel to the Unreached Millions led by a dynamic young evangelist. Dr. K.A. Paul's passion for the lost, along with his capacity for communicating the Good News powerfully and simply, reminds me of the early ministry of Dr. Billy Graham."

> Dr. Dick Eastman
> International President
> Every Home for Christ

"You are truly making a powerful impact for the Kingdom——how wonderful that over 7 Million people accepted Christ at your gatherings! It's my prayer that God will continue to mightily use you and the rest of your staff at Gospel to the Unreached Millions to bring the salvation message to the lost and hurting around the world."

> Mrs. James C. Dobson (Shirley)
> Chairman, NDP Task Force

"Dr. Paul is a man that I've learned to love, a man that I believe is a humble servant of Christ, a man that God picked up out of a tiny village in India and has used to do things that nobody has done in those areas of the world before."

> Dr. D. James Kennedy
> Pastor/founder
> Coral Ridge Ministries,
> Considered the most prominent Presbyterian

"Dr. K.A. Paul and his associates are committed to this task of world evangelism and the fulfillment of the Great Commission. I rejoice in the mighty way God is using this movement, Gospel to the Unreached Millions, to reach many millions for our dear Savior."

> Dr. Bill Bright
> Founder/President Campus Crusade for Christ,
> Considered by many worlds' largest Evangelical ministry.

237

AL-QAEDA WINNING--AMERICA LOSING

"Dr. Paul is one of the most respected men in India and also here in the States, because he doesn't manipulate crowds, he doesn't manipulate people. He lives modestly."

Rev. David Wilkerson
Pastor/Author/Founder
World & Teen Challenge Ministries

"I know Dr. Paul and our association has been marvelous. I endorse him because he is a man of God and he is a man of great credibility. I know of no one person who is doing more to reach God's Unreached Millions than K.A. Paul."

Rev. E.V. Hill
Presidential advisor, Billy Graham Board Member.

"I applaud your efforts in reaching out to the lost with your worldwide crusades."

Dr. Charles Swindoll
Dallas Theological Seminary

"I do believe that Dr. Paul was sent here to the Philippines by the Lord for this purpose; that indeed, there will be, starting today, one Lord, one God and one Savior in the Body of Christ."

Mike Vellarde
Evangelist and Priest of the world's largest
Catholic congregation, reaching six-million
members in a large 300 acre field
Manilla, Philippines

"I know this man, Paul, I've spent time with him. He preached in my church. He is a man of integrity. God is raising up Dr. K.A. Paul to be one of the most strategic evangelists. As I walked with Dr. Paul, I saw him interact with people from all walks of life. I saw governmental people, like the speaker of the House and several senators come.

238

*Exhibit B*

What an incredible evangelist God has raised up for that part of the world, and possibly for the entire world."

Dr. Ronnie W. Floyd
Pastor First Baptist Church,
President of Southern Baptist National Pastor's Conference

"My good friend Dr. K.A. Paul is a man of God and a renowned evangelist with an abundant concern and increasingly growing spirit to preach to the Gospel of Jesus to every creature. I am deeply impressed with his ministry and personally blessed with the power of fasting and prayer he manifests to the mankind of this world."

S. Arulappa
Senior Most Arch-Bishop of Cathlics in India

"In the history of our country, we have had great men of God come to our country to minister. People like Reinhard Bonnke, Morris Cerullo, Billy Graham, Luis Palau, Yonggi Cho and other International preachers have preached even at Uhuru Park but we have never seen such a great harvest of souls. You have made history."

Arch-Bishop Arthur Kitonga, Kenya

"Dr. Paul's crusades are more than usual crusades. He takes a lot of time to mobilize Christians to be in full time ministry with outstanding results. The number of people who were prepared to go into full time ministry outnumbered the cards available in the third day of service. The number was about 200,000."

Zachary Kokobe
Archbishop, Pastor of the Largest Protestant Church in Tanzania

239

AL-QAEDA WINNING—AMERICA LOSING

# WHAT THE WORLD BUSINESS LEADERS ARE SAYING

———

"I have known Dr. K.A. Paul for 10 years, and have served on his Board of Directors. I have known many leaders over the years, but I have never known a more dynamic and committed man than K.A. Paul. I have watched him literally invest his life in tens of thousands of widows, orphans, the poor and the needy. He seems to have the heart of Mother Teresa or Mahatma Gandhi."

Nelson Bunker Hunt

"I had the opportunity to travel overseas with Dr. K.A. Paul and the ministry of Gospel to the Unreached Millions. I was over-whelmed to see crowds of almost 300,000 people each night attending the crusade."

J.B. Hunt

Chairman, Board of Directors, J.B. Hunt Transport, Inc

"It has been my deepest pleasure to personally know Dr. K.A. Paul for the last 5 years, and to serve on his Board of Directors for 4 years. I have been personally supportive of his work and I would encourage others besides me."

Phillip Cohn

"It is my pleasure to introduce you to the most unique man that I have ever met, Dr. K.A. Paul. I am always impressed with how well Dr. Paul handles the funds that are entrusted to him. Having known him for years, I can honestly say that I can't think of a better place to invest in a humanitarian organization, and I encourage you to do

*Exhibit B*

all you can do to further the exceptional work of Dr. K.A. Paul and Global Peace Initiative."

Dr. Walter Harber

"When I first heard Dr. Paul, I thought at best he was exaggerating and at worst, he was downright lying. But I have been to India where I saw thousands of Little Teresas. I have seen, in two crusades, a million people come to Christ."

John Gregory
Chairman/CEO King Pharmaceuticals

"My wife, Martha and I are exited to be part of the G.U.M. ministry with our time, money and prayers. My son, Carl, and I participated in the Hyderabad Crusade and were amazed at how effectively God is using K.A. to preach the Gospel to the Unreached Millions in the 10/40 Window. Gospel to the Unreached Millions should be one of the best strategic investments our family will make through the end of the millennium."

Carl H. Linder, III
President, the Great American Insurance Group
Family owns the Cincinnati Reds.

"As a businessman, I constantly look at return on investment in any project that I involve myself with, business or humanitarian.

"I strongly endorse Global peace Initiative and the work of Dr. K.A. Paul, and encourage you to be a part of this very rewarding effort."

Jim Lindsey
Lindsey Management Company. Inc

241

# WHAT CELEBRITIES ARE SAYING ABOUT K.A. PAUL

———

"Personally I got to spend some time with Dr. K.A. Paul. It didn't take me long to see his heart for the lost...doing the works of Jesus, feeding the poor, taking care of the widows and orphans and preaching the Good News. God has raised him up for such a time as this."

Ricky Skaggs, Legendary Country Singer

"Dr. K.A. Paul, I am John Tesh, live here in Lagos, Nigeria. There are one million people on this Olympic Ground. Last night, it was estimated we had over three millions of people. There are many widows and orphans here. Just last night, it was Dr. Paul who took six or seven of the orphans, and found homes for them. He does this all over the world. He did it in India. We've seen him doing it there. Earlier today, this morning in fact, we saw him with ten thousand widows, giving them a charge to go out and follow Mother Teresa's life to go out to be Little Teresas...to go out to the streets of Lagos and encourage people and help them. He also sends money to help the ones who help those in Lagos.

"What you see here is a sea of humanity, in Lagos. What we've been doing all night is praying... praying and fasting, asking for help for those in that horrible tragedy of September 11 in New York City. We've been praying for the leaders of all countries to understand the plight of America, and other countries in need. We've been praying for healing for this nation, here in Nigeria, and others. I've never seen such a deep worship in any country in my life. And you are still watching live here, uniting with people all over the world, 200 million people are watching this broadcast. It certainly has been our honor to bring it to you.

242

*Exhibit B*

"Please know, it is our honor to be a part of it. I've met some incredible people on this trip.

"We've learned through power, we can and will defeat evil, we've learned that even if you haven't eaten for three days, and you don't know when your next meal is coming, where it's coming from, you can still worship Jesus, and the God is the answer to all our problems."

John Tesh

*(Mr. John Tesh, ten years host of Entertainment tonight show, was in Lagos, Nigeria, during K.A. Paul's Global Peace historic rally in November 2001.)*

"Dear Dr. Paul,

"You have dedicated your life with evangelical zeal to the betterment of human beings in all parts of the world. You have been an instrument of God in bringing economic and spiritual nourishment to those who are hungry and deprived."

Dr. Deepak Chopra, Best Selling Author

"The best description I can give of his work is a combination of Dr. Martin Luther King, Mother Teresa, and Mahatma Gandhi. Let me give just a few examples of why I say that.

"Like Mother Teresa, Dr. Paul has an uncompromising focus on abandoned children and women. Mother Teresa was very effective in her work, building several modest children's homes, and training 5,000 women to do the same work she was doing. Likewise, Dr. Paul has built several children's homes, including the world's largest near Hyderabad, India. Inspired by the legacy of Mother Teresa, with whom he occasionally worked. Dr. Paul's work resembles that of Dr. Martin Luther King in his advocacy of human rights. He has targeted corruption among public officials, the caste system, the dowry

243

AL-QAEDA WINNING—AMERICA LOSING

system and inequality toward women in the developing countries in which he works.

Like his fellow countryman Mahatma Gandhi, Dr. Paul has become one of the world's most prominent leaders for peace. He has successfully stopped the Burundi genocide through the Burundi Peace Accord. Even more recently, he secured the exile of Liberian President Charles Taylor to avoid war there and successfully intervened with Haitian rebel leader Guy Phillippe to avert war in Haiti. Additionally, he has successfully negotiated the end of conflict in Ivory Coast, Ethiopia, and between India and Pakistan. He is truly a man of peace.

Mr. Evander Holyfield
Only Four-time Heavyweight Boxing Champion of the World.

"Liberian security forces encouraged former Liberian President Charles Taylor to flee, his spiritual adviser said Sunday, calling into question Liberia's repeated denials that it was complicit in Taylor's attempt to evade a war crimes trial. Taylor's spiritual adviser, the Indian evangelist Kilari Anand Paul, said Taylor told him in a phone call from jail on Saturday that State Security Service agents came with two vehicles to his Calabar villa the night of March 28. Taylor said 'they escorted him to the north, way off toward Cameroon and, in the middle of nowhere, told him to go. He said, "Where are you guys going?" And they said they received instructions to leave him and they left,' according to Paul, who spoke from his home in Houston."

Michelle Faul
African Bureau Chief of Associated Press

*K.A Paul's involvement was reported throughout the world including NY Times, Washington Post, U.S.A Today, CNN, BBC, ABC, NBC, CBS, FOX, and other Media outlets*

244

*Exhibit C*

E x h i b i t   C :

K. PAUL
24210 E. LAKE HOUSTON PKWAY
HOUSTON, TX 77336

77336+4442    [barcode]

P R E S I D E N T - E L E C T
G E O R G E   W .   B U S H

Laura and I thank you so much for your kind words. This was an historic, unprecedented election. Now that it is over, I am confident that we, as a nation, can put our differences aside and work together in a spirit of bipartisan cooperation to do what is in the best interest of all our citizens.

I look forward to the challenges ahead with great anticipation and with deep respect for the office entrusted to me by the American people. Laura and I are grateful for the opportunity to serve our country by calling upon the very best in each of us as Americans.

PAID FOR BY BUSH-CHENEY PRESIDENTIAL TRANSITION FOUNDATION INC. NOT PAID FOR AT TAXPAYERS' EXPENSE.

245

AL-QAEDA WINNING—AMERICA LOSING



March 22, 2000

Mr. K. A. Paul
P. O. Box 60703
Houston, TX 77205-0703

Dear Mr. Paul,

Thank you for your letter and your kind words of support. It means a lot that you are keeping me
in your prayers. I am honored.

As Laura and I travel the country, we have been humbled by the overwhelming response of the
American people to my message of hope, decency and optimism. I am confident that if we
pursue limited government, lower taxes, free trade, open markets and fair tort laws, America will
prosper. The challenge is to make sure no one is left behind.

The race is heating up and I welcome the chance to fight for what I believe is right.
I am a reformer who gets results. As Governor of a state with the 11th largest economy in the
world, I have taken on the tough battles – against the education establishment, personal injury
trial lawyers, big government bureaucracy, big spenders, and defenders of the status quo – and
won sweeping reforms in education, welfare, civil justice, juvenile justice, and patient
protections. I pushed through the two largest tax cuts in Texas history totaling nearly $3 billion.
These reforms have improved Texans' lives – from their wallets, to their children's education, to
their small businesses, to their health care, to their personal safety.

If I am fortunate to be elected President, that is the kind of leadership you can expect from me. I
will unite people, not divide them. I will bring people together to achieve common goals and to
enact reforms to improve America's schools, cut taxes, protect Social Security, pay down the
national debt, and strengthen our military. I will work to ease the tax burden by attacking the
problem from both ends, by cutting taxes and returning it to the hard-working hands who earned
it, and by lowering taxes to ensure that big government stops taking so much in the first place.
And if elected, I will not only swear to uphold the laws of our country, I will swear to uphold the
dignity and honor of the office of President of the United States.

Again, your support means a lot to Laura and me. We are grateful to have you on our team.

Sincerely,

George W. Bush

246

*Exhibit C*



Chair
Darrell Green

Honorary Co-Chairs
Robert Dole

John Glenn

Council Members
Jean Astin

Ben Lujan Rehberg???

Dina Ovitz

Amber Coffman

Carolyn Deckinger

Pablo Garcia

Luis Gonzalez

Dirk Hodson

Wendy Kopp

Robert L. Niardelli

William D. Novelli

Michelle Nunn

Richard D. Parsons

Robert D. Putnam

Rosanna W. Ricard

Cal Ripken, Jr.

Cokie Roberts

Hope Taft

John Tomasin

Martha Williamson

Steve Young

Executive Director
Barbara Taylor

Congratulations!

On behalf of the members of the President's Council on Service and Civic Participation, we congratulate you on earning the President's Volunteer Service Award.

This Award recognizes your dedication to volunteer service and signifies that you have served your community and your country with distinction. Through your volunteer efforts, you are demonstrating values that make our nation strong and you are helping to build a culture of citizenship, service, and responsibility in America.

By volunteering, you have joined a remarkable team that includes millions of Americans whose everyday acts of kindness and decency make our country a better place. Please help make that team even stronger by encouraging your friends and family members to serve. Americans of all ages can get involved and make a difference in their communities.

Congratulations again on receiving this President's Volunteer Service Award. And thank you for demonstrating the best of the American spirit.

Darrell Green
Chair

Robert Dole
Honorary Co-Chair

John Glenn
Honorary Co-Chair

NATIONAL &
COMMUNITY
SERVICE

1201 New York Avenue, NW • Washington, DC 20525
202-606-5000 • www.presidentialserviceawards.gov
The President's Council on Service and Civic Participation is an initiative of the Corporation for National and Community Service.

USA
Freedom Corps

247

AL-QAEDA WINNING—AMERICA LOSING



*Presented by the President's Council on Service
and Civic Participation to*

## DR. K. A. PAUL

*in recognition and appreciation of your
commitment to strengthening our Nation and for
making a difference through volunteer service.*

An initiative of the President's Council on Service and Civic Participation in conjunction with

 

248



THE WHITE HOUSE
WASHINGTON

Congratulations on receiving the President's Call to Service Award from the President's
Council on Service and Civic Participation. Through service to others, you demonstrate
the outstanding character of America and help strengthen our country.

In January 2002, I called on all Americans to dedicate at least 4,000 hours over the course
of their lives to serve others at home or abroad. I congratulate you and all Americans who
have answered this call to service and reached this goal. Americans of all ages can serve
others in countless ways, such as mentoring a child, caring for an elderly neighbor, teaching
someone to read, cleaning a park, and creating a safer neighborhood.

Through the USA Freedom Corps and the President's Council on Service and Civic
Participation, we are building a culture of service, citizenship, and responsibility in
America that will last for decades to come. Americans continue to serve and are part of
the gathering momentum of millions of acts of kindness and decency that are changing
America, one heart and one soul at a time. Your actions contribute to this change. I
encourage you to ask your friends, family, and colleagues to join you in serving your
community and our Nation.

May God bless you, and may God continue to bless America.

249



# THE STATE OF TEXAS

*To all to whom these presents
shall come, Greetings: Know ye, that*

## K. A. Paul

*is hereby commissioned*

## Honorary Texan

*under the laws of the state of Texas with
all rights, privileges, and emoluments
appertaining to said office. In testimony
whereof, I have signed my name and
caused the Seal of State to be affixed at
the city of Austin, this, the 25th day of
February, A.D. 1999.*

GOVERNOR OF TEXAS

ATTEST:

SECRETARY OF STATE

250

*Exhibit D*

E x h i b i t   D :

**Gospel to the Unreached Millions**

 

"...preaching the Gospel where Christ was not known" *Romans 15:20*

24210 E. Lake Houston Pkwy.   •   Houston, TX 77336   •   www.GUM1040.org
Phone: (281) 324-1818   •   Fax: (281) 324-6869   •   E-mail: GUM1040@aol.com

November 8, 2000

President George W. Bush
P. O. Box 1902
Austin, Texas 78767

Dear President Bush:

Congratulations!!!  Good News!  God has appointed you to be the 43rd President of the United States of America and no one is going to change that, just relax and enjoy.

God Blessed you.  Prayers have been answered.  Remember the last time when I wrote you a letter and when I personally met you, I said "by God's grace you will be the next President of America."  That is exactly what has happened!

Looking forward to celebrating with you.

God Bless You.

Yours sincerely,

GOSPEL TO THE UNREACHED MILLIONS

K. A. Paul

*In Canada:*
Gospel to the Unreached Millions
2821 109" Street
Edmonton, Alberta T6J 6B7

*In India:*
P.O. Box 612
Visakhapatnam 13
A.P., India

*In Singapore:*
Thittes Marketing (S) PTE LTD
6a Tannery Lane Sindo Bldg. Office #04-01
Singapore 347805



251

*After I sent this letter to President Bush on May 25 a week later for the first time Bush and T. Blair briefly begin to act like they were willing to communicate with Iran.*



# GLOBAL PEACE INITIATIVE

May 18, 2006

The Honorable George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue
Washington, DC

Dear President Bush,

It is with great respect for you and the position you occupy and with a sense of deep concern that I write to you.

Even though we have met at other times, I'm sure you recall our two most significant meetings. First, our meeting in Des Moines, Iowa in August, 1999, when I prayed with you and Laura and informed you that millions of prayer partners around the world were praying for you as well. I told you at that time you would be the next President. Our second meeting occurred in December, 2000, when as President-elect, you humbly bowed before God and served me communion in your home church in Austin. I must say that seeing the world's most powerful man on his knees humbly bowing before our Holy God gave me the greatest hope I have ever felt for the future of humanity.

252

*Exhibit D*

The tragic events of September 11, 2001 brought all of us to our knees before God. The world joined in mourning with us. After responding to the tragedy at hand—the organization I founded set up shop in New York on September 12—I quickly organized what turned out to be the largest peace rally in human history in Lagos, Nigeria, where an estimated seven million people participated. Under the passionate leadership of our mutual friend Arkansas Gov. Mike Huckabee, who now serves as Chair of the National Governors Association, forty-eight of the fifty U.S. Governors announced their support, with twenty-four issuing official proclamations declaring the day of the rally, November 3, 2001, as Global Peace Day. The nation's governors rallied to Gov. Huckabee's call in less than 72 hours.

I was honored to receive a personal call from Karl Rove October 30, 2001, thanking me for my efforts and inviting the late Rev. Dr. E.V. Hill and me to visit you in the White House. I told him that upon my return from Nigeria and Iraq, I would be honored to accept your invitation. For some reason, I never received another call.

During your first term, the press gave me a title that I neither sought nor expected—but one which places me in a position of great responsibility to all humanity. Following an article in the *New York Times* where I was mentioned as one of the people who might be the "next Billy Graham," *The New Republic* pronounced me the world's most popular evangelist in a cover story dated May 17, 2004. It was quite a shock for this village boy from India whose only message is the simple message of Jesus and whose only religion is to take care of the widows and orphans in their distress to read that I had become the world's most popular evangelist. But if this is the path God has ordained for me, by His grace I shall tread it.

As a native and proud citizen of India who has worked in more than 100 countries and who lives in the United States with my family—all naturalized citizens—I have been blessed with a unique and

253

broad perspective of our world. I see not only from the perspective of someone who loves the generous and gracious people of the United States, I also see from the perspective of the Catholics in the Philippines, the Buddhists in China, the Hindus in India, and the Muslims in the Middle East—and I have the deepest and most profound respect for each of them. It is from this perspective that I must express my concern over your recent response to the letter from Iranian President Mahmoud Ahmadinejad, an overture from the leadership of Iran to begin a dialogue that has been nonexistent since 1979. With the situation as it exists in the Middle East in general and with Iran in particular, I feel that you missed an excellent opportunity to resolve differences without military intervention.

Tragically, war causes massive suffering among innocent individuals and is the largest creator of widows and orphans—the very people who are the focus of my religion. For that reason, I have a responsibility to appeal—in the name of Jesus and in the name of humanity—for the world's largest military to pursue every nonmilitary option at its disposal when attempting to resolve differences with other nations.

Jesus said, "Blessed are the peacemakers." Therefore, if our nation is to be blessed, we must leave no stone unturned in our efforts to make true peace in areas of our world where hostility and anger toward us rule. Our powerful weapons may force people to silence their hatred through fear and make it appear as if we have attained peace—but the weapons in fact make the hatred deeper and true peace more elusive. Jesus didn't say, "Blessed are the peace*wanters*"—we all want peace. He said, "Blessed are the peace*makers*," meaning those who use all their resources—financial, intellectual, technological, philosophical, physical, or spiritual—to *make* peace. In other words, we must use all of our strength attempting to create peace where it doesn't exist.

254

*Exhibit D*

The blanket rejection of President Ahmadinejad's letter, a rejection that even bordered on ridicule, is the event that ultimately led me to write you this letter. But please understand this is only the most recent in a series of decisions that collectively have led to overwhelming concern about where we are headed. I watched in awe as I saw you on your knees humbly serving God subsequent to your election; I watched in shock four years later when you announced to the world in your second inaugural address: "*I have earned the capital, and now I am going to spend it.*" Tragically for us all, the God you humbly served and upon whom you and I depend for our very existence disappeared somewhere during those four years. I lament the change in spirit. Your prior attitude set you—and by extension, us—up for blessings from God; the latter attitude sets us up for a great fall. The prior mind-set brought us together on that fateful day in September, 2001, when 91% of the Americans joined 90% of the world in supporting you and approving of your leadership; the latter has brought us to the point of having virtually no friends internationally—except "friends" we can bribe or coerce—and less than one-third of America approving of your leadership. Has 60% of America changed? Has the entire world changed in four short years? Or have you changed?

This is a question of utmost importance, and one that you must wrestle with alone—because it is between only you and God. I know from personal experience that some of your closest advisors do not share your faith, and I fear that they and certain self-righteous religious leaders may have gained your trust—and betrayed your faith. For example, denouncing Muslim clerics as terrorists for calling for political assassinations while overlooking Christian evangelists who support you when they do the same thing by publicly calling for the assassination of Venezuela's President Chavez is duplicitous, hypocritical, and devastating to your testimony as a believer and America's reputation as a nation blessed by God. You bear no

255

AL-QAEDA WINNING—AMERICA LOSING

responsibility for the misdeeds of people in other nations; but when it happens in America, you do bear responsibility and you should have reacted accordingly.

Have the weight of your office and the burden of your decisions "forced" you to delegate matters of faith to others who may not be trustworthy; or even worse, relegated those matters far down the ladder of importance? I appeal to you, grasp humility and faith more firmly now than you ever have—for the sake of us all. Don't be afraid to admit mistakes—we're all human and we will understand. Make apologies—it will refresh our hearts and strengthen our virtue. It will not make you a lesser president—it will make you greater. Closing the torture prisons in Europe the week before Condoleezza Rice went there only allowed you to speak different-ly—but it didn't change the facts. Refusing to even acknowledge the reality of the horror suffered by Mr. Khaled El-Masri in Europe and Mr. Maher Arar from Canada, let alone apologizing for the mistake, has left us despised and suspect in numerous other areas where we are totally innocent. We know you want to protect us—but over-reach without the grace to even admit our mistakes doesn't protect us; indeed it exposes us to new dangers as we become more and more despised even by those who have traditionally been at our side in times of crisis. We are more vulnerable when truth is compromised, humility is seen as weakness, and apologies are not even a consideration.

I saw the heart of America when I stood before more than a million men as the keynote speaker at the PromiseKeepers' *Stand in the Gap* rally on the mall in Washington D.C in October, 1997 it was reportedly the largest gathering in American history. I saw the yearning for God, the cry for spiritual awakening, and the price this country was willing to pay to follow Jesus, the willingness to admit mistakes, the eagerness to change for the better. And just two years

256

*Exhibit D*

later I saw the passion for freedom—not just for themselves, but for all people—as millions of Americans rallied for the freedom of one five-year-old boy. What other nation on earth would feel so passionately for the freedom of *one individual, let alone a five-year old*? There is no other nation like America. But we are in danger of abandoning our legacy by resorting to the power of brute force rather than the far greater power that has sustained us through other times of crises—the power of our influence. We cannot allow the erosion of our influence to continue unchecked and remain a great nation, a beacon of freedom, a shining city on a hill. The international community is almost universal in its opinion—and even tens of millions of Americans are now seeing—that forcing people to look at a beacon is not the same as their standing in awe looking at it on their own because they are intrigued by it and drawn to it, and they cannot help but look at it. They may turn aside for a season, but the silent and powerful draw of that beacon will quickly become their focus again if they so much as glance in its direction. It is that draw, that influence, we are rapidly losing.

The late Rev. Dr. E. V. Hill, pastor of South Central Missionary Baptist Church in Los Angeles and a friend of your father's and all Republican Presidents dating back to Dwight Eisenhower, and I rallied hundreds of thousands of Cubans in South Florida during and following the Elian Gonzalez debacle—and we told them it was time for political change. We were responding to requests for help from Senator Connie Mack and Rep. Ileana Ros-Lehtinen. We didn't know at the time that those rallies were the front lines of the battle for the presidency of the United States—but God did. Dr. Hill went to his grave believing that God had used us to usher you into office through those rallies—and I don't doubt it. But it was God's plan, not ours. In retrospect, I believe that God orchestrated both the *Stand in the Gap* Rally and the massive Cuban response to the sacrifice Elian's mother

made for him to be free in preparation for your presidency. And I am grateful to have been a key player in both events.

But the time has come for a major course correction. Americans overwhelmingly feel that we are on the wrong track. There is a reason for that: we are. Here is a prime example of the kinds of calculated efforts that are backfiring. I had been invited to Iran to meet President Ahmadinejad during the first week of his presidency last year. The former Prime Minister of India, the former Speaker of the Parliament, and twenty-five influential Senators from all major political parties in India's Parliament were accompanying me on a peace mission that was to begin with Iran. The groundwork had been laid for a very successful and productive meeting. My aircraft had landed in Iran just a year earlier when President Girma Wolde-Giorgis of Ethiopia and World Boxing Champion Evander Holyfield accompanied me on a visit to Iran in the aftermath of the Bam earthquake. I was given a red-carpet reception and experienced unmatched hospitality. At that time, I was invited to return at my convenience, but they were particularly interested in my visiting again after the presidential elections.

Because of Iran's proximity and India's religious diversity, India and Iran have had a long and enduring friendship. I wanted so much to bridge the gaps between Iran and the West because I have *experienced* an Iran that the West hasn't even seen. I know the richness of its culture and the genuineness of its people. In preparation for our visit, I had extended private meetings just two weeks prior to our arrival with Col. Moammar Kadafi of Libya and President Bashar al-Assad of Syria. President al-Assad had even agreed to travel with us or meet us in Tehran to introduce me to President Ahmadinejad. Clearly, a breakthrough from several different directions was in the offing.

However, the day before we were to depart for Tehran, India's former Foreign Minister, Mr. Natwar Singh, called Iran and several

258

*Exhibit D*

other countries we were to visit, urging them not to meet us. After returning to Delhi on Sunday, July 3, 2005 from extended meetings with Secretary of State Condoleezza Rice, his first order of business on Monday, July 4, 2005, was to cancel our peace mission. Two different ambassadors confirmed to us what happened. Additionally, Prime Minister Deve Gowda confirmed receiving at least two phone calls from Mr. Singh demanding that he not go on the peace mission. We had worked diligently to get Mr. Gowda's visa to the United States, the last leg of the peace mission, where he was to be honored by Governor Huckabee at a State Dinner. But it was all to no avail. The visa was not granted and we faced relentless opposition from both the U. S. State Department and former Foreign Minister Singh, but no one ever gave us the courtesy of telling us why.

So I know for certain that our effort to embrace President Ahmadinejad and lay the groundwork for reconciliation early on was thwarted by action coordinated by the U.S. State Department. Instead of attempting to hear and understand him, he was quickly painted as an extremist without ever really being given a hearing or a chance to speak for himself; and the agenda of the State Department had already been imposed before any of this could be exposed. What I have personally witnessed is wrong, unethical, deceptive, coercive, and will be ultimately counterproductive. Genuine communication, and especially real listening—with the heart as well as with the ear—could have made the world a much different place than it is now. But Iran's President has had all chances at true communication stripped from him.

I am personally aware of several other instances that are very similar or even more provocative involving other countries. Mr. President, with all due respect, the blueprint that is being followed by the very highest officials in your administration in the construction of our international relations is *not* in the pursuit of peace.

259

AL-QAEDA WINNING—AMERICA LOSING

There is some other heretofore undefined agenda, and it is without question rapidly eroding any influence that remains. I urge you to lay that blueprint aside and as a matter of policy follow the One you described as the world's greatest philosopher: "Blessed are the peacemakers, for they shall be called the sons of God (Mt. 5:9)." And illuminating what that entails, "love your enemies, do good to them…then your reward will be great, and you will be sons of the Most High (Lu. 6:35)."

Following Him didn't fail you when you first sought the Presidency, and it won't fail you now.

Sincerely,

K.A. Paul, Founder and President

260

E x h i b i t   E :

THE WHITE HOUSE

WASHINGTON

August 12, 1998

Dr. K. A. Paul
Post Office Box 60703
Houston, Texas 77205-0703

Dear Dr. Paul:

Thank you so much for the blessing of your prayers.

Throughout my life, I've been inspired by the deep and abiding faith of the American people. Personal prayer is very important to me, and I am truly grateful for the words of encouragement and sincere prayers of people who care so much about the future of our country.

Working together, we can renew hope and opportunity for all Americans as we move forward into an exciting new century filled with promise.

Sincerely,

Bill Clinton

261

Exhibit F:



STATE OF TEXAS
OFFICE OF THE GOVERNOR
AUSTIN, TEXAS 78711

ANN W. RICHARDS
GOVERNOR

January 11, 1994

Greetings to:

## Reverend K. A. Paul

*As Governor of Texas, it is a pleasure to welcome you to Houston and the Lone Star State.*

*The celebration of faith is one of our nation's most cherished rights. You have proven your dedication to the people who rely on your leadership, and I know they are grateful for your commitment and compassion.*

*All my best!*

Sincerely,

ANN W. RICHARDS
Governor

262

Exhibit G:



STATE OF ARKANSAS
MIKE HUCKABEE
GOVERNOR

August 15, 2001

Dr. K.A. Paul, Founder
Global Peace Initiative
P.O. Box 60703
Houston, TX 77267

Dear Dr. Paul,

It is my sincere intention to be with you in India and Nigeria during the week of October 28-November 4. I'm truly looking forward to this trip, and I know it will be a great pleasure to witness first hand the many ways God is using Global Peace Initiative to bring hope and help to hundreds of thousands of widows, as well as the hungry and hopeless.

It is my hope and prayer we will learn much from observing your work and bring some of those strategies to my state, where many of our own people have lived in poverty and struggle to find a way toward personal empowerment. With new opportunities available to implement faith-based approaches to confronting human hurt, the timing of the trip is providential.

Thank you again for your gracious invitation, and my staff is excited to work with Judy Haynes at the Global Peace Initiative offices to finalize the details.

Sincerely yours,

Mike Huckabee

263



STATE OF ARKANSAS
MIKE HUCKABEE
GOVERNOR

April 25, 2002

To Whom It May Concern:

Dr. K. A. Paul leads a remarkable international relief organization that I have had the opportunity to observe first hand both in the United States and in India. Global Peace Initiative was active in the relief efforts in New York City following the terrorist attacks of September 11, 2001, and I saw his team working there while visiting New York as part of a delegation of governors offering assistance to New York.

In February of 2002, I traveled to India as the guest of Global Peace Initiative to witness first hand the powerful and effective impact upon thousands of homeless and widowed women in the "Little Teresas" movement, as well as visiting orphanages and schools operated by Global Peace.

Dr. Paul is well known and respected in his native land of India, and it is my pleasure to commend him and his work.

Sincerely yours,

Mike Huckabee

264

*Exhibit G*



**STATE OF ARKANSAS**
MIKE HUCKABEE
GOVERNOR

July 25, 2002

Mr. Bernard J. Alter
Consul General
United States of America
220 Anna Salai
Gemini Circle
Chennai 600 006

Dear Consular Alter,

It was a pleasure meeting you on March 4, 2002 in your Chennai office. We greatly appreciate your quick response in providing a replacement passport to my friend, John Damcose.

While I was visiting India, one of the thousands of Little Teresa I met was Ms. Mangamma Velugubanti, who is working with Dr. Paul and Global Peace Initiative. Global Peace Initiative is impacting communities throughout India in an extraordinary way. I understand she came to your office on July 17 and was turned down for a visitor's visa to the United States. I personally visited the little Teresa Initiative operation in India and am very impressed with the work they are doing.

Should Ms. Velugubanti be allowed to visit the United States, she could share her life's story and possibly inspire others to help the children of India and understand the work of GPI. It is for this reason I ask that you please reconsider granting her a visitor's visa. If you have any further questions, please call Tom Dake at 281-324-9019.

Sincerely yours,

Mike Huckabee

265



**STATE OF ARKANSAS**
MIKE HUCKABEE
GOVERNOR

June 14, 2005

To Whom It May Concern:

After speaking to a conference of several thousand "Little Teresas" and visiting the children residing at Paul's Charity City near Hyderabad, India, I am honored to invite them to the Arkansas Governor's Mansion in Little Rock, Arkansas for a State Dinner, Monday, July 11, 2005 at 7:00 PM.

Two of the most unforgettable experiences of my life were the awe-inspiring sight of thousands of Little Teresas being trained to help their neighbors—even in the midst of their own loneliness and destitution—and the heartfelt welcome I received from hundreds and hundreds of children at Paul's Charity City. I want my colleagues and my constituents to share at least a small part of what I experienced during my trip to India.

This dinner cannot repay what these two groups gave me in India, but it is a way for me to at least honor them; Dr. K.A. Paul, the one who has committed his life to serving them; and the entire distinguished international delegation traveling with Global Peace Initiative.

Sincerely yours,

Mike Huckabee

266

Exhibit H:



# GLOBAL PEACE INITIATIVE

August 3, 2006

The Honorable Russ Feingold
The United States House of Representatives
506 Hart Senate Office Building
Washington, DC 20510

Dear Senator Feingold:

As a life-long Republican, I am heartbroken and appalled beyond words as I have observed firsthand Dr. K.A. Paul, a man who has brought peace to millions in Rwanda and Burundi, in Liberia, and in Haiti; the man who has built the world's largest children's home; the man who has personally raised money to care for 53,000 widows; the man who without question is the world's most popular evangelist, just as the May 17, 2004 issue of *The New Republic* described—being framed by this administration in an attempt to destroy his work and silence him because he opposed the Iraq war and succeeded in peacemaking efforts in areas where the administration has been an abject failure. He is now on the verge of being incarcerated—imagine, the world's most popular evangelist bring put in a U.S. jail!—for resisting the U.S. attempt to confiscate his Boeing 747SP, a plane that was donated to him for his peacemaking efforts.

As the release of his book describing what has transpired has drawn nearer—portions of the book, which will be released within days, are attached herewith—the efforts to silence him have grown even more dramatic and violent.

Here is an overview of some of the efforts the administration has used to stop him:

- They cancelled peace rallies, where the Gospel would have been presented, in Iraq, Syria, and Iran.
- They have refused visas to India's former Prime Minister Deve Gowda, other prominent peacemakers, and Little Teresa's, who emulate Mother Teresa, even though they were invited by Arkansas Governor Mike Huckabee, current Chair of the National Governor's Association, Cincinnati Reds Owner Carl Linder, and WBA World Boxing Champion Evander Holyfield
- The donor who bought the plane for Dr. Paul and who had donated almost $20 million to his work was subjected to a public investigation by the SEC, a time during which his company lost billions of dollars, only to have everything dismissed.
- On July 4-5, 2005, the administration covertly stopped a peace mission Dr. Paul had organized where he, joined by India's preeminent politicians, was to meet the heads of state in Syria, Iran, and Libya in an attempt to keep from happening exactly what is transpiring today. India's Foreign Minister Natwar Singh carried out the bidding of the administration. He subsequently lost his cabinet position in India.
- On July 14, 2005 the FAA wrote a letter with the intent to ground his plane after five business days so it could no longer be used for peace missions. They waited until the day after his meeting with Bush's close friends and supporters, the Carl Lindner family, before sending the letter, and then grounded it on July 18, 2005—disregarding the promised "5 business day" response time—before he had even received the letter.
- Three times FBI agents have boarded commercial airliners and detained Dr. Paul—usually in an attempt to keep him from appearing on a nationwide news program. He has never been given a reason why they wanted to detain him. They always told him for several hours and then release him without explanation.
- He is routinely detained and harassed by INS agents and held until he misses his connecting flight or his important appointments, the most recent being at the Tijuana/San Diego border crossing July 24, 2006, where he was held for seven hours. Even though he has been detained numerous times, and held for hundreds of hours, he has never been charged with a single violation of INS rules. They simply put him in a cell where he sits with drug dealers and convicted criminals while they confiscate and copy everything in his briefcase.
- After intercepting news of our plans to deliver the book to Congress and do everything in our power to expose what is happening and change the direction of our country, just last week Dr. Paul was presented with a five day notice to turn over every record of the Boeing 747SP—even though it has been grounded for more than a year—or potentially face

*24210 East Lake Houston Parkway, Suite 308, Huffman TX 77336 · Phone 281.324.9019 ~ Fax 281.324.6569*
*611 Pennsylvania Ave SE #4300, Washington D.C. 20003 · Phone 202.657.5100 · www.globalpeaceznow.com*

267

AL-QAEDA WINNING—AMERICA LOSING

imprisonment. Aviation attorneys, shocked beyond belief, are volunteering to help Dr. Paul as a result of what is very obviously an effort to incarcerate and silence him.

- The FAA is even demanding that donor records be turned over. All attorneys who have seen this say they never witnessed such a demand from the FAA and believe that it is totally outside FAA jurisdiction.

I can document even more horrowing events if I have an opportunity to meet you personally.

If you have questions or need further clarification, please call me at 619.819.6545.

I wanted to get this information in your hands for two reasons: 1) To ensure proper Congressional oversight of an administration that has become very abusive toward Dr. Paul; and 2) To make you aware that the world's most popular evangelist is ready to stand up and speak out in an overwhelmingly powerful way about the misdeeds of this administration and Congress members who have been reticent to provide adequate checks and balances to protect America from this administration's abuses.

Sincerely,

Doug Dodson, International Coordinator
Global Peace Initiative

268

*Exhibit I*

E x h i b i t   1 :



STATE HOUSE

LUSAKA

THE REPUBLIC OF ZAMBIA

*21st June, 2000*

*Dr. K. A. Paul,*
*Gospel to the Unreached Millions,*
*P.O. Box 60703,*
*HOUSTON, TX  77205-0703*
*United States of America.*

*Dear Dr. K. A. Paul,*

    *I enjoyed your letter of 17th May, 2000 which came shortly after your kind visit to us, feeding us with the Word of God which abides and lives forever.*

    *We enjoyed your stay with us and pray God our Father that He allows us to meet and share the Word of God again.*

    *God bless your work,  Amen.*

        *Yours sincerely,*

*Frederick J. T. Chiluba*
***PRESIDENT OF THE REPUBLIC OF ZAMBIA***

269

AL-QAEDA WINNING—AMERICA LOSING



# Office of The Former Prime Minister
## Sh. H.D. Deve Gowda
No. 5 Safdarjung Lane, New Delhi-110 011
Phone: 3794499, Tele/Fax: 3794899

March, 22, 2003

To who it may concern,

I am honored to write you today concerning Dr. K.A. Paul and Global Peace Initiative. GPI is a non-political, non-religious and non-profit organization headed by Dr. Paul of which I am a member of the Board of Directors. As Prime Minister, I have witnessed large crowds, but the largest I have ever seen have been at Dr. Paul's Peace Rallies.

Dr. Paul's message of hope has given hope to 10's of millions in India, Africa and around the world. But he does not stop with just a message of hope. Rather, he has created some highly effective strategies that help the poor and needy with medicines, food, relief supplies, orphanages and more.

He has the unique ability to bring political leaders and parties together to work for the common good of those who are suffering hardship. His focus on these under privileged individuals has touched and changed every country he has visited. It is an honor to work with Dr. Paul to help rescue street children, keep widows from committing suicide and giving them a hope and identity so that they can give hope to others, provide clean water and aid to the poor.

I am privileged to serve with a true global peace ambassador in Dr. K.A. Paul and strongly endorse the work of Global Peace Initiative. Please see what you can do to stand with us in this important work around the world.

With warm regards,

H.D. Deve Gowda
Former Prime Minister of India

270

*Exhibit I*



ዩ.ፌ.ግትቁ ፌዴራላዊ ዲሞክራሲያዊ ሪፐብሊክ
የፕሬዚዳንት ጽሕፈት ቤት
THE FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA
OFFICE OF THE PRESIDENT

March 1, 2004

ቀን _____
Date

ቁጥር _____
Ref. No

Dr. K.A. Paul
President
Global Peace Initiative
110 Maryland Ave. NE, Suite 201
Washington, DC 20002
U.S.A

Dear Dr. K.A. Paul,

I would like to personally thank you for inviting me to your great country of India and hosting me for several days. I am delighted to travel the world with you as a Global Peace Ambassador. Further, I am very happy to serve on your International Advisory Board.

It blessed my heart to see how effectively you are training otherwise hopeless widows and training them as Little Teresa's in honor of the life of Mother Teresa. I thoroughly enjoyed speaking to the 10,000 Little Teresa's you assembled in Hyderabad and look forward to beginning that very successful program here in Ethiopia.

Your Charity City was a far greater thing than I could have imagined. I saw light in the eyes of the 1,000 children I spoke to at this world's largest children's home. To know that these children have been rescued from severe poverty and now live in a beautiful place with loving brothers and sisters and caregivers, thrills my heart.

The Peace Rallies I attended with you as you shared your important message of global peace reflects my vision for peace in this world. I was delighted to see 100's of thousands of young men and women committing to becoming Global Peace Partners with you to help bring peace and stability.

I also want to thank you, Dr. Paul, for being a man of absolute integrity. Every promise you have made to me, you have kept. Please know that I look forward to working closely with you in the months and years to come to help bring the message of hope and peace to the dear people of Ethiopia and others around the world.

Most sincerely

Girma WGiorgis

President.

271

AL-QAEDA WINNING—AMERICA LOSING

MARCH 5, 2004

DR K A PAUL
Global Peace President
Washington, DC

Dear Dr Paul

I'm glad that you came here in Haiti and I thank you for your advice and for what you're doing for our people. Thank you for accepting to be my Spiritual adviser. Would please consider, asking all your friends and followers to assist our nation that is in great need. All I want for my nation and my people is to live in peace and prosperity; there have been many coups in the last 200 years, this is not one of them. If I wanted we could have destroyed the palace but the Haitians should choose their leaders. I'm excited that you have brought into my life the true peacemakers, the lord Jesus, Gandhi, Martin Luther King and other peacemakers. The world may misunderstand me but I committed my life to you and to GOD to do the right thing for our nation unselfishly.

Thank you again

Guy Philippe

272

*Exhibit I*

Presidential Candidates
Republic of Liberia
West Africa

April 7, 2006

Dr. K.A. Paul
**PRESIDENT**
Global Peace Initiative
Washington D.C.
United States of America

Dear Dr. K.A. Paul:

The call for Peace and change have become increasingly vocal in our Country, the Republic of Liberia.

Therefore, we, Presidential Candidates who participated in the 2005 Presidential and General Elections concluded that in order to follow the path of peace to create a democratic society, it was important for leaders of the Country to determine what experiments in the past accomplished that goal.

In this endeavor, party leaders and presidential candidates observed that the people's positive response to your peace message in 2003 led to peace in Liberia, amidst developments that would have led to uncontrollable political conflicts.

Once again, the continuance of your peace message around the world is desperately needed in our Country. The people of Liberia do stand firm against all individuals and groups attempting to use this time of fragile peace in Liberia for enrichments to the detriment of the nation.

We kindly invite you to Liberia, to show the people's committed resolve on this important endeavor that would send an undeniable clear message that the people are in charge of their destiny, and will explore all avenues of peace.

With great anticipation
Presidential candidates
Republic of Liberia

1. _____
Rev. Dr. Margret Thor Thompson
President Alliance Party of Liberia

2. _____
Roland Massaquoi
National Patriotic Party

273

## AL-QAEDA WINNING—AMERICA LOSING

Exhibit J:

MARY L. LANDRIEU
LOUISIANA

### United States Senate
WASHINGTON, DC 20610–1804

March 12, 2004

Dr. K. A. Paul
President
Global Peace Initiative
110 Maryland Ave. N.E., Suite 201
Washington, D.C. 20002

Dear Dr. Paul,

I wanted to personally thank you for inviting me and my two Senate colleagues, Senator Jim Inhofe and Senator Mike Enzi, as well as our delegation members from the Congressional Coalition on Adoption Institute (CCAI) to travel with you to Africa for the purpose of learning about the needs of orphans in this part of the globe. Knowing your commitment to orphans, widows, and other vulnerable populations, I am very pleased to accept this most generous offer to travel with you on Global Peace One.

As the Chairman of the board of CCAI, and an adoptive mother of two, I am very involved in the work of adoption and have a deep concern for orphans all over the world. I believe that children should remain with their birth families or extended families whenever this is safe and possible. When this is not possible, however, I believe that it is best to find orphans homes in their home countries, and when that is not possible, to find permanent loving and safe homes elsewhere in the world. I greatly appreciate the fact that these same priorities are clearly respected through your work. I also understand that in places of great poverty where there are overwhelming numbers of street children and orphans, it is sometimes necessary that these children live in orphanages or foster homes for a time of healing. I believe that these settings should be looked at as nonpermanent if a permanent adoptive home can be found. It seems to me that your ministry is helping to first provide shelter, food, warmth, and love to these very needy street children and to find as many of these children as possible with loving, permanent, adoptive homes. Again, I am thrilled to see this kind of philosophy truly realized in the work that you do in India, Africa, and around the globe.

I understand that the large number of orphans in Africa is a symptom of greater and deeper issues than are experienced in many other areas of the world. Any group looking to help orphans in Africa must not overlook the long-term problems of poverty, war, famine, poor infrastructure, access to health care, access to good education, specifically for women, and the HIV/AIDS epidemic. I appreciate the work you are doing in the area of humanitarian aid, health care support, providing educational opportunities for women, and your message of peace.

CCAI believes loving and permanent homes can become a reality for more orphans in Africa, and that it is possible to stop the next generation of orphans, but only if the aforementioned endemic problems are properly and swiftly addressed. We believe that

274

*Exhibit J*

relationships with foreign leaders are an essential part of bringing about this kind of systemic change. Consequently, I am very pleased that you have not only developed personal relationships with many of the African presidents, but have done so for many of the same purposes – to see real improvements made in the lives of orphans.

Thank you again for your generous invitation. I look forward too traveling with you and your team in April.

With kindest regards, I am

Sincerely,

Mary L. Landrieu
United States Senator

AL-QAEDA WINNING—AMERICA LOSING

Exhibit K:

*More than one hundred Indian Senators from all 17 major Political Parties wrote a historic letter to President G. Bush for his support for K.A. Paul's initiative on Indian Bid's for UN Security Council Permanent Membership.*



# GLOBAL PEACE INITIATIVE

Bringing peace to Individuals, Families, Communities, Nations

255 - 256, D/S, New Rajinder Nagar, New Delhi- 110060
Tel.: +91-11-65331899, 9810236231

May 12, 2006

The Honorable George W. Bush, President
United States of America
1600 Pennsylvania Avenue
Washington, D.C.

Dear President Bush,

As sitting members of the Parliament of India, we enthusiastically support K.A. Paul's global initiative to ensure that the Republic of India, the world's largest democracy, be acknowledged and supported in our quest for the most appropriate global platform from which to faithfully and vigorously champion democratic ideals. We believe that the Republic of India should, without question and without delay, be recognized as a full permanent member of the United Nations Security Council.

Representing every political party, every geographic area, every religion and every socio-economic stratum in our beautiful and diverse country; and in behalf of all of India, we respectfully petition you and the U.S. Congress to immediately and publicly go on record, joining all other permanent members of the United Nations Security Council, the United Kingdom, France, the Russian Federation, and the People's Republic of China, in support of our bid for a permanent seat.

We believe that your role as the world's most prominent advocate for the universal right of democratic rule demands no less than full, unwavering, immediate support for our quest.

Thank you for considering our petition.

Sincerely,

Pratibha Singh
Member of Parliament
The Republic of India                    (INC)
                                         (LS)

                          25/05/06

*24210 East Lake Houston Parkway, Suite 300, Huffman TX 77336 Phone 281.324.9019 - Fax 281.324.6869*
*611 Pennsylvania Ave SE #4300, Washington D.C. 20003 Phone 202.667.8100 www.globalpeacenow.com*

276

*Exhibit L*

E x h i b i t   L :


Dr. Walter Harber


February 12, 2003


To Whom It May Concern:

It is my pleasure to introduce you to the most unique man that I have ever met, Dr. K.A. Paul. I am honored to serve on his Board of Directors and have taken numerous trips to Third World Countries and experienced, first hand, the impressive results of this extraordinary man's efforts.

Dr. Paul has the unique ability to confront politicians and businessmen alike to help improve the lives of countless individuals. His ability to bring opposing politicians and political parties together is nothing short of remarkable. Other accomplishments include building orphanages and taking thousands of otherwise hopeless street children off the streets and placing them in loving homes, and a highly effective widow program which has already helped many thousands of "Little Teresa's."

I am always impressed with how well Dr. Paul handles the funds that are entrusted to him. Having known him for years, I can honestly say that I can't think of a better place to invest in a humanitarian organization, and I encourage you to do all you can do to further the exceptional work of Dr. K.A. Paul and Global Peace Initiative.

Sincerely,

Dr. Walter Harber


277

AL-QAEDA WINNING—AMERICA LOSING

1601 Elm Street
Suite 1500
Dallas, Texas 75201
241/979-9072  Fax 214/754-9016

## NELSON BUNKER HUNT

March 21, 2003

To Whom it May Concern,

I have known Dr. K.A. Paul for 7 years, and have served on his Board of Directors. I have known many leaders over the years, but I have never known a more dynamic and committed man than K.A Paul. I have watched him literally invest his life in 10's of thousands of widows, orphans, the poor and the needy. He seems to have the heart of a Mother Teresa or Mahatma Gandy, and uses funds in the most cost-effective way possible to maximize what has been entrusted to him. His humble lifestyle is testament to the fact that his concern is for others. Beyond earning the respect of businessmen like myself, he has won surprising political favor around the world, which he uses to the highest and best purposes to build Children's homes, widow centers, and create other humanitarian programs.

Based on his consistency and the effectiveness of Dr. Paul's humanitarian efforts I've witnessed in all of my years of association, I have no question that GPI will succeed in taking millions of street children off the streets, rescuing millions of widows, and providing medical assistance and clean drinking water for millions of poor people, provided that others stand with him in his efforts. I strongly endorse GPI and encourage you to do what you can to enable this extraordinary effort and Dr. Paul's generous vision to help his fellow man.

Sincerely,

*N. Bunker Hunt*

Nelson Bunker Hunt

278

Carl H. Lindner III
580 Walnut Street
Cincinnati, Ohio 45202

*July 1, 2005*

*Dear John & Susan,*

*In January of this year our family traveled to the tsunami affected areas of Chennai, India and Sri Lanka to help with relief efforts. We also visited Charity City in Hyderabad, India. Recently, I learned that the Former Prime Minister of India, H.D. Deve Gowda, will be visiting four cities in the United States, including Cincinnati. I am honored to invite some of the children of Charity City and Former Prime Minister Gowda to our Whitegate home.*

*Our time with the children in India was a very touching and unforgettable experience. Charity City is an amazing place. Functioning as a multi-purpose orphanage and school, Charity City houses up to 1,000 orphans, serves widows and trains the poorest of the poor in life skills that can support them. Martha and I value and support Charity City and the lives that are being changed there. It is my hope to share with my colleagues and friends at least a small part of what my family and I experienced during our trip to India.*

*Please join me for an intimate reception at our home, 9450 Whitegate Lane, on Tuesday, July 12th at 5:00 P.M, to meet the Former Prime Minister of India, H.D. Deve Gowda, and several children and widows ("Little Teresas") of Charity City.*

*I look forward to seeing you and spending an awe-inspiring hour or two together with our guests from India. This event is limited to 100 guests, so please respond to this invitation by calling my office at (513) 369-3647.*

*Sincerely,*

*Carl H. Lindner III*

279

AL-QAEDA WINNING—AMERICA LOSING

# SCOTT A. BECK

February 17, 2004

Dr. K. A. Paul
Gospel to the Unreached Millions
P. O. Box 60703
Houston, TX 77205.000

Dear Dr. K. A. Paul

I am glad you have that 747 flying at last! It is very exciting for me to think about the that.

I am writing this letter to inform you that my participation with your ministry will be minimal over the next eighteen months as I begin the process of moving with my family to Mexico. As part of that move, we have all committed to remain in Mexico and not leave its borders, except in an emergency, for the twelve months we are there. We are committed to a mission to, as a family, immerse ourselves in the Mexican culture and the Spanish language.

You have a great ministry and are the most single-minded individual I have ever met. I have tremendous respect for you, for your mission and purpose. It has been my pleasure and honor to participate in that mission, even if only in a small way. It makes me feel good. My blessings to you and your ministry in this coming year.

In Christ,

Scott A. Beck

Cc: Mr. David McQuade

280

*Exhibit L*



**J. B. HUNT TRANSPORT, INC.**

March 2, 1998

Dear Friend:

Recently I had the opportunity to travel overseas with Dr. K.A. Paul and the ministry of Gospel to the Unreached Millions. I've heard Dr. Paul speak on several occasions about the great harvest and the multitudes who were turning from darkness and despair to embrace Jesus Christ as their only Lord and Savior.

While in India I was overwhelmed to see crowds of almost 300,000 people each night attending a crusade. This event had been planned only three weeks earlier but still the people came as God drew them. Dr. Paul presented the Gospel very clearly and simply but without compromise. These people know without question they were forsaking all other gods, yet about 80% of the crowd stood to receive Christ when the invitation was given. 570,000 decision cards were distributed over three nights and the volunteers collected 431,725. There were even more who responded but the crowd was so packed on the 35 acres of land that not everyone could be reached.

I also watched as 22,838 young people were gripped by the ministry in such a way that they made a commitment to give their lives in full-time service. This ministry, Gospel to the Unreached Millions, is committed to raise up and train young nationals to go out as church planters and evangelists to the unreached villages throughout India, China and the surrounding nations. These national missionaries can be fully supported for only $30 per month. I visited one of the G.U.M. Training Centers where hundreds of students are prepared each year. It was a thrilling site.

It is hard for me to describe to you the impact this trip had on my life. I've never seen anything like it! I believe God has raised up Dr. Paul and anointed him in a powerful way. He has a strategy to train and send out one million workers over the next ten years. If we can build 100 Training Centers, this is a realistic goal. Think about it, one million national missionaries raised up and released to reach the 4.1 billion people of the 10/40 Window nations. What a forceful advance we could make for the world harvest!

I highly recommend the ministry of Dr. K.A. Paul and Gospel to the Unreached Millions. He is truly God's appointed man to reach the lost. As a businessman I find this ministry presents the greatest opportunity for investment I know. This is the most cost-effective ministry I have found in reaching lost souls.

I would ask you to prayerfully consider taking part in supporting Dr. Paul and the Gospel to the Unreached Millions. I'm getting involved. I believe it is an investment that is worthy of our full support.

Yours in Christ,

J.B. Hunt

281

Phil Cohn
7240 Forest Ridge Drive
Matthews N.C. 28104

---

March 22, 2003

To Whom It May Concern:

It has been my deepest pleasure to personally know Dr. K.A Paul for the last 5 years, and to serve on his Board of Directors for 4 years. I have over the years adopted three children: one from the depths of the Amazon jungle in Peru, another from the highlands of Guatemala and yet another from Vietnam.

I am a successful business man, and have traveled the world with humanitarian organizations. With the scope of work being done all around the world, I am pleased to be associated with the wonderful work that Global Peace Initiative is doing and will continue to do.

I have been personally supportive of his work and I would encourage others beside me, to help us meet the needs of millions if the neediest around the world.

Sincerely,

*Phil Cohn*

Phillip Cohn

282

# Lindsey Management Company, Inc.

1165 Joyce Boulevard ▪ P.O. Box 13000 ▪ Fayetteville, AR 72703 ▪ (479) 521-6686 ▪ Fax (479) 527-8787

To Whom It May Concern:

As a businessman, I constantly look at return on investment in any project that I involve myself with, business or humanitarian. Having known and supported Dr. K.A. Paul and his vision for the needy for many years, I know that my giving to his organization yields extraordinary results. From the minimal cost to build out his 500,000 square foot orphan and widow Charity City outside Hyderabad India, to the cost efficient way his "Little Teresa" widow program is run -- helping over 50,000 widows each month -- I do not know of a better return on investment for monies given to a humanitarian effort.

I personally am thrilled to support 1,000 of these Little Teresa's each month to help change their communities.

I strongly endorse Global Peace Initiative and the work of Dr. K.A. Paul, and encourage you to be a part of this very rewarding effort.

Sincerely,

Jim Lindsay

283

AL-QAEDA WINNING—AMERICA LOSING

Exhibit M:



Dear Beloved in Christ:

I have a passion burning in my heart.

My passion is to see this world won, really won, for Jesus.

My eyes have been opened to see that this task, orders from Jesus Christ

Himself, has not been finished... it's hardly been started.

In February 1996 I stood, for the first time, in a region of the world which has become known as the 10/40 Window. The 10/40 Window is the area between the 10th latitude north and the 40th latitude north, from Spain to Japan within which 4.1 billion people live. Of these 4.1 billion people, nearly 3 billion have never heard the name of Jesus. That fact is beyond my comprehension!

Standing in open-air crusades in India, I saw with my own eyes thousands upon thousands coming to Christ. I had never seen anything like this! Tens of thousands have responded to the call to leave their homes and jobs to be trained and sent out as evangelists to the people in the 10/40 Window,

These people knew that this call was to go into regions where there has been no witness of Christ for over two millennia! They knew they might be beaten and ridiculed. They knew that many of them would be killed... and yet they still come. The only hindrance to their going is the need for training, transportation, and support. Even now I am deeply moved by the memory of these radical lovers of Jesus whose hunger to follow Christ's command is so authentic.

I am committed to doing everything I can to lend my personal energies to the releasing of these evangelists to go to the billions in China, Bhutan, Bangladesh, India, Pakistan, Thailand, Afghanistan, Nepal; all of the 66 countries and 4.1 billion souls that live in the 10/40 Window.

Let me speak from my heart to you.

I have joined hands with Gospel to the Unreached Millions to reach the unreached world to finish the task.

Dr. K.A. Paul, the founder of this ministry, has been beaten and left for dead several times as he sought to bring the gospel to the villages of radical Hindus and Muslims. I must tell you, I am so drawn to the fire of God that I see in this man!

When I look into Dr. Paul's eyes, I see Jesus.

I love this man! I believe in this man!

I don't know of anyone in the world who is more used by God today than Dr. K.A. Paul.

Dr. Paul and Gospel to the Unreached Millions have a blueprint that can thrust out national workers from the 10/40 Window countries to these diverse nations, cultures and languages at a fraction of what it costs to send western missionaries.

God is raising up a great ocean of willing national Christian leadership that is ready to finish the task... they need the resources and prayer covering of the West to enable them to go.

Would you prayerfully consider joining us to finish this great task?

Yours for the Unreached Millions,

*Bill McCartney*

Coach Bill McCartney
Co-Founder, Promise Keepers

284

*The Mount Zion Missionary Baptist Church*

1300 -1308 East 50th Street - P.O. Box 11219
Los Angeles, California 90011

Edward V. Hill, Pastor

(213) 235-2103
Fax (213) 235-3177

January 3, 1997

To Whom It May Concern:

I am excited with the ministry of the Gospel to Unreached Millions. I rejoice in seeing millions reached with the Gospel through television, evangelistic crusades, and native pastors.

I am thrilled to be part of reaching the unreached millions through the GUM Ministry.

I give permission for the interview I did with Dr. K. A. Paul to be used to promote the Gospel of our Lord Jesus Christ. I support this ministry and stand behind it.

Dr. Paul is a man of integrity and commitment.

Yours sure of salvation through Christ.

Edward V. Hill
Pastor

EVH/ll

285

AL-QAEDA WINNING—AMERICA LOSING



**Most Rev. S. ARULAPPA**
ARCHBISHOP OF HYDERABAD

Tel: (040) 7805545
ARCHBISHOP'S HOUSE
SECUNDERABAD - 500 003
A.P. INDIA

21 April, 1999

HIS HOLINESS POPE JOHN PAUL II,
VATICAN.

Dear Holy Father,

Filial greetings of Joy and Peace of Paschal Season !

Fervently I request your Holiness to bless Rev. Dr. K. Paul, an international evangelist. At present he is staying in USA. Originally he is from Andhra Pradesh.

As Archbishop of Hyderabad I know him very well. God is using him and his family in a marvellous way for His glory. Dr. K. Paul wishes to obtain your blessings for his mighty mission of global peace, especially in Yugoslavia.

Humbly craving your blessing.

I remain your faithful brother in Christ,

+ S.

Archbishop of Hyderabad.

286

*Exhibit M*



### Redeemed Gospel Church Inc.

*Presiding Bishop - Rev. A. Kitonga*

2nd September, 1998

Dear K. A. Paul,

Receive warm Christian greetings in the Precious and matchless name of Jesus Christ our Lord and Saviour.

I thank God for you and the heart you have for the unreached souls. In the history of our country, we have had great men of God come to our country to minister. People like Reinhard Bonnke, Morris Cerullo, Billy Graham, Luis Palau, Yonggi Cho and other International preachers have preached even at Uhuru Park but we have never seen such a great harvest of souls. You have made history.

I want to congratulate you together with the Board of Gospel To The Unreached millions and the Churches which have stood behind you in America and other parts of the world. It is my prayer that God will continue to keep your Board together and that they will always stand behind you as you preach the Gospel of Jesus Christ to the unreached souls.

Your meetings have been very special. The power and anointing of God upon you was evidenced by the big crowds of people running to the altar to give their lives to Christ.

Your meetings were covered by all broadcasting agencies and it is expected that you will visit us again in future, to have God use you the way He had done, for the glory of His Holy name. We have about 20 (twenty) tribes in our country which are unreached and it is my prayer that God will enable you to reach these unprivileged tribes.

Thank you Dr. Paul for sacrificing yourself to walk to the scene of bomb blast. It was wonderful to see over half a million people march with you from Uhuru Park to the ground where lives of many innocent Kenyans and Americans were terminated unnecessarily by the terrorists. It has been a very painful experience for all of us but as you prayed at the scene, we were encouraged. It hurts even more to know that most of the bomb blast victims have been blinded and crippled permanently.

In my capacity as an Associate President of the Association of Evangelicals in Africa (AEA), I would like to extend our invitation to you to visit over 30 (thirty) countries within our region. The AEA can help you reach the unreached in these countries.

If it is acceptable to you, please let us know your convenient time so that we can organise for the same. I would also like you to visit our major towns like Mombasa which is mostly occupied by Muslims, Nakuru, Kisumu and many others.

Once again thank you Dr. Paul, for being most considerate to visit our Head of State and to pray for our country in the office. It was such a privilege to have an anointed one of God like you pray for peace in our country.

287

AL-QAEDA WINNING—AMERICA LOSING

It was very unusual for the head of the state to consider taking you the bomb blast area while he was busy with another President from Burundi. This proves that God has given you favour with the leaders of the world.

At Uhuru Park you ministered to a gathering of over half a million and I hope next time when you come you will speak to a million people.

I must thank you most sincerely for accepting to come to minister to my Church, something that is unusual for you. I felt greatly honoured to have you in my Church. Our Church has been visited by many great men of God and what we saw happening in our Church on Sunday has never happened before. We have never witnessed a great number come to the Lord in one single altar call. You made an altar call and over 300 (three hundred) people came to the altar to accept Christ. You have kept a record.

Oh! how wonderful it was to see over 60 (sixty) Indians confess Jesus Christ as their Lord and Saviour, others being healed and delivered from their bondages!. May God richly bless you for allowing Him to use you in such a mighty way. I thank God that you were one of those that He has raised in this last days harvest.

I am planning to visit Uganda and Tanzania for the crusades in September. Please keep remembering me in prayers as I do for you. I will give you a feed back.

May God continue to strengthen your Board to stick to the vision of standing behind you as you reach the entire world.

I am looking forward to having another fellowship with you in future.

Wishing you God's richest blessings.

In His service,
REDEEMED GOSPEL CHURCH

Rev. Arthur Kitonga
PRESIDING BISHOP
AFRICA REGION

288

*Exhibit M*



# FULL GOSPEL BIBLE
# FELLOWSHIP CHURCH

| Telephone | : + 255 -51 - 71715 / 72508 / 72510 | Headquarters |
| | : + 255 -51 -76904 / 700647 | Sam Nujoma Road. |
| | | P.O Box 19535. |
| Fax | : + 255 -51- 75983 | DAR ES SALAAM. |
| | | TANZANIA E. AFRICA |
| Our Ref | : FGBF / MISSIONS / 98 / 11 | Date: 17th November, 1998 |

DR K. A. PAUL
GOSPEL TO THE UNREACHED MILLIONS
HOUSTON, TEXAS
U.S.A.

Dear Brother in the Lord,

## RE: **OUR VISION TO REACH TANZANIA WITH THE GOSPEL**

Thank you very much for the unmatched passion for souls in your heart and the desire to see thousands trained to reach our country with the gospel. It seems we have the same vision and briefly I want to share our vision so that we can see prayerfully how we can join hands to see this mission accomplished.

Our goal is to plant a church in every village in Tanzania mainland by December 1999. We have 8,000 villages in the whole country. In order to achieve this we divided this mission in four (4) phases.

1. Phase one, was to plant a strong church base in every region in the country. This we accomplished in 1993.
2. Phase two, was to plant a strong church base in every district by 1996. This is already accomplished.
3. Phase three, involves planting a church in every division. About 600 are currently in training and we plan to sent them out by December 1998 as fore planned.
4. Phase four, involves planting a church in every village by December 1999. We need 8,000 pastors to be trained in order to reach this goal. These ones are currently being trained in various levels and we will sent them out group after group throughout 1999.

HEBREWS 12:14 "Holiness, without which no man shall see the Lord"

289

**OUR STRATEGY**

We have what we call Bible classes and we insist in our teaching that we are saved to serve. So every convert is trained to be a soul winner immediately he is converted, step by step. After a convert is trained to the level of following up young converts, then he is trained to be a leader who leads house churches. This gives him practical experience in pastoring a church. After this he is trained the last phase of the training and then sent out to plant a church upcountry. During Phase one, we trained the people for four years so as to have a solid regional base that will not be shaken and so that these ones will help to ground the others in their regions and help them physically, spiritually, and materially. During Phase two, we trained them for 3 years and during Phase 3 we are training them for 2 years. During the last Phase 4, we will train them for a period of less than 6 months and sent them out. Because the foundation is solid these ones who are trained for a short time will not have problems. Assistance will be very near to them, in their divisions. For church planting in big numbers to be successful without disturbing the unity of the church, solid foundation must be laid. By December 1998 we should have accomplished laying a strong foundation in regions, districts and divisions, so it is very easy for us to build a multi-storey building on the foundation by sending 8,000 out and this work cannot crumble. Definitely it will stand.

Please let us see how we can join hand to see this accomplished.

It can be done it must be done,

Yours in His Service
FULL GOSPEL BIBLE FELLOWSHIP CHURCH

Bishop Zachary Kakobe
ARCH-BISHOP

290

*Exhibit M*



Tel : (040) 905565
ARCHBISHOP'S HOUSE
SECUNDERABAD-500 003
A.P. INDIA

ARCHDIOCESE
of
HYDERABAD

20 April, 1999

SMT. SONIA GANDHI,
CONGRESS PRESIDENT,
NEW DELHI.

Dear Madam,

I deem it a privilege to share this experience, my good friend Dr. K.A. Paul is a man of God and a renowned evangelist, with an abundant concern and increasingly growing spirit to preach the gospel of Jesus to every creature.

He has spoken to hundreds of millions through radio and television and face to face over 30 millions in 55 countries. At the age of 35 he speaks to more people than any living evangelist in the world.

I am deeply impressed with his ministry and personally blessed with the 'power of Fasting Prayer' he manifests to the mankind of this world. He has been inspired by God to declare a holy fast, call the sacred assembly in the fact of the Prince of Peace and to cry out for global peace on 17th April 1999.

He arranged a conference at Hyderabad on 2nd March 1999. About fifty Bishops and Heads of Christian organizations from different parts of India actively participated.

Dr. K.A. Paul addressed the gathering and indicated the very purpose of the conference. He shared his sorrow and concern over the organized attacks allowed on Christian community in our nation. With great spirit he shared his vision as to how he has been led to make April 17th 1999 as a day of prayer and fast. He emphasized with spirit that 'HE' is the only 'ONE' and that 'ONE' only will heal the nation. Yes our God is a Miraculous 'ONE', HE is the 'ONE' who has healed our nation on April 17th 1999.

My good friend Dr. Paul and my self the senior most Archbishop in India, both men of God burdened for peace are mutually in communion with God in continuous prayer to provide a stable, God fearing, God loving governance to our nation through you.

Yours respectfully,

+ S. Arulappa
Archbishop of Hyderabad.

291



**Bellevue**
Baptist Church

*A Family of Friends*

OFFICE OF THE PASTOR

2000 Appling Road

Cordova, Tennessee 38018

(901) 385-2000

Dr. Adrian Rogers, Pastor

August 3, 1998

Dr. K. A. Paul
Gospel to the Unreached Millions
PO Box 60703
Houston, TX 77205-0703

Dear K. A.:

Here's a quote for your book:

In this book you will read the story of Dr. K. A. Paul. K. A. Paul is a village boy raised up by God. It is likely that he has preached to more people face to face than any other living evangelist. God's hand is upon him in a mighty way.

K. A., I hope that you can use this.

Your brother,

Adrian Rogers

lg

292

*Exhibit M*



## alliance for the new humanity
*"A dream that one dreams alone is only a dream, but a dream that we dream together is reality" -Raul Salazar*

November 11, 2004

**Board of Directors**

Oscar Arias Sanchez
(Costa Rica)
Nobel Peace Laureate
1987

Deepak Chopra
(India/USA)
Author

Antonio Fas Alzamora
(Puerto Rico)
Puerto Rican Senate
President

Heraldo Garton
(Chile)
Judge Advocate
International Justice

Kerry Kennedy-Cuomo
(USA)
Human Rights Advocate

Ashok Khosla
(India)
Environmentalist

Ricky Martin
(Puerto Rico)
Grammy Award Winner

Sara Ozacky-Lazar
(Israel)
Coexistence Ambassador
Center for Peace

Roberto Savio
(Italy)
Founder
Inter Press Service

Betty Williams
(Ireland)
Nobel Peace Laureate
1976

Raymond Chambers
(USA)
Entrepreneur/Philanthropist

Salomon Levis
(Puerto Rico)
Banker/Philanthropist

Dr. KA Paul
24210 Lake Houston Parkway
Huffman, TX 77336

Dear Dr. Paul,

I know that you have been invited by Arsenio Rodriguez, the Secretary General for the Alliance of the New Humanity to attend our conference from December 1-3, 2004 in San Juan, Puerto Rico. As one of the Founders and Directors of the Alliance, I send you an invitation as well. My heart tells me that your being there would invigorate and galvanize our meeting. You have dedicated your life with evangelical zeal to the betterment of human beings in all parts of the world. You have been an instrument of God in bringing economic and spiritual nourishment to those who are hungry and deprived. As a fellow Indian, it is my privilege on behalf of the Board of Directors of the Alliance of the New Humanity to be sending this invitation. I hope you will be able to accommodate us and inspire us with your presence as a speaker.

Love,

Deepak

DC:cr

293

*Smalley*
*Relationship Center*

STRENGTHENING YOUR MOST IMPORTANT RELATIONSHIPS

A special ministry, The Gospel to the Unreached Millions and Global Peace, that I support and am honored to be a part of the board, has received an unbelievable gift: a Boeing 747-SP. No other ministry on earth has received a gift like this. It will explode their vision and ministry around the world. This ministry supports tens of thousands of widows and orphans in Asia and Africa.

This Boeing 747-SP that the Lord has given will be used to bring millions of tons of food and medicines too much needed people around the world. Just think of it, they will be able to take teams of evangelists leading millions to Christ in every country. And as a result, my ministry will be able to follow up with proven materials that teach couples and families about loving each other as God gives these new converts his grace. As the scripture says, "They will know that Christ is real when they see their love for each other."

We believe that God will greatly bless this plane. If they tried to purchase it new today, it would be about $200 million. But God gave it to us. And we only need to ask God for one million in pledges or cash gifts over this coming year for all of the final repairs and equipment. A donor has given us a challenge to raise $1 million by end of Sept. 30, at which point he will give us the additional $1 million. Two million dollars for a 747, is that unbelievable?

There are many reasons God has blessed this ministry with such a huge gift. Here are just a few:

*1. We can reach all 207 countries, starting with the 120 poorest first.*
*- 5.3 billion people and many need medical care and food. We'll be reaching presidents to common people.*
*2. We will be able to inspire at least 10 million people to become lay missionaries in the next 4 years, as well as tens of millions of prayer warriors. And we can reach at least 2 million pastors, evangelists and church planters in these 207 countries with training and encouragement.*
*3. We won't be able to handle the media because the coverage it will generate.*
*4. We are hoping to inspire at least 10 million families in 120 countries to take one street child so that all 10 million kids can be taken off the streets; these abandoned children are those who are becoming prostitutes, terrorists and criminals.*
*5. We can invite many businessmen and women, Presidents and Prime Ministers, including people like Bill Gates, to travel with us. They would be more likely travel comfortably on this plane, rather than small chartered planes; 100 people will be able to fly in first-class seating.*

Other opportunities for the plane exist. We can have teaching sessions to 50 to 100 business

294

*Exhibit M*

men and women on the plane, through in-flight video and live teaching. If we want, we can also charter this plane, since there is only one like it in all America. For example, Kofi Annan chartered a regular 747 two years ago, for ten days, to go to Monaco and paid $5 million. If we charter the Ambassador for 100 days per year, we don't know if we will do that, but if we can, at $300,000 per day, we can generate $30 million. With that, we can feed more orphans, widows and pastors and reach the world that much sooner. This is an income generating tool if the Lord wants us to charter. However, any ministry who helps us towards the one million final payment, before Sept. 30, can lease the plane at a nominal fee.

I would like to encourage you to pray and consider helping us reach our goal of 1 million dollars by September 30 of this year. My goal is to find 10 people who can give $100,000. If you fill God encouraging you to give or you know someone we can contact, please give me a call at 417/335-4321 ext. 70 for details or email me at honorets@aol.com.

God bless you all!

In Christ's Love,

Gary T. Smalley

295

AL-QAEDA WINNING—AMERICA LOSING

Exhibit N:





296

Appendix

# DOCUMENTATION FOR "LIBERTY UNDER ATTACK"

297

# POINT 1

From the Desk of Charles G. Taylor
Former President of Liberia

August 16, 2003

Editor New York Times.

I'm writing this letter to let the whole world know that Dr. K.A. Paul, founder and
president of Global Peace Initiative, came to Liberia with his team of ambassadors and
spent numerous hours with me personally, giving me valuable counsel over the past 30
days. We've had nearly 50 phone conversations together and numerous meetings face to
face, since we first met on July 15, 2003.

My decision to step down as President and leave the country of Liberia was a difficult
one personally. If there is going to be any credit given for my final decision to step down
and leave the country, I will say that 99% of it goes to Dr. K.A. Paul alone. I can not
watch all those people who had little or nothing to do with my decision of departure to
take credit for what Dr. Paul has done. I am forever grateful to him for his contribution
in this difficult situation.

Let the record show the facts, let the people of Liberia understand this, and let President
Bush recognize what Dr. Paul has done. As a result of all this, let there be true peace and
prosperity in Liberia.

Cordially,

Dankpannah Dr. Charles Ghankay Taylor

298



# REPUBLIC OF LIBERIA

OFFICE OF THE PRESIDENT

July 16, 2003

Dr. K. A. Paul
Chairman and Founder
Global Peace Initiative
110 Maryland Avenue, NE Suite 201
Washington, D.C.

Dear Dr. Paul:

I am pleased hereby to thank you for responding to my invitation and that of national Church leadership of Liberia especially at this critical time in the history of our nation. The peace-loving people of Liberia will continue to remember you for your magnanimous counsel and admonition during this period of our national perils.

Your visit over the last few days will certainly leave a lasting impact on the lives of many our people who continue to put their tribulations hopes and aspirations before the merciful throne of God, the Almighty Creator. As a truly Christian nation, the people of Liberia will always maintain their faith in the saving grace of our Lord, Jesus Christ.

We have no doubt that it was through the divine intervention of God that you came to this country and rekindled the hopes of our nation. May we all continue to work together in the search for total peace and security for the people of Liberia and the brotherhood of man.

May God richly bless you in all of your endeavors.

Cordially,

Dahkpannah Dr. Charles Ghankay Taylor

299

AL-QAEDA WINNING—AMERICA LOSING

Prime Minister Tony Blair was too busy with President Bush and the unnecessary Iraq War. He was unable to respond to any other crisis, like Liberia, Congo and Sudan where millions of innocent died. Bush, Rice and Blair need to be held accountable for massive genocide. It may be time for the U.S. voters to encourage individuals such as former NY Mayor, Rudy Giuliani and former Secretary of State Colin Powell to be on a Presidential ticket for 2008 as independent candidates to send a message to the entire world that ordinary Americans are ready to reverse the course and win the war on terror.

*Documentation for "Liberty Under Attack"*



OFFICE OF THE PRESIDENT

# REPUBLIC OF LIBERIA

July 16, 2003

His Excellency Tony Blair
PRIME MINISTER
United Kingdom of Great Britain
10 Downing Street, London

Dear Prime Minister Blair:

I am pleased hereby to present my compliments and best wishes to you for your interest and concern for the peace, security and well being of the people of Liberia, as demonstrated by the continued engagement of the Government of the United Kingdom in the search for lasting peace stability and security in Liberia. I seize this opportunity to reassure you of our own commitment to do everything possible to ensure that durable peace and stability return to our country.

Mr. Prime Minister, after much prayer, receiving spiritual counseling, the last session occurring up to 4:00 a.m., July 16, and having spent time with bishops and church leaders of Liberia along with Dr. K. A. Paul of Global Peace Initiative (GPI), I am committed, as I have already stated, to my willingness to step down from office and leave Liberia, with one condition which I have personally expressed to Dr. Paul. I am confident that he will convey same to you. My decision to take this course of action is based on a desire to avert any further suffering, starvation and bloodshed in the country.

In connection with the statement of President Bush that I leave office and depart Liberia immediately, I am concerned that any hasty action of this nature could result in the wanton loss of lives or culminate in a genocide of nationwide proportions. We should also not lose sight of the fact that Liberia is a nation founded on Christian principles and headed by a Christian, which I am. This country is one of the last bastions of Christianity in West Africa. The prospects of this country being overtaken and controlled by Islamic fundamentalists must be taken seriously in relation to the search for lasting peace and security in this country.

As you are aware, Mr. Prime Minister, Liberia is surrounded by Islamic states in the subregion. I believe that a major spiritual battle has been unfolding and there is a need for all concerned to fully understand the situation. It is my ardent desire that all peace proposals must take into consideration the protection and preservation of the sacred Christian heritage of this Country.

I have spent several hours listening and sharing with the Global Peace Initiative team and I believe, Mr. Prime Minister, that you will have the opportunity to have the facts on the ground from a man of God, a peace ambassador and members of his team.

It is my hope that you and the government of the United Kingdom will continue to remain seized of the situation and lend your fullest participation in the search for lasting peace and security for the people of Liberia.

Please accept, Mr. Prime Minister, the assurances of our highest consideration and esteem.

Cordially,

Dahkpannah Dr. Charles Ghankay Taylor

301

AL-QAEDA WINNING—AMERICA LOSING

## SUNDAY TIMES

Liberian despot bows to Indian preacher

Senior's soldiers amok in the US

*Documentation for "Liberty Under Attack"*

# The New York Times

NEW YORK, THURSDAY, JULY 24, 2003

THE NEW YORK TIMES **INTERNATIONAL** THURSDAY, JULY :

## Nigeria Readies Peace Force for Liberia; Battles Go On

ending hostilities and paving the way for peacekeepers — gave yearly again today when his spokesman, V:kand Pakseswa, said the latest assault by rebels and "obstruction" by the international community had forced Mr. Taylor to reconsider.

Mr. Taylor has been promising for several weeks to leave. His vacillation makes it impossible to gauge what he really means.

In his most recent pledge, made in an interview on Tuesday night, Mr. Taylor said that he intended to leave within 10 days, and that he would make that intention public in a prayer rally on Saturday with a friend, the Rev. K. A. Paul, an American evangelist.

This morning Mr. Taylor's spokesman, Mr. Pakseswa, seemed to step back from that declaration, saying, "It's not sacrosanct."

In the past Mr. Taylor has said he would leave only after peacekeepers arrived. He has also said he would reserve the right to return to politics.

Today Mr. Pakseswa said the rebel attacks that began Saturday, the third in six weeks, rendered Mr. Taylor's perceived exit meaningless.

It was impossible to tell the intentions of the government and its rank and file fighters whether Mr. Taylor was getting ready to quit or was planning to stay. Government officials went on looting sprees on their side of town, and there were reports of looting in rebel-held areas.

Liberian customs agents commandeered thousands of dollars before food and other emergency aid could get out of the airport, according to a United Nations official.

Several aid workers and foreign journalists left the city today, many of them flying to neighboring Sierra Leone in United Nations military helicopters.

The same helicopters ferried in the rest of a contingent of United States marines who began deploying earlier this week to protect the American Embassy. Their arrival had been delayed because of intervening rebel attacks on Monrovia on Monday.

Insert taken from above NY Times article.

Mr. Taylor has been promising for several weeks to leave. His vacillation makes it impossible to gauge what he really means.

In his most recent pledge, made in an interview on Tuesday night, Mr. Taylor said that he intended to leave within 10 days, and that he would make that intention public at a prayer rally on Saturday with a friend, the Rev. K. A. Paul, an American evangelist.

*Insert taken from above NY Times article.*

303

AL-QAEDA WINNING—AMERICA LOSING

 **GLOBAL PEACE INITIATIVE**

FOR IMMEDIATE RELEASE: DISAPPEARANCE OF
FORMER LIBERIAN PRESIDENT CHARLES TAYLOR

8:00 PM (EST), March 27, 2006

Former Liberian President Charles Taylor, held under guard in Nigeria for the past three years, has disappeared, and the man who orchestrated his exit from Liberia fears he's been kidnapped.

Dr. K.A. Paul, an international evangelist and peacemaker who has millions of followers in the region, counseled Taylor during the days leading up to his departure. He met with Taylor on Monday and Tuesday in Nigeria, accompanied by reporters from Reuters and AFP.

"He has disappeared," said Dr. Paul. "I've not been able to reach him or his family."

Under pressure from the United States, new Liberian President Johnson-Sirleaf requested his extradition just three months into her term. However, confusion reigned yesterday when her spokesperson said the extradition was not to be to Liberia, but instead to Sierre Leone, raising questions about the legitimacy of the request. UN prosecutors and human rights groups have joined in the demand that Taylor should face trial on war crimes charges. Paul also insists that Taylor face justice, but warns against doing it so soon in the region, still volatile and recovering from the decade long civil war.

"It would also be against the agreement that was made when Taylor agreed to step down in 2003," said Dr. Paul. "Even people in

304

*Documentation for "Liberty Under Attack"*

his own party say if he is to be tried, it must be in the international court in The Hague."

At this point, nobody knows Taylor's whereabouts.

"I haven't heard from him in five days" said Dr. Paul, who plans to return to Washington Tuesday evening. "I don't know if he's in hiding, or if some government agents have grabbed him." Paul himself eluded an attempted kidnapping Wednesday evening and quickly escaped the country. He is now in Ethiopia, Africa's second-largest country, where he has been meeting with President Girma and others in an attempt to make alternate arrangements that would move the trial out of the region.

Dr. Paul expressed grave concern that Liberia's fragile government would be de-stabilized if Taylor is returned there. "Taylor told me the new Liberian president would be dead in 10 days, if he was captured and extradited to Liberia," said Dr. Paul.

He also decied President Bush's planned meeting with President Obasanjo of Nigeria on Wednesday, expressing fears that the U.S. may be striking a bad deal with him for Taylor's extradition. "We may end up making an arrangement to prop up a new dictator. Africa doesn't need more dictators and crises—it needs healing." Paul expressed his dismay that Bush would meet with Obasanjo even though eight Christian bishops, leaders and pastors have been murdered there in recent months.

AL-QAEDA WINNING—AMERICA LOSING

http://www.mg.co.za/articlePage.aspx?articleid=267781&area=/insight/insight__national/

http://za.today.reuters.com/news/newsArticle.aspx?type=topNews&storyID=2006-03-21T161137Z_01_ALL158229_RTRIDST_0_OZATP-LIBERIA-TAYLOR-20060321.XML

http://allafrica.com/stories/200603270079.html

*The mission of Global Peace Initiative (GPI) is to inaugurate and promote international grassroots movements—especially in developing countries—to resolve wars and conflicts and to address human crises with practical, community-based solutions. There is a special focus on street children, abandoned women, victims of natural disasters, and refugees.*

306

*Documentation for "Liberty Under Attack"*



# GLOBAL PEACE INITIATIVE

## FOR IMMEDIATE RELEASE

August 4, 2003                                    Contact: DaveMcQuade

949-632-5800

### Global Peace Initiative Discloses Its Three-Week Liberian Peace Role

### (Announces a GPI role for August 11th official step down of Charles Taylor)

Washington, D.C. Global Peace Initiative (GPI), disclosed details today of the organization's three-week supporting role in fostering the peace process for Liberia. K.A. Paul, President and Founder of Global Peace Initiative, also announced today that he and members of his GPI team will be on hand in Monrovia on August 11th to help preside at a ceremony where a new President of Liberia will be sworn in. GPI will also be on hand to assure that current President Charles Taylor fulfills his private commitment to K.A. Paul to step down, relinquish power, and leave his country. Unacquainted with Charles Taylor until mid-July, international humanitarian and respected spiritual advisor, K.A. Paul in hours of communication as Taylor's spiritual advisor sternly counseled and advised Taylor that he must take responsibility for his past actions and help facilitate peace. Paul held two prayer events at Samuel Doe Stadium in Monrovia in the past two weeks.

Beginning with an inauspicious journey to the 6th gathering of the Leon H. Sullivan African Summit in Abuja, Nigeria on July 12th, what appeared like a week of meetings with African and American

307

leaders, K.A. Paul and his team of GPI Ambassadors were instead plunged into a three week long journey amongst most of the parties of the raging Liberian civil war and peace process including meetings with Charles Taylor himself; The Liberian House Speaker; LURD and MODEL rebel leaders; the President of Ghana and Chair of ECOWAS J.A. Kufuor as well as the religious leaders of Liberia. Detouring from summit activities on Monday, July 14th, at the request of Liberia's religious leaders, K.A. Paul and a group of American humanitarian leaders (including two former members of the U.S. Congress) embarked to Monrovia to begin a first hand assessment of Liberia's crises and have spent three weeks since in a supporting peace role. GPI team members have fully advised the White House and State Department personnel of their activities.

Known for his massive Peace Rallies and Festivals across the world, K.A. Paul has spoken to tens of millions of people in India, Africa, Philippines, and South America. The complexities of the Liberian crises were similar to the impossible dynamics in Burundi and Rwanda in 2000, a conflict that K.A. Paul found himself involved with and helping to solve in September of 2000. K.A. Paul's international renown as a fair peacemaker and advocate for the poorest of the poor drove the bishops and religious leaders of Liberia to seek him out for help at the Abuja summit. In the days that followed - Paul and his team spent days of travel and participated in face to face meetings with Taylor, rebels and third parties, including two trips deep into Monrovia and to Accra, Ghana where they met with President Kufuor, LURD and MODEL in playing a supporting role in crafting peace. K.A. Paul will be available for 48 hours only on Wednesday and Thursday to discuss their adventures in detail before departing again for Liberia. A chronology of GPI's three week saga is submitted herewith. Pictures and exclusive video of private meetings are available upon request and are also available at www.globalpeacenow.com

308

*Documentation for "Liberty Under Attack"*

# GPI CHRONOLOGY OF LIBERIAN EVENTS

| | |
|---|---|
| July 12th | GPI Team arrives in Abuja, Nigeria for the Leon H. Sullivan Summit with African Leaders |
| July 12th and 13th | Liberian Religious Leaders seek out K.A. Paul and the GPI Team and plead with them to come to Liberia and assess the need in their nation and to pray with churches there |
| July 14th to 16th | K.A. Paul and GPI travel to Liberia and meet with a large stakeholder group of Liberian interests including President Charles Taylor and displaced persons. A prayer rally was held at Samuel Doe Stadium. |
| July 16th | K.A. Paul and GPI Team meet privately with President John Kufuor of Ghana at his office to disclose their findings of the Liberian trip. |
| July 20th to July 22th | K.A. Paul and GPI engage in debriefings in the U.S. and ongoing discussions with African leadership about Liberia. |
| July 23rd | K.A. Paul and a team member return to Accra, Ghana with a meeting with President Kufuor to discuss the latest developments and the upcoming trip to Monrovia the next day. |
| July 24th | President Bush's assistant and Director of African Affairs personally called K.A Paul and his Executive Director McQuade numerous |

|                      | times until 10th August, 2003, to request and recruit help for Liberian crisis. |
|----------------------|---------------------------------------------------------------------------------|
| July 24th            | Even during the fighting in Monrovia, Paul and his associate fly from Accra to Monrovia to meet with Taylor and religious leaders. Paul holds another Peace Rally and prayer service for Liberia at Samuel Doe Stadium |
| July 24th to July 27th | Paul and associate fly back to Accra and meet privately with MODEL and LURD leaders and by phone with President Kufuor in attempt to bring them into alignment for an agreement for a cease fire and to assure them of Taylor's personal commitment to Paul to step down and leave the country. |
| July 28th to July 31st | GPI team briefs White House and State Department of their findings and engages Liberian contacts, including Taylor to stay the course of peace, Taylor agrees to a date and constitutional interim transfer of power to the Speaker of the House. |
| August 1st           | Paul and GPI team agree to return to Liberia for an August 11th ceremony marking Taylor's step down and the peaceful transition to an interim government. |

# POINT 2

Rwanda/Burundi in 2000, Nigeria in 2001 India and Pakistan in 2002 peace-related pictures and documentation are already provided in this book. For King Pharmaceuticals SEC investigation please do Google search in the year 2003.

BURUNDI PEACE PROCESS

POLITICAL PARTIES

ANADDE, PIT, RADDES

BUJUMBURA - BURUNDI


TO

His Excellency President

Daniel Arap Moi,

KENYA

Your excellency, Mr President we humbly bring to your kind attention that we have met and attended Dr. K.A Paul's peace rally in Bujumbura Burundi. We have been very touched and blessed by his message on peace. We have met with him and asked him to personally travel with us to Nairobi. Now he is with us in Nairobi.

We know that you are a man of peace and prayer therefore we humbly request you to arrange sometime for Dr. Paul as a spiritual leader to lead us in prayer during or before tomorrow's meeting. We believe that he will be a blessing to all of us.


Thanking you very much.


Yours sincerely,

- ANADDE, *Fabrice NSABABGANWA*, President
  *dabet Mol*
- P.I.T, NOINVENKUNDO Nionhoty, President, SS
- RADDES, NZEYIMANA Joseph, President

311

St. Louis Business Journal - March 11, 2003
http://stlouis.bizjournals.com/stlouis/stories/2003/03/10/daily25.html

## ST. LOUIS BUSINESS JOURNAL

New benefit for print subscribers! Click here to learn more...

BUSINESS PULSE SURVEY: Should the Cardinals get help from the city and state in order to devel

# King Pharmaceuticals under SEC investigation

St. Louis Business Journal - March 11, 2003

Bristol, Tenn.-based **King Pharmaceuticals Inc.**, which acquired St. Louis-based Jones Pharma in July 2000 for $3.4 billion, is under investigation by the Securities and Exchange Commission.

The company said it was not aware of the reason for the investigation, but confirmed that the documents requested by the SEC focus on the years 1999 and 2000, and include documents related to sales of its products to VitaRx and Prison Health Services; its "best price" lists; pricing of its pharmaceutical products to governmental Medicaid agencies in 1999; and rebates on its Altace drug, used to reduce the risk of stroke, heart attack, or death from cardiovascular causes, since 2000.

King said it was complying with the subpoena and intends to cooperate fully with the investigation.

King (NYSE: KG) specializes in acquiring cast-off branded prescription drugs from larger companies and then reselling them.

Contact the Editor    Need Assistance?    More Latest News →

Subscribe or renew online

All contents of this site © American City Business Journals Inc. All rights reserved.

312

*Documentation for "Liberty Under Attack"*

# POINT 3

Haiti rebel leader Guy Philippe letter and pictures are in the book and Congressman Bob Clement and other religious leaders were on the Haiti trip.

 Associated Press

ATTACHMENT:

AP Saturday, March 6, 2004

Haitian rebel leader turns to evangelist for spiritual guidance
By IAN JAMES
Associated Press Writer

PORT-AU-PRINCE, Haiti (AP) _ Indian evangelist K.A. Paul has traveled from Liberia to Iran offering everything from peace mediation to humanitarian aid. In his latest tour, to Haiti, he is also giving spiritual guidance to the country's rebel leader.

Paul said he isn't taking sides and is meeting with everyone, including Prim Minister Yvon Neptune, who has remained even as President Jean-Bertrand Aristide went into exile in the Central African Republic this week.

But he has spent most of his time in Haiti with rebel leader Guy Philippe, praying over whether Philippe should run for office and serving as his "personal spiritual leader."

On Friday, Paul and Philippe handed out bags of crackers, potatoes, canned corn and chocolate bars to hundreds who lined up for aid, an even that at times took on the feel of an impromptu political rally.

"How many of you want him to be in political office in this country?" Paul shouted out to the crowd. Philippe, who has denied political ambitions, mouthed "No." But the crowd applauded and cheered.

Earlier, as the two sat atop a truckload of food, Paul put his palms together, then grasped Philippe's hand and said a prayer. "This is just the beginning of God's answer to the people of Haiti," he said.

Paul, who heads the Washington-based Global Peace Initiative, arrived several days ago on his charity's Boeing 747 — Global Peace One — bringing about 28,000 pounds (13,000 kilograms) of donated food and accompanied by a team including former U.S. Rep. Bob Clement, a Democrat from Tennessee.

Paul said it's clear Philippe has strong public support to run in elections to become Haiti's next leader — even though so far Philippe has said he isn't interested.

"If God wants him to be the future president or prime minister, that's what he will do," Paul said Thursday. "We're praying bout it ... If there is an election now, Guy Philippe will be elected."

Asked if he is now considering a run for political office, Philippe said, "That's why we asked Mr. Paul to pray for us."

Later, chatting with an adviser and journalists next to the pool at the posh El Ranch Hotel, Philippe boasted: "If we have an election now, I would beat all of them put together ... But I'm not interested in politics."

When Paul speaks, Philippe listens.

Earlier this week, Philippe said he and the rebels would go to arrest Neptune for past abuses, prompting the United States to post extra guards outside the prim minister's office.

Paul, 40, who describes himself as a "Hindu-born follower of Jesus," said he explained to Philippe "that is not what you should do if you want peace. I prayer for him, and his heart was touched."

In recent days they have held lengthy meetings in Paul's suite, seated around a glass table. Sometimes the evangelist's suggestions resemble a sermon.

313

AL-QAEDA WINNING—AMERICA LOSING

"If you allow one innocent person to be killed, you will be judged by God," Paul said he told Philippe and several of his men Thursday. "God is watching us."

Paul said he has noticed "a lot of change" in Philippe. The rebel leader has shed his camouflage fatigues for jeans and short-sleeved shirts. He asked his militants to lay down their arms this week under U.S. pressure, though he has not agreed to hand over the weapons to any authority.

Some have called Paul the "Billy Graham of India," though he doesn't approve the comparison.

He was born Kilari Anand Paul in Chintivalsa, India, and said he was inspired when he met Mother Teresa in 1987. During more than two decades, he has traveled the world for a variety of causes aimed at peace and humanitarian aid.

His nonprofit group maintains schools and orphanages in various countries, and he splits his time between Washington, where his office is located, and the Houston area, where his wife and three children live.

314

*Documentation for "Liberty Under Attack"*



# THE HINDU

## INDIA'S NATIONAL NEWSPAPER SINCE 1878

## Haiti rebel turns to Indian evangelist

PORT-AU-PRINCE, MARCH 6. An Indian evangelist, K.A. Paul, has travelled from Liberia to Haiti offering everything from peace mediation to humanitarian aid. In his latest tour, to Haiti, he is also giving spiritual guidance to the country's rebel leader, Guy Philippe.

Mr. Paul said he was not taking sides and was meeting everyone, including the Prime Minister, Yvon Neptune, who had remained even as Jean-Bertrand Aristide, the former President, went into exile in the Central African Republic this past week. But he has spent most of his time in Haiti with the rebel leader, praying over whether Mr. Philippe should run for office and serving as his "personal spiritual leader."

Mr. Paul and Mr. Philippe yesterday handed out bags of crackers, potatoes, canned corn, and chocolate bars to hundreds who lined up for aid,

an event that at times took on the feel of an impromptu political rally.

"How many of you want him to be in political office in this country?" Mr. Paul shouted out to the crowd. Mr. Philippe, who has denied any political ambitions, mouthed "No." But the crowd applauded.

Earlier, as the two sat atop a truckload of food, Mr. Paul put his palms together, then grasped Mr. Philippe's hand and said a prayer. "This is just the beginning of God's answer to the people of Haiti," he said.

Mr. Paul, who heads the Washington-based Global Peace Initiative, was born Kilari Anand Paul in Chintkulsa, India, and said he was inspired when he met Mother Teresa in 1987. During more than two decades, he has travelled the world for a variety of causes aimed at peace and humanitarian aid. — AP

315

AL-QAEDA WINNING—AMERICA LOSING

# POINT 4

Picture of Dr. K.A Paul hosted by Syrian President in his Palace on June 23, 2005 and Indian Political leaders who had traveled to Syria are in the book.



STATE OF ARKANSAS
MIKE HUCKABEE
GOVERNOR

June 14, 2005

To Whom It May Concern:

After speaking to a conference of several thousand "Little Teresas" and visiting the children residing at Paul's Charity City near Hyderabad, India, I am honored to invite them to the Arkansas Governor's Mansion in Little Rock, Arkansas for a State Dinner, Monday, July 11, 2005 at 7:00 PM.

Two of the most unforgettable experiences of my life were the awe-inspiring sight of thousands of Little Teresas being trained to help their neighbors—even in the midst of their own loneliness and destitution—and the heartfelt welcome I received from hundreds and hundreds of children at Paul's Charity City. I want my colleagues and my constituents to share at least a small part of what I experienced during my trip to India.

This dinner cannot repay what these two groups gave me in India, but it is a way for me to at least honor them; Dr. K.A. Paul, the one who has committed his life to serving them; and the entire distinguished international delegation traveling with Global Peace Initiative.

Sincerely yours,

Mike Huckabee

316

*Documentation for "Liberty Under Attack"*



# Leader of T.D.P. Parliamentary Party
## K. Yerannaidu M.P.
9, Safdarjung Road, New Delhi-110 001

April 5, 2005

Your Excellency Ali Mohammad Khatami-Ardakani, President
Islamic Republic of Iran
Teheran, Iran

My dear Sir,

Shortly after the earthquake in Bam, Dr. K.A. Paul, the President and Founder of Global Peace Initiative, his leadership team, and several distinguished guests were very privileged to visit your wonderful country and deliver urgently needed medicine and supplies to the earthquake victims through the hand of the honorable health minister Dr. Pezeskiyan. You very graciously invited Dr. Paul and his leadership team to meet you, but circumstances did not allow it. Dr. Paul has asked that I relay his sincere regrets that he was unable to meet you when we landed in Teheran on February 23, 2004. Even though it was our highest honor to receive your invitation, His Excellency, President Girma of Ethiopia, was aboard *Global Peace One*, our VIP Boeing 747, and we were uncomfortable leaving him there for an extended period of time. Please accept Dr. Paul's apology and his expressed desire to meet you in the very near future.

On March 18, a letter was sent to you apprising you of a pending visit by several Senators from the Indian Parliament, including myself. It appears that Dr. Paul may also join us in Teheran. It is our sincere hope that the multiparty delegation, which will visit several nations during the parliamentary break to build relations and promote peace, can meet with you during our time in Iran. Our plans allow us to be in Teheran anytime between May 15 and May 25. If those dates are agreeable, it would be our highest honor to meet Your Excellency for an hour during our visit.

Again, thank you so much for the gracious hospitality that was extended to us during our prior visit. We hope to meet you personally this time.

Yours faithfully,

K. Yerannaidu M.P
Leader of T.D.P. Parliamentary Party

317

AL-QAEDA WINNING—AMERICA LOSING



# GLOBAL PEACE INITIATIVE

GLOBAL PEACE INDIA SUMMIT

*May 10*

*New Delhi*

*Special address by*

**Dr. K.A. Paul**

As you know, there are many crises—many hotspots—around the world today that could explode into a major war at any moment. Many countries fear a nuclear North Korea. From that one country alone, many of the world's major cities can be attacked, including Los Angeles and San Francisco on the West Coast of the United States. For that reason much of the world has joined together to demand that North Korea abandon its nuclear arms program.

Iran is in a similar situation. The U.S. and Europe are putting extreme pressure on Iran to abandon any ambitions it might have for nuclear weapons. Israel and Iraq both have grave misgivings about a nuclear Iran and are contemplating what that might mean to their own futures.

But we in this country of course know and understand that there is a significant level of hypocrisy on the part of many major countries who demand that select countries abandon their nuclear weapons program while they themselves are armed to the hilt with nuclear stockpiles. They unashamedly have two standards. We do not believe this to be fair or the best approach to controlling nuclear weapons.

318

*Documentation for "Liberty Under Attack"*

We cannot have one standard for dominant nations which allows uncontrolled construction of these weapons; but a different standard when the "dominated" countries try to get the same types of weapons. Often these countries incur a sustained effort from a strong coalition of the dominant countries to externally control them through economic sanctions or in some cases even war.

It seems to me that the only equitable solution that does not give preferential treatment and pander to the most powerful is to call all nations to abandon nuclear weapons altogether—no exemptions, no exceptions. I believe that India and much of the world would stand solidly in favor of such an approach to controlling nuclear weapons.

But these potential hotspots—along with others that have not even been mentioned—are overshadowed by the 60 wars that are already in progress around the world. Millions are perishing in these raging wars while much of the world looks the other way. More than 4,000,000 people have perished in Congo. Two million have been killed in Sudan. Almost one million were killed in Rwanda. Hundreds of thousands died in Liberia; thousands have lost their lives in Iraq. In many of these countries the wars have brought humanitarian crises of staggering proportions. Even in the 21st Century, millions of families living in these war zones have no home in which to live. Many lack food—some because the wars have made their communities inaccessible; in other cases, it is a deliberate tactic of war to deny food to innocent civilians. Women and children are allowed to literally perish from hunger.

Beside the manmade tragedies that are inflicting such pain on tens of millions of people, there are also natural catastrophes such as the one that just struck our own country. Every year, millions of innocent individuals become victims of the forces of nature that is controlled by no human. When people face such a challenge the world

319

AL-QAEDA WINNING—AMERICA LOSING

has a responsibility to help. In the case of the tsunami, this unprecedented catastrophe was met with any unprecedented outpouring of compassion from across our country and around the world. This is as it should be; however, we did not see a similar outpouring when an earthquake subsequently struck our neighbor Iran and killed hundreds of people. The tragedy of an innocent family losing their home to the forces of nature anywhere in the world should call us all to action to ensure that when catastrophes strike—whether they be large or small—we respond to help all those who need us so desperately.

This is a test of our character. We must understand that human suffering does not recognize national borders. It is equally tragic for children who have lost everything—their homes, their families, their security, their friends, and many times, even their futures—whether they hail from Congo, or America, or North Korea, or France, or Venezuela. We must firmly reject selective compassion—where we care about the suffering of one group but ignore the sufferings of another—and do everything within our power to meet the needs of all in our human family who suffer from lack today. Wherever humans are suffering the world should see India leading and rallying the world to meet their needs.  One of the things that has engendered such broadly based trust and respect for our organization is that we are committed to go where others won't. Even though there were no flights and all but one traffic artery into the city was shut down, we were among the first to arrive in New York after the terrorist attacks, setting up operations on September 12, 2001; and tragically, our organization is one of the very few that even cared to respond to the recent earthquake in southeastern Iran that that killed hundreds and razed several towns, less than two months after the tsunami.

Our basic humanity is not defined or constrained by national borders or income or political affiliation or our religion.  When peo-

320

ple hurt, we must be there. When they need help, our hand should always be among the first to respond.

Mahatma Gandhi, as the first leader of our democracy, laid a very solid foundation for living peacefully with others—especially if they were different from us. We must not only apply those principles to our personal lives and our own country, but now we must rise to the challenge of taking it to the rest of the world as well. As Mahatma Gandhi so brilliantly put it, "We must *be* the change we hope to see."

Please understand what is happening: We are pioneering a new way of peacemaking. It is presented to all who hear me speak—from the most sophisticated to those who have no education; from presidents and prime ministers and kings to the lowliest child struggling to survive in the streets. The message is striking in its simplicity, its clarity, and its relevance—and it is the path to peace: love your neighbor; care for those who have no one else to care; give to those who can never pay you back; go beyond just wanting peace to become a peace-*maker*; change your world. And as individuals from every conceivable background, ethnic group, religious persuasion, economic strata and political background heed that simple message, something remarkable happens: a foundation for true peace is laid. When compassion is awakened, we may even find ourselves working alongside one we perceived to be an "enemy" to serve the most desperate, and suddenly our own conscience is awakened, our own understanding of that enemy is enlightened, and we begin to see our unlikely co-servant as more valuable than we could have ever imagined. By heeding this message, our hearts, our families, our communities and our nations are changed and the path to true peace is trodden.

It is appropriate that this pioneering peacemaking effort should originate in India. We have a unique global leadership role as the world's largest democracy and 2nd most populous nation. We solidly

321

believe that this role should be recognized and formalized by the world by granting us a permanent seat on the U.N. Security Council. However, it is even more important that *we* understand our role and live up to the obligations and responsibilities that come with it. India must be the first to speak out against injustice and the first to promote peace. Everything we do must be laced in fairness and equal treatment toward all. We must be consistent in our principles, rejecting double standards and selective compassion. As the Parliament is currently demonstrating, we Indians have our differences. But we also have freedom of expression and freedom of faith. As leaders we mustn't let the minor differences trump our unity. Let's major in majors and minor in minors.

As members of the parliament in India, you are called not only to serve our communities and our nation, but now I am declaring far and wide to all nations—especially to my own beloved India—that we in India are now called to serve the whole world and all humanity. That means we must lead; we must be proactive when it comes to peace. We should be the first in the areas of friction in the world with a firm dedication to both fairness toward all and preservation of peace. We must be first to respond when humans face the wrath of nature and lose everything. We had a good start during the tsunami when we extended our own injured hand to a neighbor who was hurt even worse. We must continue down this road, making sure never to exclude anyone because we disagree with their politics or their customs or their religion or because their skin is a different color.

I count it a personal honor and a privilege to have so many Indian MPs ready to travel the world with me as Global Peace Ambassadors to promote peace, prosperity, stability, and humanity.

Tonight we proclaim that we stand united in our determination to learn every nuance and every detail of how to become true peacemakers. Gandhi's principles, our practical application of those

322

principles around the world, and the resulting open doors, together with the united voice of India's MPs proactively pursuing peace in every area of our world—this is a potent combination that will be more effective in changing the world than all the guns,

AL-QAEDA WINNING—AMERICA LOSING



# GLOBAL PEACE INITIATIVE

## NEWS RELEASE

(For immediate release)

Media Contact Dr. David Raju ~ 098.481.86701

# Global Peace India Summit
# with Dr. K.A. Paul

*An Historic Event in India Uniting all Sixteen Major Political Parties*

*Tuesday, May 10, 2005, 6:30 PM*
*Taj Residency*
*New Delhi, India*

Tuesday evening an historic event will take place at the Taj Residency in New Delhi led by Andhra native Dr. K.A. Paul, President and Founder of Global Peace Initiative (GPI). Under his leadership the Global Peace India Summit has captured the imagination of many of India's MPs, almost 50 of whom serve on the Host Committee. Led by former Prime Minister Deve Gowda, host committee members hail from all sixteen major political parties in India—in itself a remarkable achievement. Many other VIPs and leaders in India will also attend the 6:30 program, including at least five cabinet members. There are even indications that one or more of India's top leaders may be in attendance at the event Tuesday.

The Summit will focus on India's increasingly powerful global leadership role, especially as it pertains to peace and serving humanity. Dr. Paul will challenge MPs who do not already belong to

324

join him as Global Peace Ambassadors aboard his VIP Boeing 747-SP in his unique quest for peace. Already several MPs serve in that capacity. When natural or manmade humanitarian disasters occur, these Global Peace Ambassadors quickly go to the affected areas and meet with government officials preparing the way for massive amounts of food and medicines to be quickly delivered to the affected areas. They have also been instrumental in using their influence to get Dr. Paul before leaders who are either at war or on the verge of war in an attempt to stop the violence. Amazingly, seven wars have either been averted or stopped using this unique approach.

Even though Dr. Paul has been involved in humanitarian work in India for almost 23 years, he is just beginning to be known outside his native Asia and its closest neighbor, Africa. Recent front-page and feature articles in the *New York Times,* the *Washington Times,* the *Houston Chronicle,* the *Times of India,* the U.K.'s *Independent,* and literally hundreds of local press reports about his work are beginning to introduce Dr. Paul to the entire world. Curiosity about Dr. Paul reached a fever pitch last year when a major U.S. magazine, *The New Republic,* surprised Americans by doing an extensive cover story that passed over dozens of popular American evangelists to describe a young Indian—Dr. K.A. Paul—as the world's most popular evangelist. It is estimated that already he has spoken face-to-face with more people than any other person in history. He is also credited with building the world's largest facilities for orphaned and abandoned children.

A robust schedule for the remainder of 2005 has Dr. Paul sponsoring at least one and possibly two around-the-world trips promoting peace in the world's most tenuous hotspots. Besides prominent Global Peace Ambassadors, such as Ethiopian President Girma, Arkansas Gov. Mike Huckabee, who as Chair-Elect of the National Governor's Association is America's most powerful governor for the next two years; and four-time Heavyweight World Boxing Champion

325

Evander Holyfield, Dr. Paul will have as his guests aboard *Global Peace One* twelve Little Teresas, elderly women who have been rescued from starvation or suicide and who in turn have become community servants patterned after the life of Mother Teresa; and twelve orphaned or abandoned children, some of whom were orphaned by the tsunami. Additionally, joint work with the United Nations and U.N. Secretary General Kofi Anan is currently scheduled for June, September and November.

The media are welcome to cover the event; however, due to space limitations, we cannot allow more than 20 media representatives in the room for the evening. To make arrangements, please contact Dr. David Raju at 098.481.86701; in the unfortunate event there is no space left at the Summit, you may discuss alternate media arrangements at the same number. Also, an advance copy of Dr. Paul's speech to the MPs is attached.

*Documentation for "Liberty Under Attack"*



# GLOBAL PEACE INITIATIVE

*For More Information:*

Dr. Reddy Y. Padam
*Special Projects Coordinator*
*09871463987*
*Doug.Dodson@globalpeacenow.com*

*News Event:*

*Hundreds of widows and orphans await*
*Madame's answers at 10 Janpath. Media*
*invited at 9:30 AM.*

## U.S., India Block Peacemakers Following Successful Meetings with Assad, Qaddafi

*U.S. State Department Uses Non-Aligned India to Covertly*
*Block Peacemaking Mission as Former Prime Minister*
*is Refused U.S. Visa*

NEW DELHI, August 4 – After breakthrough meetings a month ago with Syrian President al-Assad and Libyan leader Col. Moammar Qaddafi, a burgeoning peace movement initiated by several of India's leading politicians found itself the brunt of a sudden, strenuous effort by the India Foreign Minister Natwar Singh to block their mission following his hastily arranged visit to the United States in early July for high level meetings with his counterpart, Secretary of State Condoleeza Rice. The effort by nonaligned India is even more unusual considering that dozens of sitting members from all seventeen major parties represented in India's Parliament, including its former Prime Minister Deve Gowda, former Speaker P.M. Sangama, and Mr. Kahn, Deputy Chairman of the Rajya Sabha, as well as many MPs supporting its tenuous governing coalition, are all deeply

327

involved in the peacemaking efforts of Andhra native Dr. K.A. Paul, the Founder of President of Global Peace Initiative (GPI), the group hosting the mission. More than two dozen parliamentarians were to have traveled with the former Prime Minister, Speaker and Paul on the peacemaking trip before the group was targeted. But Singh's effort led to the cancellation of every meeting that had been confirmed, some just hours before they were to have taken place. In Syria, the group received a presidential reception on arrival, only to be told two hours later the meeting had been cancelled.

Questions are now swirling around the Prime Minister's invitation to the July 18 State Dinner with President Bush—only the fifth of his presidency—given the invitation was issued just three days after the meetings with the Middle East leaders. Participants of the peace meetings say a major breakthrough for peace was in the offing, but suggest the Bush State Department was so determined to maintain its upper hand in the region that a quid pro quo arrangement was reached offering India the prestigious honor in return for its help in halting the Indian leaders' peace mission. A major breakthrough, they maintain, could have been a major impediment to the U.S. Middle East Roadmap and an embarrassment to the Bush administration.

Even though the coordinated effort effectively blocked the participation of about half the delegation, including Mr. Gowda, who was to be honored along with widows and orphans of India at a July 11 State Dinner hosted by Arkansas Governor Mike Huckabee, twelve members of Parliament continued the trip in the face of the muscular opposition. Mr. Gowda could not attend the State Dinner, which was in the offing months before Bush's announcement of the State Dinner for Prime Minister Manmohan Singh, because he was denied a U.S. visa.

328

*Documentation for "Liberty Under Attack"*

Global Peace Initiative, a U.S. based nonprofit organization led by Indian national Dr. K.A. Paul, focuses primarily on helping street children and widows in developing countries around the world. However, it has recently become involved in stopping or averting wars as a way of preempting the creation of more widows and orphans. Their first successful foray officially ended the war between the Hutus and Tutsis in Burundi / Rwanda. But it was Dr. Paul's success in Liberia that seems to have first agitated the United States. After spending more than 20 hours on the phone with the State Department during his successful effort to convince Liberian President Charles Taylor to step down, Paul and his group suddenly found themselves completely shut out from any further communication with the administration, even though several of its most prominent supporters are also among the largest donors to the President's election and reelection campaigns. Dr. Paul, who arranged for Taylor to step down and presided over his stepping down ceremony, was suddenly detained and whisked away as he was boarding the plane with Mr. Taylor as he was going into exile in Nigeria. Minutes later, the United States announced it had successfully ended the Liberian crisis. Further successes in ending the India-Pakistan standoff two years ago, and stopping the war in Haiti last year—both of which the Bush administration took credit for—has solidified the Paul's reputation as a peacemaker even as it has apparently earned increasing disdain from the United States.

Another attempt by the Bush Administration to block the mission appears to have backfired. The peace delegation was to have included a contingent of "Little Teresas", destitute widows who vow to emulate the life of Mother Teresa, and orphans, all of whom were to have been the special guests of honor at the State Dinner hosted by Arkansas Governor Mike Huckabee on July 11, and a private reception the next evening in the home of Carl Lindner, owner of the Cincinnati Reds and leading donor to Bush's election campaigns.

329

AL-QAEDA WINNING—AMERICA LOSING

However, the U.S. Consulate in Chennai may have violated the State Department's own rules by issuing visas to the nine orphans—all girls aged 10 to 12—while refusing to issue visas to any accompanying adults. It apparently runs counter to Bush initiatives targeting the burgeoning child sex trade in Asia. Tragically, one of the children became critically ill with what has been diagnosed as Type 1 Juvenile Diabetes. The extremely contagious infection which likely triggered the diabetes now threatens the other eight children, who are being closely monitored by the hospital. The 11 year-old girl was hospitalized July 14 in Washington, DC, where she remains, still awaiting the necessary contingent of caretakers the hospital insists must come to the U.S. before she can be released. In addition to refusing visas for the three caretakers who were to have accompanied the orphans, virtually all of the "Little Teresas" who were to have been honored at the State Dinner in Little Rock were also refused visas by the U.S.

Some are suggesting this may be the opening salvo for the 2008 U.S. presidential race since Governor Huckabee, as Chairman of the powerful National Governor's Association, from whose ranks four of the last five U.S. Presidents have come, is considered a strong contender should he seek the nomination, as it is rumored he might. They contend the Rice State Department may be attempting to head off any efforts by the Governor to polish up his image in foreign affairs, his weakest suit. Hosting such a large, prominent group from the world's largest democracy might be seen as a coup by the Arkansas governor.

"If blocking peace missions and abandoning sick orphans in their hour of need is what this administration's politics has come to, I must confess that I am shocked, appalled, embarrassed and saddened at the depth to which they have taken my country," declared Doug Dodson, former Bush supporter and GPI International Coordinator who has worked with Paul for almost fifteen years.

*Documentation for "Liberty Under Attack"*

"Targeting terrorists is one thing. But targeting peacemakers, widows and orphans is quite another. To oppose them is to oppose God—and I think that is a struggle we are certain to lose despite all our armies, missiles, tanks and fighter bombers! Notwithstanding our pride, arrogance, and self-confidence, we will soon learn that even the mightiest army in the world may be hard-pressed in its effort to dethrone God!"

331

AL-QAEDA WINNING—AMERICA LOSING

# POINT 5

Gov. Mike Huckabee State Dinner invitation letter June 14, 2005 is enclosed on page 270.

**Carl H. Lindner III**
580 Walnut Street
Cincinnati, Ohio 45202

*July 1, 2005*

*Dear John & Susan,*

*In January of this year our family traveled to the tsunami affected areas of Chennai, India and Sri Lanka to help with relief efforts. We also visited Charity City in Hyderabad, India. Recently, I learned that the Former Prime Minister of India, H.D. Deve Gowda, will be visiting four cities in the United States, including Cincinnati. I am honored to invite some of the children of Charity City and Former Prime Minister Gowda to our Whitegate home.*

*Our time with the children in India was a very touching and unforgettable experience. Charity City is an amazing place. Functioning as a multi-purpose orphanage and school, Charity City houses up to 1,000 orphans, serves widows and trains the poorest of the poor in life skills that can support them. Martha and I value and support Charity City and the lives that are being changed there. It is my hope to share with my colleagues and friends at least a small part of what my family and I experienced during our trip to India.*

*Please join me for an intimate reception at our home, 9450 Whitegate Lane, on Tuesday, July 12th at 5:00 PM, to meet the Former Prime Minister of India, H.D. Deve Gowda, and several children and widows ("Little Teresas") of Charity City.*

*I look forward to seeing you and spending an awe-inspiring hour or two together with our guests from India. This event is limited to 100 guests, so please respond to this invitation by calling my office at (513) 369-3647.*

*Sincerely,*

*Carl H. Lindner III*

332

# POINT 6

Gov. Mike Huckabee State Dinner invitation letter June 14, 2005 is enclosed on page 270.

## Holyfield pleads case of sick Indian orphan

### Girl's caregiver denied visa to come to U.S.

By Sharon Behn
THE WASHINGTON TIMES



Evander Holyfield

Former heavyweight champion and philanthropist Evander Holyfield showed up at the State Department yesterday with eight Indian orphan girls in a row, pleading for a visa for the caretaker of a ninth orphan fighting for her life at Children's Hospital in Washington.

"One of the little girls has diabetes and is in critical condition. Her caretaker needs to come but can't get a visa," Mr. Holyfield said in a telephone interview as he stood outside the State Department's doors.

The hospital has said it cannot release the child without training her custodian in how to monitor 11-year-old Shyamala Peddibotla's blood sugar level and administer shots of insulin, according to a hospital letter made available to The Washington Times.

If the caregiver — a woman who has tended to Shyamala for the past five years — does not receive a visa, Mr. Holyfield said, the child's position "is kind of bleak."

It was a fairy tale visit to the United States that ended up in a bureaucratic nightmare.

Global Peace Initiative (GPI), an organization that works with street children, widows and refugees, had put together a round-the-world tour for the girls that included a state dinner organized by Arkansas Gov. Mike Huckabee and a private reception at the home of Carl Lindner, owner of the Cincinnati Reds.

When the visas for the girls' three caregivers from the orphanage in Hyderabad, India, were refused, an Indian lawmaker stepped in to accompany the girls.

But Shyamala became seriously ill while in Washington on Thursday night, and was rushed to the hospital. GPI coordinator Doug Dodson said she had been on the verge of slipping into a coma and on Monday was diagnosed with juvenile diabetes.

"She was rescued off the streets," Mr. Dodson said. "The only mother this little girl has is the caregiver, Lakshmi Chodisetty."

He said the visa had been denied without any explanation by the U.S. consular section in Madras, India.

K.A. Paul, who heads GPI and has placed hundreds of thousands of orphans around the world, was frustrated by the slow State Department response.

"One little orphan is in the hospital fighting for her life. This is just stupid bureaucracy," he said.

Asked why the group had gone ahead with the U.S. visit after the caregivers' visas were refused, Mr. Paul said: "We could not break our promises."

The standoff finally ended in the late afternoon when Maura Harty, assistant secretary of state for consular affairs, met with the group and said she would apprise officials in Madras of the situation.

"She was very gracious and said she would do everything in her power" to help, Mr. Dodson said.

333

AL-QAEDA WINNING—AMERICA LOSING



**Holyfield.**

MANAGEMENT, INC.

EVANDER HOLYFIELD
FOUR-TIME HEAVYWEIGHT
CHAMPION OF THE WORLD
CHAIRMAN

July 21, 2005

Ms. Janice Jacobs, Deputy Assistant Secretary of State
Consular Affairs
U.S. Department of State
Washington, DC

Dear Ms. Jacobs:

I want to personally thank you for coming down to the lobby yesterday afternoon to meet Dr. Paul, the eight orphaned girls from India, and me even though we didn't have an appointment. The medical emergency that prompted our visit didn't allow us time to follow the standard protocol for such a visit. I hope you will pardon us if we inconvenienced you in any way. Your quick response and efforts speak volumes about your heart and the compassion we apparently share for the millions of street children around the world who have no one to care for them or love them. From the bottom of my heart, thank you for your extraordinary response and efforts in behalf of these children.

I have been very blessed in many ways in my life. But two blessings stand out as among the foremost for me.

First of all, I have been very blessed to have met Dr. K.A. Paul, one of my closest personal friends, and to have become acquainted with his work around the world. I have observed first-hand the compassion, the integrity, the determination, and the nobility of his work. I have seen him hold the homeless children and cry with hopeless widows. I have seen him confront errant presidents and prime ministers, and lift the humble from what seemed to be impossible situations. I have seen him fight for the helpless and be the voice for those who had no one else to speak for them. It is no wonder that millions crowd in to hear him speak. He is the epitome of what life should be about as far as I'm concerned.

Secondly, I have been blessed financially in a way I never dreamed could happen to me. As a child growing up in an apartment in the inner city of Atlanta, I never dreamed that I would someday live in a 209 room home with more than 54,000 square feet on a 260 acre estate. If someone had told me I would own one of the ten largest homes in America, I would not have believed it. But today, God has blessed me with exactly those things and I want to share what God has given me. People helped me get where I am, and now I want to help others who are in need. That is why I want to state unequivocally that I will sponsor the three caretakers for the nine orphans that Dr. Paul has brought to America. I do not want to see these nine little girls deprived of the only parents they have ever known during their visit to my country. Therefore, I will ensure that the basic necessities of these caretakers are met, including travel, lodging, food, accommodations and any medical needs that may arise.

Following are the caretakers I want to sponsor:

Lakshmi Venkata Chodisetty, India Passport # F2256547  (Shyamala's caretaker for the past 5 years)
Mangamma Yelugubanti, India Passport # E2723624  (Leader at our Vizag children's home)
Satti Yavatni, India Passport #A2186588  (Caretaker at the girls' home, Paul's Charity City, which I have been blessed to visit.)

I have personally met Mangamma and I have been deeply moved by her story and her commitment to the street children. She was once held as a child prostitute and after escaping devoted her life to helping street children. She is a model of compassion and women.

Therefore, I count it an honor and a privilege to join my friends Arkansas Governor Mike Huckabee and Cincinnati Businessman Carl Lindner, owner of the Cincinnati Reds, in welcoming these children and their caretakers to our country.

Sincerely,

Evander Holyfield

cc:    Secretary of State Condoleeza Rice
       Chennai Consul Officer Ms. Buddig

334

*Documentation for "Liberty Under Attack"*



June 29, 2005

Attn: Ms. Budig, Consul Officer
U.S. Consulate
Chennai, India

RE: U R G E N T - State dinner in Arkansas; Dr. David Raju is Outside Consulate

Dear Officer Budig:

Dr. David Raju, the National Director for Global Peace Initiative (GPI), is outside the consulate as I send this. His attempts to come in for an appointment are being thwarted.

Therefore, I wanted to send this to you so we can ensure that all of the proper information is in your hands. I am enclosing an email I sent to the consulate almost 48 hours ago and the letter of invitation from the Governor of Arkansas. Also, Ms. Brenda Turner, the Governor's Chief of Staff sent the consulate an email to this effect from the governor's office sometime between June 15 and June 16, 2005.

Also, just to make sure that I have communicated clearly and to allay any concerns I may have created, the children are not involved in a fund-raising effort. The Governor's State Dinner explicitly precludes any fundraising, in that it violates ethics laws. This is true in almost every state in the Union. The children will be dancing only to entertain the guests. At both events, the State dinner and a private reception in Cincinnati, the costs are being underwritten by long-term supporters. The children will not be used at all in fund-raising.

Of course, while they are traveling with us, GPI will provide their food, clothing, housing, education, transportation, medical care and any other necessary expenses.

Please call me at 619-819-6345 for further information or for clarification of what has already been communicated.

Thank you very much.

Sincerely,

Doug Dodson

335

AL-QAEDA WINNING—AMERICA LOSING



**Consulate General of the
United States of America**
Chennai, India

September 12, 2006

The Honorable John Cornyn
United States Senator
5005 LBJ Freeway, Suite 1150
Dallas, Texas 75244

Dear Senator Cornyn:

I am writing in response to your inquiry of July 20, 2005, regarding the non-immigrant
visitor visa applications of Ms. Venkata Lakshmi Chodisetty, Ms. Mangamma
Yelugubanti and Ms. Sattiyavathi. Your constituent, Mr. Doug Dodson, brought this
matter to your attention.

I am pleased to inform you Ms. Venkata Lakshmi Chodisetty was issued a visitor visa on
July 22, 2005.

Our records show that Ms. Mangamma Yelugubanti and Ms. Sattiyavathi applied for
tourist visas twice, were interviewed by two different supervisory consular officers, and
failed on both occasions to qualify under Section 214(b) of the Immigration and
Nationality Act. This part of the law requires us to consider all applicants as intending
immigrants until they establish that they have a residence abroad that they do not intend
to abandon. Visa applicants overcome this presumption that they intend to immigrate by
demonstrating sufficiently strong family, social, economic, and professional ties to India
that would compel them to return after a temporary stay in the United States. While
documentary evidence of ties to India may augment an applicant's case, the consular
officer relies most on what an applicant says during the interview to determine eligibility
for a visa. Applicants who cannot demonstrate strong ties to India that would compel
their return are not qualified for nonimmigrant visas.

At the time of their applications, Ms. Yelugubanti and Ms. Sattiyavathi failed to present
sufficient evidence of strong ties to India to overcome the presumption of intending
immigration. They also presented no evidence of significant family income or assets in
India that would compel them to return after their temporary stay in the U.S.

The Consular Section provided the applicants with a letter that explained the grounds
under which they were found ineligible for a visa. While I sympathize with

Telephone: 91 44 2811-2000
Fax: 91 44 2811-2032
Website: http://chennai.usconsulate.gov

336



**Consulate General of the
United States of America**
Chennai, India

Mr. Doug Dodson's desire to have the applicants visit the United States at this time, U.S. immigration law is such that purpose of travel is less germane to our decision than the presence or absence of strong ties to a residence abroad.

The denial of a visa under Section 214(b) does not represent a permanent ineligibility to a visa applicant. If at some point in the future the applicants believe that there have been significant changes in their situation with respect to the ties described above, they may apply again for a visa at that time.

Additional information on U.S. visas is available on the internet at http://usvisas.gov. Detailed information regarding visa requirements and the visa application process at the U.S. Consulate General in Chennai can be found at our website at http://chennai.usconsulate.gov.

I hope you find this information useful in responding to your constituent.

Sincerely,

Miguel Ordonez
Chief of Consular Services
United States Consulate General
Chennai, India

337

AL-QAEDA WINNING—AMERICA LOSING

# THE ✿ HINDU

News Update Service
Wednesday, July 20, 2005 : 1005 Hrs

---

**Print Editions: The Hindu • Business Line • The Sportstar • Frontline •**

---

Sections
• Top Stories
• National
• International
• Regional
• Business
• Sport
• Entertainment

• Index

• Photo Gallery

The Hindu
Print Edition

• Front Page
• National
• Tamil Nadu
• Andhra Pradesh
• Karnataka
• Kerala
• Delhi
• Other States
• International
• Opinion
• Business
• Sport
• Miscellaneous
• Index

• Life
• Magazine
• Literary Review
• Metro Plus
• Business
• Education Plus
• Open Page
• Book Review

International

## Goodwill trip goes awry for Indian orphan in the US

Houston, July. 20 (PTI): An orphan girl from India, visiting the US as part of an international goodwill trip, is now battling for life in a US hospital.

Eleven-year-old Shyamala Peddibotla, was admitted to the National Children's Hospital in Washington, DC on Thursday night with complications from what appears to be diabetes and an infection.

Despite antibiotics having been administered, she continues to suffer from high fever.

Apprehension about the girl's illness is compounded by the fact that three caretakers who were to accompany Shyamala and her eight friends, are still awaiting visas to the United States.

Shyamala's caretaker, her overseer for the past five years, was among those flown back to India after being refused admission to the US. The caretakers had received visas to other countries visited by the group during their trip.

The eight girls, hailing from the same orphanage in India, and a Rajya Sabha MP accompanying them on the goodwill mission, are staying in a nearby hotel anxiously awaiting Shyamala's recovery.

The group was on an international goodwill and peacemaking trip highlighting the humanitarian work of the 'Global Peace Initiative' organisation.

Last Monday, Shyamala was honoured at a US State Dinner hosted by Arkansas Governor Mike Huckabee, and a private reception the following day in the home of Carl Lindner, owner of the US baseball team 'Cincinnati Reds.'

International

Ads by Go

Luxury
Your Ri
Now Liv
like a Ce
Magnific
Apartme
www.cnsto

Sponso
orphan
Open yc
an orpha
and help
future.
www.sos-

Orphan
Help pro
clothing
educatic
most ne
orphans
www.med

Sponso
orphan
A little cl
needs y
$18/mor

*Documentation for "Liberty Under Attack"*

# POINT 7



**U.S. Department
of Transportation**

**Federal Aviation
Administration**

Flight Standards District Office
Harrisburg

400 Airport Road
Room 101
New Cumberland, Pennsylvania 17070
(717) 774-8271, Fax: (717) 774-8327

July 13, 2005

CERTIFIED MAIL—RETURN RECEIPT REQUESTED
File No. 2005EA130336

Mr. David McQuaide
24056 Tiburon
Monarch Beach, CA
92629

Dear Mr. McQuaide:

Personnel of this office are formally requesting the permanent maintenance and operations records for N4522V, Boeing 747 SP-09, Serial number 22805, be presented in their entirety for inspection, pursuant to the provisions of Title 14CFR. Part 91.417(c).

We have received information that indicates the aircraft may not be in compliance with applicable airworthiness and operational requirements of the Federal Aviaton Regulations. This record inspection is to determine compliance with the applicable regulations.

Please contact this office within 5 business days to make arrangements to review the aircraft maintenance and operations records in their entirety. Your response should be addressed to Inspector James Pool at the address listed above or by telephone number (717) 774-8271
Ext. 231

Sincerely,

William A. Snyder
Manager

339



U.S. Department
of Transportation

**Federal Aviation
Administration**

Official Business
Penalty for Private Use $300

FAA Form 1600-46(9-80)

FEDERAL AVIATION ADMINISTRATION
Flight Standards District Office—13
400 Airport Road, Room 101
New Cumberland, PA 17070-2809

Mr. David McQuaide
24056 Tiburon
Monarch Beach, CA 92629

7005 0390 0006 0373 0457

9262874156-56 C029

340



U.S. Department
of Transportation

**Federal Aviation
Administration**

Flight Standards District Office
Harrisburg

400 Airport Road
Room 101
New Cumberland, Pennsylvania 17070
(717) 774-8271, Fax: (717) 774-5327

July 18, 2005

File No. 2005EA130336

Mr. David McQuaide, Agent for Service
Global Peace Initiative, Inc.
24056 Tiburon
Monarch Beach, CA 92629

Dear Mr. McQuaide:

This is to inform you that the letter of deviation authority issued by this office on February 5, 2004 to Global Peace Initiative, Inc., which granted you deviation from Title 14CFR, Part 125 is withdrawn, effective upon receipt of this letter.

This office has reason to believe that the aircraft has not been maintained and operated in accordance with the provisions of the original letter of deviation. Specifically regarding possible non-compliance with the approved inspection program, non-compliance with Airworthiness Directives and flight operations with improperly deferred maintenance discrepancies.

In accordance with the conditions of the deviation authority, please return the original and all copies to this office.

Any questions concerning this matter should be directed to this office at telephone number (717) 774-8271.

Sincerely,

*William A Snyder*

William A. Snyder
Manager

341

AL-QAEDA WINNING—AMERICA LOSING

# POINT 8

 **GLOBAL PEACE INITIATIVE**

*For More Information:*

*Dr. Reddy Y. Padam*
*Special Projects Coordinator*
*09871463987*
*Doug.Dodson@globalpeacenow.com*

*News Event:*

*Dr. K.A. Paul Leads Hundreds of Widows and Orphans in Historic Delhi Protest in Front of U.S. Embassy at 12 Noon August 3*

## Widows and Orphans Stage Historic Protest at U.S. Embassy as Hospitalized Orphan Remains Alone in USA

*State Department Rejects Evander Holyfield's Appeal, Again Bars Full Contingent of Caretakers for Orphans from India*

DELHI, August 3, 2005 – In an historic move, more than one hundred children from Paul's Charity City have come to Delhi to appeal for their "sister." They are being joined by hundreds of widows (Little Teresas) from Delhi and areas far removed. They are demanding that U.S. Ambassador Dr. David C. Mulford come out to meet them and offer his explanation of why Shyamala Peddibotla's caretakers are not being allowed into his country despite her desperate situation.

This is after the U.S. State Department has once again barred the full contingent of caretakers needed to accompany nine orphans from India despite the fact that one of the children is now hospitalized in a life-threatening condition and the other eight are now

342

being closely monitored for an extremely dangerous infection that may have triggered her condition in the first place.

In an unusual move, letters of invitation to the orphans and their caretakers from Governor Mike Huckabee, Chairman of the powerful National Governor's Association (from which four of the last five U.S. Presidents have come), and Businessman Carl Lindner, major supporter, close friend and confidant of both former President Bush and the current president, were underhandedly rejected as the children were given permission to visit the U.S.—but only if they come without caretakers.

Shortly after entering the U.S. three weeks ago, eleven-year old Shyamala Peddibotla was admitted to National Children's Hospital in Washington, DC with complications from Type 1 Juvenile Diabetes, diagnosed for the first time only after her hospitalization, and an extremely serious infection that may have triggered the diabetic reaction in her. The contagious infection threatens the other eight orphans and their surrogate caretakers as well, and the hospital is closely monitoring their condition.

Shyamala was on an international goodwill and peacemaking trip highlighting the humanitarian work of Global Peace Initiative (GPI) and its founder, Dr. K.A. Paul. But the dream of a lifetime suddenly became a nightmare as the small residents of Paul's Charity City, the world's largest children's home located near Hyderabad, face the prospect of fighting off this infection alone—without caretakers or even people who speak their language. Several Indian families in the Washington area are attempting to help by translating for the children, but it doesn't take the place of the only "parents" they have ever known. The trip has been suspended as the Andhra Pradesh native, recently billed as the world's most popular evangelist, hastily rearranged his schedule to bring his appeal for help for the orphans to Delhi.

343

AL-QAEDA WINNING—AMERICA LOSING

Evander Holyfield, the only boxer in history to become world champion four times, cancelled his appointments and flew from Atlanta to Washington last week to personally visit the State Department in Shyamala's behalf. After being assured they would do what they could, Mr. Holyfield wrote a letter sponsoring the caretakers in his 209-room estate and agreeing to pay all their expenses so they could come to the U.S. to care for Shyamala. Despite Mr. Holyfield's letter, the State Department granted only 21-year-old Lakshmi Choddisetty a visa and again rejected the two others stating that "changing bedsheets, cooking, and doing laundry does not qualify them for entrance into the United States." An irate Holyfield fired off a letter to the entire leadership at the State Department, including Secretary of State Condoleeza Rice, stating "that is exactly what my mother did when she was raising me—just like millions of other mothers across our country." (A full text of the letter will be available at the protest tomorrow.)

Meanwhile, Dr. K.A. Paul has questions of his own, which will be highlighted tomorrow at the protest and in one-on-one interviews with world media following the protest. He has indicated that politics in America may be what is behind the denial of visas. If so, he has vowed to continue fighting for the orphans of India whatever the cost.

344

*Documentation for "Liberty Under Attack"*

# GLOBAL PEACE INITIATIVE

*For More Information:*                          Dr. Reddy Y. Padam
                                                 Special Projects Coordinator
                                                 09871463987
                                                 Doug.Dodson@globalpeacenow.com

## K.A. Paul Demands India Foreign Minister's Resignation After Exposing Deception to Madame Gandhi

*Aide Confronts Mr. Natwar Singh; World's Most Popular Evangelist Refuses to Meet 'Man Who Betrayed India'*

NEW DELHI, August 6 – A visibly shaken Madame Sonia Gandhi today moved swiftly to investigate charges against her Foreign Minister, Mr. Natwar Singh, after being presented evidence that he had colluded with top U.S. officials to halt a Global Peace Mission being led by more than two dozen Indian MPs. The MPs were among more than 60 MPs who had committed themselves at a May 10 Global Peace India Summit to being proactive peacemakers in the world's most troubled regions.

Within seven hours of knowing the serious charges, Madame Gandhi ordered Mr. Singh to appear at his office to be confronted by Dr. K.A. Paul, the humanitarian leader who organized the peace mission. However, Paul refused to meet the Foreign Minister, sending his aide instead. "Why should I meet the one who betrayed Mahatma Gandhi's principles, thwarted the prominent role that India should be playing as the world's largest democracy and made

345

my country subservient to the U.S. State Department?" asked Paul. "He can come to me." After about thirty minutes of questioning by Paul's aide, Mr. Singh demanded the meeting end.

The burgeoning peace movement found itself the brunt of a sudden, strenuous effort by the India Foreign Minister Natwar Singh to block their mission following his hastily arranged visit to the United States in early July for high level meetings with his counterpart, Secretary of State Condoleeza Rice. The Foreign Minister even received an extremely unusual meeting with President Bush.

Paul and three MPs met with Syrian President al-Assad and Libyan leader Col. Moammar Qadaffi in late June. After receiving a red carpet welcome, both leaders confirmed meetings with the entire peace delegation, to be led by Dr. Paul and MP Deve Gowda, former Prime Minister of India, just two weeks later. All were anticipating an historic announcement that would "shock the world," according to participants. However, just hours before scheduled meetings, virtually all the meetings that had been confirmed, including meetings with Iran and Sudan as well as Libya and Syria, were cancelled without explanation. Two ambassadors from the host countries later told Paul that the meetings had been canceled following a phone call from Mr. Natwar Singh. "I knew something dramatic had happened. However, I never dreamed that the Foreign Minister of my beloved India, a peaceful nation that prides itself in being nonaligned, would be 'hijacked and used' by the Bush administration to halt a peace mission. Of course, he could never have cancelled the meetings with Syria, Libya, Iran, or Sudan—but India could. With just a little research, I was able to quickly confirm what the Ambassadors told me. For my Foreign Minister to cooperate in such a deceptive plan is absolutely disgraceful and outrageous to me as an Indian," declared Paul. "This will not stand in my country!"

346

*Documentation for "Liberty Under Attack"*

Questions are now swirling around Mr. Natwar Singh's role in the invitation to India Prime Minister Dr. Manmohan Singh for a State Dinner with President Bush—only the fifth of his presidency. The invitation was issued just three days after Paul's meetings with the Middle East leaders. Participants of the peace meetings say a major breakthrough for peace was in the offing, but suggest the Bush State Department was so determined to maintain its upper hand in the region that a quid pro quo arrangement was reached with Mr. Natwar Singh offering India the prestigious honor of a State Dinner in return for its help in halting the Indian leaders' peace mission. A major breakthrough, they maintain, would have been an embarrassment to the Bush administration.

Global Peace Initiative, a U.S. based nonprofit organization led by Indian national Dr. K.A. Paul, focuses primarily on helping street children and widows in developing countries around the world. However, it has recently become involved in stopping or averting wars as a way of preempting the creation of more widows and orphans. Their first successful foray officially ended the war between the Hutus and Tutsis in Burundi / Rwanda. But it was Dr. Paul's success in Liberia that seems to have first agitated the United States. After spending more than 20 hours on the phone with the State Department during his successful effort to convince Liberian President Charles Taylor to step down, Paul and his group suddenly found themselves completely shut out from any further communication with the administration, even though several of its most prominent supporters are also among the largest donors to the President's election and reelection campaigns. Dr. Paul, who arranged for Taylor to step down and presided over his stepping down ceremony, was suddenly detained and whisked away as he was boarding the plane with Mr. Taylor as he was going into exile in Nigeria. Minutes later, the United States announced it had successfully ended the Liberian crisis. Further successes in ending the India-

347

AL-QAEDA WINNING—AMERICA LOSING

Pakistan standoff two years ago, and stopping the war in Haiti last year—both of which the Bush administration took credit for—has solidified the Paul's reputation as a peacemaker even as it has apparently earned increasing disdain from the United States.

348

# Visiting Orphan Fights for Her Life at Children's Hospital

## *State Department Bars Caretaker Who Was to Accompany Her to State Dinner, Private Reception*

An orphaned girl from India who was honored at a State Dinner hosted by Arkansas Governor Mike Huckabee last Monday and a private reception the following day in the home of Carl Lindner, owner of the Cincinnati Reds, is fighting for her life today at National Children's Hospital in Washington, DC. Twelve-year old Shyamala Peddibotla was admitted to the hospital Thursday night with complications from what appears to be diabetes and an infection, yet to be diagnosed, that precipitated a fever that remains at the danger level despite the antibiotics being administered to her. She was on an international goodwill and peacemaking trip highlighting the humanitarian work of Global Peace Initiative and its founder, Dr. K.A. Paul. However, the trip has been suspended as her eight friends, all from the same orphanage in India, and a female Senator from the upper house of India's Parliament, who was accompanying the girls on the goodwill mission, all remain in a nearby hotel anxiously awaiting her recovery.

Apprehension about the girl's illness is compounded by the fact that the three caretakers who were to accompany the nine orphans, all girls aged 10 to 12, were denied visas to the United States, even as they received visas to the other countries visited by the orphans. Shyamala's caretaker, who has been her overseer for the past five years, was among those flown back to India after being refused admission to the U.S.

The hospital is expected to issue a written statement updating the girl's condition later today. The statement, along with informa-

tion on how to send cards or gifts to the child and how to donate toward her medical expenses, is posted on the group's website, www.globalpeacenow.com.



# GLOBAL PEACE INITIATIVE

August 3, 2005

Madame Sonia Gandhi
New Delhi, India

Dear Madame,

Several issues have arisen that clearly threaten to undermine India's revered nonaligned status in the family of nations and we feel it is essential that we make sure you are aware of what has happened. In the event you are already aware of the events that have transpired since May 10—especially since July 4—then we seek an immediate audience with you for a full explanation. We feel it is far better to communicate directly in private than to communicate publicly through the press.

Of course, I'm sure you are aware of Dr. K.A. Paul, likely India's most highly respected and internationally recognized private individual due mainly to his humanitarian work throughout India and other regions of the world. As you know, hundreds of thousands pour into stadiums and open parks around the world to hear him speak including the great cities of Mumbai, Chennai, Hyderabad, Bangalore and dozens of other prominent cities in India. Dozens of MPs and MLAs have been elected as a direct result of his prayers and blessings. At least 100 current MPs and several hundred MLAs have attended his peace rallies, joining leaders as prominent as Prime Minister, Speaker, and several Chief Ministers from the great nation of India. I am attaching for your perusal bullet point answers to the question, "Who is Dr. K.A. Paul?"

351

AL-QAEDA WINNING—AMERICA LOSING

On May 9, I personally spoke with Mr. George and Mr. Pillai in an attempt to arrange for you to meet Dr. Paul when he was here for the Global Peace India Summit. Unfortunately, arrangements were not made. We were informed last Friday that you were ready to meet with Dr. Paul, more than 100 orphans from Hyderabad, and several hundred widows, only to have regrets sent to us the next day with the explanation that you would be in Mumbai as a result of the floods. That explanation proved somewhat spurious.

We find it extremely unusual that Dr. Paul has met privately with 51 Presidents and Prime Ministers, including those in the U.S. and Indira Gandhi and Rajiv Gandhi of India, and yet there has never been an opportunity for you and him to meet. Even the Honorable Dhanuskodi Athithan, Mr. Sudhakar Reddy, Mr. Digvijay Singh and others have come away empty-handed after requesting a meeting in behalf of Dr. Paul.

Therefore, this is to inform you that after noon today, the conversation we would much prefer to have in private shall instead, of necessity, be held in public. We feel that issues of concern that could be resolved much more amicably in private may instead be misconstrued and misinterpreted. There is a much greater potential for misunderstanding when the conversations are carried on publicly. We therefore, make one final appeal for a private meeting with you.

Please have your office respond by contacting Dr. Reddy at 0 98714 63987 or Dr. David Raju at 0 98481 86701.

Thanking you in advance for your kind consideration of my request, I am

Sincerely yours,

Doug Dodson, International Coordinator
Global Peace Initiative

352

*Documentation for "Liberty Under Attack"*

# POINT 9

747 SP Global Peace One schedule as follows before it was politically grounded on July 18, 2005.

| | |
|---|---|
| June 18,2005 | Los Angeles, U.S.A |
| June 19 through 21, 2005 | Phoenix, U.S.A |
| June 22, 2005 | New Hampshire, U.S.A |
| June 23,.2005 | Damascus, Syria |
| June 24,2005 | Libya |
| June 25, 2005 | Mumbai, India |
| July 6, 2005 | Damascus, Syria |
| July 8, 2005 | Tripoli, Libya |
| July 10, 2005 | Baltimore, U.S.A |
| July 11, 2005 | Little Rock, U.S.A |

India's orphans and 12 Indian Senators attended Republican Gov. Mike Huckabee's State Dinner.

| | |
|---|---|
| July 12, 2005 | Cincinnati, U.S.A |

Carl & Martha Lindner's Home Reception.

| | |
|---|---|
| July 13, 2005 | Thunder Bay, Canada |

We took the aircraft to hide it from Rice/Bush administration. This awesome Global Peace One has travelled around the world several times with business and world leaders delivering tons of Humanitarian Aid.

AL-QAEDA WINNING—AMERICA LOSING



## GLOBAL PEACE INITIATIVE

### URGENT AND PERSONAL

October 17, 2005

Mr. Norm Mineta, Secretary of Transportation
U.S. Department of Transportation
400 7th Street, S.W.
Washington, DC 20590

Dear Mr. Mineta:

I want to personally thank you for your interest in my work over the years and for your concern about the grounding of our aircraft July 18. Ironically, the grounding could not have come at a worse time considering the mammoth crisis we are facing in the wake of Hurricane Katrina and now the catastrophic humanitarian disaster in Pakistan and India. We are getting urgent appeals for help from Pakistan and India by the hour, but we are unable to respond to those who need us so desperately right now. We are ready to deliver 100,000 blankets to Pakistan as soon as our aircraft is once again in operation.

When he became aware of our situation, our mutual friend, former Secretary of Education Rod Paige, graciously intervened with Mr. Jim Ballough, the FAA's Director of Flight Standards, in our behalf. In a September 4 conversation with Mr. Ballough, I was assured the plane would be back in the air within 24 hours. However, after repeated attempts to broker a fair and honest solution with the FAA, my International Coordinator sent an email on

354

*Documentation for "Liberty Under Attack"*

September 15 to Mr. Ballough verifying that the plane had been grounded before we were even aware there was a problem. We had not yet received the FAA's letter when word came to us that our plane had been grounded. After sending the necessary verification to Mr. Ballough (sent to Doug Dalbey [doug.dalbey@faa.gov] at his request), Mr. Dalbey assured us that Mr. Ballough was aware of the letter and would respond on Monday September 19 when he returned to the office. However, we have not yet received a reply to our request for intervention.

After a long interval of silence from the FAA, we finally received an explanatory letter about the grounding of our aircraft almost two months after the aircraft was grounded—following a conference call with Mr. Bill Snyder and other personnel in the Harrisburg office. Interestingly, one of the AD's that was mentioned on the call as a reason for grounding the aircraft was not even due until September 1—one and a half month's after the aircraft was grounded.  That AD was subsequently ignored in writing even though we discussed it extensively verbally.   Another AD was waived for a short period of time by the FAA due to lack of parts at Boeing, the only supplier of the necessary bolts.  The third AD we are certainly willing to explore—especially in light of what we consider to be very serious FAA charges that David Gonzalez fabricated some of the paperwork. However, it seems only fair and reasonable to us that we would at least be given the allegations and time to respond to them prior to grounding our aircraft.

Tragically, not having the world's largest aircraft that is dedicated to disaster relief available during this time of crisis in the U.S. has certainly compounded the problems. It is very sad that so many people we could have helped and relocated instead had their suffering extended by what seems to us to be unreasonable actions by the FAA. We still want to help the people impacted by Katrina in the Southern

AL-QAEDA WINNING—AMERICA LOSING

States and those left homeless and facing a stark winter after the earthquake Pakistan and India in any way we can, but before we can do that we really need you to take a fair and honest look at what has transpired so we can expeditiously resume operations.

Again, thank you for your personal involvement in this matter. In behalf of the victims who have already suffered far too much, we appeal for your intervention so we can help them to the extent it is still possible before winter arrives.

For clarification or for further questions, please call me on my global cell at XXX.XXX.XXXX

Sincerely,

K.A. Paul

# POINT 10

Pandit N.K Sharma, a Hindu religious leader, Buddhist religious leader, Pope of 1 billion Hindus and other leaders were delayed at Hyderabad Airport, India. Pictures are in the book.



## GLOBAL PEACE INITIATIVE

*For Immediate Release*

*Local New Delhi Contact*
*Brij Mohan*
*9335251044*

## NEWS RELEASE

### MP's, Religious Leaders Join Dr. K.A. Paul's Call to Expand Singh Probe

*Peace Group First to go on Record Calling for Singh's Ouster after He Cancelled Global Peace Mission*

Dr. K.A. Paul, the Founder and President of Global Peace Initiative, is requesting that the government expand the probe into Natwar Singh's activities as Foreign Minister to include details surrounding his cancellation of a privately sponsored peace mission, planned for July 5 – 15, that would have put 25 of India's leading members of Parliament (MPs) in meetings with heads of state in at least five countries that are at risk for war. However, the day before the group's departure, Foreign Minister Singh intervened and stopped the trip. In protest, twelve of the MP's continued the trip despite Mr. Singh's dramatic efforts to cancel it. Several of those MPs have joined with leaders of all the major religions of India—

357

AL-QAEDA WINNING—AMERICA LOSING

including the undisputed leader of the world's one billion Hindus, His Holiness Jagat Guru Sankaracharya Swami Swarupananda Saraswathy—in requesting that the government look into Singh's activities. The peacemaking group contends there is at least very strong circumstantial evidence that Natwar Singh acted at the behest of U.S. President George Bush and U.S. Secretary of State Condoleeza Rice in cancelling the MP's peace mission to countries the U.S. considers its enemies.

India's Foreign Minister was so adamant that the group not go to Iran, the first stop on their planned mission, that he personally called Former Prime Minister Deve Gowda twice to demand that he not go. Just a few weeks later, in what later turned out to be a very controversial move, Mr. Singh sided with the U.S. against Iran's pursuit of nuclear energy for power.

Just two weeks ago, His Holiness Jagat Guru Sankaracharya Swami Swarupananda Saraswathy flew to Hyderabad, where the guru joined Dr. Paul and the most prominent leaders of all of the other major religions of India, including Muslims, Catholics, Christians, and Buddhists at Paul's Charity City to discuss the issue and release a joint statement concerning Mr. Singh's activities. However, when Dr. Paul, the esteemed Guru, and the other leaders boarded the plane in Hyderabad for the short flight to New Delhi to release the statement, the plane was mysteriously grounded for six hours before the flight was ultimately cancelled, making it impossible for the entire group to be at the planned joint news conference.

Since Mr. Singh's intervention in India's July 5 – 15 Global Peace Mission, Dr. Paul has been crisscrossing India informing leaders of Mr. Singh's activities. As early as August 4th, after his meeting with Congress President Madame Sonia Gandhi (see attached letter), Dr. Paul issued a news release publicly calling for Singh's ouster (See attachment). On October 3rd and 4th, he called for Singh's ouster in

358

the presence of sitting Congress governors in Andhra Pradesh and Tamil Nadu as well as ten state and national Congress leaders, including the Hon'ble. Gulam Nabi Azad. And finally, the issue was revisited on October 23rd and 24th at the Inter-Religious Summit, where Dr. Paul invited the heads of all of the major religions of India—purportedly the first summit of its kind in India's history—to join him for discussions and prayers about how to respond to Singh's activities.

*Dr. Paul is immediately available for interviews via phone or satellite from his offices in the United States. An interview can be arranged by contacting Brij Mohan, GPI's India Press Coordinator, at 9335251044.*

359

AL-QAEDA WINNING—AMERICA LOSING

# POINT 11



Advisor to the Prime Minister
Tel: 9202435 - 9210563
Fax: 9205702

No. 2-2/2005-APM/WD.
Government of Pakistan
Office of Advisor to the Prime Minister
on Women Development,
Prime Minister's Secretariat

Islamabad the 20th October, 2005.

Dr K.Paul'
President Peace Initiative USA.

Dear Dr. Paul,

Pakistan is going through the largest crisis and natural calamity, which the country has seen since the last 58 years. We have received, support and help from all over the world in rescue and relief activities.

Your relief and rehabilitation efforts during the tsunami were overwhelming. It will be a great support for Government of Pakistan if you could extend your co-operation in this difficult time on similar grounds. I'll appreciate your quick response.

I continuously tried to contact you yesterday on your phone, which was on the answering machine and left a message also. Kindly let me know about your flight schedule so that I can make all relevant arrangements at Islamabad airport and your meeting with the honourable Prime Minister of Pakistan.

With regards,

Nilofar Bvk
NILOFAR BAKHTIAR

360

*Documentation for "Liberty Under Attack"*

 **GLOBAL PEACE INITIATIVE**

October 19, 2005

Mr. Jim Poole,
Federal Aviation Administration
Harrisburg Office
Harrisburg, PA

Dear Mr. Poole:

First of all, I want to express my deepest sympathy for the loss of your father. We are never truly prepared for the loss of one so dear to us. I am very grateful that your father lived such a long and fruitful life and I'm sure that his life will continue to bear fruit for all eternity to come. Please tell your family that they are in my prayers.

While we have mostly lost the opportunity to help the 1,000,000 people left homeless in our country by Hurricane Katrina, a new and even greater need has arisen in Pakistan and India following last weekend's earthquake. Estimates are that upwards to 4,000,000 people have been left homeless. Tragically they face a stark winter that will arrive in a matter of weeks having just lost everything. We have immediate access to provide hundreds of thousands of blankets and tents. Both the leaders from Indian-ruled Kashmir and Pakistan-ruled Kashmir are pleading with us to help them. As a matter of fact, I was with the top three leaders of Indian-ruled Kashmir the week before the earthquake hit. With your help, I am convinced that we arrive in Kashmir in our airplane within the week with the first load of supplies.

361

AL-QAEDA WINNING—AMERICA LOSING

Pursuant to our phone conversation, we sent a complete set of the C-Check files via FedEx today. It will arrive at your office tomorrow morning. Also, we are preparing to have the plane ready to fly out of Thunder Bay, preferably within a week. On one other note, our Chief Pilot and new maintenance director will be prepared to talk with you at length at your earliest convenience.

But the urgent nature of this crisis demands that we act expeditiously. Besides what we have done, there are two things we need from you if we are to help our friends in Pakistan and India: 1) we need a deviation letter to restore our Part 91 Certificate; and, 2) we need an extension of the AD's for six to nine months, or even more preferably, no later than the completion of our c-check next year.

I ask that you compassionately and expeditiously consider our appeal for help with the two aforementioned items so we can use our plane, the world's largest tool available to help during humanitarian crises, to help these vulnerable victims. With you help, we can make a huge difference in the lives of millions of people over the next few months and years.

You may reach me on my global cell number (XXX.XXX.XXXX) for clarifications or with other questions. An alternative means is to email my International Coordinator at doug.dodson@globalpeacenow.com. .

Sincerely,

K.A. Paul, Founder and President

Global Peace Initiative

362

*Documentation for "Liberty Under Attack"*



Ms. Nilofar Bakhtiar, Advisor to the Prime Minister
Islamic Republic of Pakistan
Islamabad
Pakistan

Dear Ms. Bakhtiar:

In behalf of Dr. K.A. Paul, please relay our thanks to Prime Minister Shaukat Aziz for the kind invitation we received from Pakistan. We are honored to accept your invitation.

You kindly noted our response in helping India, Sri Lanka, and Indonesia following the tsunami. Please understand that we are no less committed to helping the Pakistani people during their hour of need because we love the people of your great country and will pursue every available means of helping them that we have at our disposal.

Due to circumstances beyond our control, our Boeing 747-SP, *Paul's Global Peace One*, may not be available by October 25, the date Dr. Paul plans to visit. If it is available, we will bring thousands of blankets and tents, as well as medical supplies, on this trip. In the event our plane is not yet available, Dr. Paul and a small delegation—including Bollywood movie producer Mr. Mahesh Bhat and Pakistani singer Ms. Najam Sheraz – still plan to arrive in Islamabad via private jet early on October 25. After meeting with the Hon'ble Prime Minister and the Hon'ble President to get their assessment about Pakistan's most critical needs and how we can help, we would like to take a short tour of the most devastated regions. We want to target our efforts so that we are doing precisely what is most needed in the affected areas.

In the meantime, the goals that we have developed to respond to the situation are:

1)  To immediately focus on providing blankets, tents, and medical supplies to the estimated 4,000,000 left homeless until all of the most urgent needs are met.
2)  Make our aircraft, the world's largest privately owned VIP Boeing "47, available to the Hon'ble Prime Minister, the Hon'ble President, the government of Pakistan, and/or any credible organizations anywhere in the world that are devoted to helping the Pakistani people right now. Our recent meetings with Col. Qadafi in Libya and President Chavez from Venezuela present an opportunity to get the fuel donated for this very worthy cause. We will do our best to make the trips virtually cost-free for Pakistan and its people.
3)  Long term, we are committed to caring for every orphaned child and every new widow that is left vulnerable by this tragedy, including, if it is determined the need exists, the possibility of building a village for orphans and widows patterned after Paul's Charity City near Hyderabad, India, widely noted as the world's largest facilities for the vulnerable. This state of the art facility, located on 1,500 pristine acres, can currently care for up to 5,000 children.

Again, please relay our gratitude to Prime Minister Aziz for his kind invitation. Also, please let him know that our love and our prayers are with your people and we are committed to helping them rebuild their lives as soon as possible.

Sincerely,

Doug Dodson, International Coordinator
Global Peace Initiative

363

AL-QAEDA WINNING—AMERICA LOSING

# POINTS 12 THROUGH 14

FBI agents and INS agents frequently harassed and mistreated me as if I was a terrorist until September 11, 2006. Several of these agents, after hours of investigation would ask me to pray for them. Names of Agents are available upon request.

364

*Documentation for "Liberty Under Attack"*

# POINT 13



antonio maria conde pinto <acondepinto@gmail.com>

## Dr K A Paul

1 message

Ryan <jdr2@cox.net>                                          Sat, Aug 12, 2006 at 4:44 PM
To: Antonio Conde <acondepinto@gmail.com>

August 12, 2006

World's Evangelist Dr. K. A. Paul was harassed by Texas Highway Patrol car
#844-167 4:00 PM. delaying them from their meeting with Cindy Sheehan.

# POINTS 15 AND 16

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

## SUBPOENA

To  President or Custodian of Records
Global Peace Initiative Inc.
24210 East Lake Houston Parkway
Huffman, TX 77336
At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Lorena E. Alkalay, Regional Counsel or her designee

of the Federal Aviation Administration, at  1 Aviation Plaza, Room 561

in the city of  Jamaica, New York

on the  21st  day of  July , 20 06 , at  10:00  o'clock  A.M. of

that day, to testify in the Matter of  Investigation of Global Peace Initiative Inc.

And you are hereby required to bring with you and produce at said time and place the following
books, papers, documents, and records:

SEE ATTACHMENT 1

Fail not at your peril.

IN TESTIMONY WHEREOF, the undersigned, an officer designated by the
Administrator of the Federal Aviation Administration, has hereunto set his

hand at  Jamaica, New York

this  11th  day of  July  20 06
Lorena E. Alkalay, Regional Counsel

NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this* subpoena *should* accompany voucher

FAA Form 21 50-1 (12-66) SUPERSEDES FAA FORM 2101

366

(1) All documentation identifying, for each operation of the B747SP aircraft, identification number N4522V ("Global Peace One"), during the period January 1, 2004, to the present, the date, the routing, the flight crewmembers, and the cabin crewmembers;

(2) All documentation identifying each passenger or affiliated group of passengers carried on board for each passenger-carrying flight operated by Global Peace Initiative, Inc. (GPI) using Global Peace One, during the period January 1, 2004, to the present;

(3) All documentation related to any donation, payment, or other providing of anything of value to GPI or Gospel to the Unreached Millions (G.U.M.), or any entity affiliated with or related to either GPI or G.U.M., by or on behalf of that passenger or affiliated group of passengers;

(4) All documentation related to any donation, payment, or other providing of anything of value to GPI or G.U.M., or any entity affiliated with or related to either GPI or G.U.M, designated for application to operational or other expenses incurred in owning and using Global Peace One;

(5) All documentation related to the solicitation by GPI or G.U.M. of any donation, payment, or other thing of value, that refers to an offer of use of or transportation in Global Peace One or any other aircraft being operated by or on behalf of GPI or G.U.M. or any entity affiliated with or related to either GPI or G.U.M.;

(6) All documentation pertaining to any agreement, whether proposed or finalized, with a party not affiliated or related to GPI or G.U.M. to accept payment of any

367

AL-QAEDA WINNING—AMERICA LOSING

kind for the use of or transportation in Global Peace One or any other aircraft

being operated by or on behalf of GPI or G.U.M. or any entity affiliated with or

related to either GPI or G.U.M., regardless of whether such use is intended to be

joint or shared with GPI or G.U.M. or any entity affiliated with or related to either

GPI or G.U.M.;

(7) All documentation reflecting communications with, to, or from Personal Jet

Services, Inc. or any other air charter broker concerning the use of Global Peace

One or any other aircraft being operated by or on behalf of GPI or G.U.M. or any

entity affiliated with or related to either GPI or G.U.M.; and

(8) All financial records pertaining to expenditures for operating and maintaining

Global Peace One, including but not limited to landing fees, fuel, parts, catering,

and flight and cabin personnel expenses, and any other airplane operated by or on

behalf of GPI or G.U.M. or any entity affiliated with or related to either GPI or

G.U.M., and pertaining to the source of the funds used to cover such expenditures.

For the purposes of this subpoena, the term "documentation" includes all forms of writing

or recordation of information, printed or recorded or reproduced by any other

mechanical process or written or produced by hand, encompassing agreements,

communications, correspondence, telegrams, memoranda, summaries or records of

telephone conversations, summaries or records of personal conversations or

interviews, diaries, reports, notebooks, plans, drawings, sketches, maps, summaries,

opinions or reports of consultants, photographs, motion picture films, tape

recordings, computerized messages or data, brochures, pamphlets, advertisements,

circulars, press releases, drafts, letters, any marginal comments appearing on any

document, and all other writings, including e-mail messages and other electronic

writings.

AL-QAEDA WINNING—AMERICA LOSING

 **GLOBAL PEACE INITIATIVE**

August 17, 2006

*Via Facsimile & Certified Mail*

Mr. Stephen Brice, Esquire
Regional Counsel's Office
U.S. Department of Transportation
Federal Aviation Administration
1 Aviation Plaza, Room 561
Jamaica, NY 11434

Re: Unauthorized Air Transportation

Dear Mr. Brice:

We are communicating directly with your office as our lawyer, Dan McCauley is out of town and time is of the essence.

I am in receipt of your letter requesting the documentation from GPI and your letter denying our request for an extension of time..

First, let me tell you that I have every intention of providing the documentation has you have requested. However, please understand that I am the only individual after the FAA effectively grounded the aircraft, N4522V.

I was forced to let my entire aviation staffs go for lack of funding from my donors, all of whom stopped making contributions when they learned that the FAA had grounded the aircraft.

370

I myself am engaged in a gigantic battle to save my humanitarian organization. GPI did nothing wrong and the documents will provide clear proof, so I have no reason to not secure the documents and provide them to you.

Unfortunately, I am alone except for the humanitarian staff, none of which have the slightest idea of how to recover the documents you seek. Nor do I.

For example, I am in Houston or traveling; the aircraft is in Tijuana;, grounded until we can get enough donors to supply the cash we need to comply with the maintenance findings of the FAA. Just yesterday, I had a assistant go to the aircraft to secure the logbook to send to you as part of your document request. He could not find the logbook and we suspect that it may be in the possession of someone in Tijuana, so we do now not have the logbook. We are still attempting to locate its where about.

Nonetheless, there are other financial documents we have at our disposal that respond to your request and we will be sending those to you shortly. The aircraft records and the logbook are a problem. The problem with supplying these all the documents by 08/21/2006 is not going to happen. Not because we are declining to send them to you, but because we need to secure some funds to be able to hire an aviation consultant to go dig in the records to provide you the necessary documentation.

Incidentally, the aircraft is grounded in Tijuana and cannot be moved until a considerable amount of maintenance is accomplished, so I do not understand your reluctance to give us the time we need to raise the funds we need to hire the people to grant your document request.

At this point in time, we will make every effort to respond but it is going to be monumental effort as we are able to locate and

AL-QAEDA WINNING—AMERICA LOSING

copy these aircraft records. Please, in the name of humanity, understand the situation.

Yours sincerely

Dr K.A Paul



# GLOBAL PEACE INITIATIVE

September 8, 2006

*Via Facsimile & Certified Mail*

Mr. Stephen Brice, Esquire
Regional Counsel's Office
U.S. Department of Transportation
Federal Aviation Administration
1 Aviation Plaza, Room 561
Jamaica, NY 11434

Re: Unauthorized Air Transportation

Dear Mr. Brice:

It was nice speaking to you for almost one hour on September 1, 2006 and you confirmed receiving my August 17, 2006 letter. I am still awaiting your response to my letter.

Presently I am in London under medical care due to chest pains.

You have asked me to explain again why I need an extension.

There are three main reasons why I need the extension:

1) Since the airplane was grounded July 18, 2005 due to lack of funding we have laid off all of our aviation staff. As soon as funds are available I will hire a new aviation staff and train them to find all the documentation you will need.

2) The airplane is now parked in Tijuana, Mexico. We have found the log book and identified that additional documentation is in Tuscon, AZ, Houston, Texas, and Harrisburg, Pa.

373

AL-QAEDA WINNING—AMERICA LOSING

Because the documents are located in the four cities we must find someone to go to each city and located all of the documentation requested.

3) Because you are asking for unrelated information from the Gospel for the Unreached Million donor list even though the airplane is owned by Global Peace Initiative. Some of our donors include private billionaires who do not want their names released, thus we must wait for their permission to release their names.

4) We believe by the end of this month we can provide the log book and other related documentation. By the end of this year we will try to provide all of the documentation that you have demanded.

I am presently traveling outside the US and I am eagerly awaiting your written response.

If you have any questions please contact me on my global cell XXX.XXX.XXXX.

Yours sincerely

Dr K.A Paul

374

*"Dear Mr. Paul, it means a lot to me that you are
keeping me in your prayers. I am honored."*
George W. Bush, President

*"Dear Dr. K.A. Paul, thank you so much for the blessings
of your prayers. Best wishes. Your friend."*
Bill Clinton, Former President

*"Dr. K.A. Paul, I wish you well in your good work."*
Jimmy Carter, Former President

*"Dr. K.A Paul leads a remarkable international relief organization that I have
had the opportunity to observe first hand both in the United States and in India."*
Arkansas Governor Mike Huckabee
Chairman, U.S. Governor's Association

*"I am so drawn by the fire of God that I see in this man. I don't know
anyone in the world who is more used by God today than Dr. K.A. Paul."*
Coach Bill McCartney, Founder/CEO Promise Keepers

*"I appreciate the work you are doing in the area of humanitarian
aid, health care support, providing educational opportunities
for women, and your message of peace."*
Senator Mary Landrieu, Louisiana

*"I appreciate the work you are trying to do. I really admire you sir."*
Bill O'Reilly, Fox News

*"...the world's most popular evangelist."*
Michelle Cottle, *The New Republic*

*"...K.A. Paul has traveled from Liberia to Iran offering everything from peace
to mediation to humanitarian aid. In his latest tour, to Haiti, he is also
giving spiritual guidance to the country's rebel leader. 'If you allow one
innocent person to be killed, you will be judged by God,' Paul...told
Philippe and several of his men Thursday. 'God is watching us.'"*
Associated Press
Ian James, Bureau Chief, Venezuela

*"...K. A. Paul is a village boy raised up by God.
It is likely that he has preached the Gospel to more
people face to face than any other living evangelist.
God's hand is upon him in a mighty way."*
Dr. Pastor Adrian Rogers
Only 3-term Southern Baptist President

ISBN 0-9789284-1-5



9  780978  928414

CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

Dr. K.A. Paul, Global Peace Initiative, Inc.    8888б

DEFENDANTS: Presidents George W. Bush, Condoleezza Rice, U.S. Secretary of State, Jendayi Frazier, Assistant Secretary of State, Alberto Gonzalez, Attorney General of the United States, U.S. Department of Justice, Michael Chertoff, Secretary of Homeland Security, U.S. Department of Homeland Security, Kip Hawley, Director of Transportation Safety Administration, U.S. Transportation Safety Administration, Lieutenant General Michael J Hayden, Director of the National Security Agency, Joan Baverman, Director of the Federal Aviation Security Agency, Sonia Ghandi, President of Indian National Congress, Natwar Singh, Former Foreign Minister of India Manmohan Singh, Prime Minister of India, Pranab Mukharjee, Foreign Minister of India

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
L/

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Larry Klayman
3415 Sw 24th Street
Miami, FL 33145
786-683-0269

Case: 1:08-cv-01317
Assigned To : Huvelle, Ellen S.
Assign. Date : 7/31/2008
Description: Civil Rights-Non-Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ⊗ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

CIVIL RIGHTS, CONSTITUTIONAL LAW    Title 7    42 USC 1983

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ [_____]    Check YES only if demanded in complaint    JURY DEMAND:    YES ☐    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 7/31/08    SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.